**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| **JILL BABCOCK, et al.,** | **CLASS ACTION** |
| | **JURY DEMAND** |
| **Plaintiffs,** | |
| | **CASE No. 22-12951** |
| -vs- | **JUDGE: MARK A. GOLDSMITH** |
| **MICHIGAN, STATE OF, et al.,** | |
| **Defendants.** | |

_____/

**MICHAEL W. BARTNIK (P32534)**
**Law For Baby Boomers, PLLC**
**Attorney for Plaintiffs**
**41000 Woodward Ave Ste 350**
**Bloomfield Hills Michigan 48304**
**(248) 608-3660 Telephone**
**(248) 218-9588 Facsimile**
Michaelbartnik@protonmail.com
www.michaelbartnik.com
_____/

# JAIME JUNIOR's, ONLY, STATEMENT OF VOLUNTARY WITHDRAWAL WITHOUT PREJUDICE FROM THIS CASE

I, JAIME JUNIOR, ONLY, one of the three Plaintiffs in this action filed on December 6, 2022, hereby voluntarily withdraw only myself and my claims from this case, without prejudice, for the reason that certain events in my personal life occurring after December 6, 2022 prevent me from proceeding as a party in this case.

Date signed: __Decembet 26,__, 2022     _____
                                                                                            JAIME JUNIOR

**Respectfully submitted this 21ST day of December 2022,**

**Plaintiffs, on behalf of themselves and all others similarly situated,**
**by their attorney,**

*/s/ Michael W. Bartnik*
**MICHAEL W. BARTNIK (P32534)**
**Law For Baby Boomers, PLLC**
**41000 Woodward Ave Ste 350**
**Bloomfield Hills Michigan 48304**
**(248) 608-3660 Telephone**
**(248) 218-9588 Facsimile**
Michaelbartnik@protonmail.com