UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JILL BABCOCK, et al.,

    Plaintiffs,                                   Civil Action No. 22-cv-12951

v.                                                   HON. MARK A. GOLDSMITH

MICHIGAN, STATE OF, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

Plaintiff Jaime Junior filed a notice of voluntary dismissal with the Court, withdrawing Juniors' claims without prejudice (Dkt. 5). Accordingly, Junior is dismissed from this action without prejudice.

SO ORDERED.

Dated: December 29, 2022                     s/Mark A. Goldsmith
       Detroit, Michigan                        MARK A. GOLDSMITH
                                                  United States District Judge