## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

JILL BABCOCK, and
ASHLEY JACOBSON, on behalf of
themselves and others similarly situated,

    PLAINTIFFS,

-vs-                                                    Case No. 22-cv-12951
                                                         Hon. Mark A. Goldsmith

STATE OF MICHIGAN, COUNTY OF
WAYNE, CITY OF DETROIT, WAYNE
COUNTY BUILDING AUTHORITY,
DETROIT-WAYNE JOINT BUILDING
AUTHORITY, and HINES, out-of-state
Corporation authorized to do business in
Michigan,

    DEFENDANTS, Jointly and Severally.
_____/

## APPEARANCE

    Please enter the Appearance of Charles N. Raimi as counsel for Defendant, City of Detroit, in the above-entitled matter.

/s/Charles N. Raimi
By: Charles N. Raimi (P29746)
Deputy Corporation Counsel, City of Detroit
Attorney for Defendant City of Detroit
2 Woodward Ave., Ste. 500
Detroit, MI  48226
313-237-5037
raimic@detroitmi.gov

Dated:  February 16, 2023

## CERTIFICATE OF SERVICE

I, Charles Raimi, hereby certify that on February 16, 2023, the foregoing Appearance was filed and served upon all counsel of record via the United States District Court's Electronic Filing System.

                                                                         /s/ Charles N. Raimi

Dated:  February 16, 2022