UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF
MICHIGAN SOUTHERN DIVISION

JILL BABCOCK, and
ASHLEY JACOBSON, on behalf of
themselves and others similarly situated,

    PLAINTIFFS,

-vs-                                                          Case No. 22-cv-12951
                                                                     Hon. Mark A. Goldsmith

STATE OF MICHIGAN, COUNTY OF
WAYNE, CITY OF DETROIT,
WAYNE COUNTY BUILDING
AUTHORITY, DETROIT-WAYNE
JOINT BUILDING
AUTHORITY, and HINES, out-of-state
Corporation authorized to do business in
Michigan,

    DEFENDANTS, Jointly and Severally.
_____/

## APPEARANCE OF COUNSEL

      Please enter the Appearance of Jesse Halfon as counsel for Defendant, City of Detroit, in the above-entitled matter.

                                            Respectfully submitted,

                                            /s/ *Jesse Halfon*
                                            JESSE HALFON (P66936)
                                            Attorney for Defendants City of Detroit
                                            2 Woodward Avenue, Suite 500
                                            Detroit, MI 48226
                                            (313) 237-5244
                                            [jesse.halfon@detroitmi.gov](mailto:jesse.halfon@detroitmi.gov)

Dated: February 17, 2023

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF
# MICHIGAN SOUTHERN DIVISION

JILL BABCOCK, and
ASHLEY JACOBSON, on behalf of
themselves and others similarly situated,

    PLAINTIFFS,

-vs-                                                                        Case No. 22-cv-12951
                                                                       Hon. Mark A. Goldsmith

STATE OF MICHIGAN, COUNTY OF
WAYNE, CITY OF DETROIT,
WAYNE COUNTY BUILDING
AUTHORITY, DETROIT-WAYNE
JOINT BUILDING
AUTHORITY, and HINES, out-of-state
Corporation authorized to do business in
Michigan,

    DEFENDANTS, Jointly and Severally.
_____/

## CERTIFICATE OF SERVICE

I, Arielle Y. Batchelor, hereby certify that on February 17, 2023, the foregoing Appearance was filed and served upon all counsel of record via the United States District Court's Electronic Filing System.

                                                  /s/Arielle Y. Batchelor
                                                 Arielle Y. Batchelor

Dated: February 17, 2023