## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**JILL BABCOCK**, and
**ASHLEY JACOBSON**, on behalf of
themselves and others similarly situation,

    PLAINTIFFS,

v.

**STATE OF MICHIGAN, COUNTY OF
WAYNE, CITY OF DETROIT, WAYNE
COUNTY BUILDING AUTHORITY,
DETROIT BUILDING AUTHORITY,
DETROIT-WAYNE JOINT BUILDING
AUTHORITY**, and **HINES COMPANY**, an
out of state corporation authorized to do business
in Michigan,

    DEFENDANTS, jointly and severally.

_____/

Case No. 22-cv-12951
Hon. Mark A. Goldsmith
Mag. Jonathan Grey

## **APPEARANCE**

Please enter the Appearance of Monica N. Hunt of The Allen Law Group, as counsel for Defendant, Detroit Building Authority, in the above-entitled matter.

Dated: February 27, 2023

    _/s/ Monica N. Hunt_
    By: Monica N. Hunt (P68838)
    Counsel for Detroit Building
    Authority
    3011 West Grand Boulevard
    2500 Fisher Building
    Detroit, Michigan 48202
    (313) 871-5500
    mhunt@alglawpc.com

## CERTIFICATE OF SERVICE

I, Monica N. Hunt, hereby certify that on February 27, 2023, the above Appearance was filed and served upon all counsel of record by using the United States District Court Electronic Filing System.

Dated: February 27, 2023                                          */s/ Monica N. Hunt*