AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 22-12951
Hon. Mark A. Goldsmith

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Wayne, County of

was received by me on *(date)* 12-12-2022

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* James W. Heath, who is designated by law to accept service of process on behalf of *(name of organization)* County of Wayne on *(date)* 1-20-23 ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: electronically to his email address of record pursuant to agreement and authority to accept service of process on behalf of Defendant County of Wayne.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: March 1, 2023

P32534

Michael W. Bartnik (P32534)
Law For Baby Boomers, PLLC
Attorney for Plaintiffs
41000 Woodward Avenue, Suite 350
Bloomfield Hills, Michigan 48304
(248) 608-3660
michaelbartnik@protonmail.com

*Printed name and title*

Additional information regarding attempted service, etc: