## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

**JILL BABCOCK, JAIME JUNIOR,**
**and ASHLEY JACOBSON, on**
**behalf of themselves and all others**           **Case No. 22-cv-12951-MAG-JJCG**
**similarly situated,**

**Hon. Mark A. Goldsmith**

     **Plaintiffs,**

**v**

**STATE OF MICHIGAN; COUNTY**
**OF WAYNE, CITY OF DETROIT,**
**WAYNE COUNTY BUILDING**
**AUTHORITY,**
**DETROIT BUILDING**
**AUTHORITY,**
**DETROIT-WAYNE JOINT**
**BUILDING AUTHORITY, and**
**HINES, out-of-state corporation**
**authorized to do business in**
**Michigan,**

     **Defendants.**

_____/

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that Paul S. Magy of the law offices of Clark Hill

PLC, hereby enters his appearance on behalf of Defendant Detroit-Wayne Joint

Building Authority ("DWJBA") and Defendant Hines "(Hines") in the above-

entitled matter.

Respectfully submitted,

CLARK HILL PLC

Dated:  March 9, 2023          By:    /s/ Paul S. Magy

Paul S. Magy (P34423)
Gregory N. Longworth (P49249)

Attorneys for Defendants DWJBA and Hines
151 S. Old Woodward, Suite 200
Birmingham, MI  48009
(248) 988-5844
pmagy@clarkhill.com
glongworth@clarkhill.com

## CERTIFICATE OF SERVICE

Paul S. Magy, being first duly sworn, deposes and states that on this 9th day of March, 2023, he caused to be served a copy of the foregoing pleading upon all counsel of record via the Court's electronic filing system.

/s/ Paul S. Magy