**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

JILL BABCOCK, JAIME JUNIOR,
and ASHLEY JACOBSON, on
behalf of themselves and all others          Case No. 22-cv-12951-MAG-JJCG
similarly situated,

                                                  Hon. Mark A. Goldsmith

       Plaintiffs,

v

STATE OF MICHIGAN; COUNTY
OF WAYNE, CITY OF DETROIT,
WAYNE COUNTY BUILDING
AUTHORITY,
DETROIT BUILDING
AUTHORITY,
DETROIT-WAYNE JOINT
BUILDING AUTHORITY, and
HINES, out-of-state corporation
authorized to do business in
Michigan,

       Defendants.

_____/

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Gregory N. Longworth of the law offices of

Clark Hill PLC, hereby enters his appearance on behalf of Defendant Detroit-Wayne

Joint Building Authority ("DWJBA") and Defendant Hines "(Hines") in the above-

entitled matter.

Respectfully submitted,

CLARK HILL PLC

Dated:  March 9, 2023

By:   /s/ Gregory N. Longworth
       Paul S. Magy (P34423)
       Gregory N. Longworth (P49249)

Attorneys for Defendants DWJBA and Hines
151 S. Old Woodward, Suite 200
Birmingham, MI  48009
(248) 988-5844
pmagy@clarkhill.com
glongworth@clarkhill.com

### CERTIFICATE OF SERVICE

Gregory N. Longworth, being first duly sworn, deposes and states that on this 9th day of March, 2023, he caused to be served a copy of the foregoing pleading upon all counsel of record via the Court's electronic filing system.

/s/ Gregory N. Longworth

2