# UNITED STATES DISTRICT COURT
# IN THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JILL BABCOCK, *et al.*,

                Plaintiffs,

vs

STATE OF MICHIGAN,
COUNTY OF WAYNE,
CITY OF DETROIT,
WAYNE COUNTY BUILDING AUTHORITY,
DETROIT BUILDING AUTHORITY,
DETROIT-WAYNE JOINT BUILDING AUTHORITY,
and
HINES, out-of-state corporation authorized to do business in Michigan

                Defendants.

Civil Action No. 22-cv-12951
HON. MARK A. GOLDSMITH
MAG: JONATHAN J.C. GREY

_____/

**Michael W. Bartnik** (P32534)
Law for Baby Boomers, PLLC
Attorney for Plaintiffs
41000 Woodward Avenue, Suite 350
Bloomfield Hills, Michigan 48304
(248) 608-3660
Michaelbartnik@protonmail.com

**JAMES HEATH (P65419)**
Wayne County Corporation Counsel
**JAMES M. JERNIGAN (P57035)**
Assistant Corporation Counsel
Attorneys for Defendants Wayne County and Wayne County Building Authority
400 Monroe, Suite 290
Detroit, Michigan 48226
(313) 202-7188
jjernigan@waynecounty.com

**Cassandra A. Drysdale-Crown** (P64108)
Assistant Attorney General
Attorney for Defendant State of Michigan
525 West Ottawa Street
Lansing, Michigan 48933-1067
(517) 335-7603
drysdalecrownc@michigan.gov

**Charles N. Raimi** (P29746)
Deputy Corporation Counsel
Attorney for Defendant City of Detroit
2 Woodward Avenue, Suite 500
Detroit, Michigan 48226
(313) 237-5037
raimic@detroitmi.gov

| | |
|---|---|
| **Floyd E. Allen** (P31260)<br>**Monica N. Hunt** (P68838)<br>The Allen Law Group PC<br>Attorneys for Defendant Detroit Building Authority<br>3011 West Grand Boulevard, Suite 2500<br>Detroit, Michigan 48202-3030<br>(313) 871-5500<br>fallen@alglawpc.com | **Paul S. Magy** (P34423)<br>Clark Hill PLC<br>Attorneys for Defendants Detroit-Wayne Joint Building Authority and Hines<br>151 South Old Woodward Avenue, Suite 200<br>Birmingham, Michigan 48009-6103<br>(248) 988-5844<br>pmagy@clarkhill.com |

_____/

# APPEARANCE OF COUNSEL
## AND NOTICE OF APPEARANCE

**TO:** CLERK OF COURT
 MICHAEL W. BARTNIK, ESQ.
 CASSANDRA A. DRYSDALE-CROWN, ESQ.
 CHARLES N. RAIMI, ESQ.
 FLOYD E. ALLEN, ESQ.
 MONICA N. HUNT, ESQ.
 PAUL S. MAGY, ESQ.

**PLEASE TAKE NOTICE** that **JAMES M. JERNIGAN**, Assistant Corporation Counsel, hereby enters an Appearance on behalf of Defendants, **Wayne County and Wayne County Building Authority**, in the above-captioned matter.

Please forward copies of all correspondence and court filings to JAMES M. JERNIGAN, at the address identified below.

Respectfully submitted,

JAMES HEATH
Wayne County Corporation Counsel

Date: March 10, 2023

BY:   /s/ James M. Jernigan
**JAMES M. JERNIGAN (P57035)**
Assistant Corporation Counsel
Attorney for Defendants Wayne County and Wayne County Building Authority
400 Monroe, Suite 290
Detroit, MI  48226
(313) 202-7188
jjernigan@waynecounty.com

## **CERTIFICATE OF SERVICE**

The undersigned, being first and duly sworn deposes and states that on March 10, 2023, she electronically filed an **Appearance of Counsel and Notice of Appearance** with the Clerk of the Court using the ECF system which will send notification of such filing to all parties registered on this case.


            s/S. Washington
Sanonya Washington