UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Jill Babcock, et al.,

    Plaintiff(s),

v.

Michigan, State of, et al.,

    Defendant(s).

Case No. 22-12951

HON. MARK A. GOLDSMITH

## ORDER STRIKING DOCUMENT (Dkt. 26)

The Court has reviewed the following document: Def. Mot. to Dismiss (Dkt. 26). The Court finds that it should be stricken for the following reason(s):

☐ Missing or insufficient statement of non-concurrence. See LR 7.1(a).

☑ Over-length. See LR 7.1(d)(3).

☐ Wrong font size. See LR 5.1(a)(3).

☐ Missing required information (e.g., concise statement of issues, controlling or most appropriate authority, etc.). See LR 7.1(d)(2).

☐ Improperly formatted (e.g., single-spaced, improper margins, missing page numbers, etc.). See LR 5.1(a)(2).

☐ Does not comply with the Case Management Order in this case for the following reasons:

_____

_____

_____.

☑ Other: Defendant State of Michigan's motion does not contain the local rule certification required by this Court's December 13, 2022 order (Dkt. 4).

Accordingly, the Court strikes the document. Defendant shall file a corrected document that complies with all requirements on or before March 15, 2023.

SO ORDERED.

Dated: March 13, 2023
Detroit, Michigan

s/ Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 13, 2023.

s/ Karri Sandusky
Karri Sandusky
Case Manager