UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JILL BABCOCK, *et al.*,

    Plaintiffs,

v.

MICHIGAN, STATE OF, *et al.*,

    Defendants.

_____/

Civil Action No. 22-cv-12951

HON. MARK A. GOLDSMITH

**STIPULATED ORDER EXTENDING TIME
TO FILE PLAINTIFFS' FIRST AMENDED COMPLAINT AS OF RIGHT**

Based on the agreement and stipulation of the Plaintiffs and Defendants, as reflected by the signatures of their counsel below:

The time for filing Plaintiffs' First Amended Complaint as of right, is extended from March 31, 2023 until April 28, 2023.

**IT IS SO ORDERED.**

Dated: March 24, 2023
    Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

1

**IT IS SO STIPULATED:**

On behalf of our clients, we stipulate to entry of the above order.

Respectfully Submitted,
Dated: March 23, 2023

/s/ *Michael W. Bartnik*
By: Michael W. Bartnik (P32534)
Law For Baby Boomers, PLLC
Attorney for Plaintiffs
41000 Woodward Avenue, Suite 350
Bloomfield Hills, Michigan 48304
(248) 608-3660
michaelbartnik@protonmail.com

Dated: March 23, 2023

/s/ *with consent Cassandra A. Drysdale-Crown*
By: Cassandra A. Drysdale-Crown (P64108)
Assistant Attorney General
Attorney for State of Michigan
525 West Ottawa Street
Lansing, Michigan 48933-1067
(517) 335-7603
drysdalecrownc@michigan.gov

Dated: March 23, 2023

/s/ *with consent James M. Jernigan*
By: James W. Heath (P65419)
By: Sue Hammoud (P64542)
By: James M. Jernigan (57035)
Wayne County Corporation Counsel
Attorney for Defendants County of Wayne and
Wayne County Building Authority
500 Griswold Street, 30th Floor
Detroit, Michigan 48226-3480
(313) 224-0055
jheath@waynecounty.com
shammoud@waynecounty.com
jjernigan@waynecounty.com

Dated: March 23, 2023

/s/ *with consent Jesse Halfon*

2

|  |  |
|---|---|
|  | By: Charles N. Raimi (P29746)<br>Deputy Corporation Counsel<br>By: Jesse Halfon (P66936)<br>Assistant Corporate Counsel<br>Attorneys for Defendant City of Detroit<br>2 Woodward Avenue, Suite 500<br>Detroit, Michigan 48226<br>(313) 237-5037<br>raimic@detroitmi.gov<br>Jesse.halfon@detroitmi.gov |
| Dated: March 23, 2023 | */s/ with consent Monica N. Hunt*<br>By: Monica N. Hunt (P68838)<br>The Allen Law Group<br>Counsel for Detroit Building Authority<br>3011 West Grand Boulevard<br>2500 Fisher Building<br>Detroit, Michigan 48202<br>(313) 871-5500<br>Mhunt@alglawpc.com |
| Dated: March 23, 2023 | */s/ with consent Paul S. Magy*<br>By: Paul S. Magy (P34423)<br>Gregory N. Longworth (P49249)<br>Clark Hill PLC<br>Attorneys for Defendant Detroit-Wayne Joint Building Authority<br>151 South Old Woodward Avenue, Suite 200<br>Birmingham, Michigan 48009-6103<br>(248) 988-5844<br>pmagy@clarkhill.com<br>glongworth@clarkhill.com |
| Dated: March 23, 2023 | */s/ with consent Paul S. Magy*<br>By: Paul S. Magy (P34423)<br>Gregory N. Longworth (P49249)<br>Clark Hill PLC<br>Attorneys for Defendant Hines<br>151 South Old Woodward Avenue, Suite 200<br>Birmingham, Michigan 48009-6103 |

(248) 988-5844
pmagy@clarkhill.com
glongworth@clarkhill.com

**LOCAL RULE CERTIFICATION**

I, Michael W. Bartnik, certify that this document complies with Local Rule 5.1(a), including: double-spaced (except for quoted materials and footnotes); at least one-inch margins on the top, sides, and bottom; consecutive page numbering; and type size of all text and footnotes that is no smaller than 10-1/2 characters per inch (for non-proportional fonts) or 14 point (for proportional fonts). I also certify that it is the appropriate length. Local Rule 7.1(d)(3).