UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JILL BABCOCK, et al.,

    Plaintiffs,

v.

STATE OF MICHIGAN, et al.,

    Defendants.

_____/

Case No. 2:22-cv-12951

HON. MARK A. GOLDSMITH

## **NOTICE OF APPEARANCE OF COUNSEL**

Now comes the below undersigned counsel who gives notice that said attorney is entering an appearance in this matter as counsel for all Plaintiffs.  Please serve all further notices and copies of pleadings, papers, and other relevant material upon the undersigned.

Date:  April 18, 2023

Respectfully submitted,

**s/Elizabeth K. Abdnour**
Elizabeth K. Abdnour (P78203)
ELIZABETH ABDNOUR LAW, PLLC
Attorney for Plaintiffs
1100 W. Saginaw St., Ste. 4A-2
Lansing, MI 48915
517-292-0067
elizabeth@abdnour.com

1