UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JILL BABCOCK, *et al.*,

    Plaintiffs,                                                       Civil Action No. 22-cv-12951

v.                                                              HON. MARK A. GOLDSMITH

MICHIGAN, STATE OF, *et al.*,

    Defendants.

_____/

**STIPULATED ORDER EXTENDING TIME FOR DEFENDANTS
TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

On March 24, 2023, the Court ordered that Plaintiffs shall file their first amended complaint by April 28, 2023 (ECF No. 33). Based on the agreement and stipulation of the Plaintiffs and Defendants, as reflected by the signatures of their counsel below:

The time for each Defendant to file its response to Plaintiffs' First Amended Complaint is extended to May 19, 2023.

    **IT IS SO ORDERED.**

Dated: April 21, 2023                                    s/Mark A. Goldsmith
    Detroit, Michigan                               MARK A. GOLDSMITH
                                                                    United States District Judge

**IT IS SO STIPULATED:**

On behalf of our clients, we stipulate to entry of the above order.

Respectfully Submitted,

Dated: April 17, 2023                  */s/ with consent Michael W. Bartnik*
                                       By: Michael W. Bartnik (P32534)
                                       Law For Baby Boomers, PLLC
                                       Attorney for Plaintiffs
                                       41000 Woodward Avenue, Suite 350
                                       Bloomfield Hills, Michigan 48304
                                       (248) 608-3660
                                       michaelbartnik@protonmail.com

Dated: April 17, 2023                  */s/ with consent Cassandra A. Drysdale-Crown*
                                       By: Cassandra A. Drysdale-Crown (P64108)
                                       Assistant Attorney General
                                       Attorney for State of Michigan
                                       525 West Ottawa Street
                                       Lansing, Michigan 48933-1067
                                       (517) 335-7603
                                       drysdalecrownc@michigan.gov

Dated: April 17, 2023                  */s/ with consent James M. Jernigan*
                                       By: James W. Heath (P65419)
                                       By: Sue Hammoud (P64542)
                                       By: James M. Jernigan (57035)
                                       Wayne County Corporation Counsel
                                       Attorney for Defendants County of Wayne and
                                       Wayne County Building Authority
                                       500 Griswold Street, 30th Floor
                                       Detroit, Michigan 48226-3480
                                       (313) 224-0055
                                       jheath@waynecounty.com
                                       shammoud@waynecounty.com
                                       jjernigan@waynecounty.com

Dated: April 17, 2023	*/s/ with consent Charles N. Raimi*
By: Charles N. Raimi (P29746)
Deputy Corporation Counsel
By: Jesse Halfon (P66936)
Assistant Corporate Counsel
Attorneys for Defendant City of Detroit
2 Woodward Avenue, Suite 500
Detroit, Michigan 48226
(313) 237-5037
raimic@detroitmi.gov
Jesse.halfon@detroitmi.gov

Dated: April 17, 2023	*/s/ with consent Monica N. Hunt*
By: Monica N. Hunt (P68838)
The Allen Law Group
Counsel for Detroit Building Authority
3011 West Grand Boulevard
2500 Fisher Building
Detroit, Michigan 48202
(313) 871-5500
Mhunt@alglawpc.com

Dated: April 17, 2023	*Paul S. Magy*
By: Paul S. Magy (P34423)
Gregory N. Longworth (P49249)
Clark Hill PLC
Attorneys for Defendant Detroit-Wayne Joint Building Authority
151 South Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009-6103
(248) 988-5844
pmagy@clarkhill.com
glongworth@clarkhill.com

3

Dated: April 17, 2023

*Paul S. Magy*
By: Paul S. Magy (P34423)
Gregory N. Longworth (P49249)
Clark Hill PLC
Attorneys for Defendant Hines
151 South Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009-6103
(248) 988-5844
pmagy@clarkhill.com
glongworth@clarkhill.com

## LOCAL RULE CERTIFICATION

I, Paul S. Magy, certify that this document complies with Local Rule 5.1(a), including: double-spaced (except for quoted materials and footnotes); at least one-inch margins on the top, sides, and bottom; consecutive page numbering; and type size of all text and footnotes that is no smaller than 10-1/2 characters per inch (for non-proportional fonts) or 14 point (for proportional fonts). I also certify that it is the appropriate length. Local Rule 7.1(d)(3).