UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JILL BABCOCK, *et al.*,

    Plaintiffs,                                Civil Action No. 22-cv-12951

v.                                            HON. MARK A. GOLDSMITH

MICHIGAN, STATE OF, *et al.*,

    Defendants.
_____/

## STIPULATED ORDER DISMISSING HINES (INCLUDING HINES DETROIT SERVICES LLC) WITHOUT PREJUDICE

Based on the agreement and stipulation of the Plaintiffs and Defendant Hines, as reflected by the signatures of their counsel below:

Hines (including Hines Detroit Services LLC) is DISMISSED WITHOUT PREJUDICE from this case, without costs or attorney fees to either party.

**IT IS SO ORDERED.**

Dated: April 26, 2023                      s/Mark A. Goldsmith
      Detroit, Michigan                    MARK A. GOLDSMITH
                                                  United States District Judge

**IT IS SO STIPULATED:**

On behalf of our clients, we stipulate to entry of the above order.

Respectfully Submitted,

Dated: April 25, 2023        <u>/s/ with consent Michael W. Bartnik</u>
By: Michael W. Bartnik (P32534)
Law For Baby Boomers, PLLC
Attorney for Plaintiffs
41000 Woodward Avenue, Suite 350
Bloomfield Hills, Michigan 48304
(248) 608-3660
michaelbartnik@protonmail.com

Elizabeth Kamm Abdnour (P78203)
Elizabeth Abdnour Law, PLLC
Attorney for Plaintiffs
110 W. Saginaw St., Ste. 4A-2
Lansing, Michigan 48915
(517) 292-0067
elizabeth@abdnour.com

Dated: April 25, 2023        <u>Paul S. Magy</u>
By: Paul S. Magy (P34423)
Gregory N. Longworth (P49249)
Clark Hill PLC
Attorneys for Defendant Hines
151 South Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009-6103
(248) 988-5844
pmagy@clarkhill.com
glongworth@clarkhill.com

## LOCAL RULE CERTIFICATION

I, Paul S. Magy, certify that this document complies with Local Rule 5.1(a), including: double-spaced (except for quoted materials and footnotes); at least one-inch margins on the top, sides, and bottom; consecutive page numbering; and type size of all text and footnotes that is no smaller than 10-1/2 characters per inch (for non-proportional fonts) or 14 point (for proportional fonts). I also certify that it is the appropriate length. Local Rule 7.1(d)(3).