UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

JILL BABCOCK, et al.,

    Plaintiffs,      Case No. 22-cv-12951

v.      HON. MARK A. GOLDSMITH

STATE OF MICHIGAN, et al.,

    Defendants.
_____/

## ORDER APPOINTING FACILITATOR

    The parties have agreed on the appointment of former United States Magistrate Judge Mona Majzoub as facilitator for this matter. Pursuant to Federal Rule of Civil Procedure 16(c)(2)(P) and Local Rule 16.3, the Court refers this matter for facilitation and appoints former United States Magistrate Judge Mona Majzoub as facilitator.

    The facilitator's fees and costs shall be borne pro rata by the parties.

    SO ORDERED.

Dated: April 28, 2023      s/Mark A. Goldsmith
Detroit, Michigan      MARK A. GOLDSMITH
     United States District Judge