UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JILL BABCOCK, et al.,

      Plaintiffs,

v.

STATE OF MICHIGAN, et al.,

      Defendants.
_____/

Case No. 2:22-cv-12951

HON. MARK A. GOLDSMITH

**JOINT STATEMENT**
**SUMMARY OF INITIAL RESULTS**

The parties jointly submit this Joint Statement Summary of Initial Results pursuant to the Court's April 19, 2023 Order Following Status Conference (Dkt. 36).

On April 27, 2023 counsel for all parties met via zoom with the facilitator, former United States District Court Magistrate Judge Mona Majzoub. Magistrate Judge Majzoub raised several issues for discussion, and set an in-person meeting among all counsel on Friday May 12, 2023, beginning at 9:30, potentially lasting the full business day.

With regard to the effect of facilitation process on the proposed schedule, and points of disagreement and agreement, the parties state:

1

(1) All parties will be discussing facilitation process questions at the May 12, 2023 meeting with Magistrate Judge Majzoub and will be better able to discuss areas of agreement and disagreement and to supplement this report following the initial session and at the rescheduled Status Conference on May 15, 2023.

(2) As to proposed deadlines, all parties think that a better assessment can be made at the 60-day mark, although plaintiffs do not currently think there is any reason to change the deadlines due to the facilitation process, and one or more of the defendants are still evaluating the impact of the April 28, 2023 First Amended Complaint on the previously suggested schedule (and the State has not yet concurred to any discovery deadlines pending the outcome of an anticipated newly filed Motion to Dismiss).

Respectfully Submitted,

Dated: May 2, 2023

*/s/ Michael W. Bartnik*
By: Michael W. Bartnik (P32534)
Law For Baby Boomers, PLLC
Attorney for Plaintiffs
41000 Woodward Avenue, Suite 350
Bloomfield Hills, Michigan 48304
(248) 608-3660
michaelbartnik@protonmail.com

Dated: May 2, 2023

*/s/ with consent Elizabeth K. Abdnour*
By: Elizabeth K. Abdnour (P78203)
Elizabeth Abdnour Law, PLLC
Attorney for Plaintiffs
1100 W Saginaw St, Suite 4A-2
Lansing, Michigan 48915-2033
(517) 292-0067

<div style="margin-left: 3em;">elizabeth@abdnour.com</div>

Dated: May 2, 2023  /s/ with consent Cassandra A. Drysdale-Crown
By: Cassandra A. Drysdale-Crown (P64108)
Assistant Attorney General
Attorney for State of Michigan
525 West Ottawa Street
Lansing, Michigan 48933-1067
(517) 335-7603
drysdalecrownc@michigan.gov

Dated: May 2, 2023  /s/ with consent James M. Jernigan
By: James W. Heath (P65419)
By: Sue Hammoud (P64542)
By: James M. Jernigan (57035)
Wayne County Corporation Counsel
Attorney for Defendants County of Wayne and Wayne County Building Authority
500 Griswold Street, 30th Floor
Detroit, Michigan 48226-3480
(313) 224-0055
jheath@waynecounty.com
shammoud@waynecounty.com
jjernigan@waynecounty.com

Dated: May 2, 2023  /s/ with consent Jesse Halfon
By: Charles N. Raimi (P29746)
Deputy Corporation Counsel
By: Jesse Halfon (P66936)
Assistant Corporate Counsel
Attorneys for Defendant City of Detroit
2 Woodward Avenue, Suite 500
Detroit, Michigan 48226
(313) 237-5037
raimic@detroitmi.gov
Jesse.halfon@detroitmi.gov

Dated: May 2, 2023 　　　　　　 */s/ with consent Monica N. Hunt*
　　　　　　　　　　　　　　　　By: Monica N. Hunt (P68838)
　　　　　　　　　　　　　　　　The Allen Law Group
　　　　　　　　　　　　　　　　Counsel for Detroit Building Authority
　　　　　　　　　　　　　　　　3011 West Grand Boulevard
　　　　　　　　　　　　　　　　2500 Fisher Building
　　　　　　　　　　　　　　　　Detroit, Michigan 48202
　　　　　　　　　　　　　　　　(313) 871-5500
　　　　　　　　　　　　　　　　Mhunt@alglawpc.com

Dated: May 2, 2023 　　　　　　 */s/ with consent Paul S. Magy*
　　　　　　　　　　　　　　　　By: Paul S. Magy (P34423)
　　　　　　　　　　　　　　　　Gregory N. Longworth (P49249)
　　　　　　　　　　　　　　　　Clark Hill PLC
　　　　　　　　　　　　　　　　Attorneys for Defendant Detroit-Wayne Joint
　　　　　　　　　　　　　　　　Building Authority
　　　　　　　　　　　　　　　　151 South Old Woodward Avenue, Suite 200
　　　　　　　　　　　　　　　　Birmingham, Michigan 48009-6103
　　　　　　　　　　　　　　　　(248) 988-5844
　　　　　　　　　　　　　　　　pmagy@clarkhill.com
　　　　　　　　　　　　　　　　glongworth@clarkhill.com

## LOCAL RULE CERTIFICATION

I, Michael W. Bartnik, certify that this document complies with Local Rule 5.1(a), including: double-spaced (except for quoted materials and footnotes); at least one-inch margins on the top, sides, and bottom; consecutive page numbering; and type size of all text and footnotes that is no smaller than 10-1/2 characters per inch (for non-proportional fonts) or 14 point (for proportional fonts). I also certify that it is the appropriate length. Local Rule 7.1(d)(3).