# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JILL BABCOCK, et al.,

    Plaintiffs,

v

STATE OF MICHIGAN, et al.,

    Defendants.

Case No. 22-cv-12951
Hon. Mark A. Goldsmith

---

**LAW FOR BABY BOOMERS PLLC**
Michael W. Bartnik (P32534)
41000 Woodward Ave., Suite 350
Bloomfield Hills, MI 48304
(248) 608-3660
Fax (248) 218-9588
Michaelbartnik@protonmail.com
*Attorneys for Plaintiffs*

**THE MILLER LAW FIRM, P.C.**
Melvin B. Hollowell (P37834)
Angela L. Baldwin (P81565)
211 W. Fort Street, Suite 705
Detroit, MI 48226
(313) 483-0880
(248) 841-2200
mbh@millerlawpc.com
alb@millerlawpc.com
*Attorneys for Defendant, Wayne County*

**ELIZABETH ABDNOUR LAW, PLLC**
Elizabeth K. Abdnour (P78203)
1100 W. Saginaw St., Ste. 4A-2
Lansing, MI 48915
(517) 292-0067
elizabeth@abdnour.com
*Attorneys for Plaintiff*

---

## APPEARANCE OF ANGELA L. BALDWIN

    PLEASE TAKE NOTICE that Angela L. Baldwin of The Miller Law Firm, P.C. hereby enters her Appearance on behalf of Defendant, Wayne County, in the above-captioned matter. Please serve all notices, copies of pleadings, papers and other relevant materials upon the undersigned.

Respectfully Submitted,

**THE MILLER LAW FIRM, P.C.**

/s/*Angela L. Baldwin*
Melvin B. Hollowell (P37834)
Angela L. Baldwin (P81565)
211 W. Fort Street, Suite 705
Detroit, MI 48226
(313) 483-0880
(248) 841-2200
mbh@millerlawpc.com
alb@millerlawpc.com
*Attorneys for Defendant, Wayne County*

Dated: May 3, 2023

2

STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JILL BABCOCK, et al.,                                    Case No. 22-cv-12951
                                                         Hon. Mark A. Goldsmith
    Plaintiffs,

v

STATE OF MICHIGAN, et al.,

    Defendants.

_____

| | |
|---|---|
| **LAW FOR BABY BOOMERS PLLC**<br>Michael W. Bartnik (P32534)<br>41000 Woodward Ave., Suite 350<br>Bloomfield Hills, MI 48304<br>(248) 608-3660<br>Fax (248) 218-9588<br>Michaelbartnik@protonmail.com<br>*Attorneys for Plaintiffs* | **THE MILLER LAW FIRM, P.C.**<br>Melvin B. Hollowell (P37834)<br>Angela L. Baldwin (P81565)<br>211 W. Fort Street, Suite 705<br>Detroit, MI 48226<br>(313) 483-0880<br>(248) 841-2200<br>mbh@millerlawpc.com<br>alb@millerlawpc.com<br>*Attorneys for Defendant, Wayne County* |
| **ELIZABETH ABDNOUR LAW, PLLC**<br>Elizabeth K. Abdnour (P78203)<br>1100 W. Saginaw St., Ste. 4A-2<br>Lansing, MI 48915<br>(517) 292-0067<br>elizabeth@abdnour.com<br>*Attorneys for Plaintiff* | |

_____

**PROOF OF SERVICE**

    Angela L. Baldwin certifies that on May 3, 2023, she caused to be served Notice of Appearance of Angela L. Baldwin and this Proof of Service upon all counsel of record via electronic filing system.

/s/ *Angela L. Baldwin*
Angela L. Baldwin

Dated: May 3, 2023