UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JILL BABCOCK, et al.,

    Plaintiffs,

v

STATE OF MICHIGAN, et al.,

    Defendants.

Case No. 22-cv-12951
Hon. Mark A. Goldsmith

---

**LAW FOR BABY BOOMERS PLLC**
Michael W. Bartnik (P32534)
41000 Woodward Ave., Suite 350
Bloomfield Hills, MI 48304
(248) 608-3660
Fax (248) 218-9588
Michaelbartnik@protonmail.com
*Attorneys for Plaintiffs*

**THE MILLER LAW FIRM, P.C.**
Melvin B. Hollowell (P37834)
Angela L. Baldwin (P81565)
211 W. Fort Street, Suite 705
Detroit, MI 48226
(313) 483-0880
(248) 841-2200
mbh@millerlawpc.com
alb@millerlawpc.com
*Attorneys for Defendant, Wayne County*

**ELIZABETH ABDNOUR LAW, PLLC**
Elizabeth K. Abdnour (P78203)
1100 W. Saginaw St., Ste. 4A-2
Lansing, MI 48915
(517) 292-0067
elizabeth@abdnour.com
*Attorneys for Plaintiff*

---

## APPEARANCE OF MELVIN B. HOLLOWELL

PLEASE TAKE NOTICE that Melvin B. Hollowell of The Miller Law Firm, P.C. hereby enters his Appearance on behalf of Defendant, Wayne County, in the above-captioned matter. Please serve all notices, copies of pleadings, papers and other relevant materials upon the undersigned.

Respectfully Submitted,

**THE MILLER LAW FIRM, P.C.**

/s/*Melvin B. Hollowell*
Melvin B. Hollowell (P37834)
Angela L. Baldwin (P81565)
211 W. Fort Street, Suite 705
Detroit, MI 48226
(313) 483-0880
(248) 841-2200
mbh@millerlawpc.com
alb@millerlawpc.com
*Attorneys for Defendant, Wayne County*

Dated: May 3, 2023

2

STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JILL BABCOCK, et al.,

    Plaintiffs,

v

STATE OF MICHIGAN, et al.,

    Defendants.

Case No. 22-cv-12951
Hon. Mark A. Goldsmith

---

**LAW FOR BABY BOOMERS PLLC**
Michael W. Bartnik (P32534)
41000 Woodward Ave., Suite 350
Bloomfield Hills, MI 48304
(248) 608-3660
Fax (248) 218-9588
Michaelbartnik@protonmail.com
*Attorneys for Plaintiffs*

**ELIZABETH ABDNOUR LAW, PLLC**
Elizabeth K. Abdnour (P78203)
1100 W. Saginaw St., Ste. 4A-2
Lansing, MI 48915
(517) 292-0067
elizabeth@abdnour.com
*Attorneys for Plaintiff*

**THE MILLER LAW FIRM, P.C.**
Melvin B. Hollowell (P37834)
Angela L. Baldwin (P81565)
211 W. Fort Street, Suite 705
Detroit, MI 48226
(313) 483-0880
(248) 841-2200
mbh@millerlawpc.com
alb@millerlawpc.com
*Attorneys for Defendant, Wayne County*

---

**PROOF OF SERVICE**

    Melvin B. Hollowell certifies that on May 3, 2023, he caused to be served Notice of Appearance of Melvin B. Hollowell and this Proof of Service upon all counsel of record via electronic filing system.

                                            /s/ *Melvin B. Hollowell*
                                            Melvin B. Hollowell

Dated: May 3, 2023