# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JILL BABCOCK, et al.,

    Plaintiffs,

v

STATE OF MICHIGAN, et al.,

    Defendants.

Case No. 22-cv-12951
Hon. Mark A. Goldsmith

---

**LAW FOR BABY BOOMERS PLLC**
Michael W. Bartnik (P32534)
41000 Woodward Ave., Suite 350
Bloomfield Hills, MI 48304
(248) 608-3660
Fax (248) 218-9588
Michaelbartnik@protonmail.com
*Attorneys for Plaintiffs*

**ELIZABETH ABDNOUR LAW, PLLC**
Elizabeth K. Abdnour (P78203)
1100 W. Saginaw St., Ste. 4A-2
Lansing, MI 48915
(517) 292-0067
elizabeth@abdnour.com
*Attorneys for Plaintiff*

**THE MILLER LAW FIRM, P.C.**
E. Powell Miller (P39487)
Melvin B. Hollowell (P37834)
Sharon S. Almonrode (P33938)
Angela L. Baldwin (P81565)
211 W. Fort Street, Suite 705
Detroit, MI 48226
(313) 483-0880
(248) 841-2200
epm@millerlawpc.com
mbh@millerlawpc.com
ssa@millerlawpc.com
alb@millerlawpc.com
*Attorneys for Defendant, Wayne County*

---

## **APPEARANCE OF SHARON S. ALMONRODE**

    PLEASE TAKE NOTICE that Sharon S. Almonrode of The Miller Law Firm, P.C. hereby enters her Appearance on behalf of Defendant, Wayne County, in the above-captioned matter. Please serve all notices, copies of pleadings, papers and other relevant materials upon the undersigned.

2

                    Respectfully Submitted,

                    **THE MILLER LAW FIRM, P.C.**

                    */s/ Sharon S. Almonrode*
                    E. Powell Miller (P39487)
                    Melvin B. Hollowell (P37834)
                    Sharon S. Almonrode (P33938)
                    Angela L. Baldwin (P81565)
                    211 W. Fort Street, Suite 705
                    Detroit, MI 48226
                    (313) 483-0880
                    (248) 841-2200
                    epm@millerlawpc.com
                    mbh@millerlawpc.com
                    ssa@millerlawpc.com
                    alb@millerlawpc.com
                    *Attorneys for Defendant, Wayne County*

Dated: May 3, 2023

STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JILL BABCOCK, et al.,　　　　　　　　　　　Case No. 22-cv-12951
　　　　　　　　　　　　　　　　　　　　　　Hon. Mark A. Goldsmith
　　　Plaintiffs,

v

STATE OF MICHIGAN, et al.,

　　　Defendants.

---

| | |
|---|---|
| **LAW FOR BABY BOOMERS PLLC**<br>Michael W. Bartnik (P32534)<br>41000 Woodward Ave., Suite 350<br>Bloomfield Hills, MI 48304<br>(248) 608-3660<br>Fax (248) 218-9588<br>Michaelbartnik@protonmail.com<br>*Attorneys for Plaintiffs* | **THE MILLER LAW FIRM, P.C.**<br>E. Powell Miller (P39487)<br>Melvin B. Hollowell (P37834)<br>Sharon S. Almonrode (P33938)<br>Angela L. Baldwin (P81565)<br>211 W. Fort Street, Suite 705<br>Detroit, MI 48226<br>(313) 483-0880<br>(248) 841-2200<br>epm@millerlawpc.com<br>mbh@millerlawpc.com<br>ssa@millerlawpc.com<br>alb@millerlawpc.com<br>*Attorneys for Defendant, Wayne County* |
| **ELIZABETH ABDNOUR LAW, PLLC**<br>Elizabeth K. Abdnour (P78203)<br>1100 W. Saginaw St., Ste. 4A-2<br>Lansing, MI 48915<br>(517) 292-0067<br>elizabeth@abdnour.com<br>*Attorneys for Plaintiff* | |

---

**PROOF OF SERVICE**

　　　Sharon S. Almonrode certifies that on May 3, 2023, she caused to be served Notice of Appearance of E. Powell Miller and this Proof of Service upon all counsel of record via electronic filing system.

*/s/ Sharon S. Almonrode*　　　　　　
Sharon S. Almonrode

Dated: May 3, 2023