## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

JILL BABCOCK, et al.,

    Plaintiffs,

v

STATE OF MICHIGAN, et al.,

    Defendants.

Case No. 22-cv-12951
Hon. Mark A. Goldsmith

---

**LAW FOR BABY BOOMERS PLLC**
Michael W. Bartnik (P32534)
41000 Woodward Ave., Suite 350
Bloomfield Hills, MI 48304
(248) 608-3660
Fax (248) 218-9588
Michaelbartnik@protonmail.com
*Attorneys for Plaintiffs*

**ELIZABETH ABDNOUR LAW, PLLC**
Elizabeth K. Abdnour (P78203)
1100 W. Saginaw St., Ste. 4A-2
Lansing, MI 48915
(517) 292-0067
elizabeth@abdnour.com
*Attorneys for Plaintiff*

**THE MILLER LAW FIRM, P.C.**
E. Powell Miller (P39487)
Melvin B. Hollowell (P37834)
Sharon S. Almonrode (P33938)
Angela L. Baldwin (P81565)
211 W. Fort Street, Suite 705
Detroit, MI 48226
(313) 483-0880
(248) 841-2200
epm@millerlawpc.com
mbh@millerlawpc.com
ssa@millerlawpc.com
alb@millerlawpc.com
*Attorneys for Defendants, Wayne County and Wayne County Building Authority*

---

## AMENDED APPEARANCE OF E. POWELL MILLER

    PLEASE TAKE NOTICE that E. Powell Miller of The Miller Law Firm, P.C. hereby enters his Appearance on behalf of Defendants, Wayne County and Wayne County Building Authority, in the above-captioned matter. Please serve all notices, copies of pleadings, papers and other relevant materials upon the undersigned.

Respectfully Submitted,

**THE MILLER LAW FIRM, P.C.**

/s/*E. Powell Miller*
E. Powell Miller (P39487)
Melvin B. Hollowell (P37834)
Sharon S. Almonrode (P33938)
Angela L. Baldwin (P81565)
211 W. Fort Street, Suite 705
Detroit, MI 48226
(313) 483-0880
(248) 841-2200
epm@millerlawpc.com
mbh@millerlawpc.com
ssa@millerlawpc.com
alb@millerlawpc.com
*Attorneys for Defendants, Wayne County and Wayne County Building Authority*

Dated: May 3, 2023

2

STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JILL BABCOCK, et al.,

    Plaintiffs,

v

STATE OF MICHIGAN, et al.,

    Defendants.

Case No. 22-cv-12951
Hon. Mark A. Goldsmith

---

**LAW FOR BABY BOOMERS PLLC**
Michael W. Bartnik (P32534)
41000 Woodward Ave., Suite 350
Bloomfield Hills, MI 48304
(248) 608-3660
Fax (248) 218-9588
Michaelbartnik@protonmail.com
*Attorneys for Plaintiffs*

**ELIZABETH ABDNOUR LAW, PLLC**
Elizabeth K. Abdnour (P78203)
1100 W. Saginaw St., Ste. 4A-2
Lansing, MI 48915
(517) 292-0067
elizabeth@abdnour.com
*Attorneys for Plaintiff*

**THE MILLER LAW FIRM, P.C.**
E. Powell Miller (P39487)
Melvin B. Hollowell (P37834)
Sharon S. Almonrode (P33938)
Angela L. Baldwin (P81565)
211 W. Fort Street, Suite 705
Detroit, MI 48226
(313) 483-0880
(248) 841-2200
epm@millerlawpc.com
mbh@millerlawpc.com
ssa@millerlawpc.com
alb@millerlawpc.com
*Attorneys for Defendants, Wayne County and Wayne County Building Authority*

---

## PROOF OF SERVICE

    E. Powell Miller certifies that on May 3, 2023, he caused to be served Amended Notice of Appearance of E. Powell Miller and this Proof of Service upon all counsel of record via electronic filing system.

                              /s/ *E. Powell Miller*
                              E. Powell Miller

Dated: May 3, 2023