**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JILL BABCOCK, et al.,

    Plaintiffs,

v

STATE OF MICHIGAN, et al.,

    Defendants.

Case No. 22-cv-12951
Hon. Mark A. Goldsmith

---

**LAW FOR BABY BOOMERS PLLC**
Michael W. Bartnik (P32534)
41000 Woodward Ave., Suite 350
Bloomfield Hills, MI 48304
(248) 608-3660
Fax (248) 218-9588
Michaelbartnik@protonmail.com
*Attorneys for Plaintiffs*

**ELIZABETH ABDNOUR LAW, PLLC**
Elizabeth K. Abdnour (P78203)
1100 W. Saginaw St., Ste. 4A-2
Lansing, MI 48915
(517) 292-0067
elizabeth@abdnour.com
*Attorneys for Plaintiff*

**THE MILLER LAW FIRM, P.C.**
E. Powell Miller (P39487)
Melvin B. Hollowell (P37834)
Sharon S. Almonrode (P33938)
Angela L. Baldwin (P81565)
211 W. Fort Street, Suite 705
Detroit, MI 48226
(313) 483-0880
(248) 841-2200
epm@millerlawpc.com
mbh@millerlawpc.com
ssa@millerlawpc.com
alb@millerlawpc.com
*Attorneys for Defendants, Wayne County and Wayne County Building Authority*

---

## AMENDED APPEARANCE OF MELVIN B. HOLLOWELL

PLEASE TAKE NOTICE that Melvin B. Hollowell of The Miller Law Firm, P.C. hereby enters his Appearance on behalf of Defendants, Wayne County and Wayne County Building Authority, in the above-captioned matter. Please serve all notices, copies of pleadings, papers and other relevant materials upon the undersigned.

                              Respectfully Submitted,

                              **THE MILLER LAW FIRM, P.C.**

                              /s/*Melvin B. Hollowell*
                              E. Powell Miller (P39487)
                              Melvin B. Hollowell (P37834)
                              Sharon S. Almonrode (P33938)
                              Angela L. Baldwin (P81565)
                              211 W. Fort Street, Suite 705
                              Detroit, MI 48226
                              (313) 483-0880
                              (248) 841-2200
                              epm@millerlawpc.com
                              mbh@millerlawpc.com
                              ssa@millerlawpc.com
                              alb@millerlawpc.com
                              *Attorneys for Defendants, Wayne County and Wayne County Building Authority*

Dated: May 3, 2023

STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JILL BABCOCK, et al.,                                Case No. 22-cv-12951
                                                     Hon. Mark A. Goldsmith
    Plaintiffs,

v

STATE OF MICHIGAN, et al.,

    Defendants.

---

| | |
|---|---|
| **LAW FOR BABY BOOMERS PLLC**<br>Michael W. Bartnik (P32534)<br>41000 Woodward Ave., Suite 350<br>Bloomfield Hills, MI 48304<br>(248) 608-3660<br>Fax (248) 218-9588<br>Michaelbartnik@protonmail.com<br>*Attorneys for Plaintiffs* | **THE MILLER LAW FIRM, P.C.**<br>E. Powell Miller (P39487)<br>Melvin B. Hollowell (P37834)<br>Sharon S. Almonrode (P33938)<br>Angela L. Baldwin (P81565)<br>211 W. Fort Street, Suite 705<br>Detroit, MI 48226<br>(313) 483-0880<br>(248) 841-2200 |
| **ELIZABETH ABDNOUR LAW, PLLC**<br>Elizabeth K. Abdnour (P78203)<br>1100 W. Saginaw St., Ste. 4A-2<br>Lansing, MI 48915<br>(517) 292-0067<br>elizabeth@abdnour.com<br>*Attorneys for Plaintiff* | epm@millerlawpc.com<br>mbh@millerlawpc.com<br>ssa@millerlawpc.com<br>alb@millerlawpc.com<br>*Attorneys for Defendants, Wayne County and Wayne County Building Authority* |

---

**PROOF OF SERVICE**

    Melvin B. Hollowell certifies that on May 3, 2023, he caused to be served Amended Notice of Appearance of Melvin B. Hollowell and this Proof of Service upon all counsel of record via electronic filing system.

/s/ *Melvin B. Hollowell*
Melvin B. Hollowell

Dated: May 3, 2023