## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

JILL BABCOCK, et al.,

    Plaintiffs,

v

STATE OF MICHIGAN, et al.,

    Defendants.

Case No. 22-cv-12951
Hon. Mark A. Goldsmith

---

### STIPULATED ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT

Upon stipulation of the parties, through their respective counsel, and the Court being duly appraised in the premises,

**IT IS HEREBY ORDERED** that time for Defendants, State of Michigan, County of Wayne, City of Detroit, Wayne County Building Authority, Detroit Building Authority, and Detroit-Wayne Joint Building Authority to file their first responsive pleading to Plaintiffs' First Amended Complaint, filed April 28, 2023 (ECF No. 33), shall be extended from May 19, 2023, to June 2, 2023.

**IT IS SO ORDERED.**

Dated: May 16, 2023
    Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

**IT IS SO STIPULATED:**

On behalf of our clients, we stipulate to entry of the above order.

This is not a final order and does not close the case.

Respectfully Submitted,

(Signature pages follow this page)

/s/Kimberly Pendrick (w/consent)
Kimberly Pendrick (P60348)
Assistants Attorney General
Attorney for Defendant State of Michigan
3030 West Grand Blvd
Detroit, Michigan 48202
313.456.0200
pendrickk@michigan.gov

/s/Cassandra Drysdale-Crown (w/consent)
Cassandra Drysdale-Crown (P64108)
Assistant Attorney General
Attorney for Defendant
State of Michigan
P.O. Box 30736
Lansing, Michigan 48909
517.335.7659
drysdalecrownc@michigan.gov

/s/Charles N. Raimi (w/consent)
Charles N. Raimi (P29746)
Deputy Corporation Counsel, City of Detroit
Attorney for Defendant City of Detroit
2 Woodward Ave, Suite 500
Detroit, Michigan 48226
313.237.5037
raimic@detroitmi.gov

/s/Jesse Halfon (w/consent)
Jesse Halfon (P66936)
Attorney for Defendants City of Detroit
2 Woodward Avenue, Suite 500
Detroit, Michigan 48226
313.237.5244
jesse.halfon@detroitmi.gov

/s/Monica N. Hunt (w/consent)
Monica N. Hunt (P68838)
Counsel for Detroit Building Authority
3011 West Grand Boulevard
2500 Fisher Building
Detroit, Michigan 48202
313.871.5500
mhunt@alglawpc.com

/s/James Heath (w/consent)
James Heath (P65419)
James M. Jernigan (P57035)
Attorneys for Defendants Wayne Co and
Wayne Co Building Authority
400 Monroe, Suite 290
Detroit, Michigan 48226
313.202.7188
jheath@waynecounty.com
jjernigan@waynecounty.com

/s/*Angela L. Baldwin*
Melvin Butch Hollowell (P57035)
Angela L. Baldwin (P81565)
Attorneys for Defendants Wayne Co and
Wayne Co Building Authority
211 West Fort Street, Suite 705
Detroit, Michigan 48226
248.843.9700
mbh@millerlawpc.com
alb@millerlawpc.com

/s/ Paul S. Magy (w/consent)
Paul S. Magy (P34423)
Gregory N. Longworth (P49249)
Attorneys for Defendant DWJBA
151 South Old Woodward, Suite 200
Birmingham, Michigan 48009
248.988.5844
glongworth@clarkhill.com
pmagy@clarkhill.com

Dated: May 15, 2023

**LOCAL RULE CERTIFICATION**

I, Taylor L. Ester, certify that this document complies with Local Rule 5.1(a), including: double-spaced (except for quoted materials and footnotes); at least one-inch margins on the top, sides, and bottom; consecutive page numbering; and type size of all text and footnotes that is no smaller than 10-1/2 characters per inch (for non-proportional fonts) or 14 point (for proportional fonts). I also certify that it is the appropriate length. Local Rule 7.1(d)(3).