UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JILL BABCOCK, JAIME JUNIOR and
ASHLEY JACOBSON, on behalf of
themselves and all others similarly situated,

    Plaintiffs,

v

STATE OF MICHIGAN, COUNTY OF
WAYNE, CITY OF DETROIT, WAYNE
COUNTY BUILDING AUTHORITY,
DETROIT BUILDING AUTHORITY,
DETROIT-WAYNE JOINT BUILDING
AUTHORITY and HINES, out of state
corporation authorized to do business in
Michigan,

    Defendants.

No. 2:22-cv-12951

HON. MARK A. GOLDSMITH

MAG. JONATHAN J.C. GREY

---

Michael W. Bartnik (P32534)
Attorney for Plaintiffs
41000 Woodward Avenue, Suite 350
Bloomfield Hills, Michigan 48304
248.608.3660
michaelbartnik@protonmail.com

Kimberly Pendrick (P60348)
Assistants Attorney General
Attorney for Defendant State of Michigan
3030 West Grand Blvd.
Detroit, Michigan 48202
313.456.0200
pendrickk@michigan.gov

Cassandra Drysdale-Crown (P64108)
Assistant Attorney General
Attorney for Defendant
State of Michigan
P.O. Box 30736
Lansing, Michigan 48909
517.335.7659
drysdalecrownc@michigan.gov

Charles N. Raimi (P29746)
Deputy Corporation Counsel, City of Detroit
Attorney for Defendant City of Detroit
2 Woodward Ave, Suite 500
Detroit, Michigan 48226
313.237.5037
raimic@detroitmi.gov

Jesse Halfon (P66936)
Attorney for Defendants City of Detroit
2 Woodward Avenue, Suite 500
Detroit, Michigan 48226
313.237.5244
jesse.halfon@detroitmi.gov

Richard W. Warren (P63123)
Kimberly M. Coschino (P83086)
Co-Counsel for Defendant City of Detroit
150 W. Jefferson Ave., Suite 150
Detroit, MI 48226
313.963.6420
warren@millercanfield.com
coschino@millercanfield.com

Monica N. Hunt (P68838)
Counsel for Detroit Building Authority
3011 West Grand Boulevard
2500 Fisher Building
Detroit, Michigan 48202
313.871.5500
mhunt@alglawpc.com

James Heath (P65419)
James M. Jernigan (P57035)
Attorneys for Defendants Wayne Co. and
Wayne Co Building Authority
400 Monroe, Suite 290
Detroit, Michigan 48226
313.202.7188
jjernigan@waynecounty.com
jheath@waynecounty.com

Gregory N. Longworth (P49249)
Paul S. Magy (P34423)
Attorneys for Defendants DWJBA & Hines
151 South Old Woodward, Suite 200
Birmingham, Michigan 48009
248.988.5844
pmagy@clarkhill.com
glongworth@clarkhill.com

---

## **APPEARANCE**

PLEASE TAKE NOTICE that Richard W. Warren of Miller, Canfield, Paddock & Stone, P.L.C., hereby enters his Appearance as co-counsel on behalf of Defendant City of Detroit in the above-captioned action.

Respectfully submitted,

MILLER, CANFIELD, PADDOCK & STONE, P.L.C.

By: _/s/Richard W. Warren_
Richard W. Warren (P63123)
Co-Counsel for Defendant City of Detroit
(313) 963-6420
warren@millercanfield.com

Dated: May 31, 2023

## CERTIFICATE OF SERVICE

The undersigned certifies that on, May 31, 2023, he served the foregoing document using the court's ECF filing system, which will send notice of such filing to all counsel of record.

/s/Richard W. Warren
Richard W. Warren