UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JILL BABCOCK, JAIME JUNIOR and
ASHLEY JACOBSON, on behalf of
themselves and all others similarly situated,

  Plaintiffs,
v

STATE OF MICHIGAN, COUNTY OF
WAYNE, CITY OF DETROIT, WAYNE
COUNTY BUILDING AUTHORITY,
DETROIT BUILDING AUTHORITY,
DETROIT-WAYNE JOINT BUILDING
AUTHORITY and HINES, out of state
corporation authorized to do business in
Michigan,

  Defendants.

No. 2:22-cv-12951

HON. MARK A. GOLDSMITH

MAG. JONATHAN J.C. GREY

---

Michael W. Bartnik (P32534)
Attorney for Plaintiffs
41000 Woodward Avenue, Suite 350
Bloomfield Hills, Michigan 48304
248.608.3660
michaelbartnik@protonmail.com

Kimberly Pendrick (P60348)
Assistants Attorney General
Attorney for Defendant State of Michigan
3030 West Grand Blvd.
Detroit, Michigan 48202
313.456.0200
pendrickk@michigan.gov

Cassandra Drysdale-Crown (P64108)
Assistant Attorney General
Attorney for Defendant
State of Michigan
P.O. Box 30736
Lansing, Michigan 48909
517.335.7659
drysdalecrownc@michigan.gov

Charles N. Raimi (P29746)
Deputy Corporation Counsel, City of Detroit
Attorney for Defendant City of Detroit
2 Woodward Ave, Suite 500
Detroit, Michigan 48226
313.237.5037
raimic@detroitmi.gov

| | |
|---|---|
| Jesse Halfon (P66936)<br>Attorney for Defendants City of Detroit<br>2 Woodward Avenue, Suite 500<br>Detroit, Michigan 48226<br>313.237.5244<br>jesse.halfon@detroitmi.gov | James Heath (P65419)<br>James M. Jernigan (P57035)<br>Attorneys for Defendants Wayne Co. and<br>Wayne Co Building Authority<br>400 Monroe, Suite 290<br>Detroit, Michigan 48226<br>313.202.7188<br>jjernigan@waynecounty.com<br>jheath@waynecounty.com |
| Richard W. Warren (P63123)<br>Kimberly M. Coschino (P83086)<br>Co-Counsel for Defendant City of Detroit<br>150 W. Jefferson Ave., Suite 150<br>Detroit, MI 48226<br>313.963.6420<br>warren@millercanfield.com<br>coschino@millercanfield.com | Gregory N. Longworth (P49249)<br>Paul S. Magy (P34423)<br>Attorneys for Defendants DWJBA & Hines<br>151 South Old Woodward, Suite 200<br>Birmingham, Michigan 48009<br>248.988.5844<br>pmagy@clarkhill.com<br>glongworth@clarkhill.com |
| Monica N. Hunt (P68838)<br>Counsel for Detroit Building Authority<br>3011 West Grand Boulevard<br>2500 Fisher Building<br>Detroit, Michigan 48202<br>313.871.5500<br>mhunt@alglawpc.com | |

## **APPEARANCE**

PLEASE TAKE NOTICE that Kimberly M. Coschino of Miller, Canfield, Paddock & Stone, P.L.C., hereby enters her Appearance as co-counsel on behalf of Defendant City of Detroit in the above-captioned action.

                        Respectfully submitted,

                        MILLER, CANFIELD, PADDOCK & STONE, P.L.C.

                        By:   */s/Kimberly M. Coschino*
                              Kimberly M. Coschino (P83086)
                              Co-Counsel for Defendant City of Detroit
                              (313) 963-6420

Dated: May 31, 2023            coschino@millercanfield.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on, May 31, 2023, she served the foregoing document using the court's ECF filing system, which will send notice of such filing to all counsel of record.

*/s/Kimberly M. Coschino*
Kimberly M. Coschino