UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JILL BABCOCK, et al.,

    Plaintiffs,

v                                      Case No. 22-12951
                                      HON. MARK A. GOLDSMITH

MICHIGAN, STATE OF, et al.,

    Defendants.
_____/

## ORDER STRIKING STIPULATION

On June 1, 2023, a stipulation was filed [Dkt. 7]. This is a stipulation and order.

Pursuant to E.D. Mich. Local Rules Appendix ECF Rule 12(a), a proposed **stipulation and order** must be submitted as a Word or WordPerfect Document via the link under the Utilities section of CM/ECF. The stipulation at issue is not in compliance with the rule.

IT IS ORDERED, that the stipulation [Dkt. #7] is stricken.

SO ORDERED.

Dated: June 2, 2023                           s/Mark A. Goldsmith
   Detroit, Michigan                    MARK A. GOLDSMITH
                                         United States District Judge