Home  My Network  Jobs  Messaging<sup>12</sup>  Notifications<sup>6</sup> Me ▾  For Business ▾ Try Premium for free



### Jill Babcock

Disability Housing Initiative at HRD, COD at City of Detroit

-  City of Detroit
- Wayne State University, School of Law

Detroit Metropolitan Area · Contact info

500+ connections

Connect    Message   More

## About

Tax attorney, knowledgeable in drafting/analyzing legislation and tax policy. Specialties include SALT and Business Entity. Teach tax policy to graduate law students.

## Activity

591 followers

**Jill hasn't posted lately**
Jill's recent posts and comments will be displayed here.

Show all activity →

## Experience

 **City of Detroit**
6 yrs

**Disability Housing Initiative at HRD, COD**
Full-time
Nov 2020 - Present · 2 yrs 7 mos
Detroit, Michigan, United States

**CDBG-Economic Development**
Jun 2017 - Present · 6 yrs
Detroit, Michigan

**President/Founder**
Ability Rights Advisors

Consulting services for developers and governments to navigate the intersection of economic development and the American with Di …see more

**MEDC**
10 yrs 3 mos

**Senior Research Specialist**
Aug 2004 - Mar 2014 · 9 yrs 8 mos

Detroit
Research various topics to encourage economic growth; focus on tax policy and bench-marking

**Policy Development**
2007 - Sep 2009 · 2 yrs 9 mos

**CATeam**
2004 - 2006 · 2 yrs

 **Corporate Research**
Michigan Economic Development Corporation
2004 - Mar 2014 · 10 yrs 3 mos

Research, policy, tax, bench-marking, draft legislation

 **Adjunct Professor-Graduate Program**
Thomas M. Cooley Law School
Sep 2007 - Aug 2011 · 4 yrs

Tax Incentives & Policy

Show all 9 experiences →

## Education

**Wayne State University, School of Law**
LL.M, Taxation
2001 - 2003

Thesis topic: Michigan Public Act 123 of 1999, Tax Reversion of Real Property

**University of Detroit Mercy, School of Law**
J.D, Law
1994 - 1997

Emphasis on business entity formation and tax (state/local, international)

**University College Galway**
Irish, Culture and Literature
1992 - 1992

Show all 4 education →

## Licenses & certifications

 **License to practice law in Michigan**
State Bar of Michigan
Issued Oct 1998
Credential ID P58681

## Skills

**Tax Advisory**

 Endorsed by 6 colleagues at Michigan Economic Development Corporation

 9 endorsements

**Corporate Communications**

 Endorsed by 3 colleagues at Michigan Economic Development Corporation

 7 endorsements

**Research**

 Endorsed by Kathryn Underwood who is highly skilled at this

Endorsed by 10 colleagues at Michigan Economic Development Corporation

25 endorsements

Show all 36 skills →

## Interests

**Top Voices**  Companies  Groups  Schools

**Adam Grant** 🔗
Organizational psychologist at Wharton, #1 NYT bestselling author of THINK AGAIN, and host of the TED podcast WorkLife
5,182,349 followers

+ Follow

## Causes

Civil Rights and Social Action

Ad  •••

Greg, stay informed on industry news and trends

Greg, **Amazon** is hiring!

Follow

## People also viewed

**Stasha M.** · 3rd+
+ Connect

**Jennifer Beeker** · 3rd+
Lean Project Manager - Workforce Development at City of Detroit
+ Connect

**Ryjean Reid** · 3rd+
Community Engagement Liaison
+ Connect

**Dylan Backalar** · 3rd+
Graduate Assistant Coach for UW Parkside Men's Basketball
+ Connect

**Jillian Carter MA CCC-SLP** · 3rd+
Speech Language Pathologist at Fraser Public Schools
+ Connect

Show more ⌄

## People you may know

**Dick Hillary**
Member at Miller Johnson

Connect

**Kara Rozin**
Member at Clark Hill PLC

Connect

**Steve Stapleton**
Member at Clark Hill PLC

Connect

**Ken Cote (Investigations)**
Ken Cote Investigations

Connect

**Laura Bennink**
Early Childhood/Elementary Education

Connect

Show more

## You might like

Pages for you

**Detroit at Work**
Staffing and Recruiting
2,607 followers

+ Follow

**Crain's Detroit Business**
Newspaper Publishing
44,658 followers

+ Follow

Show more

Promoted

Are You an Attorney?
We need attorneys in your area. Schedule a time to view active legal cases.

Home of 4-Week Classes
Earn a degree one 4-week class at a time at NU. Choose from 75+ programs.

Subscribe with Google.
Act Now - Get WSJ For This Special Low Price - Just $1/week.

About
Community Guidelines
Privacy & Terms
Sales Solutions
Safety Center

Accessibility
Careers
Ad Choices
Mobile

Talent Solutions
Marketing Solutions
Advertising
Small Business

Questions?
Visit our Help Center.

Manage your account and privacy
Go to your Settings.

Recommendation transparency
Learn more about Recommended Content.

Select Language
English (English)

LinkedIn Corporation © 2023

