## INDEX OF EXHIBITS

1. About Wayne County, Michigan

2. Michigan SP Greektown Historic District

3. Cost of construction materials remains 37% higher than pre-pandemic according to latest ABC analysis, Archinect News (February 21, 2023)