# EXHIBIT 1



 → **About Wayne County, Michigan**

Font Size:  + −   Share:

# About Wayne County, Michigan

Located along the Detroit River, Wayne County is the 13th most populous county in the United States. At its center is the automotive capital of the world - Detroit, one of our 43 unique communities that provide a high quality of life for more than 1.8 million residents.

Led by Executive Warren C. Evans, Wayne County's government is committed to providing fiscally-sound good government to our residents and taxpayers. Since taking office in 2015, Evans has streamlined operations, cut costs, and improved service delivery while delivering consecutive budget surpluses.

In addition to Executive Evans, Wayne County's elected governmental leadership includes Clerk Cathy M. Garrett, Prosecutor Kym Worthy, Treasurer Eric Sabree, Register of Deeds Bernard J. Youngblood, Sheriff Raphael Washington, and a County Commission chaired by Alisha Bell.

Wayne County is rich in history, culture, arts, and world-class amenities. Wayne County is home to the Detroit Symphony Orchestra, Michigan Opera Theater, Detroit Institute of Arts, the Henry Ford, and dozens of theaters, art galleries and concert halls. We are also home to major universities including Wayne State, the University of Michigan-Dearborn, and the University of Detroit. We have several award-winning secondary and primary schools, as well as numerous community colleges and vocational schools.

We take pride in being one of the most diverse counties in the United States; a place where different cultures come together in harmony for the betterment of all.

## Our Communities

- Allen Park
- Belleville
- Brownstown Township
- Canton Charter Township
- Dearborn
- Dearborn Heights
- Detroit
- Ecorse
- Flat Rock
- Garden City

- Lincoln Park
- Livonia
- Melvindale
- Northville
- Northville Charter Township
- Plymouth
- Plymouth Township
- Redford Charter Township
- River Rouge
- Riverview

- Gibralter
- Grosse Ile Township
- Grosse Pointe
- Grosse Pointe Farms
- Grosse Pointe Park
- Grosse Pointe Shores
- Grosse Pointe Woods
- Hamtramck
- Harper Woods
- Highland Park
- Huron Charter Township
- Inkster

- Rockwood
- Romulus
- Southgate
- Sumpter Township
- Taylor
- Trenton
- Van Buren Charter Township
- Wayne
- Westland
- Woodhaven
- Wyandotte

© 2023 Wayne County, Michigan, All Rights Reserved. Privacy Statement, Legal Notices and Terms of Use