# EXHIBIT 2

NAID: 25340918
Textual Records
1 File

## Files Available for Download

Other Files

1. 82002902.pdf

   [link: catalog.archives.govhttps://s3.amazonaws.com/NARAprodstorage/opastorage/live/18/3409/25340918/content/electronic-records/rg-079/NPS_MI/82002902.pdf]
   Portable Document File (PDF), 140 MB

This resource is located in Wayne County, Michigan. Areas of significance include: Architecture; Commerce; Exploration/Settlement; Industry; Religion. Architectural classifications include: Late Victorian; Romanesque; Renaissance; Gothic; Art Moderne; Prairie Style. The National Register of Historic Places Reference Number is 82002902.

## Dates

The creator compiled or maintained the parent series, National Register of Historic Places and National Historic Landmarks Program Records
[link: catalog.archives.gov/id/20812721]
, between 2013–2017.

## Access: Unrestricted

## Use: Possibly Restricted

Use of these archival materials may be restricted for the following reason:

* Copyright

Some of the materials in this file may be subject to copyright or other intellectual property restrictions.

## Part of  (3)

| Record Group 79 | Series | File Unit |
| --- | --- | --- |
| **Records of the National** | **National Register of** | **National Register of** |