# EXHIBIT 3

6/2/23, 5:22 PM
Cost of construction materials remains 37% higher than pre-pandemic according to latest ABC analysis | News | Archinect
Case 2:22-cv-12951-MAG-JJCG ECF No. 64-4, PageID.974 Filed 06/02/23 Page 2 of 5

# Archinect
News

👁 Craig Purcell ~ Velarium Concept (after RM Sovich sail...

Editorial & News
Features
News
Events
Competitions
Employment
Community
Academia
About

Login / Join

## Cost of construction materials remains 37% higher than pre-pandemic according to latest ABC analysis

By **Niall Patrick Walsh**    Feb 21, '23 11:18 AM EST

💬 0        Follow ❓



Image credit: Pexels / SevenStorm JUHASZIMRUS

The price of construction materials rose 1.3% in January 2023 alone, according to new data by Associated Builders and Contractors. In addition to being 1.3% higher than December 2022 figures, the prices are also 4.9% higher than this time last year, the smallest annual increase since January 2021.

According to ABC's analysis, derived from data from the U.S. Bureau of Labor Statistics, the annual increase has been driven by the cost of adhesives and sealants (up 13.4% annually), brick and structural clay tiles (up 12.9% annually), concrete products (up 14.8% annually) and gypsum products (up 10.7% annually).

Commodities that have seen the largest price decrease over the past 12 months include iron and steel (down 23% annually), lumber and wood products (down 12.3% annually), and softwood lumber (down 44.1% annually).

Filter by Category:

» Architectural Issues
» Buildings
» Culture
» Architects
» Design
↓ More

**NEWS FROM THE FIRMS**

Periódico EL SOL DE MÉXICO - ARQUIMANÍACO -Rebanada México - FRANCISCO CHARQUEÑO
ArquiManíaco Constructor Social

Preservation helps uplift and heal: A considered approach for California

⬆ Submit
↗ Share/Follow

6/2/23, 5:22 PM                     Cost of construction materials remains 37% higher than pre-pandemic, according to latest ABC analysis | News | Archinect

Case 2:22-cv-12951-MAG-JJCG    ECF No. 64-4, PageID.975    Filed 06/02/23    Page 3 of 5



communities
Page & Turnbull

Solatube International Achieves Top-Tier Innovator Certification from Carlsbad Green Business Program for Sustainability Efforts in California Facilities
Solatube International

View all   |   Firms

### NEWS FROM THE SCHOOLS

Strategic city planning can help reduce urban heat island effect
The Pennsylvania State University (Penn State)

FLORA: IAAC builds an observatory in Barcelona's Forest to monitor nature from within
IaaC - The Institute for Advanced Architecture of Catalonia

International Sustainability Competition Highlights Today's Best Ideas - Created by Students from Around the World
Kendall College of Art and Design (KCAD)

View all   |   Schools

### FRESH DISCUSSIONS

Are there any disabled architects out there? Looking for community

Thread Central

Looking for remote architecture jobs

Floor Plan Review Needed

3D modeling

view all

Related on Archinect: Dodge Momentum Index falls in January, snapping 10 consecutive months of gains

"Recent employment and retail sales reports indicate that the economy is not slowing nearly as quickly as predicted," said ABC Chief Economist Anirban Basu in reaction to the latest figures. "That is the good news. The bad news is that the economy remains overheated, a phenomenon neatly reflected in the January PPI data, which indicated that construction input price gains accelerated on a monthly basis. For instance, construction machinery and equipment prices expanded 3.4% in January and are up more than 12% during the past year."

Despite the uneven landscape of price increases and decreases across the last 12 months, ABC's analysis exposes the long-term impact of the pandemic on material costs in construction. All construction types and materials remain significantly more expensive than they were in February 2020, with the overall cost of construction 37.7% higher now than at the start of the pandemic.



Related on Archinect: Demand for design services continue to fall in December's AIA Architecture Billings Index

Some of the most notable material price increases compared to February 2020 include brick and clay tiles (up 25.5%), concrete products (up 27.9%), iron and steel (up 55.9%), and lumber and wood products (up 28.7%). The single largest construction commodity increase is natural gas (up 219.4%) while the smallest increase is softwood lumber (up 17%).

"Ironically, it is the current strength of the economy that makes a recession more likely sometime during the next 12 months," Basu added. "At some point, higher interest rates will meaningfully affect economic activity. With industry backlog high, according to ABC's Construction Backlog Indicator, many nonresidential contractors will feel little to no effect from higher interest

Case 2:22-cv-12951-MAG-JJCG   ECF No. 64-4, PageID.976   Filed 06/02/23   Page 4 of 5

rates in 2023. But in certain construction segments and locations, these dynamics could make the next two years more challenging."

SIMILAR ARTICLES ON ARCHINECT THAT MAY INTEREST YOU...



**US economy adds 146K jobs, rate falls to 7.7%**



**Stunning construction photos of Zaha Hadid Architects' Leeza SOHO tower and its record-setting atrium**



**Jeddah Tower construction reaches 63rd floor**



**The world's tallest wooden tower is being built in Norway**



**The Steel Tariff and Construction Cost: Putting It Into Context**



**As U.S. construction industry struggles to attract new workers with record-high wages, contractors call for education...**

TAGGED

economy     business     aec     building and construction     construction

building materials

---

**No Comments**                                                                              Back to Top ↑

---

POST A NEW COMMENT:

[                                                                                        ]

                                                                                Post Comment

---

Back to News List...

6/2/23, 5:22 PM
Cost of construction materials remains 37% higher than pre-pandemic, according to latest ABC analysis | News | Archinect
Case 2:22-cv-12951-MAG-JJCG ECF No. 64-4, PageID.977 Filed 06/02/23 Page 5 of 5