UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JILL BABCOCK, et al.,

    PLAINTIFFS,

-vs-                                       Case No. 22-cv-12951
                                                Hon. Mark A. Goldsmith

STATE OF MICHIGAN, et al.

    DEFENDANTS, Jointly and Severally.

---

### Stipulated Order Withdrawing Answer to Amended Complaint

The City of Detroit, by its counsel, hereby advise the Court that due to a miscommunication, the City filed on May 31, 2023 an answer to the First Amended Complaint when the City will be filing a motion to dismiss on June 2, 2023.

Upon stipulation of the parties through their respective counsel, IT IS HEREBY ORDERED that the City of Detroit's *ANSWER to Amended Complaint* filed May 31, 2023, be and hereby is withdrawn and stricken, and the City shall be allowed to file a motion to dismiss on June 2, 2023.

    IT IS SO ORDERED.

Dated:  June 5, 2023                     s/Mark A. Goldsmith
     Detroit, Michigan              MARK A. GOLDSMITH
                                           United States District Judge

**Stipulated to by:**

/s/ Michael Bartnik (w/ consent)
Michael W. Bartnik (P32534)
Law For Baby Boomers, PLLC
Attorney for Plaintiffs

/s/ Kimberly Pendrick (w/consent)
Kimberly Pendrick (P60348)
Assistant Attorney General
Attorney for Defendant State of Michigan

/s/ Charles Raimi
Charles N. Raimi (P29746)
Jesse Halfon (P66936)
Attorneys for Defendant City of Detroit

/s/ Monica Hunt (w/ consent)
Monica N. Hunt (P68838)
Counsel for Detroit Building Authority

/s/ Paul Magy (w/ consent)
Paul S. Magy (P34423)
Gregory N. Longworth (P49249)
CLARK HILL PLC
Attorneys for Defendants
DWJBA and Hines

/s/ Angela Baldwin (w/ consent)
E. Powell Miller (P39487)
Melvin B. Hollowell (P37834)
Sharon S. Almonrode (P33938)
Angela L. Baldwin (P81565)
THE MILLER LAW FIRM, P.C.
Attorneys for Defendants, Wayne County and Wayne County Building Authority