UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Jill Babcock, et al.
_____,

             Plaintiff(s),

v.                                               Case No. 22-12951
                                                 _____

Michigan, State of, et al.                       HON. MARK A. GOLDSMITH
_____,

             Defendant(s).

_____/

## ORDER STRIKING DOCUMENTS (Dkts. 61, 62, 63, 65, 66)

The Court has reviewed the following documents: Defendants' motions
                                                 _____

(Dkts. 61, 62, 63, 65, 66). They should be stricken for the following reason(s):

☐ Missing or insufficient statement of non-concurrence. <u>See</u> LR 7.1(a).

☐ Over-length. <u>See</u> LR 7.1(d)(3).

☐ Wrong font size. <u>See</u> LR 5.1(a)(3).

☐ Missing required information (e.g., concise statement of issues, controlling or most appropriate authority, etc.). <u>See</u> LR 7.1(d)(2).

☐ Improperly formatted (e.g., single-spaced, improper margins, missing page numbers, etc.). <u>See</u> LR 5.1(a)(2).

☐ Does not comply with the Case Management Order in this case for the following reasons:

_____

_____

_____ .

☑ Other: Defendants' motions do not contain the local rule certification required

by this Court's December 13, 2022 order (Dkt. 4).

_____.

Accordingly, the Court strikes the documents. _____Defendants_____ shall file corrected

documents that comply with all requirements on or before _____June 8, 2023_____.

SO ORDERED.


Dated: June 6, 2023                          s/ Mark A. Goldsmith
       Detroit, Michigan
                                             MARK A. GOLDSMITH
                                             United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on _June 6, 2023_____.

                                             s/ Karri Sandusky

                                             Karri Sandusky
                                             Case Manager