UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JILL BABCOCK, MARGUERITE
MADDOX and ASHLEY JACOBSON, on
behalf of themselves and all others similarly
situated,

       Plaintiffs,

v

STATE OF MICHIGAN, COUNTY OF
WAYNE, CITY OF DETROIT, WAYNE
COUNTY BUILDING AUTHORITY,
DETROIT BUILDING AUTHORITY AND
DETROIT-WAYNE JOINT BUILDING
AUTHORITY,

       Defendants.

_____

No. 2:22-cv-12951

HON. MARK A. GOLDSMITH

MAG. JONATHAN J.C. GREY

**DEFENDANT STATE OF
MICHIGAN'S EX PARTE
MOTION TO EXCEED PAGE
LIMIT FOR BRIEF IN
SUPPORT OF CORRECTED
MOTION TO DISMISS**

Michael W. Bartnik (P32534)
Attorney for Plaintiffs
41000 Woodward Avenue, Ste 350
Bloomfield Hills, Michigan 48304
248.608.3660
michaelbartnik@protonmail.com

Elizabeth K. Abdnour (P78203)
Attorney for Plaintiffs
500 E. Michigan Ave., Suite 130
Lansing, MI 48912
517.292.0067
elizabeth@abdnou.com

Kimberly Pendrick (P60348)
Assistant Attorney General
Attorney for Defendant State of Michigan
3030 West Grand Blvd
Detroit, Michigan 48202
313.456.0200
pendrickk@michigan.gov

Cassandra Drysdale-Crown (P64108)
Assistant Attorney General
Attorney for Defendant State of Michigan
P.O. Box 30736
Lansing, Michigan 48909
517.335.7659
drysdalecrownc@michigan.gov

Jesse Halfon (P66936)
Attorney for Defendant City of Detroit
2 Woodward Avenue, Suite 500
Detroit, Michigan 48226
313.237.5244
jesse.halfon@detroitmi.gov

Monica N. Hunt (P68838)
Counsel for Detroit Building Authority
3011 West Grand Boulevard
2500 Fisher Building
Detroit, Michigan 48202
313.871.5500
mhunt@alglawpc.com

Charles N. Raimi (P29746)
Deputy Corporation Counsel,
City of Detroit
Attorney for Defendant City of Detroit
2 Woodward Ave, Suite 500
Detroit, Michigan 48226
313.237.5037
raimic@detroitmi.gov

James Heath (P65419)
James M. Jernigan (P57035)
Attorneys for Defendants Wayne Co &
Wayne Co Building Authority
400 Monroe, Suite 290
Detroit, Michigan 48226
313.202.7188
jjernigan@waynecounty.com
jheath@waynecounty.com

Gregory N. Longworth (P49249)
Paul S. Magy (P34423)
Attorneys for Defendant DWJBA
151 South Old Woodward, Suite 200
Birmingham, Michigan 48009
248.988.5844
pmagy@clarkhill.com
glongworth@clarkhill.com

E. Powell Miller (P39487)
Sharon S. Almonrode (P33938)
Melvin B. Hollowell (P37834)
Angela L. Baldwin (P81565)
Attorneys for Defendants Wayne County &
Wayne County Building Authority
211 W. Fort Street, Suite 705
Detroit, Michigan 48226
313.483.0880
248.841.2200
epm@millerlawpc.com
mbh@millerlawpc.com
ssa@millerlawpc.com
alb@millerlawpc.com

Richard W. Warren (P63123)
Kimberly M Coschino (P83086)
Co-Counsel for Defendant
City of Detroit
150 W. Jefferson, Suite 150
Detroit, MI 48226
313.963-.6420
coschino@millercanfield.com
warren@millercanfield.com

_____/

## DEFENDANT STATE OF MICHIGAN'S AMENDED EX PARTE MOTION TO EXCEED PAGE LIMIT FOR BRIEF IN SUPPORT OF CORRECTED MOTION TO DISMISS

State Defendant, through counsel, requests this Court allow State Defendant to file its Motion to Dismiss Plaintiffs' amended complaint that exceeds the 25-page limit established by L.R. 7.1(d)(3), by an additional ten pages for the reasons stated herein:

2

1.      Plaintiffs bring this purported class action against Defendant State of Michigan (State Defendant) involving twenty-six buildings or facilities located throughout Michigan allegedly owned, leased, or operated by State Defendant. (ECF No. 41, ¶ 1, PageID.611; ¶¶ 27-36, PageID.618-629; ¶¶ 42-48, PageID.630-635; ¶¶ 52-56, PageID.636-639; ¶¶ 83-88, PageID.650-654; ¶¶ 92-145, PageID.660-701.)

2.      There are three named Plaintiffs who each have different factual allegations that need to be addressed when analyzing whether they meet the elements of standing or have sufficiently alleged any denial of services by State Defendant.

3.      Plaintiffs' 129-page April 28, 2023, First Amended Class Action Complaint (ECF No. 41)—which 83 pages more than Plaintiffs' December 16, 2022, 46-page Complaint (ECF No. 1)—alleges State Defendant violated at least eight various federal and state statutes and building codes.

4.      Plaintiffs allege State Defendant violated two Federal statutes (Title II of the Americans with Disabilities Act (ADA) and the Federal Rehabilitation Act), four Michigan statutes (the Barrier Free Design Act; the Stille-Derossett-Hale Single State Construction Code Act; the Sidewalks: Persons With Disabilities Act, and the Persons With Disabilities Civil Rights Act), along with various

3

international, state and local construction and building codes.  (ECF No. 41. ¶¶ 5-224, PageID.612-732.)

5. To adequately address the many allegations within this complaint, State Defendant's present several bases for dismissal, including Plaintiffs' failure to sufficiently plead any viable claims, immunity, and standing—each of which require sufficient briefing so that this Court may make an informed and fair determination.

Accordingly, due to the number of Plaintiffs, number of statutes and buildings addressed in Plaintiffs' amended complaint, and various legal defenses, State Defendant requests to extend the brief page limit to 35 pages to adequately address all available defenses to Plaintiffs' claims.

Respectfully submitted,

s/ Cassandra Drysdale-Crown
Cassandra Drysdale-Crown (P64108)
Assistant Attorney General
Attorney for Defendant
State of Michigan
P.O. Box 30736
Lansing, Michigan 48909
517.335.7659
drysdalecrownc@michigan.gov
P64108

Dated:  June 7, 2023

## LOCAL RULE CERTIFICATION

I, Cassandra Drysdale-Crown, certify that this document complies with Local Rule 5.1(a), including: double-spaced (except for quoted materials and footnotes); at least one-inch margins on the top, sides, and bottom; consecutive page numbering; and type size of all text and footnotes that is no smaller than 10-1/2 characters per inch (for non-proportional fonts) or 14 point (for proportional fonts).  I also certify that it is the appropriate length.  Local Rule 7.1(d)(3)."

*s/Cassandra Drysdale-Crown*
Cassandra Drysdale-Crown (P64108)


## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2023, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

*s/ Cassandra Drysdale-Crown*
Cassandra Drysdale-Crown (P64108)
Assistant Attorney General