UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JILL BABCOCK, et al.,

                                        Civil Case No. 22-cv-12951

        Plaintiffs,

vs.                               HON. MARK A. GOLDSMITH

STATE OF MICHIGAN, et al.,

        Defendants.

_____/

## ORDER GRANTING DEFENDANT STATE OF MICHIGAN'S MOTION TO EXCEED PAGE LIMIT (Dkt. 73)

Defendant State of Michigan filed a motion requesting leave to exceed the page limit (Dkt. 73) for its brief in support of its motion to dismiss (Dkt. 72).  The Court grants Michigan's motion to exceed the page limit.  Michigan may file a brief in support of its motion to dismiss of up to 35 pages.

        SO ORDERED.

Dated:  June 8, 2023                      s/Mark A. Goldsmith
Detroit, Michigan                  MARK A. GOLDSMITH
                                   United States District Judge