## **INDEX OF EXHIBITS**

1. Financial District Historic Detroit Final Report

2. Greektown Historic District 5.6.1982, https://catalog.archives.gov/id/25340918 (Last visited June 2, 2023)

3. Unpublished Opinion, *Cf. Ley v. Visteon Corp.*, No. 05-CV-70737-DT, 2006 WL 2559795, at *4 (E.D. Mich. Aug. 31, 2006) (Cleland, J.)