# EXHIBIT 2

NAID: 25340918
Textual Records
1 File

## Files Available for Download

Other Files

1. 82002902.pdf

   [link:
   catalog.archives.govhttps://s3.amazonaws.com/NARAprodstorage/opastorage/live/18/3409/25340918/content/electronic
   records/rg-079/NPS_MI/82002902.pdf]
   Portable Document File (PDF), 140 MB


This resource is located in Wayne County, Michigan. Areas of significance include: Architecture; Commerce; Exploration/Settlement; Industry; Religion. Architectural classifications include: Late Victorian; Romanesque; Renaissance; Gothic; Art Moderne; Prairie Style. The National Register of Historic Places Reference Number is 82002902.

## Dates

The creator compiled or maintained the parent series, National Register of Historic Places and National Historic Landmarks Program Records

[link: catalog.archives.gov/id/20812721]
, between 2013–2017.

## Access: Unrestricted

## Use: Possibly Restricted

Use of these archival materials may be restricted for the following reason:

* Copyright

Some of the materials in this file may be subject to copyright or other intellectual property restrictions.

## Part of  (3)

| Record Group 79 | Series | File Unit |
|---|---|---|
| **Records of the National** | **National Register of** | **National Register of** |

FHR–8–300  (11–78)

United States Department of the Interior
Heritage Conservation and Recreation Service

# National Register of Historic Places
# Inventory—Nomination Form

See instructions in *How to Complete National Register Forms*
Type all entries—complete applicable sections

For HCRS use only

received **MAR 23 1982**

date entered **MAY 6** 1982

# 1.  Name

historic    Greektown Historic District

and/or common    same

# 2.  Location

street & number    Monroe Avenue between Brush Street & St. Antoine    N/A not for publication

city, town    Detroit    N/A vicinity of    congressional district    13

state    Michigan    code  026    county    Wayne    code  163

# 3.  Classification

| Category | Ownership | Status | Present Use | |
|---|---|---|---|---|
| _x_ district | ___ public | _X_ occupied | ___ agriculture | ___ museum |
| ___ building(s) | _x_ private | ___ unoccupied | _X_ commercial | ___ park |
| ___ structure | ___ both | ___ work in progress | ___ educational | ___ private residence |
| ___ site | **Public Acquisition** | **Accessible** | ___ entertainment | _X_ religious |
| ___ object | ___ in process | ___ yes: restricted | ___ government | ___ scientific |
| | ___ being considered | _X_ yes: unrestricted | ___ industrial | ___ transportation |
| | N/A | ___ no | ___ military | ___ other: |

# 4.  Owner of Property

name    Multiple

street & number

city, town    N/A vicinity of    state

# 5.  Location of Legal Description

courthouse, registry of deeds, etc.    Wayne County Records

street & number    City-County Building

city, town    Detroit    state  Michigan 48226

# 6.  Representation in Existing Surveys

title    Detroit Urban Conservation Survey    has this property been determined elegible?  _X_ yes  ___ no

date    1976    ___ federal  _X_ state  ___ county  _X_ local

depository for survey records    Michigan History Division, Dept. of State

city, town    Lansing    state    Michigan

## 7. Description

**Condition**

_____ excellent       _____ deteriorated       _____ unaltered       _x_ original site
_____ good            _____ ruins              _x_ altered
_X_ fair              _____ unexposed                                 _____ moved    date _____

Check one          Check one

**Describe the present and original (if known) physical appearance**

The Greektown Historic District includes the north and south frontages
along Monroe Avenue from Brush Street to St. Antoine, the portions
of the Traugott Schmidt properties that border  the east side of
Beaubien between Monroe and Lafayette, and the St. Mary's Church complex
which lies east of St. Antoine between Monroe and the vacated alley
between Lafayette and Monroe (See map #1).

In general, the Greektown Historic District comprises a small enclave
of Late Victorian, two-and-three-story, commercial buildings, indus-
trial structures and churches surrounded on all sides by modern
construction, both institutional and commercial, and large tracts of
vacant land cleared as a result of urban renewal activities.  This
surrounding area was originally a German residential neighborhood but
is now a commercial and institutional area contained within Detroit's
central business district.  To the north lie the Detroit Police Head-
quarters, the eleven-story Wayne County Jail and the new, high-rise,
Frank Murphy Hall of Justice.  To the northeast are the Detroit
General Hospital and the Detroit Memorial Hospital complexes.

To the east are two modern structures, the block-long Foster-Winter
Parking Garage and the high-rise Parkwyke Apartments.  The Chrysler
Freeway separates the downtown from the middle class Lafayette Park
residential area developed in the 1950s and 1960s on urban renewal
lands to the east of downtown.

The St. Mary's Church complex occupies about one-quarter of the block
on the south side of Monroe Avenue between St. Antoine and the Chrysler
Freeway.  The remainder of this block is occupied by parking lots and
the Greek Orthodox Annunciation Cathedral.  The Cathedral is a new
structure located outside the district on the Lafayette side of the
block.

South of the District along the Lafayette Avenue frontage between
St. Antoine and Beaubien is a discontinuous streetscape of parking
lots, a fire station, and several non-Greek businesses.  This area is
clearly "the area behind Greektown" rather than a part of the Greek-
town district.

Lafayette Avenue was widened into a boulevard in the 1960s.  This
broad boulevard establishes a clear separation between the Greektown
neighborhood and the vacant area south of the boulevard which is
dominated by the massive modern Blue Cross-Blue Shield office tower.

West of Brush Street a block of surface parking lots separates Greek-
town from the high-rise retail and office district of Detroit.  These
parking lots, like those south of Lafayette Avenue, occupy land
cleared about a decade ago as a future site for new development that
has failed to materialize up to the present time.

FHR–8–300  (11–78)

**United States Department of the Interior**
**Heritage Conservation and Recreation Service**

# National Register of Historic Places
# Inventory—Nomination Form

For HCRS use only

received  MAR 23 1982

date entered · - - -

| Continuation sheet | DESCRIPTION | | Item number | 7 | | Page | 2 |
|---|---|---|---|---|---|---|---|

The physical characteristics of Greektown distinguish it from the surrounding central business district.  The buildings on the north side of Monroe Avenue are small in scale and have individually styled facades.  The majority of the buildings are narrow, two-storied structures with typical late Victorian features such as corbelling at the cornice, brick or stone hood moulds, and wood and cast-iron store fronts.

Each Greek merchant (or German before him) built, remodeled, or decorated his establishment in a distinctive and personal manner to create a unique image in the mind of his clientele.  This pattern of small entrepreneurs emphasizing the service nature of their businesses and competing for  the clientele  has been an important element in the physical evolution of Greektown.  This continuing trend has resulted in an overlaying of styles and treatments on the original German-built structures and is an indication of the vitality of the small businesses whose presence is the thread of continuity that renders Greektown significant.   This overlaying of architectural treatments, indicative of ethnic change, is evidenced in many buildings with the result that only a few structures have their original storefronts intact.

The south side of Monroe is occupied by the architecturally diverse structures that comprise the Traugott Schmidt complex, which also extends south along the east side of Beaubien Street to Lafayette Avenue.  The group consists of three major blocks, each comprised of sub-units built at different times, that are connected by second floor enclosed walkways.  A private alley-way within the complex gives the complex its popular name of Trapper's Alley.  The buildings are of red common brick with a base of rough finished limestone blocks. They date from the fur-processing companies established in 1853 with additions and changes in 1881, 1890, 1900, 1918, 1920, and 1924. The large water tower and smoke stack will remain after the conversion of the complex into "Trapper's Alley Market Place," an entertainment center with restaurants and stores.

The southeast corner of the Greektown Historic District is anchored by the towering St. Mary's Roman Catholic Church, located at Monroe and St. Antoine, with its associated rectory, nun's residence and school.  Built in 1885 and designed by Peter Dederichs, the High Victorian Romanesque style Church has two twin towers and is built symmetrically.  A large brick building on Monroe Street is the rectory for the priests.  It was built in 1876 and was designed in a similar style by Julius Hess.  The nuns' residence is a simple brick building on St. Antoine, originally built for  the Sisters of Notre Dame in 1921.  In addition, across the street from the church is the High Italianate style St. Mary's Community Center, originally St. Mary's School, built in 1868 and designed by Pius Daubner.  The four-and-one-half story brick building, painted

**United States Department of the Interior**
**Heritage Conservation and Recreation Service**

# National Register of Historic Places
# Inventory—Nomination Form

For HCRS use only

received **MAR 23 1982**

date entered

| Continuation sheet | SIGNIFICANCE | Item number | 7 | Page | 3 |
|---|---|---|---|---|---|

beige, is one of the oldest standing schoolhouses in Michigan.

The southwest corner of the district is anchored by the massive former Ferry Seed Warehouse, a large, eight-story, brick-and-limestone-trimmed, Victorian Romanesque structure, composed of thirteen identical bays of fenestration divided by projecting brick pilaster strips.  Adjoining this structure to the west and the south are large brick additions made about 1910 and 1927 respectively, whose bold forms and clean lines contrast with the fussy facade modulation of the earlier building.

