UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JILL BABCOCK, et al.,

        Plaintiffs,

vs.

STATE OF MICHIGAN, et al.,

        Defendants.
_____/

Civil Case No. 22-cv-12951

HON. MARK A. GOLDSMITH

## ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION (Dkt. 74) AND AUTHORIZING PLAINTIFFS TO FILE AMENDED COMPLAINT

Plaintiffs have moved for an extension (Dkt. 74) for the deadline for their response to Defendants' pending motions to dismiss (Dkts. 60, 64, 70, 71, 72).

The Court authorizes Plaintiffs to amend their complaint by June 23, 2023, pursuant to leave now granted. If Plaintiffs file an amended complaint, the Court will deny Defendants' motions to dismiss without prejudice.

If Plaintiffs elect not to file an amended complaint, the Court extends their deadline to file a response to Defendants' motions to dismiss to July 28, 2023. Accordingly, the Court grants Plaintiffs' motion.

        SO ORDERED.

Dated: June 9, 2023                    s/Mark A. Goldsmith
Detroit, Michigan                   MARK A. GOLDSMITH
                                      United States District Judge