UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JILL BABCOCK, MARGUERITE MADDOX and ASHLEY JACOBSON, on behalf of themselves and all others similarly situated, | No. 2:22-cv-12951 |
| | HON. MARK A. GOLDSMITH |
| Plaintiffs, | MAG. JONATHAN J.C. GREY |
| v | |
| STATE OF MICHIGAN, COUNTY OF WAYNE, CITY OF DETROIT, WAYNE COUNTY BUILDING AUTHORITY, DETROIT BUILDING AUTHORITY AND DETROIT-WAYNE JOINT BUILDING AUTHORITY, | **PROOF OF SERVICE** |
| Defendants. | |

_____

| | |
|---|---|
| Michael W. Bartnik (P32534)<br>Attorney for Plaintiffs<br>41000 Woodward Avenue, Ste 350<br>Bloomfield Hills, Michigan 48304<br>248.608.3660<br>michaelbartnik@protonmail.com | Kimberly Pendrick (P60348)<br>Assistant Attorney General<br>Attorney for Defendant State of Michigan<br>3030 West Grand Blvd<br>Detroit, Michigan 48202<br>313.456.0200<br>pendrickk@michigan.gov |
| Elizabeth K. Abdnour (P78203)<br>Attorney for Plaintiffs<br>500 E. Michigan Avenue, Ste 130<br>Lansing, Michigan 48912<br>517.292.0067<br>elizabeth@abdnou.com | Cassandra Drysdale-Crown (P64108)<br>Assistant Attorney General<br>Attorney for Defendant State of Michigan<br>P.O. Box 30736<br>Lansing, Michigan 48909<br>517.335.7659<br>drysdalecrownc@michigan.gov |

| | |
|---|---|
| Jesse Halfon (P66936)<br>Attorney for Defendant<br>City of Detroit<br>2 Woodward Avenue, Suite 500<br>Detroit, Michigan 48226<br>313.237.5244<br>jesse.halfon@detroitmi.gov | Gregory N. Longworth (P49249)<br>Paul S. Magy (P34423)<br>Attorneys for Defendant DWJBA<br>151 South Old Woodward, Suite 200<br>Birmingham, Michigan 48009<br>248.988.5844<br>pmagy@clarkhill.com<br>glongworth@clarkhill.com |
| Monica N. Hunt (P68838)<br>Counsel for Detroit Building Authority<br>3011 West Grand Boulevard<br>2500 Fisher Building<br>Detroit, Michigan 48202<br>313.871.5500<br>mhunt@alglawpc.com | E. Powell Miller (P39487)<br>Sharon S. Almonrode (P33938)<br>Melvin B. Hollowell (P37834)<br>Angela L. Baldwin (P81565)<br>Attorneys for Defendants<br>Wayne County & Wayne County Building Authority<br>211 W. Fort Street, Suite 705<br>Detroit, Michigan 48226<br>313.483.0880<br>248.841.2200<br>epm@millerlawpc.com<br>mbh@millerlawpc.com<br>ssa@millerlawpc.com<br>alb@millerlawpc.com |
| Charles N. Raimi (P29746)<br>Deputy Corporation Counsel,<br>City of Detroit<br>Attorney for Defendant City of Detroit<br>2 Woodward Ave, Suite 500<br>Detroit, Michigan 48226<br>313.237.5037<br>raimic@detroitmi.gov | |
| James Heath (P65419)<br>James M. Jernigan (P57035)<br>Attorneys for Defendants Wayne Co & Wayne Co Building Authority<br>400 Monroe, Suite 290<br>Detroit, Michigan 48226<br>313.202.7188<br>jjernigan@waynecounty.com<br>jheath@waynecounty.com | Richard W. Warren (P63123)<br>Kimberly M Coschino (P83086)<br>Co-Counsel for Defendant<br>City of Detroit<br>150 W. Jefferson, Suite 150<br>Detroit, MI 48226<br>313.963-.6420<br>coschino@millercanfield.com<br>warren@millercanfield.com |

## PROOF OF SERVICE

The undersigned certifies that on June 9, 2023, a copy of Defendant State of Michigan's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)(A), (B), (C) were served on the attorneys of record in the above cause by emailing the same to them at their respective email addresses.

*s/Cassandra Drysdale-Crown*
Cassandra Drysdale-Crown (P64108)
Assistant Attorney General