Home My Network Jobs Messaging Notifications Me ▾ For Business ▾ Try Premium for free



# Jill Babcock

Disability Housing Initiative at HRD, COD at City of Detroit

-  City of Detroit

- Wayne State University, School of Law

Detroit Metropolitan Area · Contact info

500+ connections

Connect  Message More

## About

Tax attorney, knowledgeable in drafting/analyzing legislation and tax policy. Specialties include SALT and Business Entity. Teach tax policy to graduate law students.

## Activity

591 followers

**Jill hasn't posted lately**

Jill's recent posts and comments will be displayed here.

Show all activity →

## Experience

**City of Detroit**
6 yrs

**Disability Housing Initiative at HRD, COD**
Full-time
Nov 2020 - Present · 2 yrs 7 mos
Detroit, Michigan, United States

**CDBG-Economic Development**
Jun 2017 - Present · 6 yrs
Detroit, Michigan

**President/Founder**
Ability Rights Advisors

Consulting services for developers and governments to navigate the intersection of economic development and the American with Di ...see more

**MEDC**
10 yrs 3 mos

**Senior Research Specialist**
Aug 2004 - Mar 2014 · 9 yrs 8 mos

Detroit
Research various topics to encourage economic growth; focus on tax policy and bench-marking

**Policy Development**
2007 - Sep 2009 · 2 yrs 9 mos

**CATeam**
2004 - 2006 · 2 yrs


**Corporate Research**
Michigan Economic Development Corporation
2004 - Mar 2014 · 10 yrs 3 mos

Research, policy, tax, bench-marking, draft legislation


**Adjunct Professor-Graduate Program**
Thomas M. Cooley Law School
Sep 2007 - Aug 2011 · 4 yrs

Tax Incentives & Policy

Show all 9 experiences →

## Education

**Wayne State University, School of Law**
LL.M, Taxation
2001 - 2003

Thesis topic: Michigan Public Act 123 of 1999, Tax Reversion of Real Property

**University of Detroit Mercy, School of Law**
J.D, Law
1994 - 1997

Emphasis on business entity formation and tax (state/local, international)

**University College Galway**
Irish, Culture and Literature
1992 - 1992

Show all 4 education →

## Licenses & certifications


**License to practice law in Michigan**
State Bar of Michigan
Issued Oct 1998
Credential ID P58681

## Skills

**Tax Advisory**

 Endorsed by 6 colleagues at Michigan Economic Development Corporation

 9 endorsements

**Corporate Communications**

 Endorsed by 3 colleagues at Michigan Economic Development Corporation

 7 endorsements

**Research**

 Endorsed by Kathryn Underwood who is highly skilled at this