# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JILL BABCOCK, et al.,            Case No. 22-cv-12951
                                          Hon. JONATHAN J.C. GREY

    Plaintiffs,

v

STATE OF MICHIGAN, et al.,

    Defendants.
_____

## STIPULATED ORDER EXTENDING TIME FOR DEFENDANTS CITY OF DETROIT AND COUNTY OF WAYNE TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT

Upon stipulation of the parties, through their respective counsel, and the Court being duly apprised in the premises:

**IT IS HEREBY ORDERED** that the time for each Defendants City of Detroit and County of Wayne to file their first responsive pleading to Plaintiffs' Second Amended Complaint (ECF No. 79) shall be extended from July 7, 2023, to July 14, 2023.

This is not a final order and does not close the case.

    **IT IS SO ORDERED.**

Dated: July 6, 2023                              s/Jonathan J.C. Grey
                                                                       JONATHAN J.C. GREY
                                                                       United Stated District Judge

**IT IS SO STIPULATED:**

On behalf of our clients, we stipulate to entry of the above order.

Respectfully Submitted on July 5, 2023,

(Signature pages follow this page)

/s/ Michael W. Bartnik (w/consent)
By: Michael W. Bartnik (P32534)
Law For Baby Boomers, PLLC
Counsel for Plaintiffs
41000 Woodward Avenue, Suite 350
Bloomfield Hills, Michigan 48304
(248) 608-3660
michaelbartnik@protonmail.com

Elizabeth K. Abdnour (w/consent)
Elizabeth K. Abdnour (P78203)
Abdnour Weiker LLP
Counsel for Plaintiffs
500 East Michigan Avenue, Suite 130
Lansing, Michigan 48912
(517) 994-1776
liz@education-rights.com

/s/Charles N. Raimi (w/consent)
Charles N. Raimi (P29746)
Deputy Corporation Counsel, City of Detroit
Attorney for Defendant City of Detroit
2 Woodward Ave, Suite 500
Detroit, Michigan 48226
313.237.5037
raimic@detroitmi.gov

/s/Richard W. Warren (w/consent)
Richard W. Warren (P631123)
Attorney for Defendants City of Detroit
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
313.496.7932
warren@millercanfield.com

/s/*Angela L. Baldwin*
Melvin Butch Hollowell (P57035)
Angela L. Baldwin (P81565)
Attorneys for Defendants Wayne Co
and Wayne Co Building Authority
211 West Fort Street, Suite 705
Detroit, Michigan 48226
248.843.9700
mbh@millerlawpc.com
alb@millerlawpc.com

/s/James Heath (w/consent)
James Heath (P65419)
James M. Jernigan (P57035)
Attorneys for Defendants Wayne Co and
Wayne Co Building Authority
400 Monroe, Suite 290
Detroit, Michigan 48226
313.202.7188
jheath@waynecounty.com
jjernigan@waynecounty.com

<u>Certificate of Service</u>

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 6, 2023.

<u>s/ S. Osorio</u>
Sandra Osorio
Case Manager