UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JILL BABCOCK, MARGUERITE MADDOX and ASHLEY JACOBSON, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v

STATE OF MICHIGAN, COUNTY OF WAYNE, CITY OF DETROIT, WAYNE COUNTY BUILDING AUTHORITY, DETROIT BUILDING AUTHORITY AND DETROIT-WAYNE JOINT BUILDING AUTHORITY,

    Defendants.

_____

No. 2:22-cv-12951

HON. JONATHAN J.C. GREY

Michael W. Bartnik (P32534)
Attorney for Plaintiffs
41000 Woodward Avenue, Ste 350
Bloomfield Hills, Michigan 48304
248.608.3660
michaelbartnik@protonmail.com

Elizabeth K. Abdnour (P78203)
Attorney for Plaintiffs
500 E. Michigan Avenue, Ste 130
Lansing, Michigan 48912
517.292.0067
elizabeth@abdnou.com

Kimberly Pendrick (P60348)
Assistant Attorney General
Attorney for Defendant State of Michigan
3030 West Grand Blvd
Detroit, Michigan 48202
313.456.0200
pendrickk@michigan.gov

Cassandra Drysdale-Crown (P64108)
Assistant Attorney General
Attorney for Defendant State of Michigan
P.O. Box 30736
Lansing, Michigan 48909
517.335.7659
drysdalecrownc@michigan.gov

Jesse Halfon (P66936)
Attorney for Defendant
City of Detroit
2 Woodward Avenue, Suite 500
Detroit, Michigan 48226
313.237.5244
jesse.halfon@detroitmi.gov

Monica N. Hunt (P68838)
Counsel for Detroit Building Authority
3011 West Grand Boulevard
2500 Fisher Building
Detroit, Michigan 48202
313.871.5500
mhunt@alglawpc.com

Charles N. Raimi (P29746)
Deputy Corporation Counsel,
City of Detroit
Attorney for Defendant City of Detroit
2 Woodward Ave, Suite 500
Detroit, Michigan 48226
313.237.5037
raimic@detroitmi.gov

James Heath (P65419)
James M. Jernigan (P57035)
Attorneys for Defendants Wayne Co &
Wayne Co Building Authority
400 Monroe, Suite 290
Detroit, Michigan 48226
313.202.7188
jjernigan@waynecounty.com
jheath@waynecounty.com

Gregory N. Longworth (P49249)
Paul S. Magy (P34423)
Attorneys for Defendant DWJBA
151 South Old Woodward, Suite 200
Birmingham, Michigan 48009
248.988.5844
pmagy@clarkhill.com
glongworth@clarkhill.com

E. Powell Miller (P39487)
Sharon S. Almonrode (P33938)
Melvin B. Hollowell (P37834)
Angela L. Baldwin (P81565)
Attorneys for Defendants Wayne
County & Wayne County Building
Authority
211 W. Fort Street, Suite 705
Detroit, Michigan 48226
313.483.0880
248.841.2200
epm@millerlawpc.com
mbh@millerlawpc.com
ssa@millerlawpc.com
alb@millerlawpc.com

Richard W. Warren (P63123)
Kimberly M Coschino (P83086)
Co-Counsel for Defendant
City of Detroit
150 W. Jefferson, Suite 150
Detroit, MI 48226
313.963-.6420
coschino@millercanfield.com
warren@millercanfield.com

**DEFENDANT STATE OF MICHIGAN'S AMENDED EX PARTE MOTION TO EXCEED PAGE LIMIT FOR BRIEF IN SUPPORT OF MOTION TO DISMISS**

State Defendant, through counsel, requests this Court allow State Defendant to file its Motion to Dismiss Plaintiffs' Second Amended Complaint that exceeds the 25-page limit established by L.R. 7.1(d)(3), by an additional ten pages for the reasons stated herein:

1. Plaintiffs bring this purported class action against Defendant State of Michigan (State Defendant) involving at least 31 buildings or facilities located throughout Michigan allegedly owned, leased, or operated by State Defendant. (ECF No. 79, ¶ 1, PageID.1265; ¶¶ 26-32, PageID.1271-1278; ¶ 36, PageID.1282; ¶¶ 43-49, PageID.1285-1290; ¶¶ 53-57, PageID.1292-1296; ¶ 86, PageID.1308; ¶ 88, PageID.1309-1310; ¶ 92; PageID.1317-1319; ¶ 96, PageID.1321-1322; ¶¶ 105-159, PageID.1327-1362.)

2. There are three named Plaintiffs who each have different factual allegations that need to be addressed when analyzing whether they meet the elements of standing or have sufficiently alleged any denial of services by State Defendant.

3. Plaintiffs' June 23, 2023, Second Amended Class Action Complaint (ECF No. 79)—which includes 9 additional pages to their Plaintiffs' April 28, 2023, 129-page First Amended Complaint—alleges State Defendant violated at least nine various federal and state statutes and building codes.

4. Plaintiffs allege State Defendant violated two Federal statutes (Title II of the Americans with Disabilities Act (ADA) and the Federal Rehabilitation Act), four Michigan statutes (the Barrier Free Design Act; the Stille-Derossett-Hale Single State Construction Code Act; the Sidewalks: Persons With Disabilities Act, and the Persons With Disabilities Civil Rights Act), along with various international, state and local construction and building codes. (ECF No. 79. ¶¶ 168-238, PageID.1365-1392.)

5. To adequately address the many allegations within this complaint, State Defendant's present several bases for dismissal, including Plaintiffs' failure to sufficiently plead any viable claims, immunity, and standing—each of which require sufficient briefing so that this Court may make an informed and fair determination.

Accordingly, due to the number of Plaintiffs, number of statutes, and number of buildings addressed in Plaintiffs' Second Amended Complaint, and various legal defenses, State Defendant requests to extend the brief page limit to 35 pages to adequately address all the various bases for dismissal of Plaintiffs' claims.

        Respectfully submitted,

        *s/ Cassandra Drysdale-Crown*
        Cassandra Drysdale-Crown
        Assistant Attorney General
        Attorney for Defendant State of Michigan
        P. O. Box 30736
        Lansing, MI 48909
        517.335.7659
        drysdalecrownc@michigan.gov

Dated: July 6, 2023        P64108

## LOCAL RULE CERTIFICATION

I, Cassandra Drysdale-Crown, certify that this document complies with Local Rule 5.1(a), including: double-spaced (except for quoted materials and footnotes); at least one-inch margins on the top, sides, and bottom; consecutive page numbering; and type size of all text and footnotes that is no smaller than 10-1/2 characters per inch (for non-proportional fonts) or 14 point (for proportional fonts). I also certify that it is the appropriate length in accord with Local Rule 7.1(d)(3).

        *s/Cassandra Drysdale-Crown*
        Cassandra Drysdale-Crown (P64108)

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2023, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

        *s/ Cassandra Drysdale-Crown*
        Cassandra Drysdale-Crown (P64108)
        Assistant Attorney General