UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**JILL BABCOCK**,
**MARGUERITE MADDOX,** and
**ASHLEY JACOBSON**, on behalf of
themselves and others similarly situation,

Case No. 22-cv-12951
Hon. Jonathan J.C. Grey

PLAINTIFFS,

v.

**STATE OF MICHIGAN, COUNTY OF WAYNE, CITY OF DETROIT, WAYNE COUNTY BUILDING AUTHORITY, DETROIT BUILDING AUTHORITY,** and **DETROIT-WAYNE JOINT BUILDING AUTHORITY**,

DEFENDANTS, jointly and severally.
_____/

## STIPULATED ORDER DISMISSING WAYNE COUNTY BUILDING AUTHORITY WITHOUT PREJUDICE

Upon stipulation of the parties, through their respective counsel, and the Court being duly apprised of the premises;

**IT IS HEREBY ORDERED** that Defendant Wayne County Building Authority is dismissed from case number 22-cv-12951 in its entirety, without prejudice, and without costs or fees to either party.

This is not a final order and does not close the case.

**IT IS SO ORDERED**.

Dated: July 10, 2023

s/Jonathan J.C. Grey
JONATHAN J.C. GREY
UNITED STATES DISTRCT JUDGE

**IT IS SO STIPULATED:**

On behalf of our respective clients, we stipulate to the entry of the above Order.

Respectfully Submitted,

/s/ *Michael W. Bartnik (w/consent)*
By: Michael W. Bartnik (P32534)
Law For Baby Boomers, PLLC
Counsel for Plaintiffs
41000 Woodward Avenue, Suite 350
Bloomfield Hills, Michigan 48304
(248) 608-3660
michaelbartnik@protonmail.com

Elizabeth K. Abdnour (P78203)
Abdnour Weiker, LLP
Counsel for Plaintiffs
500 East Michigan Avenue, Suite 130
Lansing, Michigan 48912
(517) 994-1776
liz@education-rights.com

Dated : July 5, 2023

/s/ *Angela L. Baldwin*
By: Angela L. Baldwin (P81565)
The Miller Law Firm
Counsel for Defendants Wayne Co and Wayne Co Building Authority
211 West Fort Street, Suite 705
Detroit, Michigan 48226
(248)843-9700
alb@millerlawpc.com

/s/James Heath (w/consent)
James Heath (P65419)
James M. Jernigan (P57035)
Attorneys for Defendants Wayne Co and Wayne Co Building Authority
400 Monroe, Suite 290
Detroit, Michigan 48226
313.202.7188
jheath@waynecounty.com
jjernigan@waynecounty.com

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 10, 2023.

                                      s/ S. Osorio
                                      Sandra Osorio
                                      Case Manager