UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**JILL BABCOCK,**
**MARGUERITE MADDOX,** and
**ASHLEY JACOBSON**, on behalf of
themselves and others similarly situation,

Case No. 22-cv-12951
Hon. Jonathan J.C. Grey

      PLAINTIFFS,

v.

**STATE OF MICHIGAN, COUNTY OF
WAYNE, CITY OF DETROIT, WAYNE
COUNTY BUILDING AUTHORITY,
DETROIT BUILDING AUTHORITY,** and
**DETROIT-WAYNE JOINT BUILDING
AUTHORITY**,

      DEFENDANTS, jointly and severally.
_____/

**ORDER DENYING WITHOUT PREJUDICE MOTIONS
TO DISMISS AND RELATED MOTIONS [ECF Nos. 60, 64, 70, 71, 72, 76]
and ORDER GRANTING STATE OF MICHIGAN'S MOTION FOR LEAVE
TO FILE EXCESS PAGES [ECF No. 83]**

After Plaintiff filed an amended complaint, each of the defendants filed a motion to dismiss and related motions. *See* ECF Nos. 60, 64, 70, 71, 72, 76. Plaintiffs subsequently filed a second amended complaint, *see* ECF No. 79, and some defendants have filed a new motion to dismiss, *see* ECF Nos. 80, 82, and the other remaining defendants still have time to file a response to the second amended complaint. Accordingly,

The Court hereby ORDERS that the motions to dismiss the amended complaint, as well as related motions, ECF Nos. 60, 64, 70, 71, 72, 76, are DENIED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the State of Michigan's Motion for Leave to File Excess Pages, ECF No. 83, is GRANTED.

**IT IS SO ORDERED**.

Dated: July 10, 2023                    s/Jonathan J.C. Grey
                                        JONATHAN J.C. GREY
                                        UNITED STATES DISTRCT JUDGE


## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 10, 2023.

                    s/ S. Osorio
                    Sandra Osorio
                    Case Manager