UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JILL BABCOCK, *et al.*,

    Plaintiffs,

v.

MICHIGAN, STATE OF, *et al.*,

    Defendants.
_____/

Civil Action No. 22-cv-12951

HON. JONATHAN J.C. GREY

**STIPULATED ORDER EXTENDING TIME
FOR PLAINTIFFS TO FILE RESPONSES TO MOTIONS TO DISMISS
[ECF Nos. 80, 82, 87, 88] AND FOR DEFENDANTS TO FILE REPLIES**

Based on the agreement and stipulation of Plaintiffs and Defendants State of Michigan, County of Wayne, City of Detroit, and Detroit-Wayne Joint Building Authority as reflected by signatures of their counsel below, the time for responding to Defendants' Motions to Dismiss Second Amended Complaint filed July 6, 2023 (ECF 80 and 82) and July 14, 2023 (ECF 87 and 88) is extended to Friday, August 25, 2023, and the time for Defendants to file replies is extended to Friday, September 15, 2023.

    **IT IS SO ORDERED.**

    s/Jonathan J.C. Grey
    **JONATHAN J.C. GREY**
    **United States District Judge**

Dated: July 20, 2023

**IT IS SO STIPULATED:**

On behalf of our clients, we stipulate to entry of the above order.

Dated: July 19, 2023        /s/ *Michael W. Bartnik*
By: Michael W. Bartnik (P32534)
Law For Baby Boomers, PLLC
Attorney for Plaintiffs
41000 Woodward Avenue, Suite 350
Bloomfield Hills, Michigan 48304
(248) 608-3660
michaelbartnik@protonmail.com

Dated: July 19, 2023        /s/ *with consent Elizabeth K. Abdnour*
By: Elizabeth K. Abdnour (P78203)
Abdnour Weiker, LLP
Attorney for Plaintiffs
500 East Michigan Avenue, Suite 130
Lansing, Michigan 48912
(517) 994-1776
liz@education-rights.com

Dated: July 19, 2023        /s/ *with consent Kimberly K. Pendrick*
By: Kimberly K. Pendrick (P60348)
Cassandra Ann Drysdale-Crown (P64108)
Assistant Attorneys General
Attorneys for Defendant State of Michigan
3030 West Grand Blvd
Detroit, Michigan 48202
(313) 456-0200
pendrickk@michigan.gov
drysdalecrownc@michigan.gov

Dated: July 19, 2023        /s/ *with consent James W. Heath*
By: James W. Heath (P65419)
Wayne County Corporation Counsel
James M. Jernigan (P57035)
Attorneys for Defendant Wayne County
500 Griswold Street, 30th Floor
Detroit, Michigan 48226

                                                     (313) 224-0055
jheath@waynecounty.com
jjernigan@waynecounty.com

Dated: July 19, 2023

*/s/ with consent Melvin B. Hollowell*
By: Melvin B. Hollowell (P37834)
E. Powell Miller (P39487)
Sharon S. Almonrode (P33938)
Angela L. Baldwin (P81565)
The Miller Law Firm
Attorneys for Defendant Wayne County
211 West Fort Street, Suite 705
Detroit, Michigan 48226
(313) 474-8148
mbh@millerlawpc.com
epm@millerlawpc.com
ssa@millerlawpc.com
alb@millerlawpc.com

Dated: July 19, 2023

*/s/ with consent Charles N. Raimi*
By: Charles N. Raimi (P29746)
Deputy Corporation Counsel, City of Detroit
Jesse Halfon (P66936)
Attorneys for Defendant City of Detroit
2 Woodward Avenue, Suite 500
Detroit, Michigan 48226
(313) 237-5244
raimic@detroitmi.gov
jesse.halfon@detroitmi.gov

Dated: July 19, 2023

*/s/ with consent Richard W. Warren*
By: Richard W. Warren (P63123)
Kimberly M. Coschino (P83086)
Miller, Canfield, Paddock and Stone, PLC
Attorneys for Defendant City of Detroit
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 496-7932
warren@millercanfield.com
coschino@millercanfield.com

3

Dated: July 19, 2023          */s/ with consent Paul S. Magy*
By: Paul S. Magy (P34423)
Gregory N. Longworth (P49249)
Clark Hill, PLC
Attorneys for Defendant Detroit-Wayne Joint Building Authority
151 S. Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
(248) 988-5844
pmagy@clarkhill.com
glongworth@clarkhill.com

## Certificate of Service

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 20, 2023, by electronic and/or ordinary mail.

         s/Sandra Osorio
         Sandra Osorio
         Case Manager