UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JILL BABCOCK, et al.,

    Plaintiffs,

v.

STATE OF MICHIGAN, et al.,

    Defendants.

_____/

Case No. 2:22-cv-12951

HON. MARK A. GOLDSMITH

## **NOTICE OF APPEARANCE OF COUNSEL**

Now comes the below undersigned counsel who gives notice that said attorney is entering an appearance in this matter as counsel for all Plaintiffs.  Please serve all further notices and copies of pleadings, papers, and other relevant material upon the undersigned.

Date:  August 24, 2023

Respectfully submitted,

**s/Renee A. Stromski**
Renee A. Stromski (Ohio: 0101347)
ABDNOUR WEIKER, LLP
Attorney for Plaintiffs
262 South 3rd Street
Columbus, Ohio
(216) 745-2001
renee@awlawohio.com

1

## **CERTIFICATE OF SERVICE**

      Renee A. Stromski, being first duly sworn, deposes and states that on this 24th day of August, 2023, she caused to be served a copy of the foregoing document upon all counsel of record via the Court's electronic filing system.

                                                  **s/Renee A. Stromski**