# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| JILL BABCOCK, *et al.*, | CLASS ACTION |
| | JURY DEMAND |
| Plaintiffs, | |
| | CASE No.: 2:22-cv-12951 |
| v. | HON. JONATHAN J.C. GREY |
| | |
| STATE OF MICHIGAN, *et al.* | |
| | |
| Defendants. | |

## STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS [ECF Nos. 80, 82, 87, and 89] AND FOR DEFENDANTS TO FILE REPLIES

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiffs and Defendants State of Michigan, County of Wayne, City of Detroit, and Detroit-Wayne Joint Building Authority that the deadline for the Plaintiffs to file a response to Defendants' Motions to Dismiss Second Amended Complaint filed July 6, 2023 (ECF Nos. 80 and 82) and July 14, 2023 (ECF Nos. 87 and 88) be extended to from Friday, August 25, 2023, to Friday, September 8, 2023.  Further, counsel for Plaintiffs and Defendants State of Michigan, County of Wayne, City of Detroit, and Detroit-Wayne Joint Building Authority stipulate and agree that the deadline for Defendants to file a reply to Plaintiffs' responses to Defendants' Rule

12 Motions to Dismiss be extended to from Friday, September 15, 2023, to Friday, September 29, 2023.

Plaintiffs respectfully request additional time for the following reasons: 1) the time required to respond to four motions to dismiss is significantly more than that required to respond to one motion to dismiss; and 2) Counsel for Plaintiffs spent time preparing for mediation scheduled for August 22, 2023, which took away from time to prepare responses to the Motions. Defendants' reply time is subsequently extended accordingly.

Neither Party will be prejudiced by adjourning the hearing and extending the deadlines in this matter and Defendants do not oppose the proposed extension.

The Court, having reviewed and considered the parties' stipulation, hereby:

**ORDERS** that that the deadline for Plantiffs to file a response to Defendants' Motions to Dismiss Second Amended Complaint be extended to from Friday, August 25, 2023, to Friday, September 8, 2023, and the deadline for Defendants to file a reply to Plaintiffs' responses to Defendants' Rule 12 Motions to Dismiss be extended to from Friday, September 15, 2023, to Friday, September 29, 2023.

**IT IS SO ORDERED.**

Dated: August 28, 2023

<u>s/Jonathan J.C. Grey</u>
**HON. JONATHAN J.C. GREY**
**U.S. District Court Judge**

**IT IS SO STIPULATED** on August 24, 2023.

*/s/ with consent Michael W. Bartnik*
By: Michael W. Bartnik (P32534)
Law For Baby Boomers, PLLC
Attorney for Plaintiffs
41000 Woodward Avenue, Suite 350 Bloomfield Hills, Michigan 48304
(248) 608-3660
michaelbartnik@protonmail.com

*/s/ Elizabeth K. Abdnour*
By: Elizabeth K. Abdnour (P78203)
Abdnour Weiker, LLP
Attorney for Plaintiffs
500 East Michigan Avenue, Suite 130
Lansing, Michigan 48912
(517) 994-1776
liz@education-rights.com

*/s/ with consent Kimberly K. Pendrick*
By: Kimberly K. Pendrick (P60348)
Cassandra Ann Drysdale-Crown (P64108)
Assistant Attorneys General
Attorneys for Defendant
State of Michigan
3030 West Grand Blvd
Detroit, Michigan 48202
(313) 456-0200
pendrickk@michigan.gov
drysdalecrownc@michigan.gov

*/s/ with consent Melvin B. Hollowell*
By: Melvin B. Hollowell (P37834)
E. Powell Miller (P39487)
Sharon S. Almonrode (P33938)
Angela L. Baldwin (P81565)
The Miller Law Firm
Attorneys for Defendant Wayne County

3

211 West Fort Street, Suite 705
Detroit, Michigan 48226
(313) 474-8148
mbh@millerlawpc.com
epm@millerlawpc.com
ssa@millerlawpc.com
alb@millerlawpc.com

*/s/ with consent Charles N. Raimi*
By: Charles N. Raimi (P29746)
Deputy Corporation Counsel, City of Detroit
Jesse Halfon (P66936)
Attorneys for Defendant City of Detroit
2 Woodward Avenue, Suite 500
Detroit, Michigan 48226
(313) 237-5244
raimic@detroitmi.gov
jesse.halfon@detroitmi.gov

*/s/ with consent Richard W. Warren*
By: Richard W. Warren (P63123)
Kimberly M. Coschino (P83086)
Miller, Canfield, Paddock and Stone, PLC
Attorneys for Defendant City of Detroit
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 496-7932
warren@millercanfield.com
coschino@millercanfield.com

*/s/ with consent Paul S. Magy*
By: Paul S. Magy (P34423)
Gregory N. Longworth (P49249)
Clark Hill, PLC
Attorneys for Defendant Detroit-Wayne Joint Building Authority
151 S. Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
(248) 988-5844
pmagy@clarkhill.com, glongworth@clarkhill.com

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 28, 2023.

<u>s/ S. Osorio</u>
Sandra Osorio
Case Manager