UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JILL BABCOCK, MARGUERITE MADDOX and ASHLEY JACOBSON, on behalf of themselves and all others similarly situated, | No. 2:22-cv-12951 <br><br> HON. JONATHAN J.C. GREY |
|     Plaintiffs, | |
| v | |
| STATE OF MICHIGAN, COUNTY OF WAYNE, CITY OF DETROIT, WAYNE COUNTY BUILDING AUTHORITY, DETROIT BUILDING AUTHORITY AND DETROIT-WAYNE JOINT BUILDING AUTHORITY, | |
|     Defendants. | |

_____

Index of Exhibit

A. *In re Adoption of Admin. Order Requiring Trial Courts to Comply with Certain ADA-Related Practices*, 2015 Mich. LEXIS 1998, *1