UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JILL BABCOCK, JAIME JUNIOR and
ASHLEY JACOBSON, on behalf of
themselves and all others similarly situated,

 Plaintiffs,

v

STATE OF MICHIGAN, COUNTY OF
WAYNE, CITY OF DETROIT, WAYNE
COUNTY BUILDING AUTHORITY,
DETROIT BUILDING AUTHORITY,
DETROIT-WAYNE JOINT BUILDING
AUTHORITY and HINES, out of state
corporation authorized to do business in
Michigan,

 Defendants.

No. 2:22-cv-12951

HON. MARK A. GOLDSMITH

MAG. JONATHAN J.C. GREY

Michael W. Bartnik (P32534)
Attorney for Plaintiffs
41000 Woodward Avenue, Suite 350
Bloomfield Hills, Michigan 48304
248.608.3660
michaelbartnik@protonmail.com

Elizabeth Kamm Abdnour (P78203)
Attorney for Plaintiffs
500 E. Michigan Ave., Suite 130
Lansing, MI 48912
517.292.0067
elizabeth@abdnour.com

Kimberly Pendrick (P60348)
Assistant Attorney General
Attorney for Defendant State of Michigan
3030 West Grand Blvd.
Detroit, Michigan 48202
313.456.0200
pendrickk@michigan.gov

Cassandra Drysdale-Crown (P64108)
Assistant Attorney General
Attorney for Defendant
State of Michigan
P.O. Box 30736
Lansing, Michigan 48909
517.335.7659
drysdalecrownc@michigan.gov

Charles N. Raimi (P29746)
Attorney for Defendant City of
Detroit Legal Affairs
2 Woodward Ave, Suite 500
Detroit, Michigan 48226
313.237.5037
raimic@detroitmi.gov

41370073.1/022765.10037

Jesse Halfon (P66936)
Attorney for Defendant City of Detroit
2 Woodward Avenue, Suite 500
Detroit, Michigan 48226
313.237.5244
jesse.halfon@detroitmi.gov

Richard W. Warren (P63123)
Erica L. Jilek (P84498)
Co-Counsel for Defendant City of Detroit
150 W. Jefferson Ave., Suite 150
Detroit, MI 48226
313.963.6420
warren@millercanfield.com
jilek@millercanfield.com

Monica N. Hunt (P68838)
Counsel for Detroit Building Authority
3011 West Grand Boulevard
2500 Fisher Building
Detroit, Michigan 48202
313.871.5500
mhunt@alglawpc.com

James M. Jernigan (P57035)
Attorneys for Defendants Wayne Co. and Wayne Co. Building Authority
400 Monroe St., Suite 290
Detroit, MI 48226
313.202.7188
jjernigan@waynecounty.com

Paul S. Magy (P34423)
Attorney for Defendants DWJBA
220 Park St., Suite 200
Birmingham, MI 48009
248.988.5844
pmagy@clarkhill.com

Gregory N. Longworth (P49249)
Attorney for Defendants DWJBA
200 Ottawa Ave., Suite 500
Grand Rapids, MI 49503
616.608.1100
glongworth@clarkhill.com

_____

## APPEARANCE

PLEASE TAKE NOTICE that Erica L. Jilek of Miller, Canfield, Paddock & Stone, P.L.C., hereby enters her Appearance as co-counsel on behalf of Defendant City of Detroit in the above-captioned action.

        Respectfully submitted,

        MILLER, CANFIELD, PADDOCK & STONE, P.L.C.

        By:   /s/Erica L. Jilek
             Erica L. Jilek (P84498)
             Co-Counsel for Defendant City of Detroit
             (313) 963-6420

Dated: November 13, 2023        jilek@millercanfield.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on November 13, 2023, she served the foregoing document using the court's ECF filing system, which will send notice of such filing to all counsel of record.

>                          */s/Erica L. Jilek*
>                          Erica L. Jilek