# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JILL BABCOCK, et al.,

    PLAINTIFFS,

-vs-                                          Case No. 22-cv-12951

                                                    Hon. Mark A. Goldsmith

STATE OF MICHIGAN, et al.,

    DEFENDANTS

---

Charles N. Raimi (P29746)
Deputy Corporate Counsel
Jesse Halfon (P66936)
Assistant Corporate Counsel
Attorneys for Defendant, City of Detroit
2 Woodward Avenue, Suite 500
Detroit, MI 48226
(313) 237-5244
raimic@detroitmi.gov
jesse.halfon@detroitmi.gov

---

## CITY OF DETROIT'S WITNESS LIST

Defendant, CITY OF DETROIT, submits this list of witnesses who may be called at trial. Plaintiff reserves the right to call additional witnesses that become known prior to, or during, trial.

1. Jill Babcock
2. Marguerite Maddox
3. Ashley Jacobson
4. Michael Kennedy, Detroit-Wayne Joint Building Authority

5. Greg McDuffe, Detroit-Wayne Joint Building Authority (former employee)
6. Donnie Johnson, City of Detroit
7. Alethea Johnson, City of Detroit (HR Department)
8. James Foster, City of Detroit (BSEED)
9. Charles Reed, City of Detroit (BSEED)
10. Christopher Samp - City of Detroit (CRIO)
11. Lashonda Davis, City of Detroit (CRIO)
12. Jessica Parker, City of Detroit (CRIO)
13. LaJuan Counts, City of Detroit (CRIO)
14. Current and former employees and agents of the State of Michigan
15. Current and former employees and agents of the City of Detroit Office of Contracting & Procurement and Detroit Demolition Department
16. Current and former employees and agents of Wayne County
17. Current and former employees and agents of Detroit-Wayne Joint Building Authority
18. Corporate Designee of the City of Detroit
19. Records custodians for entities identified above.
20. All witnesses identified in any deposition transcripts, answers to interrogatories or discovery responses, exhibits, or other documents or reports produced or exchanged in the course of litigation.
21. Impeachment and/or rebuttal witnesses as necessary.
22. Any and all persons named on party Witness Lists.
23. Defendant reserves the right to supplement and/or amend this Witness List as additional information becomes available through discovery and up to trial.

Dated: December 1, 2023                    Respectfully submitted,

By: /s/ *Jesse Halfon*
Attorney for Defendant, City of Detroit