UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jill Babcock, et al.,

                              Plaintiff(s),

v.                                                       Case No. 2:22-cv-12951-JJCG-JJCG
                                                                   Hon. Jonathan J.C. Grey

Michigan, State of, et al.,

                              Defendant(s),

### NOTICE TO APPEAR REMOTELY

PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Jonathan J.C. Grey as follows:

- SCHEDULING CONFERENCE:  May 14, 2024 at 04:00 PM

The Court will host the hearing.  Prior to the proceeding date, instructions for joining the hearing will be emailed to the participating attorneys.  Be advised that this is an attorneys-only proceeding.  Connection information and instructions may not be forwarded, distributed or shared with non-participants without the Court's advance approval.

**ADDITIONAL INFORMATION:**   ***Parties are to file FRCP 26(f) one week prior to conference***

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                By: s/Sandra A Osorio
                                                     Case Manager

Dated:  April 1, 2024