# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JILL BABCOCK, *et al.*,

    Plaintiffs,

v.

STATE OF MICHIGAN, *et al.*,

    Defendants.

_____/

Civil Action No. 22-cv-12951

HON. JONATHAN J.C. GREY

### STIPULATED ORDER EXTENDING TIME FOR DEFENDANT DETROIT-WAYNE JOINT BUILDING AUTHORITY TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiffs and Defendant Detroit-Wayne Joint Building Authority ("DWJBA") that the deadline for the DWJBA to file its response to Plaintiffs' Second Amended Complaint be extended from Monday, April 15, 2024 to Monday, April 29, 2024.

    **SO ORDERED.**

                              **s/Jonathan J.C. Grey**
                              JONATHAN J.C. GREY
                              United States District Judge

Dated: April 5, 2024

**IT IS SO STIPULATED:**

On behalf of our clients, we stipulate to entry of the above order.

Respectfully Submitted,

Dated: April 5, 2024          */s/ with consent Michael W. Bartnik*
                                                By: Michael W. Bartnik (P32534)
                                                Law For Baby Boomers, PLLC
                                                Attorney for Plaintiffs
                                                41000 Woodward Avenue, Suite 350
                                                Bloomfield Hills, Michigan 48304
                                                (248) 608-3660
                                                michaelbartnik@protonmail.com

Dated: April 5, 2024          *Paul S. Magy*
                                                By: Paul S. Magy (P34423)
                                                Gregory N. Longworth (P49249)
                                                Clark Hill PLC
                                                Attorneys for Defendant
                                                Detroit-Wayne Joint Building Authority
                                                220 Park Street, Suite 200
                                                Birmingham, Michigan 48009
                                                (248) 988-5844
                                                pmagy@clarkhill.com
                                                glongworth@clarkhill.com

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 5, 2024.

<span style="margin-left:3em">s/ **S. Osorio**</span>
<span style="margin-left:3em">Sandra Osorio</span>
<span style="margin-left:3em">Case Manager</span>