# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JILL BABCOCK, and
ASHLEY JACOBSON, on behalf of
themselves and others similarly
situated,

    PLAINTIFFS,

-vs-

STATE OF MICHIGAN, COUNTY
OF WAYNE, CITY OF DETROIT,
WAYNE COUNTY BUILDING
AUTHORITY, DETROIT-WAYNE
JOINT BUILDING
AUTHORITY, and HINES, out-of-state
Corporation authorized to do business in
Michigan,

    DEFENDANTS, Jointly and Severally.

Case No. 22-cv-12951

Hon. Jonathan J.C. Grey

---

Michael W. Bartnik (P32534)
Law For Baby Boomers, PLLC
Attorney for Plaintiffs
41000 Woodward Ave Ste 350
Bloomfield Hills Michigan 48304
(248) 608-3660 Telephone
(248) 218-9588 Facsimile
Michaelbartnik@protonmail.com
www.michaelbartnik.com

Elizabeth Kamm Abdnour (P78203)
Attorney for Plaintiffs
500 E. Michigan Ave., Suite 130
Lansing, MI  48912
(517) 292-0067
elizabeth@abdnour.com

Kimberly Pendrick (P60348)
Assistant Attorney General
Attorney for Defendant State of
Michigan
3030 West Grand Blvd
Detroit, Michigan 48202
313.456.0200
pendrickk@michigan.gov

Monica N. Hunt (P68838)
Counsel for Detroit Building
Authority
3011 West Grand Boulevard
2500 Fisher Building
Detroit, Michigan 48202
(313) 871-5500
mhunt@alglawpc.com

| | |
|---|---|
| Renee Allison Stromski<br>Attorneys for Plaintiffs<br>262 S. 3rd St.<br>Columbus, OH  43215<br>(614) 745-2001<br>renee@awlawohio.com | James D. Noseda (P52563)<br>Deputy Corporation Counsel<br>Jesse Halfon (P66936)<br>Assistant Corporation Counsel<br>Attorneys for Defendant, City of Detroit<br>2 Woodward Avenue, Suite 500<br>Detroit, MI 48226<br>(313) 237-3057<br>nosej@detroitmi.gov<br>jesse.halfon@detroitmi.gov |
| Paul S. Magy (P34423)<br>Gregory N. Longworth (P49249)<br>CLARK HILL PLC<br>Attorneys for Defendants<br>DWJBA and Hines<br>151 S. Old Woodward, Suite 200<br>Birmingham, MI 48009<br>(248) 988-5844<br>pmagy@clarkhill.com | James M. Jernigan (P57035)<br>Assistant Corporation Counsel<br>Attorney for Defendants<br>Wayne County and Wayne County Building Authority<br>400 Monroe, Suite 290<br>Detroit, MI 48226<br>(313) 202-7188<br>jjernigan@waynecounty.com |
| Melvin B. Hollowell<br>E. Powell Miller (P39487)<br>Melvin B. Hollowell (P37834)<br>Sharon S. Almonrode (P33938)<br>Angela L. Baldwin (P81565)<br>THE MILLER LAW FIRM, P.C.<br>Attorneys for Defendants, Wayne County and Wayne County Building Authority<br>211 W. Fort Street, Suite 705<br>Detroit, MI 48226<br>(313) 483-0880<br>(248) 841-2200<br>epm@millerlawpc.com<br>mbh@millerlawpc.com<br>ssa@millerlawpc.com<br>alb@millerlawpc.com | |

## APPEARANCE

James D. Noseda enters his Appearance on behalf of Defendant, City of Detroit.

        Respectfully Submitted,

      By: /s/ James D. Noseda
         James D. Noseda (P52563)

DATED:  April 15, 2024