UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jill Babcock, et al.,

                Plaintiff(s),

v.                                       Case No. 2:22−cv−12951−JJCG−EAS
                                          Hon. Jonathan J.C. Grey

Michigan, State of, et al.,

                Defendant(s),

## NOTICE TO APPEAR

You are hereby notified to appear before District Judge Jonathan J.C. Grey at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE:  September 24, 2024 at 03:00 PM

**ADDITIONAL INFORMATION:**   Attorneys Only Required to Appear

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                          By: <u>s/Sandra A Osorio</u>
                                                                 Case Manager

Dated:  May 15, 2024