UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JILL BABCOCK, ET AL.,

    CIVIL ACTION NO.: 22-12951

    Plaintiff(s),

    HON. JONATHAN J.C. GREY

v.

STATE OF MICHIGAN, ET AL.,

    Defendant(s).
_____/

## SCHEDULING ORDER

This case, having come before the Court pursuant to Rule 16(b)(1)(A) of the Federal Rules of Civil Procedure or Rule 16(b)(1)(B) status conference, the Court **ORDERS** the following schedule controlling the progress of this case:

| | |
|---|---|
| **Updated Initial Disclosures** must be exchanged by: | May 28, 2024 |
| **Amendments to Pleadings or Joinder of Parties** | July 1, 2024 |
| **Initial Witness List** must be exchanged by: | January 10, 2025 |
| **Fact Discovery** must be completed by: | March 7, 2025 |
| **Expert Discovery** must be completed by: | March 21, 2025 |
| Plaintiffs' Expert Disclosures/Reports | December 13, 2024 |
| Rebuttal Expert Disclosures/Reports | January 10, 2025 |

**Alternative Dispute Resolution** referrals may be ordered under Local Rules 16.3 to 16.7. The parties may contact the Court *no later than the discovery deadline* for referral under any of the ADR procedures. The Scheduling Order continues to govern the case during the ADR process. See Local Rule 16.3(g).

**Referrals to the Magistrate Judge:** None at this time.

**Dispositive Motions** (except motions in limine) must be filed by:   April 11, 2025

**Motions to Limit/Exclude Expert Testimony** must be filed by:   April 15, 2025

*Motion practice is governed by Local Rule 7.1 and Appendix CM/ECF.*

**Status Conference**:                                          September 24, 2024 at 3:00 p.m.

**Final Pretrial Conference:**

1) A proposed ***Joint*** **Final Pretrial Order (governed by Local Rule 16.2)** must be submitted by and trial motions in limine must be filed by: August 26, 2025

2) The **final pretrial conference** is set for: September 9, 2025 at 3:00 p.m.

3) Your client(s) or representative with full settlement authority **must** be present at the above conference.

**Trial** (Jury__ or Bench _X_) is set for:              October 7, 2025, 8:30 a.m.
No. of Days: 5 days

1) The parties must exchange exhibits listed in the JFPTO prior to trial.  Exhibits and witnesses not listed in the JFPTO will not be presented at trial.
2) The parties must confer on proposed jury instructions prior to trial and submit one joint agreed to jury instructions on the first day of trial.

**Other Requirements**:
1) The Local Rules/Appendix ECF (**www.mied.uscourts.gov** or the Clerk's Office for pro se litigants) and Federal Rules of Civil Procedures govern.
2) Submissions of proposed Orders are governed by Local Rules 5.2, 58.1 and Appendix CM/ECF.
3) A schedule may be modified only for good cause by leave of Court either through a Stipulation and Order submitted by the parties or, if no concurrence, by Motion.  Fed. R. Civ. P. 16(b)(4); Local Rule 40.2.

                                        s/Jonathan J.C. Grey
                                        Jonathan J.C. Grey
Dated:  May 15, 2024                    United States District Judge

<u>Certificate of Service</u>

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 15, 2024, by electronic and/or ordinary mail.

                              <u>s/Sandra Osorio</u>
                              Case Manager