UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JILL BABCOCK, JAIME JUNIOR and ASHLEY JACOBSON, on behalf of themselves and all others similarly situated, | Case No. 2:22-cv-12951 |
| Plaintiffs, | Hon. Jonathan J.C. Grey<br>Mag. Judge Anthony P. Patti |
| v | |
| STATE OF MICHIGAN, COUNTY OF WAYNE, CITY OF DETROIT, WAYNE COUNTY BUILDING AUTHORITY, DETROIT BUILDING AUTHORITY, DETROIT-WAYNE JOINT BUILDING AUTHORITY and HINES, out of state corporation authorized to do business in Michigan, | |
| Defendants. | |

## **APPEARANCE**

PLEASE TAKE NOTICE that Lawrence T. García of Miller, Canfield, Paddock & Stone, P.L.C., hereby enters his Appearance as co-counsel on behalf of Defendant City of Detroit in the above-captioned action.

Respectfully submitted,

MILLER, CANFIELD, PADDOCK & STONE, P.L.C.

By:  */s/Lawrence T. García*
Lawrence T. García (P54890)
Co-Counsel for Defendant City of Detroit
(313) 963-6420
garcia@millercanfield.com

Dated: May 29, 2024

42198342.2/022765.10037

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on May 29, 2024, he served the foregoing document using the court's ECF filing system, which will send notice of such filing to all counsel of record.

>                             */s/Lawrence T. García*
>                             Lawrence T. García