UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JILL BABCOCK, MARGUERITE MADDOX and ASHLEY JACOBSON, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v

STATE OF MICHIGAN, COUNTY OF WAYNE, CITY OF DETROIT, WAYNE COUNTY BUILDING AUTHORITY, DETROIT BUILDING AUTHORITY AND DETROIT-WAYNE JOINT BUILDING AUTHORITY,

    Defendants.

No. 2:22-cv-12951

HON. JONATAHAN J.C. GREY

MAG. JUDGE ANTHONY P. PATTI

**APPEARANCE OF COUNSEL**

---

Michael W. Bartnik (P32534)
Attorney for Plaintiffs
41000 Woodward Avenue, Ste 350
Bloomfield Hills, Michigan 48304
248.608.3660
michaelbartnik@protonmail.com

Elizabeth K. Abdnour (P78203)
Attorney for Plaintiffs
500 E. Michigan Avenue, Ste 130
Lansing, Michigan 48912
517.292.0067
elizabeth@abdnou.com

Renee A. Stromski (Ohio:010347)
Attorney for Plaintiffs
262 South 3rd Street
Columbus Ohio 43215
(216) 745-2001
renee@awlohio.com

Kimberly Pendrick (P60348)
Marla Linderman Richelew (P55759)
Assistant Attorneys General
Attorney for Defendant State of Michigan
3030 West Grand Blvd
Detroit, Michigan 48202
313.456.0200
pendrickk@michigan.gov
lindermanrichelewm@michigan.gov

Cassandra Drysdale-Crown (P64108)
Assistant Attorney General
Attorney for Defendant State of Michigan
P.O. Box 30736
Lansing, Michigan 48909
517.335.7659
drysdalecrownc@michigan.gov

James Noseda (P52563)
Jesse Halfon (P66936)
Attorney for Defendant City of Detroit
2 Woodward Avenue, Suite 500
Detroit, Michigan 48226
313.237.5244
jesse.halfon@detroitmi.gov

Monica N. Hunt (P68838)
Counsel for Detroit Building Authority
3011 West Grand Boulevard
2500 Fisher Building
Detroit, Michigan 48202
313.871.5500
mhunt@alglawpc.com

Charles N. Raimi (P29746)
Deputy Corporation Counsel,
City of Detroit
Attorney for Defendant City of Detroit
2 Woodward Ave, Suite 500
Detroit, Michigan 48226
313.237.5037
raimic@detroitmi.gov

James Heath (P65419)
James M. Jernigan (P57035)
Attorneys for Defendants Wayne Co & Wayne Co Building Authority
400 Monroe, Suite 290
Detroit, Michigan 48226
313.202.7188
jjernigan@waynecounty.com
jheath@waynecounty.com

Gregory N. Longworth (P49249)
Paul S. Magy (P34423)
Attorneys for Defendant DWJBA
151 South Old Woodward, Suite 200
Birmingham, Michigan 48009
248.988.5844
pmagy@clarkhill.com
glongworth@clarkhill.com

E. Powell Miller (P39487)
Sharon S. Almonrode (P33938)
Melvin B. Hollowell (P37834)
Angela L. Baldwin (P81565)
Attorneys for Defendants Wayne County & Wayne County Building Authority
211 W. Fort Street, Suite 705
Detroit, Michigan 48226
313.483.0880
248.841.2200
epm@millerlawpc.com
mbh@millerlawpc.com
ssa@millerlawpc.com
alb@millerlawpc.com

Richard W. Warren (P63123)
Kimberly M Coschino (P83086)
Erica Lynn Jilek (P84498)
Lawrence T. Garcia (P54890)
Frances J. Hollander (P82180)
Co-Counsel for Defendant City of Detroit
150 W. Jefferson, Suite 150
Detroit, MI 48226
313.963.6420
coschino@millercanfield.com
warren@millercanfield.com
jilek@millercanfield.com
garcia@millercanfield.com
hollander@millercanfield.com

## APPEARANCE OF COUNSEL

Please enter the appearance of Marla Linderman Richelew Assistant Attorney General, on behalf of Defendant State of Michigan, in the above-entitled matter.

        Respectfully submitted,

        *s/Marla Linderman Richelew*
        Marla Linderman Richelew (P55759)
        Kimberly Pendrick (P60348)
        Cassandra Drysdale-Crown (P64108)
        Assistant Attorneys General
        Attorneys for Defendant
        State of Michigan
        3030 West Grand Boulevard
        Detroit, Michigan 48202
        (313) 456-0200
        pendrickk@michigan.gov
        drysdalecrownc@michigan.gov
        lindermanrichelewm@michigan.gov

Dated: June 11, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2024, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

        *s/Marla Linderman Richelew*
        Marla Linderman Richelew