## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

**JILL BABCOCK,**  **CLASS ACTION**
**MARGUERITE MADDOX,**  **JURY DEMAND**
**and ASHLEY JACOBSON,** on
behalf of themselves and all others similarly situated,

    **PLAINTIFFS,**

                                 **CASE No.: 22-cv-12951**
-vs-                                      **JUDGE: JONATHAN J.C. GREY**

**STATE OF MICHIGAN,**
**COUNTY OF WAYNE,**
**CITY OF DETROIT,**
**and DETROIT WAYNE JOINT BUILDING AUTHORITY,**

    **DEFENDANTS, Jointly and Severally.**

## INDEX OF EXHIBITS

| | |
|---|---|
| **EXHIBIT A** | Proposed FRCP 15(d) Supplement Paragraph 56 of Plaintiffs' Second Amended Complaint, July 2024 |
| **EXHIBIT B** | Proposed FRCP 15(d) Order Supplementing Paragraph 56 of Plaintiffs' Second Amended Complaint |
| **EXHIBIT C** | Declaration of Ashley Jacobson, July 2024 |
| **EXHIBIT C-1** | U.S. Equal Employment Opportunity Commission Notice of Right to Sue (Issued on Request), September 2022 |
| **EXHIBIT C-2** | *Stanton v. City of Detroit*, Case No. 2:22-13072-GAD-KGA, December 2022 |

| | |
|---|---|
| **EXHIBIT C-3** | Notice of Deposition for *Stanton v. City of Detroit*, November 2023 |
| **EXHIBIT C-4** | Email from Plaintiff Ashley Jacobson to Brad Sysol regarding accessible restrooms, September 2023 |
| **EXHIBIT C-5** | Email from Brad Sysol to Plaintiff Ashley Jacobson regarding "ridiculous" restrooms, September 2023 |
| **EXHIBIT C-6** | Email from Plaintiff Ashley Jacobson to Client regarding accessible restrooms, September 2023 |
| **EXHIBIT C-7** | Email from Plaintiff Ashley Jacobson's attorney to City of Detroit attorneys regarding accessible restrooms, November 2023 |
| **EXHIBIT C-8** | *In re M.S.L.*, Case No. 368581, June 2024 |

Respectfully submitted,

Dated: July 1, 2024

*/s/ Michael W. Bartnik*
By: Michael W. Bartnik (P32534)
Law For Baby Boomers, PLLC
Attorney for Plaintiffs
41000 Woodward Avenue, Suite 350
Bloomfield Hills, Michigan 48304
(248) 608-3660
michaelbartnik@protonmail.com

*/s/ Elizabeth K. Abdnour*
ELIZABETH K. ABDNOUR (P78203)
Abdnour Weiker, LLP
500 E Michigan Ave., Suite 130
Lansing, Michigan 48912
(517) 994-1776 Telephone

(614) 417-5081 Facsimile
liz@education-rights.com

*/s/ Renee A. Stromski*
RENEE A. STROMSKI (OH: 0101347)
Abdnour Weiker, LLP
262 South 3rd Street
Columbus, Ohio 43215
(614) 745-2001 Telephone
renee@education-rights.com