UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**JILL BABCOCK,**　　　　　　　　　　　　　　**CLASS ACTION**
**MARGUERITE MADDOX,**　　　　　　　　　**JURY DEMAND**
**and ASHLEY JACOBSON,** on
**behalf of themselves and all others similarly situated,**

　　**PLAINTIFFS,**

　　　　　　　　　　　　　　　　　　CASE No.: 22-cv-12951
-vs-　　　　　　　　　　　　　　　　JUDGE: JONATHAN J.C. GREY

**STATE OF MICHIGAN,**
**COUNTY OF WAYNE,**
**CITY OF DETROIT,**
**and DETROIT WAYNE JOINT BUILDING AUTHORITY,**

　　**DEFENDANTS, Jointly and Severally.**
_____/

**[PROPOSED]**
**FRCP 15(d) ORDER SUPPLEMENTING**
**PARAGRAPH 56 OF PLAINTIFFS' SECOND AMENDED COMPLAINT**

　　This matter having come before the Court upon <u>Plaintiffs' FRCP 15(d) Motion to Supplement Second Amended Complaint Paragraph 56</u> (the "Motion"),

　　The Court having considered the Motion and all related filings and arguments, and otherwise being fully advised in the premises,

　　NOW THEREFORE, IT IS ORDERED the Motion is Granted, and Paragraph 56 in the Second Amended Complaint is stricken and replaced with the new

Page **1** of **2**

Paragraph 56 stated in Exhibit A attached to Plaintiffs' Motion, to which Defendants shall have 14 days from today's date to plead in response.