

**LAW DEPARTMENT**

Coleman A. Young Municipal Center
2 Woodward Avenue, Suite 500
Detroit, Michigan 48226-3437

Phone 313•224•4550
Fax     313•224•5505
www.detroitmi.gov

November 6, 2023

**VIA EMAIL AND US MAIL**

Ashley B. Jacobson
Jacobson Law & Advocacy, PLLC
455 E. Eisenhower Pkwy, Suite 300
Ann Arbor, MI 48108
Ashley@JLAPLLC.com

Brad H. Sysol
Sysol Law PLLC
P.O. Box 353
Mattawan, MI 49071
BHSysol@bhslaw.net

Re: M▮▮▮ S▮▮▮ v City of Detroit
Case No. 22-13072

Dear Counselors:

    Enclosed please find a Notice of Taking Deposition Duces Tecum of Plaintiff M▮▮▮ S▮▮▮ and Certificate of Service. The deposition will take place at the City of Detroit Law Department, 2 Woodward Avenue, Suite 500, Detroit, MI 48226 on Wednesday, November 15, 2023 at 10:00 a.m.

    If there are any questions or concerns, please contact Attorney LaKena Crespo at (313) 237-3032 or crespol@detroitmi.gov.

Sincerely,

/s/Myria Ross
Sr. Legal Secretary to
**LaKena Crespo**
**Assistant Corporation Counsel**

/mr

Enclosure

---

United States District Court
Eastern District of Michigan

M▮▮▮ S▮▮▮,

    Plaintiff,

v.

City of Detroit,

    Defendant.

Case No. 22-13072
Judge Gershwin A. Drain
Magistrate Jonathan J. C. Grey



| Ashley B. Jacobson (P83481) | LaKena Crespo (P74541) |
|---|---|
| Attorney for Plaintiff | City of Detroit Law Department |
| Jacobson Law & Advocacy, PLLC | 2 Woodward Avenue, Suite 500 |
| 455 E. Eisenhower Pkwy, Suite 300 | Detroit, Michigan 48226 |
| Ann Arbor, MI 48108 | Phone: (313) 237-3032 |
| (248) 878-6940 | Fax: (313) 224-5505 |
| Ashley@JLAPLLC.com | crespol@detroitmi.gov |