## [ATTORNEY-CLIENT PRIVIULEGED] FW: S▮▮▮▮ Deposition

**Ashley Jacobson** <ashley@jlapllc.com>  Wed, Sep 27, 2023 at 2:16 PM
To: "Brad H. Sysol" <BHSysol@bhslaw.net>
Cc: "M▮▮▮▮ S." <▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>

Hi Brad and M▮▮▮▮   November 3rd at 10am works for me, but do we know if they want to do it via zoom or in-person?  If in-person, do we know where?  I only ask because their building doesn't have a nearby disability-accessible restroom for me, so I will need to try to work something out, but I can figure that out on my end.

Thank you,

Ashley Jacobson, Esq., MA, CRC (she/her)
Attorney, Disability Counselor & Assessment Specialist
(248) 878-6940
jacobsonlawandadvocacy.com

Connect with me on social media!
Instagram: @ashleybjacobson @jlafirm @adaptiveinclusion
Facebook: @JLAfirm

*The content of this message is confidential. If you have received it by mistake, please inform us by an email reply and then delete the message. It is forbidden to copy, forward, or in any way reveal the contents of this message to anyone without the express consent of the intended recipient. The integrity and security of this email cannot be guaranteed over the Internet. Therefore, the sender will not be held liable for any damage caused by the message.*

[Quoted text hidden]