Ashley Jacobson <ashley@jlapllc.com>

## [ATTORNEY-CLIENT PRIVIULEGED] FW: S▮▮▮▮▮ Deposition

M▮▮▮▮▮ S. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ >  Wed, Sep 27, 2023 at 2:27 PM
To: Ashley Jacobson <ashley@jlapllc.com>
Cc: "Brad H. Sysol" <BHSysol@bhslaw.net>

Ashley and Brad,

Yes, November 3rd at 10:00 a.m. is fine with me. The bathroom thing is beyond ridiculous. I'm sorry that you have to even inquire about such a thing at a federal courthouse in 2023, Ashley.

M▮▮▮▮▮
[Quoted text hidden]

--