## [ATTORNEY-CLIENT PRIVIULEGED] FW: S▇▇ Deposition

**Ashley Jacobson** <ashley@jlapllc.com>                                    Thu, Sep 28, 2023 at 11:17 AM
To: "M▇▇ S." <▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇>
Cc: "Brad H. Sysol" <BHSysol@bhslaw.net>

Thank you for your empathetic response, M▇▇. I hate that I even have to consider that issue (I'd love to just be able to 100% focus on my client in these moments). But I have reached out to my attorney about it, and I'll find a way to deal with that on my own, and if I need to address it with opposing counsel, I will run it by you and Brad first and make sure it doesn't affect your case or your comfort on that day--I don't want you to worry about it! Unfortunately, this is something I have dealt with before, I just wanted to share that with you both to give you a heads up. I'll be there for you on November 3rd no matter what, and I look forward to prepping with you before then. We're in this together!

Thank you,

Ashley Jacobson, Esq., MA, CRC (she/her)
*Attorney, Disability Counselor & Assessment Specialist*
(248) 878-6940
jacobsonlawandadvocacy.com

Connect with me on social media!
Instagram: @ashleybjacobson @jlafirm @adaptiveinclusion
Facebook: @JLAfirm

*The content of this message is confidential. If you have received it by mistake, please inform us by an email reply and then delete the message. It is forbidden to copy, forward, or in any way reveal the contents of this message to anyone without the express consent of the intended recipient. The integrity and security of this email cannot be guaranteed over the Internet. Therefore, the sender will not be held liable for any damage caused by the message.*

[Quoted te t hidden]