**Exhibit C-7**

---

**Gmail**  Ashley Jacobson <ashley@jlapllc.com>

---

## Accessible Toilet(s)/Toilet Room(s) for Wednesday's deposition?

**Michael Bartnik** <michaelbartnik@protonmail.com>
To: Charles Raimi <raimic@detroitmi.gov>, Jesse Halfon <Jesse.Halfon@detroitmi.gov>, James Noseda <nosej@detroitmi.gov>
Cc: Ashley Jacobson <ashley@jlapllc.com>, "Elizabeth Abdnour (liz@education-rights.com)" <liz@education-rights.com>

Dear Chuck,

Will you please let me know what accessible toilet(s)/toilet room(s) will be available for my client, Ashley Jacobson, when she appears in your offices as an attorney in a deposition for one of her cl

Thank you.

MWB

---------- Forwarded message ---------
From: **Ashley Jacobson** <ashley@jlapllc.com>
Date: Mon, Nov 13, 2023 at 3:26 PM
Subject: Re: [EXTERNAL] Question regarding deposition
To: Lakena Crespo <crespol@detroitmi.gov>, Brad H. Sysol <BHSysol@bhslaw.net>

Hi Lakena, I need to know where the restrooms are located that I can access. Are they on the same floor? Will I need a key? In the past, the only accessible restroom stall for me was a 10 building, which is going to affect the breaks we take for the deposition.

Thank you,

Ashley Jacobson, Esq., MA, CRC (she/her)
Attorney, Disability Counselor & Assessment Specialist
(248) 878-6940
jacobsonlawandadvocacy.com

Connect with me on social media!
Instagram: @ashleybjacobson @jlafirm @adaptiveinclusion
Facebook: @JLAfirm

*The content of this message is confidential. If you have received it by mistake, please inform us by an email reply and then delete the message. It is forbidden to copy, forward, or in any way reveal the co consent of the intended recipient. The integrity and security of this email cannot be guaranteed over the Internet. Therefore, the sender will not be held liable for any damage caused by the message.*

On Mon, Nov 13, 2023 at 3:05 PM Lakena Crespo <crespol@detroitmi.gov> wrote:

> Ashley
>
> The City of Detroit has bathrooms that are available to visitors with a disability.
>
> *LaKena Crespo,* Esq.
> Senior Assistant Corporation Counsel
> City of Detroit Law Department
> 2 Woodward Avenue STE 500
> Detroit, MI 48226
> 313-237-3032-phone
> 313-900-7556- cell
> 313-224-5505-fax
> crespol@detroitmi.gov
>
> NOTICES: This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not th use of the contents of this message are prohibited. If you have received this email in error, please destroy it and notify me immediately.
>
> **From:** Ashley Jacobson <ashley@jlapllc.com>
> **Sent:** Monday, November 13, 2023 1:54 PM
> **To:** Brad H. Sysol <BHSysol@bhslaw.net>; Lakena Crespo <crespol@detroitmi.gov>
> **Subject:** [EXTERNAL] Question regarding deposition
>
> Hi LaKena, I will be present with M[redacted] for the deposition on Wednesday, however based on my experience in this building I have had issues accessing a disability-accessible (aka " want to make sure there is a nearby restroom with a disability-accessible stall for me to use throughout the day. Sometimes these restrooms do not have an accessible stall (with extra s are locked for non-city employees. Can you please let me know as soon as possible which restroom I will have access to on the day of the deposition? Thank you and I look forward to s
>
> Thank you,

Michael W. Bartnik
Attorney at Law
Law For Baby Boomers, PLLC
LawForBabyBoomers.com
MichaelBartnik@protonmail.com
41000 Woodward Ave Ste 350
Bloomfield Hills MI 48304
(248) 608-3660
NEW FAX (248) 218-9588



Sent from ProtonMail, encrypted email based in Switzerland.

Sent with Proton Mail secure email.

---

 **image**
3K