## **INDEX OF EXHIBITS**

EX. 1   RAIMI EMAIL