## RE: [EXTERNAL] Accessible Toilet(s)/Toilet Room(s) for Wednesday's deposition?



**Michael Bartnik**  Nov 15
To Charles Raimi, James Noseda, +6

Thank you!

Sent from Proton Mail for iOS

On Tue, Nov 14, 2023 at 9:04 AM, Charles Raimi <raimic@detroitmi.gov> wrote:

> Michael – There is one on our floor (5th).  My assistant Nancy has the key.  When your client arrives on the 5th floor she can call Nancy at 313 237 3096.