**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| JILL BABCOCK, *et al.*, | CLASS ACTION |
| | JURY DEMAND |
| Plaintiffs, | |
| | CASE No.: 2:22-cv-12951 |
| v. | HON. JONATHAN J.C. GREY |
| STATE OF MICHIGAN, *et al.* | |
| Defendants. | |

**PLAINTIFFS' REPLY TO DEFENDANT WAYNE COUNTY'S RESPONSE TO PLAINTIFFS' MOTION TO SUPPLEMENT PARAGRAPH 56 OF PLAINTIFFS' SECOND AMENDED COMPLAINT [ECF No. 123]**

Plaintiffs, through undersigned counsel, hereby submit their Reply to Defendant Wayne County's Response to Plaintiffs' Motion to Supplement Paragraph 56 of Plaintiffs' Second Amended Complaint (ECF No. 123).

The additional allegations outlined in Plaintiffs' Proposed Supplement to Paragraph 56 (ECF No. 119-2) relate to incidents that occurred within the past three years. The related claims fall under the Americans with Disabilities Act ("ADA") and Michigan's Persons with Disabilities Civil Rights Act ("PDCRA"). Michigan law provides a three-year statute of limitations for PDCRA claims. M.C.L. 600.5805(2). "With respect to the federal claims, '[n]either § 1983, the ADA, nor the Rehabilitation Act provides a statute of limitations, so courts must borrow one

from the most analogous state cause of action.'" *Bruneau v. Aquinas Coll.*, No. 1:19-cv-1037 at 7 (W.D. Mich. Oct 05, 2021) (citing *J. Endres v. Northeast Ohio Medical University*, 938 F.3d 281, 292 (6th Cir. 2019)).

If this Court rules against Plaintiffs' Motion, Plaintiff Jacobson will simply file a new Complaint alleging these claims. This will use additional unnecessary Court resources and is against the interest of judicial economy. With respect to Defendant's remaining arguments, Plaintiffs rely on their Motion.

For the foregoing reasons, this Court should GRANT Plaintiff's Motion to Supplement.

Dated: July 22, 2024          */s/ Elizabeth K. Abdnour*
                              By: Elizabeth K. Abdnour (P78203)
                              Abdnour Weiker, LLP
                              500 East Michigan Avenue, Suite 130
                              Lansing, Michigan 48912
                              (517) 994-1776
                              liz@education-rights.com

                              Michael W. Bartnik (P32534)
                              Law For Baby Boomers, PLLC
                              41000 Woodward Avenue, Suite 350
                              Bloomfield Hills, Michigan 48304
                              (248) 608-3660
                              michaelbartnik@protonmail.com

                              Renee A. Stromski (Ohio: 0101347)
                              Abdnour Weiker, LLP
                              262 South 3rd Street
                              Columbus, Ohio 43215
                              (216) 745-2001
                              renee@awlawohio.com

## **CERTIFICATE OF SERVICE**

I, Elizabeth K. Abdnour, certify that on July 22, 2024, I filed this document by use of this Court's ECF system, which will serve copies to all counsel of record.

*/s/ Elizabeth K. Abdnour*