UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JILL BABCOCK, JAIME JUNIOR and
ASHLEY JACOBSON, on behalf of
themselves and all others similarly situated,

    Plaintiffs,

v

STATE OF MICHIGAN, COUNTY OF
WAYNE, CITY OF DETROIT, WAYNE
COUNTY BUILDING AUTHORITY,
DETROIT BUILDING AUTHORITY,
DETROIT-WAYNE JOINT BUILDING
AUTHORITY and HINES, out of state
corporation authorized to do business in
Michigan,

    Defendants.
_____/

Case No. 2:22-cv-12951

Hon. Jonathan J.C. Grey
Mag. Judge Anthony P. Patti

## APPEARANCE

PLEASE TAKE NOTICE that D. Kyle Bierlein of Miller, Canfield, Paddock & Stone, P.L.C., hereby enters his Appearance as co-counsel on behalf of Defendant City of Detroit in the above-captioned action.

Respectfully submitted,

MILLER, CANFIELD, PADDOCK & STONE, P.L.C.

By:   /s/D. Kyle Bierlein
    D. Kyle Bierlein (P78278)
    Co-Counsel for Defendant City of Detroit
    (313) 963-6420
    bierlein@millercanfield.com

Dated: July 26, 2024

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 26, 2024, he served the foregoing document using the court's ECF filing system, which will send notice of such filing to all counsel of record.

*/s/D. Kyle Bierlein*