**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **JILL BABCOCK, et al.,** | Case No.: 2:22-cv-12951 |
| Plaintiffs, | JUDGE JONATHAN J.C. GREY |
| v. | |
| **STATE OF MICHIGAN, et al.,** | |
| Defendants. | |

**INDEX OF EXHIBITS**

**EXHIBIT A**   "Restroom Accessibility Tour Notes", 15 pages, photographs and notes taken by Ashley Jacobson with her cell phone in the CAYMC in November 2021.

Respectfully Submitted,

Dated: September 11, 2024   */s/ Michael W. Bartnik*
MICHAEL W. BARTNIK (P32534)
Law For Baby Boomers, PLLC
41000 Woodward Ave., Ste. 350
Bloomfield Hills, Michigan 48304
(248) 608-3660 Telephone
michaelbartnik@protonmail.com

Elizabeth K. Abdnour (P78203)
Abdnour Weiker, LLP
500 E. Michigan Ave., Ste. 130
Lansing, Michigan 48912
(517) 994-1776 Telephone
liz@education-rights.com

Renee A. Stromski (Ohio 0101347)

Abdnour Weiker, LLP
262 South Third St.
Columbus, Ohio 43215
(216) 714-1515 Telephone
renee@education-rights.com

*Attorneys for Plaintiffs*