**Restroom Accessibility Tour Notes**

Drinking fountain

- In the tour they indicated that they would be adding bars around the drinking fountain, so people don't bump into it, we want to make sure that they don't include bars around it that make it inaccessible



17th floor holding cell



Image description: small restroom in holding cell for inmates awaiting court or transfer. The text refers to this as a "prisoner restroom" (language used by officer), not wheelchair accessible, no railings or bars, can't access sink in a wheelchair or other mobility device, toilet paper not in reach for accessibility needs.

<u>No accessible restroom on 17th Floor:</u>







- Image description: bathroom stalls with arrows indicating how narrow the stalls are.  Text examples of inaccessibility included, "No disability-accessible stalls (no wheelchair accessible, no ambulatory accessible), extremely narrow doorways, two heavy doors close together to gain access to the restroom, not wide enough to maneuver to back out and leave restroom independently in a wheelchair, soap and dispensers out of reach."
- Inability to reach soap and toilet-seat covers if in a wheelchair
- No door openers

Restroom on 15th



- can't maneuver chair to get out independently
- Similar issues as on 17th floor
- **No accessible urinals**

14th floor

- Toilet seat covers too high
- No accessible stalls
- Doors too heavy, difficult to maneuver
- Narrow stalls
- Can't use the mirror (too high)

Hallway Access to Legal Documents, Counters:



- Image description: a hallway with counters to complete and exchange documents, and document holders on the wall holding several legal document forms. Text added reads, "Keeping motions and other important court forms out of reach for wheelchair users, people with limited arm or shoulder motion, and little people."

ADA bathroom (I believe on the 9th floor)



- Image description: a picture of a doorway with tampon/napkin dispenser and sinks in view. Text added reads, "tampon/napkin dispenser too high, soap out of reach when seated, mirror too high."

Clerk's office



- Image description: The glass door and windows to the clerk's office, showing counters. Text added reads, "heavy door, no door opener, counters too high."



- Image description: image of a heavy doorway into the clerk's office, which is heavy, no door opener

Restroom on floor of clerk's office:



- Image description: image showing trash can holding heavy door open, hand towel dispenser and toilet-seat cover is too high for accessibility. Text added reads, "Paper towel dispenser too high and out of reach when seated, toilet covers too high and out of reach when seated, doorway too narrow and heavy being held open by a trash can (also restroom not accessible to anyone without a key).



- Image description: a picture of sinks in a restroom, showing that the soap is out of reach to a person seated (like in a wheelchair)
- Need a key to get in
- Only for employees
- Heavy door
- We were told it is the city's job to make this public bathroom, that the city has to "designate it as a public restroom."

10th floor-



- Image description: image showing sinks, urinals
- There are no accessible urinals
- Soap is potentially out of reach when seated
- None of the doors have openers
- No accessible stalls
- Mirror too high to be accessed by those in seated position
- Heavy doors

City council room assembly





- Image description: an image of an auditorium, showing a space for wheelchair users and other people with mobility aids
- There are only 3 spaces for wheelchair users in the audience



- Image description: image of seats for city council members and staff
- No wheelchair users can be on the council, because there are no wheelchair user spots
- No accessible seats on council's staff seating area

Basement restroom

- Takes at least 5 minutes (when building is empty) to access
- Soap out of reach

Side notes:

- No accessible changing tables in restrooms open or available to the public