UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JILL BABCOCK, et al., | Case No.: 2:22-cv-12951 |
| Plaintiffs, | JUDGE JONATHAN J.C. GREY |
| v. | |
| STATE OF MICHIGAN, et al., | |
| Defendants. | |

**PLAINTIFFS' CERTIFICATE OF SERVICE of
AMENDED DECLARATION of ASHLEY JACOBSON
IN SUPPORT OF
PLAINTIFFS' MOTION TO SUPPLEMENT PARAGRAPH 56 OF
PLAINTIFFS' SECOND AMENDED COMPLAINT**

I, Michael W. Bartnik, counsel for Plaintiffs, certify that on September 11, 2024, I filed the above-entitled Amended Declaration of Ashley Jacobson by use of this Court's ECF system, which will serve copies to all counsel of record.

Respectfully Submitted,

Dated: September 11, 2024

*/s/ Michael W. Bartnik*
MICHAEL W. BARTNIK (P32534)
Law For Baby Boomers, PLLC
41000 Woodward Ave., Ste. 350
Bloomfield Hills, Michigan 48304
(248) 608-3660 Telephone
michaelbartnik@protonmail.com

1

                                                _____

                                                Elizabeth K. Abdnour (P78203)
Abdnour Weiker, LLP
500 E. Michigan Ave., Ste. 130
Lansing, Michigan 48912
(517) 994-1776 Telephone
liz@education-rights.com

Renee A. Stromski (Ohio 0101347)
Abdnour Weiker, LLP
262 South Third St.
Columbus, Ohio 43215
(216) 714-1515 Telephone
renee@education-rights.com

*Attorneys for Plaintiffs*

2