UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jill Babcock, et al.,

                        Plaintiff(s),

v.                                              Case No. 2:22−cv−12951−JJCG−APP
                                                    Hon. Jonathan J.C. Grey

Michigan, State of, et al.,

                        Defendant(s),

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to U.S. Magistrate Judge Patti pursuant to 28 U.S.C. § 636(b)(3), for the following purpose(s):

- **Conduct settlement conference**

**ADDITIONAL INFORMATION:** Settlement Conference to be held at a date to be determined by Magistrate Judge Patti

                                                      s/Jonathan J.C. Grey
                                                      Jonathan J.C. Grey
                                                      United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                      s/Sandra A Osorio
                                                     Case Manager

Dated:   September 25, 2024