UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JILL BABOCK ET. AL.,

Plaintiff(s),

Case No. 22-12951

v.

Judge Jonathan J.C. Grey

STATE OF MICHIGAN ET. AL.,

Magistrate Judge Anthony P. Patti

Defendant(s).
_____/

**NOTICE OF CORRECTION**

Docket entry number **#131**, filed **9/25/2024**, has been modified. The explanation for the correction is stated below.

☐ The docket entry was made on the wrong case.

☐ The corresponding document image was missing or incomplete.

☐ The wrong document image was associated.

☐ The wrong judicial officer was listed on the case docket.

☐ The filer information was inaccurate or omitted from the docket text.

☐ The judicial officer information was inaccurate or omitted from the docket text.

☐ The docket text was changed *to include the Partial Payment Order.*

☑ Other: ORDER SIGNED BY WRONG JUDGE.

If you need further clarification or assistance, please contact **Sandra Osorio** at **(313) 234-5116**.

KINIKIA D. ESSIX, CLERK OF COURT

Dated: September 25, 2024

s/Sandra Osorio
Deputy Clerk