UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jill Babcock, et al.,

                  Plaintiff(s),

v.                                        Case No. 2:22−cv−12951−JJCG−APP
                                              Hon. Jonathan J.C. Grey

Michigan, State of, et al.,

                  Defendant(s),

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to U.S. Magistrate Judge Patti pursuant to 28 U.S.C. § 636(b)(3), for the following purpose(s):

- **Conduct settlement conference**

**ADDITIONAL INFORMATION:** Settlement Conference to be held by a date to be determined by Magistrate Judge Patti

s/Jonathan J.C. Grey
Jonathan J.C. Grey
United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

s/Sandra A Osorio
Case Manager

Dated:   September 25, 2024