UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jill Babcock, et al.,

                Plaintiff(s),

v.                                               Case No. 2:22−cv−12951−JJCG−APP
                                                    Hon. Jonathan J.C. Grey

Michigan, State of, et al.,

                Defendant(s),

## NOTICE TO APPEAR

You are hereby notified to appear before Magistrate Judge Anthony P. Patti at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room Courtroom 672, Detroit, Michigan, for the following proceeding(s):

- SETTLEMENT CONFERENCE: November 15, 2024 at 01:30 PM

**ADDITIONAL INFORMATION:**    **Settlement statements are due by 11/8/2024.** Please refer to Judge Patti's Settlement Conference Practice guidelines available at https://www.mied.uscourts.gov/index.cfm?pageFunction=chambers&judgeid=51

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                               By: s/K. Brown
                                                                    Case Manager

Dated: September 25, 2024