UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JILL BABCOCK, *et al.*,

    Plaintiffs,

v

STATE OF MICHIGAN, *et al.*,

    Defendants.

No. 2:22-cv-12951

HON. JONATHAN J.C. GREY

MAG. ANTHONY P. PATTI

_____/

## **INDEX OF EXHIBITS**

    A.    Turnquist Declaration

    B.    The Michigan Courthouse: A Planning and Design Guide for Trial Court Facilities (pages from)

    C.    Administrative Order (AO) 2015-5

    D.    Inkster ADA followed by Livingston