# EXHIBIT C

# AO No. 2015-5 — Adoption of Administrative Order Requiring Trial Courts to Comply With Certain ADA-Related Practices

[Entered September 16, 2015.]

## Trial Court Requirements for Providing Equal and Full Access to Courts for Persons with Disabilities

On order of the Court, to ensure that persons with disabilities have equal and full access to Michigan courts and that all trial courts and court-operated programs and services have implemented procedures in compliance with the Americans with Disabilities Act of 1990, the ADA Amendments Act of 2008, Michigan's Deaf Persons' Interpreters Act (1982 PA 204), and the Persons with Disabilities Civil Rights Act (1976 PA 220), the Michigan Supreme Court orders that each trial court shall:

Adopt a local administrative order that describes the procedure to be followed for a person to request accommodations in that court. The local administrative order shall include the provisions incorporated in Model LAO 35, but may include additional provisions. The local administrative order shall be submitted to and approved by the State Court Administrative Office as a local administrative order under MCR 8.112.

Designate a court employee to be the court's ADA coordinator.

Ensure that the chief judge and ADA coordinator participate in training regarding the duties and obligations of a court in compliance with the ADA, the ADA Amendments Act of 2008, the Deaf Persons' Interpreters Act, and the Persons with Disabilities Civil Rights Act.

Further, courts shall comply with any additional requirements established by the SCAO regarding compliance with these acts.

The requirements established in this order shall become effective 90 days after the date this order enters.