# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**JILL BABCOCK,** *et al.*,

    **Plaintiffs,**                                    Civil Action No. 22-cv-12951

v.                                                          HON. JONATHAN J.C. GREY

**MICHIGAN, STATE OF,** *et al.*,

    **Defendants.**

_____/

## STIPULATED ORDER EXTENDING TIME FOR PLAINTIFFS TO FILE RESPONSE TO STATE OF MICHIGAN MOTION TO DISMISS [ECF No. 136] AND FOR DEFENDANT TO FILE REPLY

Based on the agreement and stipulation of Plaintiffs and Defendant State of Michigan as reflected by signatures of their counsel below, the time for responding to Defendant State of Michigan's Motion to Dismiss filed October 4, 2024 (ECF No. 136) is extended to Friday, November 8, 2024, and the time for Defendant State of Michigan to file its reply is extended to Friday, November 22, 2024.

    **SO ORDERED.**

                                              s/Jonathan J.C. Grey
                                              **JONATHAN J.C. GREY**
                                              **United States District Judge**

Dated: October 23, 2024

**IT IS SO STIPULATED:**

On behalf of our clients, we stipulate to entry of the above order.

Dated: October 22, 2024     */s/ Michael W. Bartnik*
 By: Michael W. Bartnik (P32534)
 Law For Baby Boomers, PLLC
 Attorney for Plaintiffs
 41000 Woodward Avenue, Suite 350
 Bloomfield Hills, Michigan 48304
 (248) 608-3660
 michaelbartnik@protonmail.com

Dated: October 22, 2024     */s/ with consent Elizabeth K. Abdnour*
 By: Elizabeth K. Abdnour (P78203)
 Abdnour Weiker, LLP
 Attorney for Plaintiffs
 500 East Michigan Avenue, Suite 130
 Lansing, Michigan 48912
 (517) 994-1776
 liz@education-rights.com

Dated: October 23, 2024   */s/ w consent Cassandra Ann Drysdale-Crown*
 By: Cassandra Ann Drysdale-Crown (P64108)
 Assistant Attorney General
 Attorney for Defendant State of Michigan
 P.O. Box 30736
 Lansing, Michigan 48909
 (517) 335-7659
 drysdalecrownc@michigan.gov

## **Certificate of Service**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 23, 2024.

<u>s/ **S. Osorio**</u>

Sandra Osorio

Case Manager