The distinguishing features of the District are the small scale of the buildings, the continuity of facades along Monroe, the number and mixture of small independently-owned businesses that are now of predominantly Greek ethnic character, and the visual boundaries created by St. Mary's Church to the east, the Traugott Schmidt complex to the south and the Ferry Seed Warehouse to the west, which define an intimate enclave unique in downtown Detroit and create the strong sense of enclosure that characterizes the district.  It is the overall scale, use, and character of the street and its warm and vibrant atmosphere which makes the District a distinctive feature of the downtown area and which contrasts strongly with the massive structures and relatively lifeless spaces of the surrounding business district.

Individual structures within the District are described in the following pages:

**United States Department of the Interior
Heritage Conservation and Recreation Service**

# National Register of Historic Places
# Inventory—Nomination Form

For HCRS use only

received **MAR 23 1982**

date entered

---

Continuation sheet  DESCRIPTION                     Item number         7              Page  4

---

CONTRIBUTING BUILDINGS

BEAUBIEN STREET

1032-40 Beaubien:  Traugott Schmidt Company Warehouse (1912).  A
    flat-roofed, five-story, brick-and-reinforced-concrete
    warehouse structure with large banks of multi-paned, metal,
    industrial windows on the sides and smaller one on the Beaubien
    Street elevation.

1214-1216 Beaubien:  (c.1905).  The two-story structure of common
    brick is attached to the rear of Delmars Grocery at 500 Monroe.
    The building's raised first floor is reached by a flight of stairs
    located between two porches which have been enclosed.  The structure
    has a plain facade with little ornamentation.

EAST LAFAYETTE

445 E. Lafayette:  Ferry Seed Company (Now, National Wholesale Drug
    Company) (1927).  An 8-story, flat-roofed, brick warehouse structure
    with large industrial-sash windows and limestone

501-09 E. Lafayette:  Traugott Schmidt Company (1900).  A six-story
    brick, Renaissance style, flat-roofed industrial building
    with small windows grouped within colossal brick arcades.

SOUTH SIDE OF MONROE

400-446 Monroe:  D. M. Ferry Seed Company (1891, 1910, 1927).  Gordon
    W. Lloyd, architect.  An 8-story, brick, flat-roofed, Victorian
    Romanesque warehouse structure with an elaborately modulated
    facade of rhythmic  piers.  Adjacent to the west is an 8-story,
    brick and stone addition built about 1910 that continues the
    floor heights and building lines of the older building while
    expressing the emergence of modern design in its bold simplicity,
    lack of ornament and large glazed areas.  A similar addition was
    added to rear (south) in 1927 (see 445 E. Lafayette).

500-558 Monroe Street:  Traugott Schmidt & Sons
The complex of structures on Monroe occupies more than half of the
frontage on the south side of the street.  Along the east side of
Beaubien Street, the complex extends south to Lafayette Boulevard.
Within that portion of the complex which lies north of the public
alley, there is a second private alley which runs east from Beaubien
and turns north to intersect Monroe at mid-block.  This private
alley, known as Trapper's Alley, has given its name to the entire
Traugott Schmidt complex.  As the private alley turns north to
intersect Monroe, it separates the Traugott Schmidt Monroe frontage
into two blocks of structures.  The block of structures west of

United States Department of the Interior
Heritage Conservation and Recreation Service

# National Register of Historic Places
# Inventory—Nomination Form

For HCRS use only

received MAR 23 1982

date entered

Continuation sheet DESCRIPTION                    Item number    7         Page      5

CONTRIBUTING BUILDINGS

the alley intersection is comprised of several elements built at
different times and of different architectural designs.  The structures
in this block are connected internally at upper levels but have indi-
vidual store fronts facing Monroe Avenue.  The structures addressed
500-520 Monroe are the oldest and dated from c. 1853, with additions
in 1881, and 1890.  532 546 Monroe are two separate commercial
structures dating from c. 1920.  East of the alley intersection is
one large structure fronting on Monroe addressed as No. 558 and
dating from 1900-05.  Within the complex on the south side of the
private alley (Trapper's Alley) are several other structures built at
different times, the largest being a concrete frame warehouse built
in 1912.   The street facades of the buildings that front Monroe
are of common brick with a base of rough finished limestone blocks.
The brick itself varies in color and hardness from one structure to
the next.  The sub-units of the Monroe Avenue frontage of the
Traugott Schmidt complex are detailed below.  Each was originally
constructed as an independent structure, although now most are
connected on the interior.

500-512 (c. 1853, et Seq.):  This building was originally three
    stories but the eastern half (#510 and #512) has had a fourth
    story added.  The facades are plain brick with little ornamentation.
    Each of the four storefronts represents a structural bay and the
    bearing walls between them are identified by brick pilasters on
    the facade.  The segmentally-arched upper floor windows are
    hung with one-over-one and two-over-two wooden sash and have
    brick hood moulds with stone keystones that are unified by a
    continuous brick belt course.  The added 4th-story fenestration
    repeats the window pattern of lower floors, but does not have
    hood moulds.  A wide wooden facia board separates the upper
    floors from the first floor shop fronts.  The wooden store-
    fronts themselves have been modified somewhat, but generally
    have retained most of their original Victorian elements.

514-518 Monroe:  (c. 1881).  The structure, of red common brick, is
    four stories, but slightly lower than the building to the west,
    (500-512), and has six bays.   The facade has more ornamental
    brickwork than #500-512.  the brick parapet contains a series
    of recessed panels above arcading flanking a central arch which
    contains the words "T. Schmidt".  The fourth floor windows are
    roundheaded, while the second and third floor windows have
    decorative cast lintels and sills.  The wood-framed, double-
    hung windows have six panes per sash.  The facade is divided
    into two storefronts at the street level each with central
    recessed doors flanked by single pane, 8-foot high, plate
    glass display windows.

FHR–8–300  (11–78)

**United States Department of the Interior**
**Heritage Conservation and Recreation Service**

# National Register of Historic Places
# Inventory—Nomination Form

For HCRS use only

received  MAR 23 1982

date entered

DESCRIPTION

Continuation sheet          Item number    7        Page   6

CONTRIBUTING BUILDINGS

520 Monroe (c. 1870s and 1880s).  The four-story structure has
a facade of red common brick and is very similar in design
to 500-512 Monroe with the same window details brick pilasters,
stone trim, and the wide facia above the storefront.  The
windows on the fourth floor have been bricked-up.

532 Monroe (c.1920).  This one-story shop adjoins the two-story
building to the east at 542-546 Monroe.  The brick facade is
comprised of darker, harder brick than is most of the complex.

542-546 Monroe (c. 1920).  This two-story structure of red brick
has a simple facade, free of decorative or sculptural elements,
and is articulated by pilasters and corbelling.  The 4-bay facade
contains first floor display windows with second floor windows
above.  Each second floor window has 15 small panes and is
topped by a shallow arch.  Rising from the rear of this structure
are a tall brick smokestack and a water tower which have long
served as visual landmarks in the Greektown area.

558 Monroe Street (c. 1900-1905).  This dark, red brick structure
is five stories high.  The brick paved alley on the west side
of the building separates it from 542-46 Monroe.  The building
is topped by a wooden cornice and facia.  Brick pilasters divide
the facade into three bays and within each bay there are three
windows per floor.  The fifth floor windows have arched tops
with brick trim.  The fourth floor windows in the two side bays
are similar to those on the fifth, but are not arched.  The
center bay on the fourth floor is occupied by a large, arched-
window with three sections and is the dominant element of the
facade.  A moulded belt course separates the third and fourth
floors on the side bays, but the recessed center bay continues
uninterrupted up through the fifth floor.  The side bays on
the third floor each have a tripartite arched window that spans
the width of the bay.  There are wood and plate glass shop fronts
at street level.  This is the last of the Traugott Schmidt
buildings fronting on Monroe.

562-564 Monroe:  (C. 1880s).  This is actually two buildings uni-
fied at street level.  The buildings are two stories, and
built of painted common brick.  The western half of the building
is set back about two feet and the store front has been extended
to the facade line of the adjacent structure by a modern addition
at the first floor level faced with cast-stone veneer.  Display
windows flank the central door.  The upper floor has brick

FHR-8-300

United States Department of the Interior
Heritage Conservation and Recreation Service

# National Register of Historic Places
# Inventory—Nomination Form

For HCRS use only

received   **MAR 23 1982**

date entered

| Continuation sheet | DESCRIPTION | Item number | 7 | Page | 7 |

## CONTRIBUTING BUILDINGS

arches over the windows but has no cornice and is devoid of ornamentation.  The eastern building also has a very plain upper floor.

Southwest Corner of Monroe and St. Antoine:  St. Mary's Community Center (Previously St. Mary's School) (1868).  Designed by Pius Daubner.  This hip-roofed 4-1/2-story, painted brick building has a cornice  of over-sized wood brackets at the eaves.  The four-over-four paired windows are unusually tall and narrow and enframed with a wide brick surround.  The basement is faced with gray-painted, rock-faced, ashlar masonry.  The brick walls are paneled with shallow, ogee-topped arches.  A large lunette window fills the gable above the central three bays of the St. Antoine Street elevation.  The interior is virtually in original condition with simple woodwork and wide, balustraded, wooden staircases.  The fourth floor contains one of the city's notable interiors.  The entire floor is taken-up by a two-story auditorium with balconies, proscenium arch stage and elaborate plasterwork ceiling grilles, cornices and pilasters.

646 Monroe:  St. Mary's Rectory (1876).  Designed by J. Hess.  A 3-story, hip-roof, brick-and-limestone, Victorian Romanesque structure with roundhead windows set in Romanesque stone en-framements with collonettes and banded voussoirs.  The projecting central pavilion is fronted by a gabled and buttressed vestibule at the first floor level and topped above the roofline by a small, square, penthouse turret containing a round Gothic window and a carved stone cross at the peak of the gable.  There is an elaborately-profiled bracketed cornice at the eaves.

## NORTH SIDE OF MONROE STREET

419 Monroe:  Stadium Building (1886). Designed by Henry Englebert. A three-story, brick, flat-roofed, commercial building with an elaborately articulated facade with ornamental patterned brick panels, corbelling and pilaster strips.  The original one-over-one sash on the upper floors and the original wood-and-plate-glass store front are intact.

441 Monroe:  Second Baptist Church (1850, 1880, 1914).  A brick, Gothic structure with an attached parish house that was listed individually in the National Register on March 19, 1975.

515-517 Monroe:  (C. 1915).  This two-story building of painted common brick has had the original, first floor facade replaced by a limestone-faced storefront of Art Moderne design.  One

United States Department of the Interior
Heritage Conservation and Recreation Service

# National Register of Historic Places
# Inventory—Nomination Form

For HCRS use only

received    MAR 23 1982

date entered

| Continuation sheet | DESCRIPTION | Item number | 7 | Page | 8 |

CONTRIBUTING BUILDINGS

large window with 15 panes is set into the limestone.  The
door was a fluted chrome surround and has a small round
window at eye level.  The boldly-lettered chrome sign "Athens
Bar" is an integral part of the composition.  The stone-enframed
windows and metal cornice of the upper story are original
features.

525-531 Monroe:  (1890).  The 3-story building is divided into three
sections.  It is one of the most ornamented of the brick facades
on the north side of Monroe.  Brick work is used to create pilasters
moldings and panels.  The central section is pedimented.  Segmen-
tally-arched, hood moulds crown the upper floor windows and the
stone sills rest on a horizontal, brick denticulated band.  The
brick is painted.  Some shop windows retain their original wood-
work.

535-537 Monroe:  (c. 1880).  The two-story frame structure is set
back several feet from the property line and the first floor
was extended forward to the sidewalk in the 1920s by an addition
which has a clay tile roof and is now faced with brown-painted
vertical wood siding covering the original, white-glazed, terra-
cotta and plate-glass storefront.  The second floor retains its
original clapboarding and the four windows are each surrounded
by Victorian decorative frames with pedimented caps.  A large
wood cornice is supported by pairs of widely-spaced wooden brackets.

541 Monroe:  (1925).  This  white-glazed, brick storefront sits
well back from the property line and is very plain.  The store-
front has wood framed door and windows and a large awning.

547 Monroe:  Bodde Building (1913).  This Prairie Style structure
housed the Pelopponesus Cafe from 1919 to 1979.  The two-
story, painted brick facade has a stone cap on the parapet,
brick-and-terra-cotta trim below the parapet and three bays
of triple windows on the second floor.  The store windows
have recently been rebuilt with wood frames of a contemporary
design.

551-557 Monroe:  (c. 1880s).  This three-story, plain, painted
brick facade now has no cornice but once did.  The windows
of the upper two floors have hood moulds and are framed by
brick trim.  The original wooden, four-over-four, double-hung
windows remain.  It has two storefronts with many original
features intact.

561 Monroe: (c. 1880s).  This three-story painted brick building
has brick window trim and hood moulds on the second and third

FHR-8-300 (11-78)

United States Department of the Interior
Heritage Conservation and Recreation Service

# National Register of Historic Places
# Inventory—Nomination Form

For HCRS use only

received   **MAR 23 1982**

date entered

---

Continuation sheet   DESCRIPTION          Item number   7          **Page** 9

---

CONTRIBUTING BUILDINGS

floors.  The wooden storefront retains most of its original
features.

569 Monroe (c. 1880s & 1920).  This three-story, white, stucco
structure assumed its present appearance in 1920.  Four windows
on each of the second and third floors have six-over-six sash
and stone sills resting on consoles.  A large awning extends
over the storefronts where the windows have been replaced by
a modern, brick wall which has one display window, a door, and
one small round window.  A very large ornamental overhanging
neon and metal sign is hung from the second and third floors.

571-573 Monroe:  (c. 1880s).  This two-story building has a facade
of painted  brick.  The panelled brick facade has a denti-
culated brick moulding below the frieze, one-over-one sash
windows with brick hood moulds and an old wooden storefront.

579 Monroe:  (c. 1880s).  This two-story building dates from the
1880s but was altered in 1940.  The storefront is cast-concrete
imitation stone, commonly called "canyon stone".  The second
floor is painted common brick with decorative brick hood moulds
over the windows.   An awning and a very large and ornamental
overhanging sign are on the front.

583-587 Monroe:  (c. 1880s & c. 1890s).  A restaurant occupies the
first floor of both buildings.  No. 583 is a two-story structure
dating from the 1890s.  The facade is common brick with little
ornamentation and no cornice.  The paired second floor windows
have wooden frames and stone sills.  No. 587 dates from the
1880s and is a two-story structure.  The facade brickwork includes
pilasters, panels and hood moulds on the second floor.  The store-
fronts have been renovated to appear as one facade with large
plate glass windows in metal frames surrounded by new red brick
masonry.  The treatment extends around the corner to St. Antoine.
Large awnings shade the storefront and a large ornamental sign
overhangs the awning.  A small, one-story addition at the rear
of the building contains a store which fronts on St. Antoine.

ST. ANTOINE STREET

1050 St. Antoine:  St. Mary's Church (1885).  Designed by Peter
Dederichs.  The brick, Victorian Italian Romanesque style
church is in the form of a Latin cross with low side aisles
filling the arms, and has twin towers with spires topped by
crosses.  Stone voussoirs, as well as stone, wood and metal
detailing including molded belt courses, brackets, balustrades,
arcades, and elaborate Gothic fenestration enliven the other-
wise plain brick walls.  At the crossing there is a small wood

FHR-8-300 (11-78)

United States Department of the Interior
Heritage Conservation and Recreation Service

# National Register of Historic Places Inventory—Nomination Form

For HCRS use only

received   **MAR 23** 1982

date entered

---

Continuation sheet     DESCRIPTION     Item number    7     Page  10

---

CONTRIBUTING BUILDINGS

and metal lantern tower.  The east apsidal end of the church is
rounded in two tiers, one lower than the other.  All of the
windows have rounded arches, both those of the nave as well as
of the clerestory.

1034 St. Antoine:  St. Mary's Convent (1921).  A 2-story, brick
structure of utilitarian design with a prominent corbelled
cornice and p arapet and a tuscan columned door porch.  The
facade of the building with its massive cornice treatment
screens the utilitarian design of the bulk of the structure
which extends back in a low-roofed block to the rear of the
lot.


NON-CONTRIBUTING BUILDINGS

457 E. Lafayette:  Detroit Bank & Trust Company (1940).  A brick,
flat-roofed, modern building without distinguishing features.

461 Monroe:  Second Baptist Church Community Center (1968).  A
3-story, stucco-and-concrete, flat-roofed, modern building
with banded windows.

501 Monroe:  Greektown Boutique II & Delmars & Company Grocery
(1949).  The one-story structure was built to replace a mid
19th Century Greek Revival Building on the site.  The building
has a short entrance facade that is canted across the corner
of Beaubien and Monroe.  A classically-inspired, limestone
facing surrounds the door and the facade is topped with stone
urns at each side.  The rest of the building is reddish-
orange face brick.  A tile mansard roof is used for a parapet
and shades the plate glass display windows extending along
Beaubien and Monroe Streets.  The building is the newest in
the district and was consciously designed to evoke the Greek-
Mediterranean heritage of its owner, who had been located at
this site since the early twentieth century.

## 8. Significance

| Period | Areas of Significance—Check and justify below | | | |
|---|---|---|---|---|
| ___ prehistoric | ___ archeology-prehistoric | ___ community planning | ___ landscape architecture | _X_ religion |
| ___ 1400–1499 | ___ archeology-historic | ___ conservation | ___ law | ___ science |
| ___ 1500–1599 | ___ agriculture | ___ economics | ___ literature | ___ sculpture |
| ___ 1600–1699 | _X_ architecture | ___ education | ___ military | ___ social/ |
| ___ 1700–1799 | ___ art | ___ engineering | ___ music | humanitarian |
| _X_ 1800–1899 | _X_ commerce | _X_ exploration/settlement | ___ philosophy | ___ theater |
| _X_ 1900– | ___ communications | _X_ industry | ___ politics/government | ___ transportation |
| | | ___ invention | | ___ other (specify) |

Specific dates  *19th - early 20th C.*     Builder/Architect   *See inventory*

**Statement of Significance (in one paragraph)**

Greektown is historically significant as a traditional center of ethnic retailing in downtown Detroit that has served two distinct nationalities in its 140 year history. It is architecturally significant as one of the last viable surviving Victorian commercial streetscapes in downtown Detroit and for its several individually distinguished Victorian, industrial, commercial and ecclesiastical structures. Historically, Greektown evolved from the farm of a French pioneer settler to a German residential and commercial area which was ultimately transformed into the present flourishing Greek commercial zone.

The area on Monroe Street between Beaubien and St. Antoine was originally part of the Beaubien Farm. Jean Baptiste Beaubien received a military grant for his farm on December 28, 1758. His farm and its neighbors lying just beyond the village of Detroit are commonly referred to as "ribbon" or "strip" farms because they were narrow in width, but long in length. Farms were narrow so that as many owners as possible could have frontage on the Detroit River, the major means of transportation in the 18th and early 19th century. Another purpose of the ribbon farms was to keep occupants close together for their convenience and safety. The land closest to the river was usually occupied by the dwelling house and garden. An orchard was usually behind the garden and the remaining land was covered by cornfields. Jean Baptiste Beaubien died in 1793 and his widow retained the estate until she was determined insane in 1809. At that time, the land was divided among Beaubien's children. Much of the area now known as "Greektown" between Brush and St. Antoine Streets became part of Lambert Beaubien's estate. However, the land where St. Mary's Church is located east of St. Antoine became part of Antoine Beaubien's farm. According to John Mullet, the surveyor of Lambert Beaubien's farm, it was "bounded by the Detroit River, in the nearby unconceded land, southwest by Elijah Brush's land, and on the northeast by Antoine Beaubien's farm." (The Detroit River on which the farms fronted actually flows from northeast to southwest, although local usage of directions is to say "east" for northeast and "west" for southwest.) Lambert Beaubien died in 1819 and in 1831 his land was subdivided. The farm was platted into house lots and divided among Lambert Beaubien's fourteen children. The children inherited plats that were scattered throughout the farm rather than combined into one lot. This subdivision occurred at a time when a wave of new settlers was arriving in Michigan. Detroit was growing and there was a demand for house lots at its edges. Several of the

# 9.  Major Bibliographical References

<u>A Social and Physical Assessment of Detroit's Greektown</u> by James
  Stolakis (Student Paper C&EDD).
<u>A Building for the Traugott-Schmidt & Sons Co.</u>, by John B. Hunter, III
(Student Paper C&EDD).

# 10.  Geographical Data

ACREAGE NOT VERIFIED

Acreage of nominated property __approx. 7 1/2 acres__

Quadrangle name __Detroit__                    Quadrangle scale __1:24000__

UMT References

UTM NOT VERIFIED

A |1|7| |3|3|1|6|0|0| |4|6|8|8|7|6|0|    B |1|7| |3|3|1|9|0|0| |4|6|8|8|8|8|0|
   Zone  Easting    Northing           Zone  Easting    Northing

C |1|7| |3|3|1|9|4|0| |4|6|8|8|8|4|0|    D |1|7| |3|3|1|6|6|0| |4|6|8|8|6|3|0|

E | | | | | | | | | | | | | | | | |    F | | | | | | | | | | | | | | | | |

G | | | | | | | | | | | | | | | | |    H | | | | | | | | | | | | | | | | |

**Verbal boundary description and justification**

Beginning at the intersection of East Lafayette and Brush Streets, north
on Brush to the alley between Monroe and Macomb Streets; then east along
the alley to St. Antoine Street; then south along St. Antoine to Monroe,

**List all states and counties for properties overlapping state or county boundaries**

| state | N/A | code | county | | code |
|-------|-----|------|--------|--|------|
| state | | code | county | | code |

# 11.  Form Prepared By

name/title      Elizabeth Rothberg   and   Les Vollmert, Michigan History Division,
                                           Department of State, Lansing, Mi 49818
                                           [517-373-0510]

organization  City of Detroit, Community &          date   February, 1981
              Economic Development Department

street & number  150 Michigan Avenue          telephone   (313) 224-2570

city or town   Detroit,                        state   Michigan

# 12.  State Historic Preservation Officer Certification

The evaluated significance of this property within the state is:

____ national        ____ state        _X_ local

As the designated State Historic Preservation Officer for the National Historic Preservation Act of 1966 (Public Law 89–
665), I hereby nominate this property for inclusion in the National Register and certify that it has been evaluated
according to the criteria and procedures set forth by the Heritage Conservation and Recreation Service.

State Historic Preservation Officer signature   _Martha M. Bigelow_

title  _Director, Michigan History Div._   date  3/3/82

For HCRS use only
      I hereby certify that this property is included in the National Register

_Bruce John Noyed_                                   date   5/6/82
Keeper of the National Register

Attest:                                              date

Chief of Registration

GPO 938 835

**United States Department of the Interior
Heritage Conservation and Recreation Service**

# National Register of Historic Places
# Inventory—Nomination Form

For HCRS use only

received   **MAR 23 1982**

date entered

| Continuation sheet | SIGNIFICANCE | Item number | 8 | Page | 2 |

Beaubien lots were sold as evidenced by requests to sell real estate
recorded in 1833, but generally sales were slow and the heirs con-
tinued to divest themselves of their inheritance in a piecemeal
fashion for decades.

The first German immigrants arrived in Detroit while the Beaubien
farm was gradually being sold as individual lots.  The first organized
immigration of Germans to Detroit was in 1830.  Most of the immigrants
were from the Neustadt region of Germany and were Roman Catholic.
Arriving in a desolate town that had previously been struck by
Asiatic cholera, the first German residents were generally poor
and many were laborers (masons, carpenters, painters), and mechanics.
Successive waves of immigrants were wealthier and better educated.
Many skilled craftsmen, small businessmen, and professionals began
to appear among the group, which settled on Lafayette and Monroe streets.
The German area soon extended north to Gratiot and east along Gratiot
Avenue.  Gratiot Avenue was especially important to the early Germans
for commercial enterprises.  The area extending east for several
blocks along Gratiot was often referred to as 'Dutchtown' or the
'German Quarter'.  Dry goods was a particularly popular business
among Germans and many dry goods stores as well as other business
appeared on both Monroe Street and Gratiot Avenue, the two major
commercial zones for the German area.

Germans dominated the area for over 70 years.  In the 1880 Census
of Detroit, Germans numbered 17,292.  German dominance of the "Greek-
town" area lasted until approximately 1907 when many Germans began
to move away.  During this period, the Germans shared the area
with other ethnic groups.  The first Jewish synagogue was located
here and blacks settled in the area now occupied by the Chrysler
Freeway, one block east of St. Mary's Church.  Black churches
have existed in the vicinity since the 1850s, such as Second Baptist
Church which moved into the former German Zion Lutheran Church at
Monroe and Beaubien in 1857.

As the city grew, many homes in the Greektown area were replaced
by factories and small shops in response to economic forces that
eventually made land close to the center of the city too valuable
for continued residential use.  The Traugott Schmidt Complex and
the Ferry Seed Warehouse reflect the intrusion of industrial uses
into the previously mostly residential and commercial neighborhood.

By 1910, the area was undergoing an ethnic transition as well.
Detroit's German community had become more prosperous and chose
to move out Gratiot Avenue, away from the encroaching businesses
and aging neighborhoods.  The original settlement was abandoned
quickly.  Greek immigration to Detroit coincided with the

**United States Department of the Interior**
**Heritage Conservation and Recreation Service**

# National Register of Historic Places
# Inventory—Nomination Form

For HCRS use only

received   **MAR 23 1982**

date entered

| Continuation sheet | SIGNIFICANCE | Item number | 8 | Page | 3 |

movement of Germans to newer neighborhoods. A rapid transition from Germans to Greeks occurred between 1905 and 1910, although Detroit's first known Greek settler, Theodore Gerasimos, had only arrived in the city in 1890. Leon Ellison, of Delmars Grocery in Greektown, credits Gerasimos with the creation of Greektown. Gerasimos was married to a German woman and lived in the area. He worked very hard and became prosperous. Consequently, in 1907 when more Greeks arrived, he was able to help many start businesses. As the Germans moved out of the area, Gerasimos acted as a real estate agent placing the structures with Greek tenants. As a result, the majority of the Greeks who first came to Detroit in 1907, from the Peloponnesus Peninsula and Crete, settled on Macomb Street near Randolph. This area, two blocks west of present "Greektown", offered relatively low rents due to the mixed commercial, industrial, and residential nature of the area. Greeks soon spread to the adjacent streets, including Lafayette and Monroe Avenues. When they arrived in Detroit, the majority of Greeks were uneducated and took jobs in shoe-shining, hat blocking, and as street vendors of fruits and pastries. However, as they were able to establish their own businesses, many located on Monroe Avenue.

As early as 1917, many of the more affluent Greeks had already begun to move their residences out of the area. By the 1920s, Greektown was becoming predominantly commercial, and the remaining residential element was multi-ethnic and poor. The nature of the population becomes clearer when one looks at the school children who attended St. Mary's School on the southwest corner of St. Antoine and Monroe Avenue. Polish, Greek, Italian, Lebanese, Mexican and Black children attended St. Mary's (without a tuition charge) until the school closed in 1965. In 1948, the shabby Greektown area was almost cleared to provide a large site for a new public building. A lawsuit by the Greek merchants ensued and ultimately the project was dropped by the city.

Both the physical appearance of the structures within the District and the changes in the use of the structures portray the history of the ethnic transitions and changing land use patterns of the surrounding neighborhood. As the Greeks moved into the area and established their businesses, they made their presence felt by applying an overlay of Greek-inspired facade treatments on the German-built structures. The original German operated food stores, bakeries and dry-goods stores were replaced by similar Greek-owned businesses. Upper floor residential and office spaces, and even some ground floor spaces eventually, were used as coffee houses. A coffee house has a traditional role in a Greek community and provides opportunities for socializing and card playing.

**United States Department of the Interior**
**Heritage Conservation and Recreation Service**

# National Register of Historic Places
# Inventory—Nomination Form

For HCRS use only

received   MAR 23 1982

date entered

---

Continuation sheet    SIGNIFICANCE              Item number    8           Page    4

---

The Greeks also developed restaurants to satisfy their own traditional
culinary tastes and to serve the larger downtown community, which
needed such services for the continually growing downtown work
force.

As commercial and institutional development replaced the last
neighborhood residences in the 1950s and 1960, the transition from
residentially-oriented businesses, such as grocery stores, to
restaurants and entertainment businesses accelerated.  Greektown,
which once covered a four-block area, was reduced to one block of
commercial establishments by the 1960s as all of the surrounding
structures were razed to provide sites for parking and institutional
buildings.

With the loss of their residential base, the Greek merchants, in an
effort to attract new clientele, began to change the mixture of
businesses and the image of Greektown.  The first ethnic festival
was held in Greektown in 1965.  The festival was very successful and
spurred the multi-ethnic festivals which are now an annual city-
wide event at the riverfront Hart Plaza.  Greektown gradually re-
gained its vitality and became a popular restaurant and shopping
area for Greeks, Detroiters and tourists.

As cultural and convention facilities have been constructed, metro-
politan residents and tourists have been drawn in ever growing
numbers to the downtown, further strengthening the restaurant
industry in Greektown.  Also, the new clientele both demands and
provides opportunities for specialty retail boutiques and similar
uses, which, although not necessarily of Greek ownership, continue
the neighborhood tradition of small businesses.  These newer busi-
nesses also illustrate the continuing ethnic change of Detroit.
The recent redevelopment by a black business group of the old
Traugott Schmidt buildings into Trapper's Alley Market Place, a
shopping and entertainment complex, illustrates this continuing
ethnic change as black businessmen  gradually assume a more signi-
ficant role in the larger business community.

The district's two remaining churches illustrate the process of
growth and change within the neighborhood.  A third important
institution, the old Greek Orthodox Church on Macomb Street,
would have been a significant historic resource, but, unfortunately,
was razed in the 1960s and has been replaced by a modern structure
just outside the district boundaries at Lafayette and the Chrysler
Freeway.

The St. Mary's Church complex, in addition to being one of the most
architectually significant structures in the city, is also perhaps,
the most monumental reminder of the city's German Catholic heritage.
The first Germans arrived in Detroit in 1830.  They were Catholic

**United States Department of the Interior**
**Heritage Conservation and Recreation Service**

# National Register of Historic Places
# Inventory—Nomination Form

For HCRS use only

received **MAR 2 3 1982**

date entered

---

| Continuation sheet | SIGNIFICANCE | Item number | 8 | Page | 5 |

---

and attended the French St. Anne's Church located on Larned Street
between Bates and Randolph.  Father Martin Kundig, a German Swiss
from Cincinnati, was assigned to minister to the new Germans in
the French church.  From 1833 to 1836, he held services in German
once a month for the new arrivals.  In order to serve the spiritual
needs of the rapidly growing German community, St. Mary's parish
was organized by Father Kundig in 1840.  St. Mary's is the oldest
German Catholic parish in Detroit and is the third oldest Roman
Catholic parish in Detroit.  The site of the church on the south-
east corner of St. Antoine and Monroe was purchased by Bishop Peter
Paul LeFevere for one dollar from Antoine and Monica Beaubien.
Although Beaubien attended St. Anne's, he was very generous to the
German Catholics and also donated the largest of St. Mary's bells,
the "Ave Maria" bell.  In 1841, the cornerstone for the original
St. Mary's Church was laid.  The Church was consecrated in 1843
in the true German fashion with brass bands, a parade and much
festivity.

Originally, all of Detroit's German Catholics attended St. Mary's
Church and many lived in homes clustered around the church.  However,
several new congregations blossomed from St. Mary's in the 1850s,
60s and 70s.  For example, in 1875, St. Mary's parish was divided
and the area north of Gratiot Avenue became the new parish of
Sacred Heart Church (listed in the National Register).  According
to an 1872 Map of Detroit, there was also a German Reformed Church
at St. Antoine and Gratiot Avenue.  Furthermore, what became the
Second Baptist Church, on the northwest corner of Monroe and
Beaubien, was originally constructed as the German Zion Lutheran
Church.  The building was occupied by Germans only from 1851 to
1857, when it became the Second Baptist Church.  (The building is
a National Register property and is the oldest black church in
Detroit.)

According to a 1891 newspaper article, Catholics comprised 42%
of Detroit's population  in 1855 and increased to 49% of the
population by 1866.  Due to an increase in parishoners at St.
Mary's, the original church became too small.  In 1881, it was
torn down to permit construction of the present building, which
was finished in 1885 and designed by architect and parishoner
Peter Dederichs.  The size and degree of ornamentation of the
present structure is a reflection of the wealth of the German
Catholic population at the period.

After 1907, St. Mary's underwent a significant transition.  The
neighborhood around St. Mary's was changing.  Germans were moving

**United States Department of the Interior
Heritage Conservation and Recreation Service**

# National Register of Historic Places
# Inventory—Nomination Form

For HCRS use only

received     MAR 2 3 1982

date entered

| Continuation sheet | SIGNIFICANCE | Item number | 8 | Page | 6 |
|---|---|---|---|---|---|

out of the area and being absorbed into different parishes with
the result the number of German parishioners at St. Mary's de-
clined drastically.  Between 1906 and 1910, however, many
Hungarians and Eastern Europeans joined St. Mary's filling the
void left by the departing Germans.  St Mary's later served as
a mission for Black Catholics and Mexican immigrants until these
groups were able to build their own churches.  Consequently, St.
Mary's has had a long history of serving newly arrived ethnic
minorities in Detroit.  Today, St. Mary's serves a diverse
congregation drawn from the downtown area.

The first Catholic school in Detroit was formed at St. Mary's in
1844.  The school served the whole city as well as the congregation.
From its beginning, St. Mary's School has played an important
service role in the community.  The present school was built in
1868 and over 800 students attended the first year.  Originally
the school was German-Catholic with German used as the main
language for teaching.  The German attendance had declined
dramatically by 1910 as German children were replaced by Greek, Italian,
Lebanese, black and Mexican students.  The use of the schoolhouse
has continued to change to reflect changing needs.  Originally a
full range of academic subjects was taught at the school.  Later,
mainly business courses were taught.  In 1980, the school was
converted to a community-service center open to the general public.

The Southside of Monroe Avenue in the district is dominated by the
Traugott Schmidt and Ferry Seed Warehouse complexes.  The structures
consitute the finest remaining nineteenth century industrial
buildings in the central business district and illustrate the
growth of industry within the previously residential and commercial
Germantown area.  They are also reminders of the widely diversi-
fied economic base of Detroit in the pre-automobile era.

In 1853, a young German named Traugott Schmidt began his career
by visitng trappers and Indians in Michigan and bartering with
them for raw fur.  From this modest beginning grew a business
that held a prominent place in the international fur trading
industry for a century.  Fur trading had been important to the
Great Lakes economy since the French arrived in the early 1700s.
By the 1850s Detroit had become the fur shipping center of the Great
Lakes.  One reason for this distinction was the superior method of
fur and pelt handling that Traugott Schmidt had learned in Germany
and brought to the United States.

Traugott Schmidt established his business on Monroe Street in 1853.
As the business expanded, so did the buildings that the Traugott
Schmidt Company occupied.  Additions were made throughout the

FHR–8–300  (11–78)

**United States Department of the Interior**
**Heritage Conservation and Recreation Service**

# National Register of Historic Places
# Inventory—Nomination Form

For HCRS use only

received   **MAR 23 1982**

date entered

---

Continuation sheet    SIGNIFICANCE            Item number      8            Page    7

---

late 1800s and early 1900s.  The complex illustrates the physical
growth of the company from the 1850s and includes structures
dating from every decade between 1860 to 1920.  The Traugott
Schmidt Company remained in business, and in the Schmidt family,
until the late 1960s.  The interiors still contain many relics
of the fur processing activities of a firm that eventually had
offices in Europe and Great Britain as well as New York.  A reno-
vation of the entire Traugott Schmidt Complex began in 1980 to
create "Trapper's Alley Marketplace," a retail, commercial,
adaptive reuse development with restaurants, entertainment spots
and boutiques in parts of the complex other than the street level
frontage on Monroe Avenue, which has always contained retail
shops.

The Ferry Seed Warehouse that stands on the south side of Monroe
between Brush and Beaubien is a reminder that the seed industry
was a prominent element in the early Detroit industrial scene.
It is the only structure remaining in Detroit associated with this
still extant nationally prominent firm and is the finest Victorian
industrial building of its type in the city.

D. M. Ferry Seed Company was founded in April, 1856.  The main
warehouse was constructed in 1881 at the southwest corner of
Brush and Monroe and was designed by the architects Mason and Rice.
This warehouse burned in 1886.  When it was replaced in 1887, Gordon
W. Lloyd was chosen as architect.  According to the Buildings of
Detroit by Hawkins Ferry, the new and larger warehouse designed
by Lloyd was undoubtedly influenced by H. H. Richardson's Marshall
Field Warehouse in Chicago (1885-1887).  This main building formed
the largest business block in the city at the time of its
construction in 1887.  In 1891 it was supplemented by the con-
struction of an annex, used partially as a box factory, that was
designed in the same architectural style by Gordon W. Lloyd.  The
two structures formed the most architecturally distinguished
industrial complex erected in Detroit in the late nineteenth
century.  Additions were made to the 1891 annex about 1910 and
1927, to the west and south respectively, to house the growing
company.

After the Ferry Seed Company relocated in California in 1959,
the old complex in Detroit was closed.  In 1974 the main building

**United States Department of the Interior**
**Heritage Conservation and Recreation Service**

# National Register of Historic Places
# Inventory—Nomination Form

For HCRS use only

received

date entered

MAR 23 1982

| Continuation sheet | SIGNIFICANCE | Item number | 8 , | Page | 8 |

was demolished by the city to provide a site for future develop-
ment leaving only the 1891 box factory annex as a reminder of the
Detroit origins of the famous Ferry Seed Company (now Ferry-
Morse Company).

**United States Department of the Interior
Heritage Conservation and Recreation Service**

# National Register of Historic Places
# Inventory—Nomination Form

For HCRS use only

received    MAR 23 1982

date entered

| Continuation sheet | MAJOR BIBLIOGRAPHICAL REFERENCES | Item number | 9 | Page | 2 |
|---|---|---|---|---|---|

The Art of Tanning, Brochures from Traugott-Schmidt Co., given by American Development Corporation.

Bicentennial Committee Guest Kit for Second Baptist Church, 441 Monroe Street, Detroit, Michigan 48226. Nathaniel Leach, Co-chairman, provided the material.

Detroit Urban Conservation Project, 1976 file on buildings on Monroe Street and Lafayette (Historic Designation Advisory Board of the City of Detroit).

Monroe Avenue Commercial Buildings. Preservation Urban Design, Incorporated Ann Arbor, Michigan 313-994-0313. City of Detroit, Downtown Development Authority (DDA), January, 1978.

Development Objectives and OUtline of Next Steps for Greektown, Broadway-Randolph, Grand Circus Park North, presented to DDA, August, 1978, American City Corpoation.

Determination of Eligibility for Greektown Historic District. Prepared on behalf of SEMTA by David McDonald.

City Directories for City of Detroit, 1837 to present.

Jim Conway, Historic Annex of Detroit Historical Museum. Greektown files. Newspaper articles.

The Story of Detroit. 1923 Detroit News, George Catlin.

History of Detroit and Michigan, Silas Farmer & Co., 1980 and Wayne County and Early Michigan, rep. 1969; 1884.

Wayne County, Michigan, Burton & Burton.

100th Anniversary of the Arrival in Detroit of the First Organized Immigration from Germany. 1830-1930 (from St. Mary's Father Nader).

Yesterday's Detroit, Frank Angelo.

The Buildings of Detroit, Ferry W. Hawkins, 1968.

The City of Detroit, Michigan 1701-1922, Burton, Clarence M., ed.

"Greeks in the U. S.", Theodore Salutos, 1964.

Seed Annual, D. M. Ferry & Co., 1922, 1883, from Burton Collection on D. M. Ferry Seed Co.

"Seed Firm Pulls Up Last Roots Here", Burt Stoddard, Detroit News, November 12, 1959.

FHR-8-300 (11-78)

United States Department of the Interior
Heritage Conservation and Recreation Service

# National Register of Historic Places
# Inventory—Nomination Form

For HCRS use only

received    MAR 23 1982

date entered

MAJOR BIBLIOGRAPHICAL
Continuation sheet                REFERENCES              Item number    9              Page    3

"Notable Anniversary", Free Press

"World Famous Seeds", Daniel Wells, Free Press, August 12, 1945.

Ferry-Morse 100 Years Old", Detroit Times, April 15, 1956.  Michigan
   Farmer, April 1, 1879.

Era Passes... "The Seed Co. Leaves Town", Detroit Free Press, November 15,
   1959.

"A Century of Seed Packaging.  Ferry-Morse Grew with City".  James
   Boynton, Detroit Times, April 8, 1956.

"The Fur Industry", Detroit Saturday Night, November 1, 1913, p. 8-9.

Burton Abstract and Title Company.  Beaubien farm as surveyed into
   lots by John Mullet, Surveyor,  June, 1837.


INTERVIEWS:

   Leo Ellison; Delmar's Grocery Store, Greektown

   Father Nader, St. Mary's

   Nathaniel Leach; Second Baptist

   Rev. Ernest Blougouras, Annunciation Greek Orthodox

   Tom Hollerman; architectural historian, Johnson, Johnson &
      Roy.

**United States Department of the Interior**
**Heritage Conservation and Recreation Service**

# National Register of Historic Places
# Inventory—Nomination Form

For HCRS use only

received   MAR 23 1982

date entered

---

Continuation sheet  GEOGRAPHICAL DATA            Item number        10              Page    2

---

Verbal boundary description and justification

then east on Monroe to the east lot line of St. Mary's Church Rectory;
then south along the east lot line to the vacated alley between Monroe
and East Lafayette; then west along the alley across St. Antoine to
the east lot line of the Traugott Schmidt complex building at the
northeast corner of Beaubien and Lafayette; then south along the east
lot line to East Lafayette Street; then west along East Lafayette to
the point of beginning.

# NATIONAL REGISTER OF HISTORIC PLACES

United States Department of the Interior
National Park Service

## EVALUATION / RETURN SHEET

Property: Greektown Historic District

State, County: MI, Wayne

Federal Agency: _____

Working No. 3.23.82  859

Fed. Reg. Date: 2.7.83

Date Due: 4/22/82 - 5/7/82

Action: ✓ ACCEPT 5/6/82
_____ RETURN_____
_____ REJECT_____

_____ resubmission
_____ nomination by person or local government
_____ owner objection
_____ appeal

photos ✓
maps ✓

Substantive Review: ✓ sample _____ request _____ appeal _____ NR decision

Reviewer's comments:

SIGNIFICANT AS A REMNANT OF A DOWNTOWN AREA WITH PREDOMINENTLY 19C BUILDINGS AND FOR ITS ASSOCIATION WITH IMMIGRANT POPULATIONS. THE GREEK DOMINATION OF THE AREA BEGAN IN THE EARLY 20C SO ~~THIS~~ THIS ASSOCIATION IS WELL WITHIN THE 50 YEAR LIMIT. THE AREA LACKS A CERTAIN AMOUNT OF ARCHITECTURAL COHESION, BUT MANY OF THE LARGER BUILDINGS APPEAR TO BE INDIVIDUALLY ELIGIBLE.

Recom./Criteria  A+C
Reviewer  MAC DOWNE
Discipline  ARCHITECTURAL HISTORIAN
Date  5/6/82
_____ see continuation sheet

Nomination returned for: _____ technical corrections cited below
_____ substantive reasons discussed below

## 1. Name

## 2. Location

## 3. Classification

| Category | Ownership | Status | Present Use |
| --- | --- | --- | --- |
| | Public Acquisition | Accessible | |

## 4. Owner of Property

## 5. Location of Legal Description

## 6. Representation in Existing Surveys

has this property been determined eligible? _____ yes _____ no

## 7. Description

| Condition | | Check one | Check one |
| --- | --- | --- | --- |
| _____ excellent | _____ deteriorated | _____ unaltered | _____ original site |
| _____ good | _____ ruins | _____ altered | _____ moved  date _____ |
| _____ fair | _____ unexposed | | |

Describe the present and original (if known) physical appearance

✓ summary paragraph ( FOUND IN 2ND ¶ )
✓ completeness
✓ clarity
✓ alterations/integrity
✓ dates
✓ boundary selection ADEQUATELY JUSTIFIED.

## 8. Significance

**Period**       **Areas of Significance—Check and justify below**

**Specific dates**                      **Builder/Architect**

**Statement of Significance (in one paragraph)**

___✓___ **summary paragraph**
___✓___ **completeness**
___✓___ **clarity**
___✓___ **applicable criteria**
___X___ **justification of areas** THE AREA HAS EVOLVED TOO MUCH TO BE CONSIDERED TO BE SIGNIFICANT FOR
         **checked**             EXPLORATION AND SETTLEMENT.
_____ **relating significance to**
         **the resource**
___X___ **context** ~ MORE ARCHITECTURAL CONTEXT IS WARRANTED. SINCE THE AREA IS MAINLY (SIGNIFICANT ASSOCIATIONS)
___✓___ **relationship of integrity** AS A ~~SURVISER~~ SURVIVING DOWNTOWN AREA, IT SHOULD HAVE
         **to significance**        BEEN COMPARED TO OTHER SUCH REMNANTS.
___NA__ **justification of exception**
_____ **other**

## 9. Major Bibliographical References

## 10. Geographical Data

**Acreage of nominated property** _____
**Quadrangle name** _____
**UMT References**

_____
**Verbal boundary description and justification**

## 11. Form Prepared By

## 12. State Historic Preservation Officer Certification

The evaluated significance of this property within the state is:

_____ **national**   _____ **state**   _____ **local**

**State Historic Preservation Officer signature**

**title**                    **date**

## 13. Other

_____ **Maps**
_____ **Photographs**
_____ **Other**

Questions concerning this nomination may be directed to _____

Signed _____       Date _____       Phone: 202  272 - 3504

Comments for any item may be continued on an attached sheet



#1 View of Monroe Street, Center of Greek Town establishments,
from Beaubien Street

Summer 1980

Detroit Ca ED

GREEKTOWN HISTORIC DISTRICT
Monroe Avenue between Brush and St. Antoine
Detroit, Wayne County, Michigan

PHOTOGRAPHER:  M.M.I. Productions
DATE:  Summer 1980
NEGATIVE: Marie Mason, Inc.
          19136 Woodward Avenue
          Detroit, Michigan 48203
VIEW:  Looking east at the south side of
       Monroe Avenue from Beaubien Street
PHOTO:  #1 of 21



Photography by
M.M.I. PRODUCTIONS
(Division of Marie Mason Inc.)
19136 WOODWARD AVE., DETROIT, MI 48203
TELEPHONE: 313/368-2800



GREEKTOWN HISTORIC DISTRICT
Monroe Avenue between Brush and St. Antoine
Detroit, Wayne County, Michigan

PHOTOGRAPHER:  M.M.I. Productions
DATE:  May 1981
NEGATIVE:  Michigan History Division
           Dept. of State
           Lansing, Michigan 48918
VIEW:  Looking west at the south side of
       Monroe Avenue showing part of the
       Trangott-Schmidt Complex

PHOTO:  #2 of 21







GREEKTOWN HISTORIC DISTRICT
Monroe Avenue between Brush and St. Antoine
Detroit, Wayne County, Michigan

PHOTOGRAPHER:  Les Vollmert
DATE:  May, 1981
NEGATIVE:  Michigan History Division
           Dept of State
           Lansing, Michigan 48918
VIEW:  Looking south at 558 Monroe
       a part of the Trangott-Schmidt
       complex built about 1905
PHOTO:  # 3 of 21



GREEKTOWN HISTORIC DISTRICT
Monroe Avenue between Brush and St. Antoine
Detroit, Wayne County, Michigan

PHOTOGRAPHER:  Les Vollmert
DATE:  July, 1981
NEGATIVE:  Michigan History Division
           Dept. of State
           Lansing, Michigan 48918
VIEW:  Looking north on the east side of
       Beaubien Street showing the Beaubien
       Street buildings of the Trangott-
       Schmidt Complex.
PHOTO:  #4 of 21



GREEKTOWN HISTORIC DISTRICT
Monroe Avenue between Brush and St. Antoine
Detroit, Wayne County, Michigan

PHOTOGRAPHER: Unknown
DATE:  1921
NEGATIVE:  Burton Historical Collection
           Detroit Public Library
           5201 Woodward Avenue
           Detroit, Mich.
VIEW:  Looking east at the northeast corner
       of Beaubien and Monroe showing the
       Greek Revival building which was re-
       placed by the Delmar Block in 1949.
PHOTO: #5 of 21



GREEKTOWN HISTORIC DISTRICT
Monroe Avenue between Brush and St. Antoine
Detroit, Wayne County, Michigan

PHOTOGRAPHER: Les Vollmert
DATE: May, 1981
NEGATIVE: Michigan History Division
VIEW: Looking east on the north side
       of Monroe from Beaubien.
PHOTO #6 of 21







GREEKTOWN HISTORIC DISTRICT
Monroe Avenue between Brush and St. Antoine
Detroit, Wayne County, Michigan

PHOTOGRAPHER:  M.M.I. Productions
DATE:  Summer, 1980
NEGATIVE:  Marie Mason, Inc.
          19136 Woodward Avenue
          Detroit, Mich. 48203
VIEW:  Looking northeast on Monroe between
       Beaubien and St. Antoine
PHOTO #7 of 21

Photography by
M.M.I. PRODUCTIONS
(Division of Marie Mason Inc.)
19136 WOODWARD AVE, DETROIT, MI 48203
TELEPHONE: 313/368-2800





GREEKTOWN HISTORIC DISTRICT
Monroe Avenue between Brush and St. Antoine
Detroit, Wayne County, Michigan

PHOTOGRAPHER:  M.M.I. Productions
DATE:  Summer 1980
NEGATIVE:  Marie Mason, Inc.
          19136 Woodward Avenue
          Detroit, Mich. 48203
VIEW:  Looking north at the Bodde Building
       at 547 Monroe, built in 1913.
PHOTO:  #8 of 21



Photography by
M.M.I. PRODUCTIONS
(Division of Marie Mason Inc.)
19136 WOODWARD AVE, DETROIT, MI 48203
TELEPHONE: 313/368-2800





GREEKTOWN HISTORIC DISTRICT
Monroe Avenue between Brush and St. Antoine
Detroit, Wayne County, Michigan

PHOTOGRAPHER:  Les Vollmert
DATE:  May, 1981
NEGATIVE:  Michigan History Division
          Dept. of State
          Lansing, Michigan 48918
VIEW: Looking north at 535 Monroe.  Built about
      1880 and remodeled to its present
      appearance in the 1920s
PHOTO:  #9 of 21





GREEKTOWN HISTORIC DISTRICT
Monroe Avenue between Brush and St. Antoine
Detroit, Wayne County, Michigan

PHOTOGRAPHER:  M.M.I. Productions
DATE: Summer, 1980
NEGATIVE:  Marie Mason, Inc.
            19136 Woodward Avenue
            Detroit, Michigan 48203
VIEW:  Looking north at 583-587 Monroe.
PHOTO #10 of 21

Photography by
M.M.I. PRODUCTIONS
(Division of Marie Mason Inc.)
19136 WOODWARD AVE., DETROIT, MI 48203
TELEPHONE: 313/368-2800



GREEKTOWN HISTORIC DISTRICT
Monroe Avenue between Brush and St. Antoine
Detroit, Wayne County, Michigan

PHOTOGRAPHER: Les Vollmert
DATE: July 1981
NEGATIVE: Michigan History Division
          Dept. of State
          Lansing, Mich. 48918
VIEW: Looking north at the Stadium Building
      (1886), 419 Monroe.
PHOTO: #11 of 21





GREEKTOWN HISTORIC DISTRICT
Monroe Avenue between Brush and St. Antoine
Detroit, Wayne County, Michigan

PHOTOGRAPHER: Les Vollmert
DATE:  May, 1981
NEGATIVE: Michigan History Division
         Department of State
         Lansing, Michigan 48918
VIEW:  Looking southeast at the Monroe Avenue
       facade of the 1891 portion of the
       Ferry Seed Warehouse
PHOTO: #13 of 21



COLLECTION

GREEKTOWN HISTORIC DISTRICT
Monroe Avenue between Brush and St. Antoine
Detroit, Wayne County, Michigan

PHOTOGRAPHER: Unknown
DATE:  1882
NEGATIVE:  Burton Historical Collection
           Detroit Public Library
           5201 Woodward Avenue
           Detroit, Michigan
VIEW:  Looking south on St. Antoine toward the
       original St. Mary's Church (1841)
       in 1882.

PHOTO:  #14 of 21





GREEKTOWN HISTORIC DISTRICT
Monroe Avenue between Brush and St. Antoine
Detroit, Wayne County, Michigan

PHOTOGRAPHER:  Unknown
DATE:  Summer, 1980
NEGATIVE:  Detroit Dept. of Community &
           Economic Development
           150 Michigan Avenue
           Detroit, Mich. 48226
VIEW:  Looking south on St. Antoine toward
       the present St. Mary's Church (1885).
PHOTO:  #15 of 21

#9  View of St Mary's Church from St. Antoine St.

Summer, 1980

Detroit C&ED





Detroit CaED

View of St. Mary's Church, closeup
Summer, 1980

#10

GREEKTOWN HISTORIC DISTRICT
Monroe Avenue between Brush and St. Antoine
Detroit, Wayne County, Michigan

PHOTOGRAPHER:  Unknown
DATE:  Summer, 1980
NEGATIVE:  Detroit Dept. of Community &
           Economic Development
           150 Michigan Avenue
           Detroit, Michigan
VIEW:  Looking east at the St. Antoine Street
       elevation of St. Mary's Roman Catholic
       Church

PHOTO: #16 of 21



#11 · St. Mary's School, 1881



GREEKTOWN HISTORIC DISTRICT
Monroe Avenue between Brush and St. Antoine
Detroit, Wayne County, Michigan

PHOTOGRAPHER:  Unknown
DATE:  1881
NEGATIVE:  Burton Historical Collection
           Detroit Public Library
           5201 Woodward Avenue
           Detroit, Michigan
VIEW:  Looking southwest at the St. Antoine
       Street elevation of St. Mary's
       School (1868) in 1881.
PHOTO: #17 of 21

COURTESY OF THE BURTON HISTORICAL COLLECTION
DETROIT PUBLIC LIBRARY





#12

View of St. Marys School from Parking Garage   Detroit CaED

Summer, 1980.

81

Photography by

M.M.I. PRODUCTIONS

(Division of Marie Mason Inc.)

19136 WOODWARD AVE, DETROIT, MI 48203

TELEPHONE: 313/368-2800

GREEKTOWN HISTIRIC DISTRICT
Monroe Avenue between Brush and St. Antoine
Detroit, Wayne County, Michigan

PHOTOGRAPHER:  M.M.I. Productions
DATE:  Summer, 1980
NEGATIVE:  Marie Mason, Inc.
           19136 Woodward Avenue
           Detroit, Michigan 48203
VIEW:  Looking southwest at St. Mary's
       School (1868)
PHOTO #18 of 21



#15 Second Baptist Church, 1881



COURTESY OF THE BURTON HISTORICAL COLLECTION
DETROIT PUBLIC LIBRARY

GREEKTOWN HISTORIC DISTRICT
Monroe Avenue between Brush and St. Antoine
Detroit, Wayne County, Michigan

PHOTOGRAPHER: Unknown
DATE: 1881
NEGATIVE: Burton Historical Collection
          Detroit Public Library
          5201 Woodward Avenue
          Detroit, Michigan
VIEW: Looking north at the Monroe Avenue
      elevation of the Second Baptist
      Church in 1881 after the original
      1850 structure had been enlarged.
PHOTO: 20 of 21

GREEKTOWN HISTORIC DISTRICT
Monroe Avenue between Brush and St. Antoine
Detroit, Wayne County, Michigan

PHOTOGRAPHER: Les Vollmert
DATE: October, 1981
NEGATIVE: Michigan History Division
          Dept. of State
          Lansing, Mi. 48918
View: Looking southeast from Brush Street
      at the Ferry Seed Company Building.
PHOTO #: 12 of 21



GREEKTOWN HISTORIC DISTRICT
Monroe Avenue between Brush and St. Antoine
Detroit, Wayne County, Michigan

PHOTOGRAPHER:  Les Vollmert
DATE:  July, 1981
NEGATIVE:  Michigan History Division
           Dept. of State
           Lansing, Mich.   48918
VIEW:  Looking south at the Monroe Avenue
       facade of St. Mary's Rectory (1876).
PHOTO:  19 of 21



GREEKTOWN HISTORIC DISTRICT
Monroe Avenue between Brush and St. Antoine
Detroit, Wayne, County, Michigan

PHOTOGRAPHER:  Les Vollmert
DATE:  July, 1981
NEGATIVE:  Michigan History Division
            Dept. of State
            Lansing, Mich. 48918
VIEW:    Looking northwest at the Second Baptist
          Church Complex showing the alterations
          made in 1914 and 1926.
PHOTO: #21 of 21



UNITED STATES
DEPARTMENT OF THE INTERIOR
GEOLOGICAL SURVEY

DETROIT QUADRANGLE
MICHIGAN—ONTARIO
7.5 MINUTE SERIES (TOPOGRAPHIC)

GREEKTOWN HISTORIC DISTRICT
Monroe Avenue
Detroit, Wayne Co., Michigan

UTM REFERENCES:

A  17/331600/4688760
B  17/331910/4688880
C  17/331940/4688840
D  17/331660/4688630

SCALE 1:24000

CONTOUR INTERVAL 5 FEET IN THE UNITED STATES AND 10 FEET IN CANADA

DETROIT, MICH.—ONT.
N4215—W8300/7.5

1968
PHOTOREVISED 1973
AMS 4388 I SE—SERIES V862



MICHIGAN DEPARTMENT OF STATE



RICHARD H. AUSTIN          SECRETARY OF STATE

LANSING

MICHIGAN 48918

**MICHIGAN HISTORY DIVISION**

**ADMINISTRATION, PUBLICATIONS
RESEARCH, AND HISTORIC SITES**
208 N. Capitol Avenue

**STATE ARCHIVES**
3405 N. Logan Street

**STATE MUSEUM**
208 N. Capitol Avenue

March 4, 1982

Ms. Carol D. Shull, Acting Keeper
National Register of Historic Places
National Park Service
440 G Street, N.W.
Washington, D.C.  20243

Dear Ms. Shull:

Enclosed are National Register nomination materials for the
Greektown Historic District in Detroit, Michigan.  I certify
that the intent-to-nominate notification requirements have
been fulfilled.  This property is being submitted for listing
in the National Register.  All waiver-of-right-to-object forms,
notarized statements of objection, and written comments con-
cerning this property submitted to us during the commenting
period are enclosed.

Please direct all questions concerning this nomination to
Brian D. Conway, Regional Historic Preservation Coordinator
(517/373-0510).

Sincerely,

Martha M. Bigelow
Director, Michigan History Division
and
State Historic Preservation Officer

MMB/BDC/ROC/sl

enc.



MH-69



FEB 23 1982
MICHIGAN HISTORY DIVISION

RECEIVED
MAR 23 1982
NATIONAL
REGISTER

*Community & Economic Development Department*
*150 Michigan Avenue*
*Detroit, Michigan 48226*
*(313) 224-2560*

*Coleman A. Young, Mayor*
*City of Detroit*

February 22, 1982

Michigan Historic Preservation Review Board
Michigan History Division
Michigan Department of State
208 N. Capitol
Lansing, Michigan  48918

Gentlemen:

After nine months of research and study the City of Detroit prepared and submitted to the Michigan History Division a complete Greektown District National Register nomination form in February, 1981 (see enclosure).  In January, 1982, the City of Detroit was informed that a Greektown District nomination form was being considered by Your Body at its February 24, 1982 meeting that was based upon a different and expanded boundary definition.  Upon receipt of the State History Division's prepared nomination form (which they give total credit to being prepared by a City of Detroit representative) and comparison to the City of Detroit's prepared nomination form it became apparent that the State History Division used no new research references but presumed to create an entirely different conclusion as to where the boundary for the proposed Greektown District should be drawn.

The City of Detroit strongly objects to the Michigan History Division of the Michigan Department of State's (SHPO) proposed boundaries of the Greektown historic district, located in Detroit's central business district.  The basis for the City's disagreement is that the boundaries as presently proposed are too large, incorporate too many extraneous structures which tend to dilute and distract from the true value of the area in question, and incorporate areas which are not generally recognized or associated by local citizens.

It has been the experience of the City of Detroit that districts which lack cohesive elements and/or are grossly misdrawn, tend to result in the following adverse effects:

  1.  Citizens question preservation objectives when districts are arbitrarily imposed on them by outside parties that do not respect local customs, traditions, and accepted associations.

  2.  Citizens, property owners, potential investors, and others tend to ignore areas or districts which are either too heterogeneous or lack a unifying elements.  The result is often a failure of preservation objectives.

"Greektown" is the only Greek ethnic area in the United States.  It is popularly accepted as the buildings which front on both sides of Monroe Avenue between Beaubien and St. Antoine Avenues.  The inclusion of the entire two-block area to the west containing

Michigan Historic Preservation Review Board
Page Two
February 22, 1982

the Second Baptist Church (already on the National Register) and the Ferry Seed Company warehouse annex would seriously dilute the concept of a Greektown district by introducing extraneous elements.

These unrelated buildings to the west are more historically related to other ethnic groups; Second Baptist Church (Afro-American), and Ferry Seed (German). There is no longer any evidence of the German or Afro-American ethnic groups in the buildings along Monroe Street.

The City of Detroit therefore concludes that if any Greektown historic district is established, it should include only the buildings along Monroe Avenue between Beaubien and St. Antoine, and the St. Mary's Church complex. The City further concludes that since the Second Baptist Church is already on the National Register, the north side of Monroe between Brush and Beaubien need not become a part of any district. The Ferry Seed Company warehouse should be studied further for possible inclusion in a district which would include several other warehouse buildings directly to the south.

The City of Detroit believes that a submittal of a Greektown District nomination form is appropriate without delay.

The City of Detroit therefore requests that Your Body act upon and approve the City of Detroit's nomination, as opposed to the Michigan History Division's. It is our belief that such action will be more sensitive and responsible to the needs and wishes of the people of the City of Detroit.

Sincerely,

COMMUNITY & ECONOMIC DEVELOPMENT DEPARTMENT

Emmett S. Moten, Jr.
Director

ESM/TW:d
Enclosure

cc:  Dr. Martha Bigelow