UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JILL BABCOCK, et al.

     Plaintiffs,               Case No. 22-cv-12951-JJCG-APP

v                               Hon. Jonathan J.C. Grey
                               Mag. Anthony P. Patti

STATE OF MICHIGAN, et al.

     Defendants.

_____/

## DEFENDANT DETROIT-WAYNE JOINT BUILDING AUTHORITY'S FIRST SET OF DISCOVERY REQUESTS TO PLAINTIFF BABCOCK

Under Fed. R. Civ. P. 26, 33, 34, and 36, Defendant Detroit-Wayne Joint Building Authority ("DWJBA") submits the following Interrogatories, Document Requests, and Admission Requests (collectively the "Discovery Requests") to Plaintiff Jill Babcock:

## DEFINITIONS

For the purposes of these Discovery Requests, the following definitions apply:

1.  The term document or documents means any and all written, recorded, or graphic matter including, but not limited to, all contracts, letters, correspondence, e-mail messages, memoranda (whether or not mailed or distributed outside the organization in which they are produced), studies, reports, minutes of meetings, diaries, ledgers, journals, books, records, invoices, receipts, checks, statements,

labels, tape recordings, photographs, x-rays, notes, charts, maps, computer printouts, computer programs, electronically-stored data, other data compilations from which information can be obtained, translated, if necessary, by the respondent by detection devices into reasonably usable form, or any other documents or evidence, and shall include all non-identical copies or reproductions of any kind.

2.  The word <u>Identify</u> as used with respect to documents means:

    a)    To specify the nature of the document (for example, letter, memorandum, etc.);

    b)    To state the date, if any, appearing on the document, or if none, the date upon which the document was prepared, if known;

    c)    To describe in general the subject matter of the document;

    d)    To identify each person who wrote, signed, dictated, or otherwise participated in the preparation of the document;

    e)    To identify the legal capacity in which each person was acting when writing, signing, dictating or otherwise participating in the preparation of the document; and

    f)    If it now exists, to identify each person having custody of the document.

3.  The word <u>Identify</u> as used with respect to an individual means:

    a)    To identify the full name of such individual;

    b)    To identify the current or last known address of such individual;

    c)    To identify the current or last known telephone number of such individual;

      d)     To identify the name of the current or last known employer of such individual; and

      e)     To identify the relationship of such individual to you.

4.   The word <u>person</u> or <u>persons</u> means all individuals and entities including, without limiting the generality of the foregoing, all individuals, sole proprietorships, associations, companies, partnerships, joint ventures, corporations, and government bodies or agencies.

5.   The terms <u>you</u> and <u>your</u> refer to Plaintiff Jill Babcock and her attorneys and other agents.

6.   You should construe these discovery requests as follows: (a) the singular includes the plural and the plural includes the singular; (b) the masculine, feminine, or neuter pronoun includes the other genders; (c) the conjunctions "and" and "or" should be read either disjunctively or conjunctively to bring within the scope of the request all documents or information that might otherwise be construed to be outside its scope; (d) the words "any" and "all" shall include each and every; and (e) the present tense of a verb includes its past tense and vice versa.

7.   The phrase <u>Describe in Detail</u> calls for the complete description of all facts that are pertinent to the act, occurrence, or event in question, including, where applicable, the date, time, place, circumstance, nature, substance, description, or explanation of the act, event, or occurrence, and the identity of all persons or entities involved in the act, event, or occurrence.

8.   The term <u>CAYMC</u> refers to the Coleman A. Young Municipal Center.

9.   The term <u>Architectural Barrier</u> means physical features that limit or prevent people with disabilities from obtaining the programs, services, and activities available at CAYMC.

10. The term <u>Compensatory Damages (Excluding Emotional-Distress Damages)</u> means compensatory damages, but expressly excludes Emotional-Distress Damages.

11. The term <u>Emotional-Distress Damages</u> means compensatory damages for emotional distress, mental suffering, emotional disturbance, mental distress, emotional trauma, and similar types of damages.

12. The term <u>Common Areas</u> means those areas of CAYMC shaded on the floor plans attached as **Exhibit 1** and also includes the drop-off areas and public entrances to CAYMC.

<u>**ADMISSION REQUESTS**</u>

1.     Admit that you started working for the City of Detroit at CAYMC in 2017.

2.     Admit that, since 2017, your primary workplace while working for City of Detroit has been at CAYMC.

3.     Admit that, in August 2019, you sent an email to the mayor's office asking for accessible restrooms.

4

4.    Admit that, since December 6, 2019, you have not suffered any Compensatory Damages (Excluding Emotional-Distress Damages) as a result of your being excluded from, or denied the benefit of, the public services, programs, or activities at CAYMC.

5.    Admit that, since December 6, 2019, you have not suffered any Emotional-Distress Damages as a result of your being excluded from, or denied the benefit of, the public services, programs, or activities at CAYMC.

6.    Admit that, since December 6, 2019, you have never represented a client in any matter that required you to appear at CAYMC on behalf of your client.

7.    Admit the authenticity of the emails, article, and ADA charge of discrimination attached as **Exhibit 2**.

8.    Admit that the DWJBA did not cancel the disability event mentioned in Paragraph 28 of the Second Amended Complaint.

9.    Admit that the allegation in Paragraph 30 of the Second Amended Complaint related to being denied jury duty at CAYMC was a decision of the court clerk or other administrative officials affiliated with the court and was unrelated to any alleged Architectural Barrier in the Common Areas of CAYMC.

10.   Admit that Paragraphs 31 and 36 of the Second Amended Complaint involve alleged Architectural Barriers that are not part of the Common Areas of CAYMC.

11.    Admit that you have not lost control of your bladder or bowels at CAYMC since December 6, 2019, as alleged in Paragraphs 59, 60, 91, and 92 of the Second Amended Complaint.

12.    Admit that, to the extent Paragraph 65 of the Second Amended Complaint involves alleged Architectural Barriers at CAYMC, those alleged Architectural Barriers are not part of the Common Areas of CAYMC.

13.    To the extent the allegations in Paragraphs 98, 182, 218, and 219 of the Second Amended Complaint involve the CAYMC, admit that any harm to your legal practice since December 6, 2019, did not involve Architectural Barriers in the Common Areas of CAYMC.

14.    Admit that, since December 6, 2019, you have not been excluded from, or denied the benefit of, a public service, program, or activity at CAYMC as a result of any Architectural Barrier in the Common Areas of CAYMC.

## **INTERROGATORY**

1.    With respect to any Admission Request that you do not unqualifiedly admit, Describe in Detail the basis for your failure to admit the Admission Request.

2.    With respect to each occasion since December 6, 2019, on which you claim to have been excluded from, or denied the benefit of, a public service, program, or activity at CAYMC—including any occasion referenced, directly or

indirectly, in Paragraphs 28, 31, 36, 54, 57, 59, 60, 65, 90, 91, 92, 94, 98, 115, 181, 182, 195, 196, 218, 219, 246, and 247—

    a. State the date (or approximate date) of the occasion;

    b. Describe the public service, program, or activity involved;

    c. Describe the specific alleged Architectural Barrier(s) involved (and not a general description of a category of alleged Architectural Barriers);

    d. Describe the reason the alleged Architectural Barrier(s) resulted in your being excluded from, or denied the benefit of, the public service, program, or activity; and

    e. State whether or not the alleged Architectural Barrier was part of the Common Areas of CAYMC.

3. Identify each alleged Architectural Barrier at CAYMC with which you have personally dealt since December 6, 2019, that resulted in your being excluded from, or denied the benefit of, a public service, program, or activity, including (without limitation) all Architectural Barriers identified, directly or indirectly, in Paragraph 115 of the Second Amended Complaint. This interrogatory is asking you to identify each specific Architectural Barrier *you have actually encountered* at CAYMC, not a general description of a category of alleged Architectural Barriers. Indicate whether or not each alleged Architectural Barrier is part of the Common Areas of CAYMC.

4.     Other than for purposes of your employment by the City of Detroit, identify all occasions on which you visited CAYMC since 2010, including the date (or approximate date, if you do not know the exact date) of the visit, the reason you visited CAYMC on each such occasion, and the specific area(s) of the CAYMC you visited on each such occasion.

5.     If you claim to have suffered Compensatory Damages (Excluding Emotional-Distress Damages) since December 6, 2019, due to alleged Architectural Barriers at CAYMC, Describe in Detail the basis for each occasion you suffered such loss, including identification of the specific alleged Architectural Barrier involved and indicate whether or not each alleged Architectural Barrier is part of the Common Areas of CAYMC.

6.     If you claim to have suffered Emotional-Distress Damages since December 6, 2019, due to alleged Architectural Barriers at CAYMC, Describe in Detail the basis for each occasion you suffered such loss, including identification of the specific alleged Architectural Barrier involved and indicate whether or not each alleged Architectural Barrier is part of the Common Areas of CAYMC.

7.     If you claim to have turned away work since December 6, 2019, due alleged Architectural Barriers at CAYMC, identify the nature of that work, Identify of the person for whom you would have performed the work, describe the specific alleged Architectural Barrier(s) that caused you to turn away the work, the date (or

approximate date, if you do not know the exact date) when you turned away the work, and indicate whether or not each alleged Architectural Barrier is part of the Common Areas of CAYMC.

8.     Describe in Detail your concrete plans to return to CAYMC in the future for the purpose of accessing a public service, program, or activity. This means returning to CAYMC for a purpose other than in connection with your employment by the City of Detroit.

9.     Identify all expenditures you have made since December 6, 2019, that you maintain exceed the expenditures of able-bodied persons, as referenced in Paragraph 62 of the Second Amended Complaint, that related to alleged Architectural Barriers at CAYMC. For each such expenditure, identify what the expenditure was for, the amount of the expenditure, the date of the expenditure, which alleged Architectural Barrier(s) at CAYMC necessitated the expenditure, and the reason the alleged Architectural Barrier(s) necessitated the expenditure.

10.     Describe in Detail all evidence supporting your claim, as alleged in Paragraph 98 of the Second Amended Complaint, that, since December 6, 2019, you have suffered economic, professional, and reputational harm as a licensed attorney, as well as in the general exercise and advancement of your skills, experiences, wisdom, and standing and reputation in the legal community.

11.     Describe in Detail all evidence supporting your assertion that material alterations have been made at CAYMC that required Architectural Barriers to be remediated. For each alteration project, identify the specific Architectural Barrier(s) you maintain needed to be remediated as part of that alteration project.

## DOCUMENT REQUESTS

1.     With respect to any Admission Request that you do not unqualifiedly admit, produce a copy of all documents supporting your response.

2.     Produce a copy of all documents referenced in, or supporting, your answers to the interrogatories.

3.     Produce a copy of the deed(s), easement(s), lease(s), maintenance agreement(s), amendments, and renewals, for the Skywalk and the Detroit People Mover Station in the Millender Center and the route from that Station to the CAYMC. See Pls.' Initial Disclosures dated May 27, 2024, Part II.8, though this request seeks *all* such documents, not just those you intend to use in this case.

4.     Produce a copy of all publicly available census, statistical, and other demographic records as to persons with disabilities and including attorneys and judges with disabilities that you may use in this case. See Pls.' Initial Disclosures dated May 27, 2024, Part II.9, though this request seeks *all* such documents, not just those you intend to use in this case.

5.     Produce a copy of all meeting agendas, notes, correspondence, and inspections pertaining to the *ad hoc* Committee in 2019, 2020, 2021, and 2022. See Pls.' Initial Disclosures dated May 27, 2024, Part II.10, though this request seeks *all* such documents, not just those you intend to use in this case.

6.     Produce a copy of all correspondence from and with the Elder Law and Disability Law and Disability Rights Section of the State Bar of Michigan in 2019, 2020, and 2021 as to CAYMC. See Pls.' Initial Disclosures dated May 27, 2024, Part II.11, though this request seeks *all* such documents, not just those you intend to use in this case.

7.     DWJBA's public records and announcements, including internet and archived internet materials, pertaining to accessibility and compliance and non-compliance in CAYMC. See Pls.' Initial Disclosures dated May 27, 2024, Part II.12, though this request seeks *all* such documents, not just those you intend to use in this case.

8.     Produce a copy of all correspondence, agendas, news reports, photographs or advocacy requests and protests by members and organizations of the disability community to request compliance with accessibility requirements at CAYMC. See Pls.' Initial Disclosures dated May 27, 2024, Part II.13, though this request seeks *all* such documents, not just those you intend to use in this case.

9.      Produce a copy of all photographs, videos, articles, and recordings in the Detroit Free Press, Detroit News, Outlier Detroit, and other media as to Plaintiffs or Defendants and accessibility requirements in CAYMC. See Pls.' Initial Disclosures dated May 27, 2024, Part II.14, though this request seeks *all* such documents, not just those you intend to use in this case.

10.      Produce a copy of all documentation of court records and DOJ records of prior litigation, orders or settlements as to the accessibility issues involving CAYMC. See Pls.' Initial Disclosures dated May 27, 2024, Part II.15, though this request seeks *all* such documents, not just those you intend to use in this case.

11.      Produce a copy of all photographs, plans, drawings, and other descriptions of CAYMC "and comparable facilities." See Pls.' Initial Disclosures dated May 27, 2024, Part II.16, though this request seeks *all* such documents, not just those you intend to use in this case.

12.      Produce a copy of all documentation of your items of damage or expense. See Pls.' Initial Disclosures dated May 27, 2024, Part II.17, though this request seeks *all* such documents, not just those you intend to use in this case.

13.      Produce a copy of all documentation of your costs and fees in litigation. See Pls.' Initial Disclosures dated May 27, 2024, Part II.18, though this request seeks *all* such documents, not just those you intend to use in this case.

14.     Produce a copy of the email you sent to the mayor's office in August 2019 asking for accessible restrooms.

15.     Produce a copy of all other communications you sent the City of Detroit regarding concerns about the lack of accessibility at CAYMC.

16.     Produce a copy of all communications related to CAYMC between you or any other Plaintiff and anyone acting on behalf of the Elder Law and Disability Law and Disability Rights Section of the State Bar of Michigan.

17.     Produce a copy of all materials related to the investigation performed by the Elder Law and Disability Law and Disability Rights Section of the State Bar of Michigan related to CAYMC.

18.     Produce a copy of all communications related to CAYMC between the Elder Law and Disability Law and Disability Rights Section of the State Bar of Michigan and the State Bar of Michigan.

19.     Produce a copy of all communications related to CAYMC between you or any other Plaintiff and anyone acting on behalf of the *ad hoc* Committee.

20.     Produce a copy of all materials related to the investigation by the *ad hoc* Committee related to CAYMC.

21.     To the extent that you have earned money as an attorney performing legal work for clients since December 6, 2019, produce a copy of each tax return reflecting earnings from that legal work.

22.    Produce a copy of all documents supporting your answer to Interrogatory No. 9.

23.    Produce a copy of all documents supporting your answer to Interrogatory No. 10.

24.    Produce a copy of all documents supporting your answer to Interrogatory No. 11.

Respectfully submitted,

CLARK HILL PLC

Dated:  August 19, 2024              By:    /s/ Gregory N. Longworth
                                            Paul S. Magy (P34423)
                                            Gregory N. Longworth (P49249)
                                            Clark Hill PLC
                                            Attorneys for Defendant DWJBA
                                            151 S. Old Woodward, Suite 200
                                            Birmingham, MI  48009
                                            (248) 988-5844
                                            pmagy@clarkhill.com
                                            glongworth@clarkhill.com

CERTIFICATE OF SERVICE

Gregory N. Longworth, being first duly sworn, deposes and states that on this 19th day of August, 2024, he caused to be served a copy of the foregoing pleading upon all counsel of record via email.

_____/s/  Gregory N. Longworth_____

# EXHIBIT 1

# First Floor Office Tower



## 2nd Floor, Office



Archives and Records
Management Division
**202**        **204**

Legislative Policy Division &
City Planning Commission
**208**

Board of Zoning Appeal
**212**

Escalators

AHU 5    8  9  10  11    AHU 7

Security

SKY WALK

228w    228e

AHU 6-8    15  14  13  12

C    Women's    Men's    D

E

**200**    **218**    **216**
Detroit City Clerk    Historic    Office of the Auditor General
1/17/2009    Designation    1/15/2009
    Advisory Board    2-14

# 3rd Floor  Office



# 4th Floor Office



# 5th Floor  Office



# 6th Floor Office



Office Level 6

March 2020

# 7th Floor  Office



CAYMC ADA Evaluation                    Office Level 7                    March 2020

# 8th Floor Office



Dept of Public Works Admin

Finance Assesment Data Management

Planning & Development

802

804

806

808

802 A

AHU 5

8 9 10 11

AHU 7

Break Area

AHU 6-8

15 14 13 12

C

Women's

Men's

D

E

16

Personal Property, Industrial Central Bus. District, Comm & Residential Financial Assessment Div

828

824

820

810 Risk Management

**9th Floor Office**



# 10th Floor Office



## 11th Floor Office



## 12th Floor  Office



## 13th Floor Office



**14th Floor Office**



# Rooftop Penthouses



Court Trower Roof

Window Access
1307 Stairwell F

Ladde

Office Tower Roof

A

F

Link Roof

D

E

N
W — E
S

# 1st Floor Court Tower



Department of
Administrative Hearings
103

Finance Department
Revenue Collections
105

**LARNED
EXIT**

**WOODWARD
EXIT**

**JEFFERSON
EXIT**

Area reviewed within the scope of this project

# 2nd Floor Court Tower

Wayne County Clerk

**203**

Vital Records

**207**

| 35 | 36 | 37 | 38 | 39 | 40 | 41 | 42 | 43 | 44 | 45 | 46 | 47 | 48 | 49 | 50 | 51 | 52 | 53 | 54 | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65 | 66 | 67 | 68 |

**201**

### A

1 2 3

### B

**201**

Men's

7 6 5 4

Women

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 |

**201**          **211**          **209**

Wayne County Clerk

# 3rd Floor Court Tower



City of Detroit
Communication Service and Engineering

303
333

301

A
B
1 2 3
6 5 4
7
Men's
Women
Computer Server
FILES

35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53 54 55 56 57 58 59 60 61 62 63 64 65 66 67 68

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34

301
Third Circuit Court Offices

313
Third Circuit Court Offices

Jury Services

# 4th Floor Court Tower



# 5th Floor Court Tower



Detroit Law

5001  5003  5005  5007  5009  5011  5013  5015  5017  5019  5021  5023  5025

Copy Center

5065

A  1  2  3  B

5067 Corridor

5027

Conference D

Men's  7  6  5  4  Women  5071

5063 Corridor

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34

5059  5057  5055  5053  5051  5049  5047  5045  5043  5041  5039  5037  5035  5033  5031  5029

Detroit Offices

Detroit Law

# 6th Floor Court  Tower



City Engineering Department

# 7th Floor Court Tower



**Office of the Chief Judge**
**Robert J. Colombo Jr.**

**Third Circuit Court**

**Third Circuit Court Offices**
**Budget & Finance**

**701**      **707**

**Third Circuit Court**
**Conference Rooms**

B   **700**   C

A    1   2   3    B

Men's   7   6   5   4    Women   Break Room

**711**      **700 A**

**Office of the Chief Judge**
**Robert J. Colombo Jr.**

**Third Circuit Court Offices**
**Court Administrator**

**Third Circuit Court**
**Conference Rooms**

**Third Circuit Court**

# 8th Floor Court Tower



# 9th Floor Court Tower



**Third Circuit Court**

Judge Leslie Kim Smith
**901**

Judge David J. Allen
**907**

Friend of the Court
Scheduling Office
**900**

Judge John A. Murphy
**921**

**915**   **913**   **911**

Judge Lita Masini Popke

**900**

Friend of the Court
Scheduling Office

**Third Circuit Court**

# 10th Floor Court Tower



**Third Circuit Court**

Judge Eric W. Cholack          Judge Lynne A. Pierce

1001          1007

| 35 | 36 | 37 | 38 | 39 | 40 | 41 | 42 | 43 | 44 | 45 | 46 | 47 | 48 | 49 | 50 | 51 | 52 | 53 | 54 | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65 | 66 | 67 | 68 |

Jury Room

A    1  2  3    B

Detroit
Department of
Administrative Hearings
1004

Court
1021
Reporter

7    6  5  4

Women's

Offices

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 |

1019          1011          1041      1030    1028

Judge Connie Marie Kelley          Judge Edward Ewell Jr.    Offices    Budget
Detroit

**Third Circuit Court**

# 11th Floor Court Tower



Third Circuit

Presiding Civil Division

Judge Brian R. Sullivan

Judge Maria Lusia Oxholm

1101

1107

Judge Brian R. Sullivan

1101

1111

Judge John H. Gillis Jr.

Third Circuit Court

# 12th Floor Court Tower



**Probate Court**
**Judge Terrance A. Keith**
**1201**

**Detroit Legal News**

Probate Court Mail

**Wayne County Sheriffs**

**Detroit Metropolitan Bar Association**
**1207**

**1340**
**Detroit**
**Committee of the Whole**

A

1 2 3

B

N14

1213

Women's

7 6 5 4

**1221**
**Cheif Judge Milton L. Mack Jr.**

**1285**

**1281**
**WC Probate**
**Jeanne S. Takenaga**
**Conference Room**
**Probate Court**

**1211**
**Chief Judge Pro Tempore**
**Freddie G. Burton Jr.**

**Detroit**

# 13th Floor Court Tower



**Probate Court**

**Probate Register**

Judge David Braxton

A    B   C   D   E    F    G

1301      1305

Conference Room

Carpet

A    1   2   3    B

**Probate Court**

1307

ELV

Men's    7   6   5   4   X K

Computer Server

1319      1391      1309

Judge June E. Blackwell - Hatcher

Judge Judy A. Hartsfield

**Probate Court**

**Probate Court**

# 14th Floor Court Tower



**Third Circuit Court**

Judge Muriel D. Hughes

1401

**Probate Court**

1405          1407

A     B     C

Jury Room

A          B
1   2   3

1423

Women's     7     6   5   4

1421

Judge Kathleen MacDonald

1411

Judge Daphne Means Curtis

**Third Circuit Court**

# 15th Floor Court Tower

## Third Circuit Court



**Friend of the Court Parent Time - SC / BW**

Judge Lisa M. Neilson — 1501

Judge Susan L. Hubbard — 1507

1521 — 1509

1519 — Vacant Courtroom

1511 — Judge Richard Halloran Jr.

## Third Circuit Court

# 16th Floor Court Tower



Third Circuit Court

Vacant Courtroom

1601

Judge Daniel P. Ryan

1607

A

B

1

2

3

1621

1609

7

6

5

4

Women's

1619

Judge Kevin J. Cox

1611

Judge Daniel A. Hathaway

Third Circuit Court

# 17th Floor Court Tower

## Third Circuit Court



Judge Charlene M. Elder

1701

Judge Patricia Perez Fresard

1707

1721

A

1

2

3

B

Men's

7

6

5

4

Vault

Holding

Cell

1719

Judge Sheila Ann Gibson

1711

Wayne County Sherriff

Court Division

Judge
Fresard

## Third Circuit Court

# 18th Floor Court Tower

## Third Circuit Court



Domestic Violence Prevention Courtroom

Solution Oriented, Domestic Violence

PPO

1801

Judge Annette J. Berry

1807

| 35 | 36 | 37 | 38 | 39 | 40 | 41 | 42 | 43 | 44 | 45 | 46 | 47 | 48 | 49 | 50 | 51 | 52 | 53 | 54 | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65 | 66 | 67 | 68 |

Jury Room

A      1   2   3      B      N11

1823

1809

Women's      7   6   5   4

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 |

1821

1813

1811

Judge Martha M. Snow

Presiding Family Division

Judge Kathleen M. McCarthy

## Third Circuit Court

# 19th Floor Court Tower



Third Circuit Court

PPO Advocates - County Clerk

Vacant Court Room

Friend of the Court Contempt / SC/ BW

1901     1907

Jury Room

**A** **B**

1 2 3

1923     1909

Men's    7    6 5 4

1921     1913

**Judge Charles S. Hegarty**     **Friend of the Court Referee**

Third Circuit Court

# 20th Floor Court Tower



# Roof Court  Tower



# EXHIBIT 2

**Longworth, Gregory N.**

| | |
|---|---|
| **From:** | Jill Babcock |
| **Sent:** | Monday, February 19, 2018 12:02 PM |
| **To:** | FREEMANM |
| **Subject:** | Re: Front Door |

You are too nice!


Jill J Babcock, Esq., LL.M.

CDBG Director, City of Detroit

2 Woodward Ave, 908 CAYMC

Detroit, Michigan 48226

313.224.2857

babcockj@detroitmi.gov


>>> Michael Freeman 2/19/2018 11:17 AM >>>
Hey Jill,

I want to make sure you know that if you feel that your hand requires medical assistance, you can take any time you need to visit a physician.  If there are any medical costs incurred, please let me know and we will make sure you are compensated.

As well, I have notified the front desk that the doors should remain open at all times so there are no barriers for entrance.  Please report it to me immediately if you should find the doors closed.

I am contacting the Building Authority today to get quotes and a work order arranged to make the office barrier free and compliant with the current ADA requirements.  I hope to have this resolved ASAP.


Michael A. Freeman

Chief Operating Officer

Housing and Revitalization Department

City of Detroit

Two Woodward Ave., Suite 908

Detroit, MI 48226

Phone: 313-224-9174

Email: freemanm@detroitmi.gov

Mike Duggan, Mayor

## Detroit Free Press

COMMENTARY | Opinion  *This piece expresses the views of its author(s), separate from those of this publication.*

# As society reopens, the fight for disability rights continues | Opinion

**Jill Babcock**
Published 8:00 a.m. ET July 7, 2021 | Updated 8:14 a.m. ET July 7, 2021

I am tired. I don't mean my arms are exhausted from rolling my wheelchair, or I am tired because I stayed up too late last night. No, I'm talking about the bone-tired fatigue that only marginalized groups know, the result from that sinking feeling in your stomach whenever you have to let some act of discrimination roll off your back. Or, in my case, explain for the umpteenth time, what Ableism is and why the person leading me to a stairwell is committing it.

For the last year and a half I have stayed in my house like so many of us. I rarely ventured out, only for doctor appointments and to visit my mom. During that time I forgot how difficult it is to let things roll off my back, to ignore the person who responds to my question by directing their answer to my able-bodied companion, or to realize people expect twice as much from me if I want to be treated like everyone else. But I'm not the only one who forgot.

Now that everything is re-opening and we can safely leave our houses and socialize, I notice that Ableism is back and worse than ever. Maybe I naively thought the "new" normal wouldn't be so bad; boy, am I getting a rude awakening.

For instance, I recently attended a virtual meeting held by my bosses describing our "back to office" procedure; because of many issues, we will be moving back to a new floor of my office building. The building was constructed in the 1950s pre-dating any disability rights laws; though far from being exempt from those laws, tenants and owners have never made the building fully accessible. The building has approximately 34 floors, but only three of those floors have handicapped bathrooms. The floor I initially worked on has such a bathroom, I spent two and a half years full of sweat and tears lobbying for the handicapped bathroom on my floor. Now, moving to another floor would require me to use the elevator every time I had to use the restroom or start the fight all over.

**More:** Employers squandering chance for smarter post-COVID pandemic workplaces | Opinion

**More:** Michigan workers asked to return to old jobs or offices say — not so fast

I live in Detroit; a city incorporated 316 years ago. We have had our share of triumphs, and probably more than our share of woes. Our infrastructure is archaic but we're here, struggling to keep moving forward. For the past couple of years I have volunteered with a group of community disability rights activists and advocates to bring attention to the inequities faced by individuals with disabilities. We were influential in creating an Office of Disability Affairs in the city government. It is a stripped down version of the fully-budgeted and staffed department we envisioned, which is needed. But, at least it's a start. Some of the stories I have heard have made the hair on the back of my neck stand up. And for every one of their stories, I have my own.

I also volunteer with some dedicated lawyers through a disability rights section of the State Bar. We know the laws, we know our rights. We also know how to co-exist; something that a lot of people seem to have forgotten in our rush to re-acclimate.

Before the pandemic started affecting Michigan, we sent a letter to the owners and major tenants of my office building, which happens to be the Coleman A. Young Municipal Building, regarding the lack of compliance with the American with Disabilities Act, especially regarding the bathrooms. The letter was mostly ignored and nothing, to my knowledge,

has been done to address the noncompliance issue. So I, and every individual with a disability having business with the City of Detroit or the 3rd Circuit Court, are back where we started years ago.

Something has to change. It is the year 2021, for heaven's sake. I am glad we are re-opening and that we are close to controlling this atrocity called COVID; but in seeing and interacting with each other again, wouldn't a little empathy go a lot further than what we have now?

*Jill Babcock is an attorney who lives and works in Detroit. She is a disability rights advocate and activist.*

**Longworth, Gregory N.**

| | |
|---|---|
| **From:** | Jill Babcock |
| **Sent:** | Friday, July 2, 2021 10:44 AM |
| **To:** | michaaelbartnik@protonmail.com |
| **Subject:** | FW: [EXTERNAL]RE: [EXTERNAL]RE: Security Turnstiles at Employee Entrance |

Look at the message I just received from gregg mcduffee, the guy in charge of caymc, hahaha!

**From:** McDuffee, Gregory [mailto:gregory_mcduffee@dwjba.com]
**Sent:** Thursday, July 1, 2021 8:15 PM
**To:** Jill Babcock <babcockj@detroitmi.gov>; Mike Duggan <dugganm@detroitmi.gov>; Kennedy, Mike <Mike.Kennedy@hines.com>; Jim Harris Securitas <James.harris@securitasinc.com>
**Cc:** Bruce Simpson <bsimpson@detroitmi.gov>
**Subject:** [EXTERNAL]RE: [EXTERNAL]RE: Security Turnstiles at Employee Entrance

Jill, When you don't believe we are getting it right please continue pointing out how we can be more accommodating to all employees and visitors. Your feedback is welcome and appreciated. Looking forward to seeing you on the 12th. Gregg

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: Jill Babcock <babcockj@detroitmi.gov>
Date: 7/1/21 4:12 PM (GMT-05:00)
To: "McDuffee, Gregory" <gregory_mcduffee@dwjba.com>, Mike Duggan <dugganm@detroitmi.gov>, "Kennedy, Mike" <Mike.Kennedy@hines.com>, Jim Harris Securitas <James.harris@securitasinc.com>
Cc: Bruce Simpson <bsimpson@detroitmi.gov>
Subject: RE: [EXTERNAL]RE: Security Turnstiles at Employee Entrance

[From an External Email System]

Mr. McDuffee:

Thank you, I just wish I could be treated like everyone else and not have to ask.

Activation of the left turnstile would make the most sense because it is in front of the handicapped door. Otherwise I would be crossing the path of able-bodied people as they enter the doors and move directly to the turnstiles. [This is the same problem with the new ramp on Larned.] Not a smooth transaction.

I anticipate being in the office July 12. Again, thank you.

Jill

1

**From:** McDuffee, Gregory [mailto:gregory_mcduffee@dwjba.com]
**Sent:** Thursday, July 1, 2021 3:23 PM
**To:** Jill Babcock <babcockj@detroitmi.gov>; Mike Duggan <dugganm@detroitmi.gov>; Kennedy, Mike <Mike.Kennedy@hines.com>; Jim Harris Securitas <James.harris@securitasinc.com>
**Cc:** Bruce Simpson <bsimpson@detroitmi.gov>
**Subject:** [EXTERNAL]RE: Security Turnstiles at Employee Entrance

Ms. Babcock, Please accept our apology for your inconvenience. The turnstile to your right as you enter is ADA accessible and your badge should activate that turnstile. Additionally we can program your badge to activate the gate to your left if you find that more convenient. We will also provide you with a Randolph vehicle gate activator that will provide vehicle access to accommodate dropoff and access directly through the Randolph door. I have copied Mike Kennedy our Property Manager and Jim Harris our Director of Security. Mike and Jim will coordinate both issues. Please let them know with an email when you will be at the CAYMC and they can meet you and finalize these details. Please let us know if you have additional questions or concerns. Sincerely. Gregg McDuffee.   Executive Director

Cellphone: 313-218-8670

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
**From:** Jill Babcock <babcockj@detroitmi.gov>
**Date:** 7/1/21 2:48 PM (GMT-05:00)
**To:** "McDuffee, Gregory" <gregory_mcduffee@dwjba.com>, Mike Duggan <dugganm@detroitmi.gov>
**Cc:** Bruce Simpson <bsimpson@detroitmi.gov>
**Subject:** Security Turnstiles at Employee Entrance

[From an External Email System]

Hi Mr. McDuffee and Greetings Mr. Mayor:

I hope this email finds you both well, healthy, and safe. I have a question/request.

I came into the CAYMC yesterday to pre-clean my work area prior to the deep clean and tried to enter the turnstile for wheelchairs at the far left of the group; however, my badge could not open it. A nice security guard (new?) opened the door then tested my badge on the other turnstiles and it worked fine. He told me I need "special" clearance to use the wheelchair access and that "special" clearance was for Security Guards and cleaning staff, non-wheelchair users from what I've seen.

Frankly, I am tired of having to  continuously have this conversation; it is clear to me that both the City of Detroit and the CAYMC do not welcome employees with physical disabilities (there isn't even a drop-off area for wheelchairs near the employee entrance, a security guard directed my sister to drop me off at the Woodward end of the building). First I fought 2.5 years for an accessible bathroom (thank you for the accessible bathroom  on 9-it is gorgeous. But as you know, the ADAAG requires one for each floor) and now I have to start the fight again just to enter the building. It is hard to concentrate on my job while I have to make sure I can do my job!

So, in short, how can I get access to the wheelchair turnstile and where should I get dropped off at the employee  entrance?

2

Jill J. Babcock, Esq., LL.M.
Special Projects, Community Development
Housing & Revitalization Department
City of Detroit
2 Woodward Ave, Room 908
Detroit, Michigan 48226
(313) 224-2857
babcockj@detroitmi.gov

***I am currently working remotely, please contact me by email. I cannot guarantee phone messages will be returned within 48 hours.***

This email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the addressee or an intended recipient or have not agreed with us the terms on which you are receiving this email, any processing or disclosure with respect to its content or its attachments is strictly prohibited. In case this email was mistakenly sent to you, please reply to the sender and delete it along with any attachments.

This email has been scanned based on our security standards; however, the ultimate responsibility for virus checking lies with the recipient. Please be aware that messages sent to you from any Hines entity or affiliate may be monitored and archived for security reasons, to protect our business, and to ensure compliance with legal and regulatory obligations and our internal policies.

ATTENTION: This email was sent from an external source. Please be extra cautious when opening attachments or clicking links.

This email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the addressee or an intended recipient or have not agreed with us the terms on which you are receiving this email, any processing or disclosure with respect to its content or its attachments is strictly prohibited. In case this email was mistakenly sent to you, please reply to the sender and delete it along with any attachments.

This email has been scanned based on our security standards; however, the ultimate responsibility for virus checking lies with the recipient. Please be aware that messages sent to you from any Hines entity or affiliate may be monitored and archived for security reasons, to protect our business, and to ensure compliance with legal and regulatory obligations and our internal policies.

ATTENTION: This email was sent from an external source. Please be extra cautious when opening attachments or clicking links.

**Longworth, Gregory N.**

| | |
|---|---|
| **From:** | McDuffee, Gregory <gregory_mcduffee@dwjba.com> |
| **Sent:** | Thursday, July 1, 2021 8:15 PM |
| **To:** | Jill Babcock;Mike Duggan;Kennedy, Mike;Jim Harris Securitas |
| **Cc:** | Bruce Simpson |
| **Subject:** | [EXTERNAL]RE: [EXTERNAL]RE: Security Turnstiles at Employee Entrance |

Jill, When you don't believe we are getting it right please continue pointing out how we can be more accommodating to all employees and visitors. Your feedback is welcome and appreciated. Looking forward to seeing you on the 12th. Gregg

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: Jill Babcock <babcockj@detroitmi.gov>
Date: 7/1/21 4:12 PM (GMT-05:00)
To: "McDuffee, Gregory" <gregory_mcduffee@dwjba.com>, Mike Duggan <dugganm@detroitmi.gov>, "Kennedy, Mike" <Mike.Kennedy@hines.com>, Jim Harris Securitas <James.harris@securitasinc.com>
Cc: Bruce Simpson <bsimpson@detroitmi.gov>
Subject: RE: [EXTERNAL]RE: Security Turnstiles at Employee Entrance

[From an External Email System]

Mr. McDuffee:

Thank you, I just wish I could be treated like everyone else and not have to ask.

Activation of the left turnstile would make the most sense because it is in front of the handicapped door. Otherwise I would be crossing the path of able-bodied people as they enter the doors and move directly to the turnstiles. [This is the same problem with the new ramp on Larned.] Not a smooth transaction.

I anticipate being in the  office July 12. Again, thank you.

Jill

**From:** McDuffee, Gregory [mailto:gregory_mcduffee@dwjba.com]
**Sent:** Thursday, July 1, 2021 3:23 PM
**To:** Jill Babcock <babcockj@detroitmi.gov>; Mike Duggan <dugganm@detroitmi.gov>; Kennedy, Mike <Mike.Kennedy@hines.com>; Jim Harris Securitas <James.harris@securitasinc.com>
**Cc:** Bruce Simpson <bsimpson@detroitmi.gov>
**Subject:** [EXTERNAL]RE: Security Turnstiles at Employee Entrance

Ms. Babcock, Please accept our apology for your inconvenience. The turnstile to your right as you enter is ADA accessible and your badge should activate that turnstile. Additionally we can program your badge to activate the gate to your left if you find that more convenient. We will also provide you with a Randolph vehicle gate activator that will provide vehicle access to acommodate dropoff and access directly through the Randolph

1

door. I have copied Mike Kennedy our Property Manager and Jim Harris our Director of Security. Mike and Jim will coordinate both issues. Please let them know with an email when you will be at the CAYMC and they can meet you and finalize these details. Please let us know if you have additional questions or concerns. Sincerely. Gregg McDuffee.   Executive Director

Cellphone: 313-218-8670

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: Jill Babcock <babcockj@detroitmi.gov>
Date: 7/1/21 2:48 PM (GMT-05:00)
To: "McDuffee, Gregory" <gregory_mcduffee@dwjba.com>, Mike Duggan <dugganm@detroitmi.gov>
Cc: Bruce Simpson <bsimpson@detroitmi.gov>
Subject: Security Turnstiles at Employee Entrance

[From an External Email System]

Hi Mr. McDuffee and Greetings Mr. Mayor:

I hope this email finds you both well, healthy, and safe. I have a question/request.

I came into the CAYMC yesterday to pre-clean my work area prior to the deep clean and tried to enter the turnstile for wheelchairs at the far left of the group; however, my badge could not open it. A nice security guard (new?) opened the door then tested my badge on the other turnstiles and it worked fine. He told me I need "special" clearance to use the wheelchair access and that "special" clearance was for Security Guards and cleaning staff, non-wheelchair users from what I've seen.

Frankly, I am tired of having to  continuously have this conversation; it is clear to me that both the City of Detroit and the CAYMC do not welcome employees with physical disabilities (there isn't even a drop-off area for wheelchairs near the employee entrance, a security guard directed my sister to drop me off at the Woodward end of the building). First I fought 2.5 years for an accessible bathroom (thank you for the accessible bathroom  on 9-it is gorgeous. But as you know, the ADAAG requires one for each floor) and now I have to start the fight again just to enter the building. It is hard to concentrate on my job while I have to make sure I can do my job!

So, in short, how can I get access to the wheelchair turnstile and where should I get dropped off at the employee  entrance?

Jill J. Babcock, Esq., LL.M.
Special Projects, Community Development
Housing & Revitalization Department
City of Detroit
2 Woodward Ave, Room 908
Detroit, Michigan 48226
(313) 224-2857
babcockj@detroitmi.gov

*I am currently working remotely, please contact me by email. I cannot guarantee phone messages will be returned within 48 hours.*

This email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the addressee or an intended recipient or have not agreed with us the terms on which you are receiving this email, any processing or disclosure with respect to its content or its attachments is strictly prohibited. In case this email was mistakenly sent to you, please reply to the sender and delete it along with any attachments.

This email has been scanned based on our security standards; however, the ultimate responsibility for virus checking lies with the recipient. Please be aware that messages sent to you from any Hines entity or affiliate may be monitored and archived for security reasons, to protect our business, and to ensure compliance with legal and regulatory obligations and our internal policies.

ATTENTION: This email was sent from an external source. Please be extra cautious when opening attachments or clicking links.

This email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the addressee or an intended recipient or have not agreed with us the terms on which you are receiving this email, any processing or disclosure with respect to its content or its attachments is strictly prohibited. In case this email was mistakenly sent to you, please reply to the sender and delete it along with any attachments.

This email has been scanned based on our security standards; however, the ultimate responsibility for virus checking lies with the recipient. Please be aware that messages sent to you from any Hines entity or affiliate may be monitored and archived for security reasons, to protect our business, and to ensure compliance with legal and regulatory obligations and our internal policies.

ATTENTION: This email was sent from an external source. Please be extra cautious when opening attachments or clicking links.

**Longworth, Gregory N.**

| | |
|---|---|
| **From:** | Tara Brin |
| **Sent:** | Wednesday, February 5, 2020 2:04 PM |
| **To:** | Jill Babcock |
| **Subject:** | RE: New Bathrooms on the 5th Floor and 9th Floor |

No worries, but you aren't wrong ☺

Thank you again. I will be in touch.

~Tara

**From:** Jill Babcock
**Sent:** Wednesday, February 5, 2020 2:01 PM
**To:** Tara Brin
**Subject:** RE: New Bathrooms on the 5th Floor and 9th Floor

Tara:

I was ½ teasing, I don't expect miracles and I don't want to overwhelm you. I would love to talk though.

Correction: I just went into the restroom and saw there is a grab bar behind the toilet.

**From:** Tara Brin
**Sent:** Wednesday, February 5, 2020 1:55 PM
**To:** Jill Babcock
**Subject:** RE: New Bathrooms on the 5th Floor and 9th Floor

Thank you so much for your response, Ms. Babcock.

I would love to talk more about issues in the building. I am first tackling the two new bathrooms in the next few days.

I am focusing on more accessibility throughout the City, including this building, which is new for me. So any thoughts or knowledge you are willing to share, please do.

Thank you again.

~Tara

**From:** Jill Babcock
**Sent:** Wednesday, February 5, 2020 12:37 PM
**To:** Tara Brin
**Subject:** RE: New Bathrooms on the 5th Floor and 9th Floor

Tara: It's so great that you and Charity are following-up.

The biggest problem is the weight of the door, if it's handicap accessible, shouldn't it be push button???

1

The seat protectors should be lower, not on top of the towel dispenser. If you are going to install a case for them, it should be next to the soap dispenser. Most accessible bathrooms have a grab bar, horizontal, behind the toilet (I think this is for men but women's bathrooms have them too). There should be a sign that says "employees only". It is very awkward when I come out and someone is waiting to get in and I have to tell them where the public restrooms are... And, most accessible bathrooms, all in the EU, have some sort of an emergency pull string to notify people on the outside if the handicapped person falls.

Overall, the bathroom is great! I especially like the vertical grab bar above the horizontal one by the toilet; it is perfect for me!

Now let's talk about these security turnstiles at the Employee-only entrances; how do I take a big, metal chair through them without breaking. Assuming my chair fits. Or about the new ramp on the Larned entrance; building code requires handrails be 3' apart, not the 8' or so on either side of the ramp. These people (the Building Authority) are really keeping you busy! It would be nice to see all these decision-makers in wheelchairs for a day too see how they get along...

I appreciate your reaching out.

Jill

---

**From:** Tara Brin
**Sent:** Wednesday, February 5, 2020 11:19 AM
**To:** Jill Babcock
**Subject:** New Bathrooms on the 5th Floor and 9th Floor

Good Morning Ms. Babcock,

Charity gave me your name as a contact to reach out regarding suggestions you have for the updated single stall bathrooms on the 5th floor and 9th floor. I would love to hear your thoughts as I am working to make them more accessible.

If it is easier to show me, talk on the phone, respond to this email, whatever works for you – please let me know. My schedule is pretty flexible, just not tomorrow.

Thank you.

~Tara

**Tara Brin**
Civil Rights Investigator
Civil Rights, Inclusion & Opportunity
City of Detroit
Coleman A. Young Municipal Center
2 Woodward Avenue - Suite 1240
Detroit, MI 48226
brint@detroitmi.gov
(o): 313/224 - 3629
https://www.facebook.com/criodepartment/

Michael E. Duggan, Mayor

The information contained in this electronic message is privileged and/or confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of the communication is neither allowed nor intended. If you have received this communication in error, please immediately notify us by reply email or telephone at the above number and return the original message to the sender. Thank you.

**Longworth, Gregory N.**

| | |
|---|---|
| **From:** | Jill Babcock |
| **Sent:** | Wednesday, February 5, 2020 12:37 PM |
| **To:** | Tara Brin |
| **Subject:** | RE: New Bathrooms on the 5th Floor and 9th Floor |

Tara: It's so great that you and Charity are following-up.

The biggest problem is the weight of the door, if it's handicap accessible, shouldn't it be push button???

The seat protectors should be lower, not on top of the towel dispenser. If you are going to install a case for them, it should be next to the soap dispenser. Most accessible bathrooms have a grab bar, horizontal, behind the toilet (I think this is for men but women's bathrooms have them too). There should be a sign that says "employees only". It is very awkward when I come out and someone is waiting to get in and I have to tell them where the public restrooms are... And, most accessible bathrooms, all in the EU, have some sort of an emergency pull string to notify people on the outside if the handicapped person falls.

Overall, the bathroom is great! I especially like the vertical grab bar above the horizontal one by the toilet; it is perfect for me!

Now let's talk about these security turnstiles at the Employee-only entrances; how do I take a big, metal chair through them without breaking. Assuming my chair fits. Or about the new ramp on the Larned entrance; building code requires handrails be 3' apart, not the 8' or so on either side of the ramp. These people (the Building Authority) are really keeping you busy! It would be nice to see all these decision-makers in wheelchairs for a day too see how they get along...

I appreciate your reaching out.

Jill

**From:** Tara Brin
**Sent:** Wednesday, February 5, 2020 11:19 AM
**To:** Jill Babcock
**Subject:** New Bathrooms on the 5th Floor and 9th Floor

Good Morning Ms. Babcock,

Charity gave me your name as a contact to reach out regarding suggestions you have for the updated single stall bathrooms on the 5th floor and 9th floor. I would love to hear your thoughts as I am working to make them more accessible.

If it is easier to show me, talk on the phone, respond to this email, whatever works for you – please let me know. My schedule is pretty flexible, just not tomorrow.

Thank you.

~Tara

**Tara Brin**
Civil Rights Investigator

1

Civil Rights, Inclusion & Opportunity
City of Detroit
Coleman A. Young Municipal Center
2 Woodward Avenue - Suite 1240
Detroit, MI 48226
brint@detroitmi.gov
(o): 313/224 - 3629
https://www.facebook.com/criodepartment/

Michael E. Duggan, Mayor

The information contained in this electronic message is privileged and/or confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of the communication is neither allowed nor intended. If you have received this communication in error, please immediately notify us by reply email or telephone at the above number and return the original message to the sender. Thank you.

**Longworth, Gregory N.**

| | |
|---|---|
| **From:** | Jill Babcock |
| **Sent:** | Monday, January 6, 2020 1:39 PM |
| **To:** | Nicole Rodden-Bowen (roddenbowenn@detroitmi.gov) |
| **Subject:** | A.D.A. Bathroom |

It is gorgeous and everything I at the right height. The problem is that the door is to heavy, I couldn't get it open. Luckily, Ranna and Ashley were there to help. Also, shouldn't there be an emergency pull string?

Jill Babcock, Esq., LL.M.
City of Detroit, Housing & Revitalization
2 Woodward Avenue, 908
Detroit, MI 48226
Phone: 313. 224.2857
Fax: 313.224.1629

**Longworth, Gregory N.**

| | |
|---|---|
| **From:** | Bruce Simpson |
| **Sent:** | Friday, November 1, 2019 4:44 PM |
| **To:** | Jill Babcock |
| **Subject:** | Re: Thank you thank you thank you |

Ms. Babcock just know that your Ombudsman will always be here for you!   Glad everything worked out.Have a great weekend:)

Get Outlook for Android

**From:** Jill Babcock <babcockj@detroitmi.gov>
**Sent:** Friday, November 1, 2019 4:40:31 PM
**To:** Bruce Simpson <bsimpson@detroitmi.gov>; Destini Williams <williamsdesti@detroitmi.gov>
**Subject:** Thank you thank you thank you

Director Rencher approved my work from home accommodation pending completion of the  ADA compatible bathrooms! I was even loaned a laptop so I'd have VPN access. Thank you all!

Jill Babcock, Esq., LL.M.
City of Detroit, Housing & Revitalization
2 Woodward Avenue, 908
Detroit, MI 48226
Phone: 313. 224.2857
Fax: 313.224.1629

**Longworth, Gregory N.**

| | |
|---|---|
| **From:** | XUP05614@detroitmi.gov |
| **Sent:** | Friday, October 25, 2019 11:01 AM |
| **To:** | Jill Babcock |
| **Subject:** | ADA Charge |
| **Attachments:** | 3286_001.pdf |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 471-2019-04792 |

| Michigan Department Of Civil Rights | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Ms. Jill J. Babcock** | **(313) 204-2354** | |

| Street Address | City, State and ZIP Code |
|---|---|
| **1046 Trevor Pl, Detroit, MI 48207** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **CITY OF DETROIT** | **15 - 100** | **(313) 224-6380** |

| Street Address | City, State and ZIP Code |
|---|---|
| **2 Woodward Ave, Room 908, Detroit, MI 48226** | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☐ RETALIATION   ☐ AGE   ☒ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **01-01-2019**   Latest **09-25-2019**

☒ CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

I am employed by the above-named employer. My current title is Community Development Specialist IV. I am a person with a disability.

I have notified my employer of my disability and need for accommodation. Initially, I requested in 2017 the need for a restroom to accommodate my wheelchair. Within the building, there is one restroom that accommodates my needs and it is in the basement. This restroom is open to the public and subjected to periodic closures for repairs, etc. Most recently, on October 8, 2019, I attempted to use the restroom in the basement, without success. The restroom was occupied by a member of the public. I complained internally and was informed my employer is in the process of building a new compliant restroom, however this process could take a while. There are staff-only restrooms on every floor, but those are not wheelchair accessible. My office is on the 9th floor.

I believe that I have and continue to be denied a reasonable accommodation based on my disability, in violation of the American with Disabilities Act of 1990, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | x<br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| *Date*   *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

**Longworth, Gregory N.**

| | |
|---|---|
| **From:** | Bruce Simpson |
| **Sent:** | Friday, October 18, 2019 11:40 AM |
| **To:** | Jill Babcock |
| **Subject:** | Re: Status Update |

We have no problem advocating on your behalf

Get Outlook for Android

---

**From:** Jill Babcock <babcockj@detroitmi.gov>
**Sent:** Friday, October 18, 2019 11:32:30 AM
**To:** Bruce Simpson <bsimpson@detroitmi.gov>
**Subject:** RE: Status Update

Thank you for doing this.

During this ridiculous situation, ridiculous and unnecessary on the part of the administration, I have found that nearly every other major city if this country has a disability affairs office to deal with such issues. Yet the City of Detroit doesn't...

Jill

**From:** Bruce Simpson
**Sent:** Friday, October 18, 2019 10:22 AM
**To:** Jill Babcock
**Subject:** Re: Status Update

Ms. Babcock. I am sorry that you still have to deal with this issue. On Wednesday, I personally spoke with Mr. Rencher regarding your ability to work from home. I at that time expressed my concern with your current work environment, considering the lack of ADA compliance in CAYMC. Yesterday, I sent a formal recommendation stating that we believe you should have an opportunity to work from home.

Please see the attached.

---

**From:** Jill Babcock <babcockj@detroitmi.gov>
**Sent:** Thursday, October 17, 2019 11:04 AM
**To:** Destini Williams <williamsdesti@detroitmi.gov>; Bruce Simpson <bsimpson@detroitmi.gov>
**Subject:** Status Update

Hello/Good Morning.

I was curious if you had a status update for me. Last week I was denied a bathroom. This is no longer just an unreasonable inconvenience, but is now a violation of my human rights and frankly illegal. I need to know what progress has been made.

1

Jill Babcock, Esq., LL.M.
City of Detroit, Housing & Revitalization
2 Woodward Avenue, 908
Detroit, MI 48226
Phone: 313. 224.2857
Fax: 313.224.1629

**Longworth, Gregory N.**

**From:** Jill Babcock
**Sent:** Thursday, October 17, 2019 11:04 AM
**To:** Destini Williams;Bruce Simpson
**Subject:** Status Update

Hello/Good Morning.

I was curious if you had a status update for me. Last week I was denied a bathroom. This is no longer just an unreasonable inconvenience, but is now a violation of my human rights and frankly illegal. I need to know what progress has been made.

Jill Babcock, Esq., LL.M.
City of Detroit, Housing & Revitalization
2 Woodward Avenue, 908
Detroit, MI 48226
Phone: 313. 224.2857
Fax: 313.224.1629

**Longworth, Gregory N.**

**From:** Jill Babcock
**Sent:** Monday, October 14, 2019 1:40 PM
**To:** Destini Williams
**Subject:** Status

Hi Destini:

I thought I'd reach out to get a status update. Last week, I sent you an email, I was actually denied access to the bathroom. The fact that it was occupied, and for unfortunate reasons (and for an indefinite period of time) is one thing. But the fact that Rhonda X, a higher-up at the building authority, instructed me not to go into the bathroom but offered no other solutions, is a complete denial of a bathroom to me. We have crossed the line from inconvenience to downright illegal activity.

I have tried to get everyone's attention through common decency, empathy, reasoning, and diplomacy. I have played by the rules by my numerous conversations with my director Donald Rencher, CRIO director, Charity Dean, council members, the ADA Coordinator Lesa Kent, the building authority,  HR, and now your own organization the Ombudsman. I have to date not gotten any relief, but just the opposite, am being asked/required to work in a totally illegal environment. My patience is waning and I hope there is a resolution forthcoming, immediately.

Jill Babcock, Esq., LL.M.
City of Detroit, Housing & Revitalization
2 Woodward Avenue, 908
Detroit, MI 48226
Phone: 313. 224.2857
Fax: 313.224.1629

**Longworth, Gregory N.**

| | |
|---|---|
| **From:** | Jill Babcock |
| **Sent:** | Tuesday, October 1, 2019 8:44 PM |
| **To:** | Hakim Berry |
| **Subject:** | Re: Disability Rights Department |

Thank you for your quick response. I just hope you keep me in mind if such a position ever becomes available.

Get Outlook for Android

---

**From:** Hakim Berry <berryh@detroitmi.gov>
**Sent:** Tuesday, October 1, 2019 5:30:39 PM
**To:** Jill Babcock <babcockj@detroitmi.gov>
**Subject:** RE: Disability Rights Department

Good evening Jill,

Yes at the charter meeting there was an advocate for understanding ADA requirements and accessibility in the building.  We currently cover these issues as most public and private employers with Human Resources in addition to the Civil Rights and Inclusion Office.  This department covers Title VII issues for city employees.  In addition Human Resources is well versed in ADA request and can steer most work related request.

**From:** Jill Babcock
**Sent:** Tuesday, October 1, 2019 3:00 PM
**To:** Hakim Berry <berryh@detroitmi.gov>
**Subject:** Disability Rights Department

Mr. Berry:

Thank you for your continued work on and for the ADA compliant bathroom. I understand it is coming, certainly not fast enough, which is a huge success for the disabled community.

I was told that in an open/public meeting of the building authority last week a few members of the disabled community came out to voice concerns about the accessibility of the building. Though I am not complicit in this, I am grateful other share the same concerns (if the ADA Coordinator would have acted on my words two years, it might have saved the City from a hefty lawsuit. Now, all bets are off).  I have been told there was  an investigative assessment for ADA compliance of CAYMC in 2008 or 2012 but I can't find any record. [I would be interested in seeing the report; in the past I have worked with ADAAG experts (engineers) from the US Access Board, and from what they taught me CAYMC falls very short of compliance.)  The CAYMC website is (oddly) silent to accessibility (https://www.caymc.com ).

The City published a guide in 2002 (https://detroitmi.gov/node/12326) that talks about accessibility requirements. But these are not followed. We are all aware of commercial establishments that receive Certificates of Occupancy from BSEED that are not ADA compatible (my favorite examples are the restaurant Savannah Blue; not only does the establishment  have its doors open,  it has a liquor license and just received a federal grant, Motor City Match, from the City. When  Batch Bar was opened in 2015 on Porter, the Planning Commission gave it a variance so it could n  open without handicap parking. The owner eventually restriped his lot with the right number of spaces/size. This is not even legal. Those are just two examples on the City of Detroit flagrantly disregarding the law.) Further, the City lacks handicap parking. (I believe there is one designated space in all of Greektown, I'm not aware of any on the streets of

Mexicantown, Corktown, or along Livernois. I know of three in the Cass Corridor; I have gotten numerous parking tickets so I can have access to shops/restaurants/ sporting events/etc.) It is hard to be an advocate for a City that shun you.

The current ADA Coordinator, Lesa Kent, housed in CRIO falls short of this demanding position and is certainly no advocate. My own personal experience with her has left a lot to  be desired; she never followed up with me after our initial meeting in June 2017 and she has not  responded to  numerous emails I have sent regarding the  bathroom situation this summer. Further, as I sat in the CRIIO lobby awaiting Ms. Dean last June, I overheard her yelling  at someone on the phone regarding  construction equipment placed in handicap spots downtown (near Washington or Griswold I believe). Even in my conversations with the EEOC I have been excused from talking with her because it  is viewed as fruitless. If people with disabilities can't seek help from the ADA Coordinator, they are left with no recourse but to file lawsuits (and there have been quite a few against the City).

According to what I heard regarding the  meeting, as well as this literature, found at http://www.wow4metrodetroit.org/ a call for an Office of Disability Affairs has been called for, I would like to  know if this administration is giving this serious thought. We could be the first mmajor city in the country topay attention to accessibility and it could tremendously benefit the  City's economic development  efforts. I spoke to Butch Hollowell years ago about a similar idea and he seemed amenable to the idea.  I would very much like to be an integral part of that department if it is a viable consideration

Please let me know your thoughts,

Jill Babcock, Esq., LL.M.
City of Detroit, Housing & Revitalization
2 Woodward Avenue, 908
Detroit, MI 48226
Phone: 313. 224.2857
Fax: 313.224.1629

## Longworth, Gregory N.

| | |
|---|---|
| **From:** | Jill Babcock |
| **Sent:** | Tuesday, September 24, 2019 10:04 AM |
| **To:** | Destini Williams |
| **Subject:** | RE: Bathroom |

I am so sorry that I forgot to call you; even though this is taking about 80% of my time, I am still expected to do my full time job...

I met with HR yesterday who gave me paperwork to request accommodations. They did not suggest any (I believe is their job) so I will request working from home. I have to go in to my neuro to have him sign the paperwork and I can't get in until Wednesday. This process is becoming costly: cab fare to and from my neuro-about $50, copay to see the specialist doctor-$50, I have to take ½ a day to see him, and I'll still have to work afterhours to meet deadlines.

Hakim Berry from the Mayot's office is coming to "speak" to me now.

**From:** Destini Williams
**Sent:** Thursday, September 19, 2019 11:34 AM
**To:** Jill Babcock
**Subject:** Bathroom

Good morning Jill,

If you could lease give me a call at your earliest convenience. Bruce wants a little more information so that I can have all details of people that were spoken to in the situation and neglected to make it a priority. I have Greg McDuffy but did you also speak to Lesa Kent from Human Rights? I would like to get the ball rolling.

Destini Williams
Assistant Ombudsman
City of Detroit
Office of the Ombudsman
Coleman A. Young Municipal Center
2 Woodward Avenue, Suite 114
Detroit, MI 48226-3413
Phone: 313-224-6000
Fax: 313-224-1911
Ombudsman@detroitmi.gov

**Longworth, Gregory N.**

| | |
|---|---|
| **From:** | Raquiba Dismuke |
| **Sent:** | Wednesday, September 18, 2019 4:21 PM |
| **To:** | Jill Babcock;Charity Dean;Lesa Kent;Donald Rencher |
| **Cc:** | Briget Slaughter |
| **Subject:** | Re: ADA Accommodations |

Jill

I understand your frustration and I am sorry for any inconvenience this may be causing you; Briget will reach out to you to schedule a meeting.

Raquiba Dismuke
Employee Services Manager I
City of Detroit - Human Resources Dept
Two Woodward - Suite #316 CAYMC
Detroit, MI  48226
OFFICE: 313-224-9338
FAX:  313-224-7325
Email: dismukr@detroitmi.gov
Mike Duggan, Mayor

**From:** Jill Babcock <babcockj@detroitmi.gov>
**Sent:** Wednesday, September 18, 2019 2:35 PM
**To:** Raquiba Dismuke <DISMUKR@detroitmi.gov>; Charity Dean <deanc@detroitmi.gov>; Lesa Kent <kentl@detroitmi.gov>; Donald Rencher <rencherd@detroitmi.gov>
**Cc:** Briget Slaughter <slaughterb@detroitmi.gov>
**Subject:** RE: ADA Accommodations

Yes, I didn't inform HR. Over two years ago I met with Lesa, the ADA Coordinator but nothing was done. Since May I have had a lot of communications with both Donald and Charity about this issue, but they have run into the apathetic response from the building authority. The only ADA compliant (you erroneously refer to as "large") stalls are in the basement; they are not staff, they are public. There is one ADA compliant stall for women, and  one for men. These are supposedly adequate for employees and the general public alike. On top of that, there is the only baby  changing table that I know of in the building in that stall.

Other than the toilet breaking, requiring me to track down maintenance, non-conscientious able-body people use the stall because it is "large". I realize that it is not a handicap only stall, but  if others are available you'd think people would use those and leave the stall free for those of us who have no other choice but to use the ADA compliant stall.

And yes, though the stall is large enough, there are clearly not enough. Here's a question: When was the last time you had to wait in line to use the bathroom at work? I, on average, wait three  times a week after getting in the elevator and traveling down ten floors to  the only  bathroom. Do you not see how inappropriate and disgusting that is?

**From:** Raquiba Dismuke
**Sent:** Wednesday, September 18, 2019 1:59 PM
**To:** Jill Babcock; Charity Dean; Lesa Kent; Donald Rencher

1

**Cc:** Briget Slaughter
**Subject:** Re: ADA Accommodations

Jill

I just want to confirm that this is the first that HR has heard of the issues you are having and the first request for an accommodation.

Just as an FYI - I have spoke with the Building Authority (owners of the building) in the past in regards to bathroom accommodations and the response has been that the stalls in the bathroom in the basement are large enough for wheel chair and/or mobile chairs.

Briget and I are on our way to a meeting this afternoon however Briget will reach out to you within 24 hours to schedule and ADA meeting with you.

Raquiba Dismuke
Employee Services Manager I
City of Detroit - Human Resources Dept
Two Woodward - Suite #316 CAYMC
Detroit, MI  48226
OFFICE: 313-224-9338
FAX:  313-224-7325
Email: dismukr@detroitmi.gov
Mike Duggan, Mayor

---

**From:** Jill Babcock <babcockj@detroitmi.gov>
**Sent:** Wednesday, September 18, 2019 1:51 PM
**To:** Raquiba Dismuke <DISMUKR@detroitmi.gov>; Charity Dean <deanc@detroitmi.gov>; Lesa Kent <kentl@detroitmi.gov>; Donald Rencher <rencherd@detroitmi.gov>
**Cc:** Briget Slaughter <slaughterb@detroitmi.gov>
**Subject:** RE: ADA Accommodations

Thanks for your quick reply Raquiba.I have called Ms. Slaughter and am waiting for a reply.

I cannot stress enough how time is of the essence, I have been dealing with the lack of accommodations for over two years and the nonchalance I have encountered is pure discrimination.

Jill

---

**From:** Raquiba Dismuke
**Sent:** Wednesday, September 18, 2019 1:26 PM
**To:** Jill Babcock; Charity Dean; Lesa Kent; Donald Rencher
**Cc:** Briget Slaughter
**Subject:** Re: ADA Accommodations

Jill

I believe the (per the Building Authority) the larger staff bathrooms are only located in the basement at this time.  You can set up a meeting with Briget Slaughter and we can go through the interactive process with you in regards to ADA.

Raquiba Dismuke
Employee Services Manager I
City of Detroit - Human Resources Dept
Two Woodward - Suite #316 CAYMC
Detroit, MI  48226
OFFICE: 313-224-9338
FAX:  313-224-7325
Email: dismukr@detroitmi.gov
Mike Duggan, Mayor

---

**From:** Jill Babcock <babcockj@detroitmi.gov>
**Sent:** Wednesday, September 18, 2019 1:11 PM
**To:** Charity Dean <deanc@detroitmi.gov>; Lesa Kent <kentl@detroitmi.gov>; Raquiba Dismuke <DISMUKR@detroitmi.gov>; Donald Rencher <rencherd@detroitmi.gov>
**Subject:** ADA Accommodations

Hello All.

The lack of ADA compatible bathrooms is ridiculous. And while everyone thinks it's okay because the building authority says some will be constructed by December, I need a bathroom immediately.

Where can I get a form to request accommodations?

Jill Babcock, Esq., LL.M.
City of Detroit, Housing & Revitalization
2 Woodward Avenue, 908
Detroit, MI 48226
Phone: 313. 224.2857
Fax: 313.224.1629

**Longworth, Gregory N.**

| | |
|---|---|
| **From:** | Charity Dean |
| **Sent:** | Tuesday, September 3, 2019 10:53 PM |
| **To:** | Jill Babcock |
| **Cc:** | Donald Rencher;Kenyetta Walker;Lesa Kent |
| **Subject:** | Re: Restroom  Issue |

Jill,

My cell is 313.632.9232. I am contacting the building so you should not have to encounter that situation again. In the event, feel free to contact me directly on my cell.

Thanks,

Charity

**From:** Jill Babcock <babcockj@detroitmi.gov>
**Sent:** Tuesday, September 3, 2019 10:17 PM
**To:** Charity Dean <deanc@detroitmi.gov>
**Cc:** Donald Rencher <rencherd@detroitmi.gov>; Kenyetta Walker <WalkerKen@detroitmi.gov>; Lesa Kent <kentl@detroitmi.gov>
**Subject:** Re: Restroom Issue

The problem is that when I encounter these issues I have to use the bathroom. It is an inconvenience to travel downstairs to the basement for starter, but to find the stall unusable for any reason is inexcusable. To travel back upstairs to the 12th floor is ridiculous.

Regardless of the anticipation of constructing two new handicap accessible restrooms, we are 27 years into the ADA. Since I am advocating for myself, I am deeply concerned with the ADA coordinator's position and duties

This condition is very unreasonable and I believe I have been patient with this city for over two years.

Jill Babcock

Get Outlook for Android

**From:** Charity Dean <deanc@detroitmi.gov>
**Sent:** Tuesday, September 3, 2019 9:53:02 PM
**To:** Jill Babcock <babcockj@detroitmi.gov>
**Cc:** Donald Rencher <rencherd@detroitmi.gov>; Kenyetta Walker <WalkerKen@detroitmi.gov>; Lesa Kent <kentl@detroitmi.gov>
**Subject:** Restroom Issue

Jill,

It has come to my attention that the restroom was locked today. If you encounter this again, please come directly to CRIO so that we can escalate the matter appropriately.

As you are aware, we are in the process of creating two gender nuetral ADA accessible bathrooms in the building.

If you encounter restroom issues in the interim, please notify CRIO immediately.

Thank you,

Charity Dean

## Longworth, Gregory N.

| | |
|---|---|
| **From:** | Jill Babcock |
| **Sent:** | Sunday, August 18, 2019 11:47 AM |
| **To:** | Donald Rencher |
| **Subject:** | Re: Request for Gender Neutral ADA Compliant Facilities |

There are over 160 toilets in the building. Only two are wheelchair accessible. However, those two stalls (only one is available to me in the Public Women's restroom) are open to the general public. Not conscientious able-bodied people or other disabled people doing business in the principal government building for the City and Wayne county use the stall, forcing me to wait. This is not appropriate nor equal treatment.

I come to work every day regardless.

It is not okay even if the toilet is working.

Greg Mcduffie, DBA, initially said the bathrooms/construction were to start early August. I contacted him last week for an update and his timeline has pushed back. I also emailed the Mayor July 8, but didn't receive a response.

This should have been rectified years ago when I met with the ADA coordinator and told her of the problem.

Get Outlook for Android

---

**From:** Donald Rencher <rencherd@detroitmi.gov>
**Sent:** Sunday, August 18, 2019 9:52:41 AM
**To:** Jill Babcock <babcockj@detroitmi.gov>
**Subject:** Fwd: Request for Gender Neutral ADA Compliant Facilities

This is the report I have. Are the bathrooms in the basement not working?

Get Outlook for iOS

---

**From:** Charity Dean <deanc@detroitmi.gov>
**Sent:** Sunday, August 18, 2019 12:56:13 AM
**To:** Donald Rencher <rencherd@detroitmi.gov>
**Subject:** Fwd: Request for Gender Neutral ADA Compliant Facilities

Sent from my iPhone

Begin forwarded message:

> **From:** "McDuffee, Gregory" <Gregory_McDuffee@dwjba.com>
> **Date:** August 17, 2019 at 12:16:00 PM EDT
> **To:** Charity Dean <deanc@detroitmi.gov>
> **Cc:** "Montgomery, Cynthia" <Cynthia_Montgomery@dwjba.com>, "Kennedy, Mike" <Mike.Kennedy@hines.com>, "Hewitt, Chris" <Chris.Hewitt@hines.com>, Donnie Johnson

1

<<johnsondon@detroitmi.gov>>
**Subject: RE: Request for Gender Neutral ADA Compliant Facilities**

Charity, The bids are due at noon on August 28th.
At their meeting this Wednesday the Commissioners authorized me to select a GC with the assistance of Mike and Chris and to execute a contract.
It is my intention to do so by Friday August 30th and require that the GC pull permits and commence the improvements the following week.
We will keep you apprised as to our progress.
Please let me know if you have any additional questions.
Gregg

**Gregory R. McDuffee**
**Executive Director**
**Detroit-Wayne Joint Building Authority**
2 Woodward Avenue | Suite 1316 | Detroit, Michigan 48226
P 313.309.2300 | F 313.309.2400
gregory_mcduffee@dwjba.com



Please consider the environment before printing this e-mail

**From:** Charity Dean <deanc@detroitmi.gov>
**Sent:** Friday, August 16, 2019 7:13 PM
**To:** McDuffee, Gregory <Gregory_McDuffee@dwjba.com>
**Subject:** Re: Request for Gender Neutral ADA Compliant Facilities

[From an External Email System]

Gregory,

When will the contract be executed for work to begin?

Sent from my iPhone

On Jul 8, 2019, at 4:38 PM, McDuffee, Gregory <Gregory_McDuffee@dwjba.com> wrote:

Charity, Pursuant to Sarah's instructions please find attached our cover letter and invoice.
Please provide the requested Purchaser Order by July 31st which will enable our Commissioners to authorized execution of the general contractor's contract and commence construction.

Please let me know if you have any questions.

We are looking forward to working with you and your team on this important initiative.

2

Gregg

**Gregory R. McDuffee**
**Executive Director**
**Detroit-Wayne Joint Building Authority**
2 Woodward Avenue | Suite 1316 | Detroit, Michigan 48226
P 313.309.2300 | F 313.309.2400
gregory_mcduffee@dwjba.com
        <image001.jpg>

 Please consider the environment before printing this e-mail

**From:** Sarah Sooknanan <sooknanans@detroitmi.gov>
**Sent:** Monday, July 08, 2019 2:31 PM
**To:** McDuffee, Gregory <Gregory_McDuffee@dwjba.com>; Montgomery, Cynthia
<Cynthia_Montgomery@dwjba.com>; Patricia Luckett <luckpa@detroitmi.gov>; Hewitt,
Chris <Chris.Hewitt@hines.com>; Kennedy, Mike <Mike.Kennedy@hines.com>; Donnie
Johnson <johnsondon@detroitmi.gov>
**Cc:** Felix O'Aku <oakuf@detroitmi.gov>; Charity Dean <deanc@detroitmi.gov>; Donnie
Johnson <johnsondon@detroitmi.gov>; Kennedy, Mike <Mike.Kennedy@hines.com>;
Hewitt, Chris <Chris.Hewitt@hines.com>; Tanya Stoudemire <tanya@detroitmi.gov>
**Subject:** RE: Request for gender neutral

Hi,

The department is Civil Rights, Inclusion and Opportunity. The person of contact is
Charity Dean.

Thanks,

Sarah Sooknanan
Financial Analyst I
OCFO-Office of Departmental Financial Services
Government Operations
City of Detroit
313-224-9429
sooknanans@detroitmi.gov

Michael E. Duggan, Mayor

**From:** McDuffee, Gregory [mailto:Gregory_McDuffee@dwjba.com]
**Sent:** Monday, July 08, 2019 10:31 AM
**To:** Sarah Sooknanan; Montgomery, Cynthia; Patricia Luckett; Hewitt, Chris; Kennedy,
Mike; Donnie Johnson
**Cc:** Felix O'Aku; Charity Dean; Donnie Johnson; Kennedy, Mike; Hewitt, Chris; Tanya
Stoudemire
**Subject:** RE: Request for gender neutral

Sarah, We are finalizing the work order request and will need the following:
- Please provide us with the Department that we will invoice and the name of the
  contact.
Thanks,

Gregg

**Gregory R. McDuffee**
**Executive Director**
**Detroit-Wayne Joint Building Authority**
2 Woodward Avenue | Suite 1316 | Detroit, Michigan 48226
P 313.309.2300 | F 313.309.2400
gregory_mcduffee@dwjba.com
         <image001.jpg>

 Please consider the environment before printing this e-mail

**From:** Sarah Sooknanan <sooknanans@detroitmi.gov>
**Sent:** Friday, July 05, 2019 12:24 PM
**To:** McDuffee, Gregory <Gregory_McDuffee@dwjba.com>; Montgomery, Cynthia
<Cynthia_Montgomery@dwjba.com>; Patricia Luckett <luckpa@detroitmi.gov>; Hewitt,
Chris <Chris.Hewitt@hines.com>; Kennedy, Mike <Mike.Kennedy@hines.com>; Donnie
Johnson <johnsondon@detroitmi.gov>
**Cc:** Felix O'Aku <oakuf@detroitmi.gov>; Charity Dean <deanc@detroitmi.gov>; Donnie
Johnson <johnsondon@detroitmi.gov>; Kennedy, Mike <Mike.Kennedy@hines.com>;
Hewitt, Chris <Chris.Hewitt@hines.com>; Tanya Stoudemire <tanya@detroitmi.gov>
**Subject:** RE: Request for gender neutral

Thank you!

Sarah Sooknanan
Financial Analyst I
OCFO-Office of Departmental Financial Services
Government Operations
City of Detroit
313-224-9429
sooknanans@detroitmi.gov

Michael E. Duggan, Mayor

**From:** McDuffee, Gregory [mailto:Gregory_McDuffee@dwjba.com]
**Sent:** Friday, July 05, 2019 12:16 PM
**To:** Sarah Sooknanan; Montgomery, Cynthia; Patricia Luckett; Hewitt, Chris; Kennedy,
Mike; Donnie Johnson
**Cc:** Felix O'Aku; Charity Dean; Donnie Johnson; Kennedy, Mike; Hewitt, Chris; Tanya
Stoudemire
**Subject:** Re: Request for gender neutral

Sarah, We will be able to provide our work order with the scope of
work early next week. Thanks for your followup. Gregg

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------

4

From: Sarah Sooknanan <sooknanans@detroitmi.gov>
Date: 7/5/19 12:05 PM (GMT-05:00)
To: "McDuffee, Gregory" <Gregory_McDuffee@dwjba.com>, "Montgomery,
Cynthia" <Cynthia_Montgomery@dwjba.com>, Patricia Luckett
<luckpa@detroitmi.gov>
Cc: Felix O'Aku <oakuf@detroitmi.gov>, Charity Dean
<deanc@detroitmi.gov>, Donnie Johnson <johnsondon@detroitmi.gov>,
"Kennedy, Mike" <Mike.Kennedy@hines.com>, "Hewitt, Chris"
<Chris.Hewitt@hines.com>, Tanya Stoudemire <tanya@detroitmi.gov>
Subject: RE: Request for gender neutral

Good Morning,

I am following up on when I will be provided a copy of the work order for this request? I
cannot continue with the requisition process without it.

Please send the work order with the estimated amount for the bathrooms or if possible
provide a timeline of when these details will be provided.

Thank you,


Sarah Sooknanan
Financial Analyst I
OCFO-Office of Departmental Financial Services
Government Operations
City of Detroit
313-224-9429
sooknanans@detroitmi.gov

Michael E. Duggan, Mayor

**From:** Sarah Sooknanan
**Sent:** Friday, June 28, 2019 11:01 AM
**To:** McDuffee, Gregory; Donnie Johnson; Charity Dean; Montgomery, Cynthia; Kennedy,
Mike; Hewitt, Chris; Tanya Stoudemire
**Cc:** Felix O'Aku
**Subject:** RE: Request for gender neutral

Good Morning,

I can put a requisition in as soon as I get the final quoted amount and a copy of the
work order.

Donnie, do you know where the money is coming from? I would need an accounting
string for the requisition.

Thanks,

Sarah Sooknanan

Financial Analyst I
OCFO-Office of Departmental Financial Services
Government Operations
City of Detroit
313-224-9429
sooknanans@detroitmi.gov

Michael E. Duggan, Mayor

**From:** McDuffee, Gregory [mailto:Gregory_McDuffee@dwjba.com]
**Sent:** Friday, June 28, 2019 10:54 AM
**To:** Donnie Johnson; Charity Dean; Sarah Sooknanan; Montgomery, Cynthia; Kennedy, Mike; Hewitt, Chris; Tanya Stoudemire
**Cc:** Felix O'Aku
**Subject:** Re: Request for gender neutral

Donnie,
That is a concern of our as well. Yes, we should start that process now. Let's meet early next week and discuss coordinating our efforts. How are you Tuesday afternoon or Wednesday? Thanks, Gregg


Sent from my Verizon, Samsung Galaxy smartphone


-------- Original message --------
From: Donnie Johnson <johnsondon@detroitmi.gov>
Date: 6/28/19 4:42 PM (GMT+01:00)
To: "McDuffee, Gregory" <Gregory_McDuffee@dwjba.com>, Charity Dean <deanc@detroitmi.gov>, Sarah Sooknanan <sooknanans@detroitmi.gov>, "Montgomery, Cynthia" <Cynthia_Montgomery@dwjba.com>, "Kennedy, Mike" <Mike.Kennedy@hines.com>, "Hewitt, Chris" <Chris.Hewitt@hines.com>, Tanya Stoudemire <tanya@detroitmi.gov>
Cc: Felix O'Aku <oakuf@detroitmi.gov>, "Hewitt, Chris" <Chris.Hewitt@hines.com>, "Kennedy, Mike" <Mike.Kennedy@hines.com>
Subject: RE: Request for gender neutral

Excellent. One last question: how soon can we process a requisition and get this to the City Council for our side of the process? Are you ready for us to start that now?

**Donnie Johnson**
Capital Budget Manager
OCFO – Office of Budget
Office: 313.224.2962
Cell: 313.600.9565
johnsondon@detroitmi.gov

**From:** McDuffee, Gregory [mailto:Gregory_McDuffee@dwjba.com]
**Sent:** Friday, June 28, 2019 10:32 AM
**To:** Donnie Johnson; Charity Dean; Sarah Sooknanan; Montgomery, Cynthia; Kennedy, Mike; Hewitt, Chris

**Cc:** Felix O'Aku; Hewitt, Chris; Kennedy, Mike
**Subject:** Re: Request for gender neutral

Donnie, Thank you for confirming the availability of funding. We will build in a hard deadline of 12-31 in our construction timeline. Gregg


Sent from my Verizon, Samsung Galaxy smartphone


-------- Original message --------
From: Donnie Johnson <johnsondon@detroitmi.gov>
Date: 6/28/19 4:00 PM (GMT+01:00)
To: Charity Dean <deanc@detroitmi.gov>, "McDuffee, Gregory"
<Gregory_McDuffee@dwjba.com>, Sarah Sooknanan
<sooknanans@detroitmi.gov>
Cc: Felix O'Aku <oakuf@detroitmi.gov>, "Hewitt, Chris"
<Chris.Hewitt@hines.com>, "Kennedy, Mike" <Mike.Kennedy@hines.com>,
"Hewitt, Chris" <Chris.Hewitt@hines.com>
Subject: RE: Request for gender neutral

Hi folks,

Just circling back on this to let everyone know that the Office of Budget has identified $200,000 in funding to cover the costs of these bathrooms. Please let me know the final quoted amount and the timeline for construction. Specifically, is this a project that can be completed by December 31, 2019? That may alter the funding source a bit.

Thanks!

**Donnie Johnson**
Capital Budget Manager
OCFO – Office of Budget
Office: 313.224.2962
Cell: 313.600.9565
johnsondon@detroitmi.gov


**From:** Charity Dean
**Sent:** Wednesday, June 12, 2019 3:53 PM
**To:** McDuffee, Gregory; Sarah Sooknanan
**Cc:** Donnie Johnson; Felix O'Aku; Hewitt, Chris; Kennedy, Mike; Hewitt, Chris
**Subject:** RE: Request for gender neutral

Gregory,

Thanks for keeping us informed. We are excited about this project!

Charity Dean

**From:** McDuffee, Gregory [mailto:Gregory_McDuffee@dwjba.com]
**Sent:** Wednesday, June 12, 2019 3:29 PM

7

**To:** Sarah Sooknanan
**Cc:** Charity Dean; Donnie Johnson; Felix O'Aku; Hewitt, Chris; Kennedy, Mike; Hewitt, Chris
**Subject:** Request for gender neutral

Sarah, Thank you for your request to provide a quote for two gender neutral facilities on the 5th and 9th floors.

Based on the ADA assessment that the DWJBA completed in 2008 and that we shared with Charity Dean; we determined that the most feasible locations for gender neutral facilities are the lounge areas of the Women's Restrooms located on each floor of the Office Tower.
Our preliminary design reflects capturing a portion of this area and while still providing access directly into the Women's Restrooms.
The initial cost estimate based on the prior design assumptions was $60,000 to $70,000 per facility.

Subsequent to our meeting with Charity Dean, our Engineering Manager Chris Hewitt toured the 5th floor with David Bayer of the R.E. Leggette Company. He Bayer observed that existing ADA compliance standards will require the demolition of an adjacent Janitor's Closet and slop sink.
Based on this assumption, they provided a proposal with a qualified price of $99,936.

In order to establish a final ADA compliant design and secure competitive bids, we are engaging an architectural firm to provide concept and final designs for both the 5th and 9th floors.

We anticipate that we will be able to provide a detailed project schedule within the next 30 days.

Please let me know if you have any additional questions at this point.

Gregg


**Gregory R. McDuffee**
**Executive Director**
**Detroit-Wayne Joint Building Authority**
2 Woodward Avenue | Suite 1316 | Detroit, Michigan 48226
P 313.309.2300 | F 313.309.2400
gregory_mcduffee@dwjba.com
     <image001.jpg>
 Please consider the environment before printing this e-mail


This email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the addressee or an intended recipient or have not agreed with us the terms on which you are receiving this email, any processing or disclosure with respect to its content or its attachments is strictly prohibited. In case this email was mistakenly sent to you, please reply to the sender and delete it along with any attachments.

This email has been scanned based on our security standards; however, the ultimate responsibility for virus checking lies with the recipient. Please be aware that messages sent to you from any Hines entity or affiliate may be

monitored and archived for security reasons, to protect our business, and to ensure compliance with legal and regulatory obligations and our internal policies.

This email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the addressee or an intended recipient or have not agreed with us the terms on which you are receiving this email, any processing or disclosure with respect to its content or its attachments is strictly prohibited. In case this email was mistakenly sent to you, please reply to the sender and delete it along with any attachments.

This email has been scanned based on our security standards; however, the ultimate responsibility for virus checking lies with the recipient. Please be aware that messages sent to you from any Hines entity or affiliate may be monitored and archived for security reasons, to protect our business, and to ensure compliance with legal and regulatory obligations and our internal policies.

This email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the addressee or an intended recipient or have not agreed with us the terms on which you are receiving this email, any processing or disclosure with respect to its content or its attachments is strictly prohibited. In case this email was mistakenly sent to you, please reply to the sender and delete it along with any attachments.

This email has been scanned based on our security standards; however, the ultimate responsibility for virus checking lies with the recipient. Please be aware that messages sent to you from any Hines entity or affiliate may be monitored and archived for security reasons, to protect our business, and to ensure compliance with legal and regulatory obligations and our internal policies.
** This is an EXTERNAL email. PLEASE Exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email. **

This email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the addressee or an intended recipient or have not agreed with us the terms on which you are receiving this email, any processing or disclosure with respect to its content or its attachments is strictly prohibited. In case this email was mistakenly sent to you, please reply to the sender and delete it along with any attachments.

This email has been scanned based on our security standards; however, the ultimate responsibility for virus checking lies with the recipient. Please be aware that messages sent to you from any Hines entity or affiliate may be monitored and archived for security reasons, to protect our business, and to ensure compliance with legal and regulatory obligations and our internal policies.

This email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the addressee or an intended recipient or have not agreed with us the terms on which you are receiving this email, any processing or disclosure with respect to its content or its attachments is strictly prohibited. In case this email was mistakenly sent to you, please reply to the sender and delete it along with any attachments.

This email has been scanned based on our security standards; however, the ultimate responsibility for virus checking lies with the recipient. Please be aware that messages sent to you from any Hines entity or affiliate may be monitored and archived for security reasons, to protect our business, and to ensure compliance with legal and regulatory obligations and our internal policies.

<Corres C Dean CRIO City of Detroit Re Gender Neutral ADA Facilities 7-8-19.docx>

<DWJBA Invoice 20192011 Gender Neutral ADA Compliant Restroom Facilities 7-8-19.xls>

This email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the addressee or an intended recipient or have not agreed with us the terms on which you are receiving this email, any processing or disclosure with respect to its content or its attachments is strictly prohibited. In case this email was mistakenly sent to you, please reply to the sender and delete it along with any attachments.

This email has been scanned based on our security standards; however, the ultimate responsibility for virus checking lies with the recipient. Please be aware that messages sent to you from any Hines entity or affiliate may be monitored and archived for security reasons, to protect our business, and to ensure compliance with legal and regulatory obligations and our internal policies.

**Longworth, Gregory N.**

| | |
|---|---|
| **From:** | Jill Babcock |
| **Sent:** | Wednesday, July 3, 2019 2:49 PM |
| **To:** | Anne Marie Langan |
| **Subject:** | RE: bathroom |

224-2857

But I'm leaving; I'm fit to tied. You can call my cell though (313) 204-2354.

**From:** Anne Marie Langan
**Sent:** Wednesday, July 03, 2019 2:42 PM
**To:** Jill Babcock
**Subject:** RE: bathroom

What is your phone number?

Mine is 224-1078

**From:** Jill Babcock
**Sent:** Wednesday, July 03, 2019 2:39 PM
**To:** Anne Marie Langan
**Subject:** RE: bathroom

Who?

Scott B is working on it, Duggan reportedly took the funding away but is (supposedly) in negotiations with Charity/CRIO. I just sent him another email.

**From:** Anne Marie Langan
**Sent:** Wednesday, July 03, 2019 2:15 PM
**To:** Jill Babcock
**Subject:** RE: bathroom

I should have known you would know that  - sorry.
What did Mcduffee say?

**From:** Jill Babcock
**Sent:** Wednesday, July 03, 2019 2:14 PM
**To:** Anne Marie Langan
**Subject:** RE: bathroom

It's not wheelchair accessible. I'm on a rampage ☺!

**From:** Anne Marie Langan
**Sent:** Wednesday, July 03, 2019 2:00 PM
**To:** Jill Babcock
**Subject:** bathroom

1

Is the stall on 13 near council not accessible enough?

Ugggghhhhh... I am so sorry

**Longworth, Gregory N.**

| | |
|---|---|
| **From:** | Jill Babcock |
| **Sent:** | Wednesday, July 3, 2019 2:35 PM |
| **To:** | Mike Duggan |
| **Subject:** | BROKEN  Handicap Toilet |

Dear Mayor:

First, let me start by saying I like my job. I work as a Compliance person with the CDBG program; I am a Tax attorney (with an LL.M.) with decades of experience in economic development. I also use a wheelchair because of an undiagnosed neurological disorder.

I work for the Housing and Revitalization Department of the 9th floor of CAYMC. I live in the City and frequently use the buses. However, here at work there are no ADA accessible toilets. Actually, there are two, they are in the basement and are public. Simply put, this means I go to down nine floors each time I need to go to the bathroom. Inconvenient and  demeaning. **Twice in the past few months these toilets had been broken**. And no one cares.

July 27th marks the 29th anniversary of the signing of the ADA; sad that we need an Act to remind people of equality, but there it is. So, for nearly three decades the City of Detroit has shirked its responsibility of equality. I am ashamed, as I hope you are.

I am told there are over 160 toilets in this building, but only two are accessible.

I always thought of access to a sanitary and safe place to go to the bathroom was a basic human right. I am learning that certain people find "separate but equal", or not equal, is reality. I remember when you gave testimony to endorse my good friend (who is disabled) for Supreme Court at the Charles H. Wright Museum of African-American History; I was relieved to see an advocate for rights. Thereafter, I accepted this job. I hope the value I have brought to the table wasn't for naught.

Jill J. Babcock, Esq, LLM
Special Projects-Community Development
City of Detroit
2 Woodward Ave, Suite 908
Detroit, Michigan 48226
(313) 224-2857

**Longworth, Gregory N.**

| | |
|---|---|
| **From:** | Donald Rencher |
| **Sent:** | Wednesday, May 22, 2019 3:36 PM |
| **To:** | Jill Babcock |
| **Subject:** | Re: ADA Bathrooms |

Yes Mam!!  Charity got the Mayor to Fund 4 additional bathrooms.

Get Outlook for iOS

**From:** Jill Babcock
**Sent:** Wednesday, May 22, 2019 1:32:31 PM
**To:** Donald Rencher
**Subject:** ADA Bathrooms

Wanted to let you know, last week when I was at my conference I got a text from Councilmember Benson who told me "we r working/going to fund 2 ADA compliant gender neutral restrooms in CAYMC".

**Longworth, Gregory N.**

**From:**        Scott Benson
**Sent:**        Monday, April 29, 2019 6:14 PM
**To:**          Jill Babcock
**Subject:**     RE: Wheelchair Accessible Restrooms

Let me do some research.

**From:** Jill Babcock
**Sent:** Friday, April 26, 2019 4:36 PM
**To:** Scott Benson
**Subject:** Re: Wheelchair Accessible Restrooms

I put it in the first email with citations, OSHA requires 3 toilets per employee or something and the ADA
stipulates that there should be one compliant (wheelchair accessible stall) per each gender-specific restroom.
Doesn't this mean 2-4 per floor or a total of 68 (28 on the City side and 20 on the County side)?

**From:** Scott Benson
**Sent:** Friday, April 26, 2019 3:44:32 PM
**To:** Jill Babcock
**Subject:** RE: Wheelchair Accessible Restrooms

What does the law state?

**From:** Jill Babcock
**Sent:** Friday, April 26, 2019 1:46 PM
**To:** Scott Benson
**Subject:** Re: Wheelchair Accessible Restrooms

It is the public bathroom in the basement. Every floor has multiple bathrooms, but do not include a wheelchair
accessible stall, or a stall that complies with the measurements set forth in the ADA Architectural Guide.

As long as there isn't a line for that stall, I usually have to wait for a teenager who prefers the "big" stall, I can
do the whole trip in 10-20 minutes.

**From:** Scott Benson
**Sent:** Friday, April 26, 2019 1:25:01 PM
**To:** Jill Babcock
**Subject:** RE: Wheelchair Accessible Restrooms

Where is the ADA restroom located and where do you think we need more?

**From:** Jill Babcock
**Sent:** Friday, April 26, 2019 1:01 PM
**To:** Scott Benson
**Subject:** Fw: Wheelchair Accessible Restrooms

FYI-I wanted to loop you in on this because you have always been an advocate for the disabled and you are one of the people (we say) who gets it. I have been talking with Yolanda from President Brenda Jones office, but didn't copy her because I didn't know her last name.

You know, there is only the one wheelchair accessible restroom in the building the building management told me. I might be mistaken, but I thought having access to a bathroom was a basic human right.

Since the Judgeship thing didn't seem to work I guess you're stuck with me and I think since we've had almost 35 years since the ADA was signed we should comply with the law.

Thanks as always,

Jill

---

**From:** Jill Babcock
**Sent:** Wednesday, April 24, 2019 12:50 PM
**To:** Charity Dean; Donald Ross 466; Lesa Kent
**Subject:** Re: Wheelchair Accessible Restrooms

Thank you very much for your response.

---

**From:** Charity Dean
**Sent:** Wednesday, April 24, 2019 12:21:19 PM
**To:** Jill Babcock; Donald Ross 466; Lesa Kent
**Subject:** Re: Wheelchair Accessible Restrooms

Jill,

Thank you for this email. We will be working with the Building Authority to address this concern.

Thank,

Charity Dean
Director
Civil Rights, Inclusion, Opportunity

---

**From:** Jill Babcock
**Sent:** Wednesday, April 24, 2019 11:44 AM
**To:** Donald Ross 466; Lesa Kent
**Cc:** Charity Dean
**Subject:** Wheelchair Accessible Restrooms

I use a wheelchair.
As you are aware, my department (my floor, etc.) does not have a wheelchair accessible restroom. For the nearly two years I have worked for the City I have traveled to the basement from the ninth floor to use the Public restroom which has the only (that I am aware of) wheelchair accessible restroom. I think I have been more than patient to do this, especially when able-body members of the Public unscrupulously use the

handicap stall because "it is big". Again, the lack of handicap accessible restrooms is not a reasonable accommodation but I didn't push it and rather inconvenienced myself by trying to time my visits to the bathroom on my lunch break or working extra hours to make sure my work products wasn't hurt by the time it takes to go to the bathroom.

However, yesterday the Public restrooms were out of order. I had no restroom.

OSHA laws require a toilet for every 1-15 employees, if a building has 36-55 employees that number rises to three per employee. https://www.scrantonproducts.com/restroom-requirements-for-commercial-buildings/ Further, an article guiding potential construction of a Chiropactic office space, states "the ADA stipulates" one accessible stall per each gender specific restroom.

https://www.chiropracticofficedesign.com/resources/designing-your-ada-restroom Accordingly, there should be an ADA compliant stall per bathroom.



## ADA Compliant Restroom Design - Chiropractic Office Design

www.chiropracticofficedesign.com

When you are planning a new Chiropractic clinic space, it's important to be aware of the American Disabilities Act (ADA) rules for restrooms.

For an easily and compiled tutorial of bathroom requirements, please see the following article: https://www.buildings.com/article-details/articleid/9242/title/the-ada-compliant-restroom



## The ADA-Compliant Restroom - BUILDINGS

www.buildings.com

Restrooms can lead to serious confusion when it comes to Americans with Disabilities Act (ADA) accessibility, ADA compliance and universal design. To assess your building's restrooms for ADA compliance, "Grab a tape measure and conduct a walkthrough to evaluate any changes that might need to be ...

You may also be interested in: https://www.access-board.gov/guidelines-and-standards/buildings-and-sites/about-the-ada-standards/ada-standards/chapter-6-plumbing-elements-and-facilities#604%20Water%20Closets%20and%20Toilet%20Compartments

# Chapter 6: Plumbing Elements and Facilities - United States Access Board

www.access-board.gov

604.3.2 Overlap. The required clearance around the water closet shall be permitted to overlap the water closet, associated grab bars, dispensers, sanitary napkin disposal units, coat hooks, shelves, accessible routes, clear floor space and clearances required at other fixtures, and the turning space.No other fixtures or obstructions shall be located within the required water closet clearance.


I am keeping my disgust and emotions at bay; however, I suggest you try to not have a bathroom to use or even take the elevator down nine floors each time you want to go to the bathroom. I do not think it unreasonable to ask for this accommodation of having a nearby restroom to use, and sooner rather than later. Since the ADA was signed into law in the eighties, the City of Detroit/Detroit-Wayne County Building Authority should have rectified this issue and complied with the law years ago.

Jill J Babcock, Esq., LL.M.
City of Detroit
2 Woodward Ave, 908 CAYMC
Detroit, Michigan 48226
313.224.2857
babcockj@detroitmi.gov

| | |
|---|---|
| **From:** | Charity Dean <deanc@detroitmi.gov> |
| **Sent:** | Monday, August 19, 2019 4:20 PM |
| **To:** | Jill Babcock |
| **Cc:** | Donald Rencher |
| **Subject:** | Re: Broken Handicap Bathroom |

Jill,

This project is not being pushed back. When I was made aware of the situation, I immediately took action. I notified the joint building authority and confirmed funding from our OCFO. Once funding was approved, the joint building authority began its process. That process was outlined in my previous email. There was no project moving forward before the aforementioned steps were taken.

I will keep you posted on the construction timelines and if you need anything in the interim, please let me know.

Thanks!

Charity

Sent from my iPhone

On Aug 19, 2019, at 3:44 PM, Jill Babcock <babcockj@detroitmi.gov> wrote:

> Thank you Charity for taking this on.
>
> I do have one concern; I am wondering why this process seems to be stalling. Not only did I notify Lesa Kent, the ADA Coordinator, of the problem in June 2017, I was informed by CM Benson that Council approved the expense in May (four months ago!). I received an email from Mr. McDuffee in July that the CFO had approved the expense and the timeline for construction was for early August, see below. Now we are expecting a late August date, to submit bids. Then those bids must be evaluated and someone chosen, who knows when construction will start. This has pushed the project back many months.
>
> I obviously question why this has occurred, given that (a) the law was signed 27 years ago, (b) I am expected to deny community projects for City financial assistance if the project isn't ADA compliant, and (c) I initially put the City on notice over two years ago (this is regardless in anyone else ever mentioned it, which I'm sure they did). I understand the systematic discrimination here, there is no priority as it doesn't affect the people making the decisions, but this is just ridiculous. My work is being compromised because of this and I'm, frankly, amazed that I have to be in this position.
>
>
> **From:** McDuffee, Gregory [mailto:Gregory_McDuffee@dwjba.com]
> **Sent:** Wednesday, July 03, 2019 5:26 PM
> **To:** Scott Benson
> **Cc:** David Massaron; Jill Babcock; Donald Rencher; Montgomery, Cynthia; Kennedy, Mike; Hewitt, Chris
> **Subject:** Re: Broken Handicap Bathroom

1

Councilmember Benson, I inspected the Women's facility in the City Tower and found the fixture operational, sanitary and supplied and door operational. Perhaps our staff corrected a prior unreported condition. Regarding the 5th and 9th floor new facilities the OCFO has authorized us to move forward with these projects. We have engaged a design firm and issued an RFP for GC services with a due date of July 29th. We anticipate selecting a GC at our July 31st Commission meeting and commence construction in early August. Please let me know if you have additional questions or concerns. Gregg

---

**From:** Charity Dean
**Sent:** Monday, August 19, 2019 1:26 PM
**To:** Donald Rencher; Jill Babcock
**Subject:** RE: Broken Handicap Bathroom

Donald,

Yes. We are working with the Joint Building Authority . Here is the update that I received from Gregory on Saturday:

"The bids are due at noon on August 28th. At their meeting this Wednesday the Commissioners authorized me to select a GC with the assistance of Mike and Chris and to execute a contract. It is my intention to do so by Friday August 30th and require that the GC pull permits and commence the improvements the following week.
We will keep you apprised as to our progress."

Let me know if you need anything else.  Jill, also feel free to reach out to me as well if you need anything further.

-Charity Dean

---

**From:** Donald Rencher
**Sent:** Monday, August 19, 2019 12:19 PM
**To:** Jill Babcock; Charity Dean
**Subject:** RE: Broken Handicap Bathroom

Charity, I believe you are assisting in managing the handicap bathroom situation. HRD is requesting updates.

---

**From:** Jill Babcock
**Sent:** Monday, August 19, 2019 9:18 AM
**To:** Donald Rencher
**Subject:** FW: Broken Handicap Bathroom

FYI-August 13

---

**From:** McDuffee, Gregory [mailto:Gregory_McDuffee@dwjba.com]
**Sent:** Tuesday, August 13, 2019 4:40 PM
**To:** Jill Babcock; Scott Benson
**Cc:** David Massaron; Donald Rencher; Montgomery, Cynthia; Kennedy, Mike; Hewitt, Chris
**Subject:** Re: Broken Handicap Bathroom

2

Jill, The design and engineering work is complete and general contractor bids are due August 28. We anticipation selecting a contractor immediately following with work to commence in early Sept. Gregg

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: Jill Babcock <babcockj@detroitmi.gov>
Date: 8/13/19 4:06 PM (GMT-05:00)
To: quot;McDuffee, Gregoryquot; <Gregory_McDuffee@dwjba.com>, Scott Benson <bensons@detroitmi.gov>
Cc: David Massaro <massarond@detroitmi.gov>, Donald Rencher <rencherd@detroitmi.gov>, quot;Montgomery, Cynthiaquot; <Cynthia_Montgomery@dwjba.com>, quot;Kennedy, Mikequot; <Mike.Kennedy@hines.com>, quot;Hewitt, Chrisquot; <Chris.Hewitt@hines.com>
Subject: RE: Broken Handicap Bathroom

**[From an External Email System]**

Hi Mr. McDuffee and Councilmember Benson:

As I was making the trek from the accessible bathroom  back to my office I  decided I would email again. I was wondering if the timeline has changed as it is now mid-August and I haven't noticed any signs of construction. Could you please advise?

**From:** McDuffee, Gregory [mailto:Gregory_McDuffee@dwjba.com]
**Sent:** Wednesday, July 3, 2019 5:26 PM
**To:** Scott Benson
**Cc:** David Massaro; Jill Babcock; Donald Rencher; Montgomery, Cynthia; Kennedy, Mike; Hewitt, Chris
**Subject:** Re: Broken Handicap Bathroom

Councilmember Benson, I inspected the Women's facility in the City Tower and found the fixture operational, sanitary and supplied and door operational. Perhaps our staff corrected a prior unreported condition. Regarding the 5th and 9th floor new facilities the OCFO has authorized us to move forward with these projects. We have engaged a design firm and issued an RFP for GC services with a due date of July 29th. We anticipate selecting a GC at our July 31st Commission meeting and commence construction in early August. Please let me know if you have additional questions or concerns. Gregg

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: Scott Benson <bensons@detroitmi.gov>
Date: 7/3/19 4:56 PM (GMT-05:00)
To: quot;McDuffee, Gregoryquot; <Gregory_McDuffee@dwjba.com>

3

Cc: David Massaron <massarond@detroitmi.gov>, Jill Babcock <babcockj@detroitmi.gov>, Donald Rencher <rencherd@detroitmi.gov>
Subject: RE: Broken Handicap Bathroom

Greg,

Can you help here?

---

**From:** Donald Rencher
**Sent:** Wednesday, July 03, 2019 4:54 PM
**To:** Scott Benson; Jill Babcock
**Cc:** David Massaron
**Subject:** RE: Broken Handicap Bathroom

Thank you for the note Jill. I will check on the status of this.

Donald Rencher
Director, Housing & Revitalization Department
City of Detroit
Michael E. Duggan, Mayor
(313) 224-1104

---

**From:** Scott Benson
**Sent:** Wednesday, July 03, 2019 1:47 PM
**To:** Jill Babcock
**Cc:** Donald Rencher; David Massaron
**Subject:** RE: Broken Handicap Bathroom

Jill,

I apologize for the length of time it is taking to get this situation resolved.  Please understand that I have been in contact with the CFO and we are currently working on a time line to get additional ADA compliant bathrooms on line.

---

**From:** Jill Babcock
**Sent:** Wednesday, July 03, 2019 1:24 PM
**To:** Scott Benson
**Cc:** Donald Rencher
**Subject:** Broken Handicap Bathroom

Hello everyone:

I appreciate the attention and energy you gave this issue of lack of handicap restrooms after bringing it to the forefront this spring. However, I want to reiterate how time is of the essence to bring this situation up to code. I have been told that there are over 160 toilets in our building, shameful (and not legal) that only two are ADA accessible. Especially since July 27 is the 29th anniversary of the signing of the ADA and the MI Barrier Free Act and Handicappers Civil Rights Act (for MI) predated the ADA by decades.

The stall I use, the one that requires me to go nine floors to the basement, was **broken** again today. I say "the [stall] I use", but in reality it is the only one available to me. Please understand how important this is.

Jill J. Babcock, Esq, LLM
Special Projects-Community Development
City of Detroit
2 Woodward Ave, Suite 908
Detroit, Michigan 48226
(313) 224-2857

This email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the addressee or an intended recipient or have not agreed with us the terms on which you are receiving this email, any processing or disclosure with respect to its content or its attachments is strictly prohibited. In case this email was mistakenly sent to you, please reply to the sender and delete it along with any attachments.

This email has been scanned based on our security standards; however, the ultimate responsibility for virus checking lies with the recipient. Please be aware that messages sent to you from any Hines entity or affiliate may be monitored and archived for security reasons, to protect our business, and to ensure compliance with legal and regulatory obligations and our internal policies.

This email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the addressee or an intended recipient or have not agreed with us the terms on which you are receiving this email, any processing or disclosure with respect to its content or its attachments is strictly prohibited. In case this email was mistakenly sent to you, please reply to the sender and delete it along with any attachments.

This email has been scanned based on our security standards; however, the ultimate responsibility for virus checking lies with the recipient. Please be aware that messages sent to you from any Hines entity or affiliate may be monitored and archived for security reasons, to protect our business, and to ensure compliance with legal and regulatory obligations and our internal policies.

| | |
|---|---|
| **From:** | Jill Babcock <babcockj@detroitmi.gov> |
| **Sent:** | Sunday, August 18, 2019 11:47 AM |
| **To:** | Donald Rencher |
| **Subject:** | Re: Request for Gender Neutral ADA Compliant Facilities |

There are over 160 toilets in the building. Only two are wheelchair accessible. However, those two stalls (only one is available to me in the Public Women's restroom)  are open to the general public. Not  conscientious able-bodied people or other disabled people doing business in the principal government building for the City and Wayne county use the stall, forcing me to wait. This is not appropriate nor equal treatment.

I come to work every day regardless.

It is not okay even if the toilet is working.

Greg Mcduffie, DBA, initially said the bathrooms/construction were to start early August. I contacted him last week for an update and his timeline has pushed back. I also emailed the Mayor July 8, but didn't receive a response.

This should have been rectified years ago when I met with the ADA coordinator and told her of the problem.

Get Outlook for Android

---

**From:** Donald Rencher <rencherd@detroitmi.gov>
**Sent:** Sunday, August 18, 2019 9:52:41 AM
**To:** Jill Babcock <babcockj@detroitmi.gov>
**Subject:** Fwd: Request for Gender Neutral ADA Compliant Facilities

This is the report I have. Are the bathrooms in the basement not working?

Get Outlook for iOS

---

**From:** Charity Dean <deanc@detroitmi.gov>
**Sent:** Sunday, August 18, 2019 12:56:13 AM
**To:** Donald Rencher <rencherd@detroitmi.gov>
**Subject:** Fwd: Request for Gender Neutral ADA Compliant Facilities


Sent from my iPhone

Begin forwarded message:

> **From:** quot;McDuffee, Gregoryquot; <Gregory_McDuffee@dwjba.com>
> **Date:** August 17, 2019 at 12:16:00 PM EDT
> **To:** Charity Dean <deanc@detroitmi.gov>
> **Cc:** quot;Montgomery, Cynthiaquot; <Cynthia_Montgomery@dwjba.com>, quot;Kennedy, Mikequot; <Mike.Kennedy@hines.com>, quot;Hewitt, Chrisquot; <Chris.Hewitt@hines.com>, Donnie Johnson

1

<johnsondon@detroitmi.gov>
**Subject: RE: Request for Gender Neutral ADA Compliant Facilities**

Charity, The bids are due at noon on August 28th.
At their meeting this Wednesday the Commissioners authorized me to select a GC with the assistance of Mike and Chris and to execute a contract.
It is my intention to do so by Friday August 30th and require that the GC pull permits and commence the improvements the following week.
We will keep you apprised as to our progress.
Please let me know if you have any additional questions.
Gregg

**Gregory R. McDuffee**
**Executive Director**
**Detroit-Wayne Joint Building Authority**
2 Woodward Avenue | Suite 1316 | Detroit, Michigan 48226
P 313.309.2300 | F 313.309.2400
gregory_mcduffee@dwjba.com



 Please consider the environment before printing this e-mail

---

**From:** Charity Dean <deanc@detroitmi.gov>
**Sent:** Friday, August 16, 2019 7:13 PM
**To:** McDuffee, Gregory <Gregory_McDuffee@dwjba.com>
**Subject:** Re: Request for Gender Neutral ADA Compliant Facilities

[From an External Email System]

Gregory,

When will the contract be executed for work to begin?

Sent from my iPhone

On Jul 8, 2019, at 4:38 PM, McDuffee, Gregory <Gregory_McDuffee@dwjba.com> wrote:

> Charity, Pursuant to Sarah's instructions please find attached our cover letter and invoice.
> Please provide the requested Purchaser Order by July 31st which will enable our Commissioners to authorized execution of the general contractor's contract and commence construction.
>
> Please let me know if you have any questions.
>
> We are looking forward to working with you and your team on this important initiative.

2

Gregg

**Gregory R. McDuffee**
**Executive Director**
**Detroit-Wayne Joint Building Authority**
2 Woodward Avenue | Suite 1316 | Detroit, Michigan 48226
P 313.309.2300 | F 313.309.2400
gregory_mcduffee@dwjba.com
<image001.jpg>
 Please consider the environment before printing this e-mail

**From:** Sarah Sooknanan <sooknanans@detroitmi.gov>
**Sent:** Monday, July 08, 2019 2:31 PM
**To:** McDuffee, Gregory <Gregory_McDuffee@dwjba.com>; Montgomery, Cynthia <Cynthia_Montgomery@dwjba.com>; Patricia Luckett <luckpa@detroitmi.gov>; Hewitt, Chris <Chris.Hewitt@hines.com>; Kennedy, Mike <Mike.Kennedy@hines.com>; Donnie Johnson <johnsondon@detroitmi.gov>
**Cc:** Felix O'Aku <oakuf@detroitmi.gov>; Charity Dean <deanc@detroitmi.gov>; Donnie Johnson <johnsondon@detroitmi.gov>; Kennedy, Mike <Mike.Kennedy@hines.com>; Hewitt, Chris <Chris.Hewitt@hines.com>; Tanya Stoudemire <tanya@detroitmi.gov>
**Subject:** RE: Request for gender neutral

Hi,

The department is Civil Rights, Inclusion and Opportunity. The person of contact is Charity Dean.

Thanks,

Sarah Sooknanan
Financial Analyst I
OCFO-Office of Departmental Financial Services
Government Operations
City of Detroit
313-224-9429
sooknanans@detroitmi.gov

Michael E. Duggan, Mayor

**From:** McDuffee, Gregory [mailto:Gregory_McDuffee@dwjba.com]
**Sent:** Monday, July 08, 2019 10:31 AM
**To:** Sarah Sooknanan; Montgomery, Cynthia; Patricia Luckett; Hewitt, Chris; Kennedy, Mike; Donnie Johnson
**Cc:** Felix O'Aku; Charity Dean; Donnie Johnson; Kennedy, Mike; Hewitt, Chris; Tanya Stoudemire
**Subject:** RE: Request for gender neutral

Sarah, We are finalizing the work order request and will need the following:
- Please provide us with the Department that we will invoice and the name of the contact.
Thanks,

Gregg

**Gregory R. McDuffee**
**Executive Director**
**Detroit-Wayne Joint Building Authority**
2 Woodward Avenue | Suite 1316 | Detroit, Michigan 48226
P 313.309.2300 | F 313.309.2400
gregory_mcduffee@dwjba.com
<image001.jpg>

 Please consider the environment before printing this e-mail

---

**From:** Sarah Sooknanan <sooknanans@detroitmi.gov>
**Sent:** Friday, July 05, 2019 12:24 PM
**To:** McDuffee, Gregory <Gregory_McDuffee@dwjba.com>; Montgomery, Cynthia <Cynthia_Montgomery@dwjba.com>; Patricia Luckett <luckpa@detroitmi.gov>; Hewitt, Chris <Chris.Hewitt@hines.com>; Kennedy, Mike <Mike.Kennedy@hines.com>; Donnie Johnson <johnsondon@detroitmi.gov>
**Cc:** Felix O'Aku <oakuf@detroitmi.gov>; Charity Dean <deanc@detroitmi.gov>; Donnie Johnson <johnsondon@detroitmi.gov>; Kennedy, Mike <Mike.Kennedy@hines.com>; Hewitt, Chris <Chris.Hewitt@hines.com>; Tanya Stoudemire <tanya@detroitmi.gov>
**Subject:** RE: Request for gender neutral

Thank you!

Sarah Sooknanan
Financial Analyst I
OCFO-Office of Departmental Financial Services
Government Operations
City of Detroit
313-224-9429
sooknanans@detroitmi.gov

Michael E. Duggan, Mayor

---

**From:** McDuffee, Gregory [mailto:Gregory_McDuffee@dwjba.com]
**Sent:** Friday, July 05, 2019 12:16 PM
**To:** Sarah Sooknanan; Montgomery, Cynthia; Patricia Luckett; Hewitt, Chris; Kennedy, Mike; Donnie Johnson
**Cc:** Felix O'Aku; Charity Dean; Donnie Johnson; Kennedy, Mike; Hewitt, Chris; Tanya Stoudemire
**Subject:** Re: Request for gender neutral

Sarah, We will be able to provide our work order with the scope of work early next week. Thanks for your followup. Gregg


Sent from my Verizon, Samsung Galaxy smartphone


-------- Original message --------

4

From: Sarah Sooknanan <sooknanans@detroitmi.gov>
Date: 7/5/19 12:05 PM (GMT-05:00)
To: quot;McDuffee, Gregoryquot; <Gregory_McDuffee@dwjba.com>,
quot;Montgomery, Cynthiaquot; <Cynthia_Montgomery@dwjba.com>,
Patricia Luckett <luckpa@detroitmi.gov>
Cc: Felix O'Aku <oakuf@detroitmi.gov>, Charity Dean
<deanc@detroitmi.gov>, Donnie Johnson <johnsondon@detroitmi.gov>,
quot;Kennedy, Mikequot; <Mike.Kennedy@hines.com>, quot;Hewitt,
Chrisquot; <Chris.Hewitt@hines.com>, Tanya Stoudemire
<tanya@detroitmi.gov>
Subject: RE: Request for gender neutral

Good Morning,

I am following up on when I will be provided a copy of the work order for this request? I cannot continue with the requisition process without it.

Please send the work order with the estimated amount for the bathrooms or if possible provide a timeline of when these details will be provided.

Thank you,


Sarah Sooknanan
Financial Analyst I
OCFO-Office of Departmental Financial Services
Government Operations
City of Detroit
313-224-9429
sooknanans@detroitmi.gov

Michael E. Duggan, Mayor

---

**From:** Sarah Sooknanan
**Sent:** Friday, June 28, 2019 11:01 AM
**To:** McDuffee, Gregory; Donnie Johnson; Charity Dean; Montgomery, Cynthia; Kennedy, Mike; Hewitt, Chris; Tanya Stoudemire
**Cc:** Felix O'Aku
**Subject:** RE: Request for gender neutral

Good Morning,

I can put a requisition in as soon as I get the final quoted amount and a copy of the work order.

Donnie, do you know where the money is coming from? I would need an accounting string for the requisition.

Thanks,

Sarah Sooknanan
Financial Analyst I
OCFO-Office of Departmental Financial Services
Government Operations
City of Detroit
313-224-9429
sooknanans@detroitmi.gov

Michael E. Duggan, Mayor

---

**From:** McDuffee, Gregory [mailto:Gregory_McDuffee@dwjba.com]
**Sent:** Friday, June 28, 2019 10:54 AM
**To:** Donnie Johnson; Charity Dean; Sarah Sooknanan; Montgomery, Cynthia; Kennedy, Mike; Hewitt, Chris; Tanya Stoudemire
**Cc:** Felix O'Aku
**Subject:** Re: Request for gender neutral

Donnie,
That is a concern of our as well. Yes, we should start that process now. Let's meet early next week and discuss coordinating our efforts. How are you Tuesday afternoon or Wednesday? Thanks, Gregg


Sent from my Verizon, Samsung Galaxy smartphone


-------- Original message --------
From: Donnie Johnson <johnsondon@detroitmi.gov>
Date: 6/28/19 4:42 PM (GMT+01:00)
To: quot;McDuffee, Gregoryquot; <Gregory_McDuffee@dwjba.com>, Charity Dean <deanc@detroitmi.gov>, Sarah Sooknanan <sooknanans@detroitmi.gov>, quot;Montgomery, Cynthiaquot; <Cynthia_Montgomery@dwjba.com>, quot;Kennedy, Mikequot; <Mike.Kennedy@hines.com>, quot;Hewitt, Chrisquot; <Chris.Hewitt@hines.com>, Tanya Stoudemire <tanya@detroitmi.gov>
Cc: Felix O'Aku <oakuf@detroitmi.gov>, quot;Hewitt, Chrisquot; <Chris.Hewitt@hines.com>, quot;Kennedy, Mikequot; <Mike.Kennedy@hines.com>
Subject: RE: Request for gender neutral

Excellent. One last question: how soon can we process a requisition and get this to the City Council for our side of the process? Are you ready for us to start that now?

**Donnie Johnson**
Capital Budget Manager
OCFO – Office of Budget
Office: 313.224.2962
Cell: 313.600.9565
johnsondon@detroitmi.gov

---

**From:** McDuffee, Gregory [mailto:Gregory_McDuffee@dwjba.com]
**Sent:** Friday, June 28, 2019 10:32 AM

**To:** Donnie Johnson; Charity Dean; Sarah Sooknanan; Montgomery, Cynthia; Kennedy, Mike; Hewitt, Chris
**Cc:** Felix O'Aku; Hewitt, Chris; Kennedy, Mike
**Subject:** Re: Request for gender neutral

Donnie, Thank you for confirming the availability of funding. We will build in a hard deadline of 12-31 in our construction timeline. Gregg

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: Donnie Johnson <johnsondon@detroitmi.gov>
Date: 6/28/19 4:00 PM (GMT+01:00)
To: Charity Dean <deanc@detroitmi.gov>, quot;McDuffee, Gregoryquot; <Gregory_McDuffee@dwjba.com>, Sarah Sooknanan <sooknanans@detroitmi.gov>
Cc: Felix O'Aku <oakuf@detroitmi.gov>, quot;Hewitt, Chrisquot; <Chris.Hewitt@hines.com>, quot;Kennedy, Mikequot; <Mike.Kennedy@hines.com>, quot;Hewitt, Chrisquot; <Chris.Hewitt@hines.com>
Subject: RE: Request for gender neutral

Hi folks,

Just circling back on this to let everyone know that the Office of Budget has identified $200,000 in funding to cover the costs of these bathrooms. Please let me know the final quoted amount and the timeline for construction. Specifically, is this a project that can be completed by December 31, 2019? That may alter the funding source a bit.

Thanks!

**Donnie Johnson**
Capital Budget Manager
OCFO – Office of Budget
Office: 313.224.2962
Cell: 313.600.9565
johnsondon@detroitmi.gov

**From:** Charity Dean
**Sent:** Wednesday, June 12, 2019 3:53 PM
**To:** McDuffee, Gregory; Sarah Sooknanan
**Cc:** Donnie Johnson; Felix O'Aku; Hewitt, Chris; Kennedy, Mike; Hewitt, Chris
**Subject:** RE: Request for gender neutral

Gregory,

Thanks for keeping us informed. We are excited about this project!

Charity Dean

7

**From:** McDuffee, Gregory [mailto:Gregory_McDuffee@dwjba.com]
**Sent:** Wednesday, June 12, 2019 3:29 PM
**To:** Sarah Sooknanan
**Cc:** Charity Dean; Donnie Johnson; Felix O'Aku; Hewitt, Chris; Kennedy, Mike; Hewitt, Chris
**Subject:** Request for gender neutral

Sarah, Thank you for your request to provide a quote for two gender neutral facilities on the 5th and 9th floors.

Based on the ADA assessment that the DWJBA completed in 2008 and that we shared with Charity Dean; we determined that the most feasible locations for gender neutral facilities are the lounge areas of the Women's Restrooms located on each floor of the Office Tower.
Our preliminary design reflects capturing a portion of this area and while still providing access directly into the Women's Restrooms.
The initial cost estimate based on the prior design assumptions was $60,000 to $70,000 per facility.

Subsequent to our meeting with Charity Dean, our Engineering Manager Chris Hewitt toured the 5th floor with David Bayer of the R.E. Leggette Company. He Bayer observed that existing ADA compliance standards will require the demolition of an adjacent Janitor's Closet and slop sink.
Based on this assumption, they provided a proposal with a qualified price of $99,936.

In order to establish a final ADA compliant design and secure competitive bids, we are engaging an architectural firm to provide concept and final designs for both the 5th and 9th floors.

We anticipate that we will be able to provide a detailed project schedule within the next 30 days.

Please let me know if you have any additional questions at this point.

Gregg


**Gregory R. McDuffee**
**Executive Director**
**Detroit-Wayne Joint Building Authority**
2 Woodward Avenue | Suite 1316 | Detroit, Michigan 48226
P 313.309.2300 | F 313.309.2400
gregory_mcduffee@dwjba.com
          <image001.jpg>
🌲 Please consider the environment before printing this e-mail


This email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the addressee or an intended recipient or have not agreed with us the terms on which you are receiving this email, any processing or disclosure with respect to its content or its

attachments is strictly prohibited. In case this email was mistakenly sent to you, please reply to the sender and delete it along with any attachments.

This email has been scanned based on our security standards; however, the ultimate responsibility for virus checking lies with the recipient. Please be aware that messages sent to you from any Hines entity or affiliate may be monitored and archived for security reasons, to protect our business, and to ensure compliance with legal and regulatory obligations and our internal policies.

This email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the addressee or an intended recipient or have not agreed with us the terms on which you are receiving this email, any processing or disclosure with respect to its content or its attachments is strictly prohibited. In case this email was mistakenly sent to you, please reply to the sender and delete it along with any attachments.

This email has been scanned based on our security standards; however, the ultimate responsibility for virus checking lies with the recipient. Please be aware that messages sent to you from any Hines entity or affiliate may be monitored and archived for security reasons, to protect our business, and to ensure compliance with legal and regulatory obligations and our internal policies.

This email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the addressee or an intended recipient or have not agreed with us the terms on which you are receiving this email, any processing or disclosure with respect to its content or its attachments is strictly prohibited. In case this email was mistakenly sent to you, please reply to the sender and delete it along with any attachments.

This email has been scanned based on our security standards; however, the ultimate responsibility for virus checking lies with the recipient. Please be aware that messages sent to you from any Hines entity or affiliate may be monitored and archived for security reasons, to protect our business, and to ensure compliance with legal and regulatory obligations and our internal policies.

** This is an EXTERNAL email. PLEASE Exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email. **

This email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the addressee or an intended recipient or have not agreed with us the terms on which you are receiving this email, any processing or disclosure with respect to its content or its attachments is strictly prohibited. In case this email was mistakenly sent to you, please reply to the sender and delete it along with any attachments.

This email has been scanned based on our security standards; however, the ultimate responsibility for virus checking lies with the recipient. Please be aware that messages sent to you from any Hines entity or affiliate may be monitored and archived for security reasons, to protect our business, and to ensure compliance with legal and regulatory obligations and our internal policies.

This email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the addressee or an intended recipient or have not agreed with us the terms on which you are receiving this email, any processing or disclosure with respect to its content or its attachments is strictly prohibited. In case this email was mistakenly sent to you, please reply to the sender and delete it along with any attachments.

This email has been scanned based on our security standards; however, the ultimate responsibility for virus checking lies with the recipient. Please be aware that messages sent to you from any Hines entity or affiliate may be monitored and archived for security reasons, to protect our business, and to ensure compliance with legal and regulatory obligations and our internal policies.

<Corres C Dean CRIO City of Detroit Re Gender Neutral ADA Facilities 7-8-19.docx>

<DWJBA Invoice 20192011 Gender Neutral ADA Compliant Restroom Facilities 7-8-19.xls>

This email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the addressee or an intended recipient or have not agreed with us the terms on which you are receiving this email, any processing or disclosure with respect to its content or its attachments is strictly prohibited. In case this email was mistakenly sent to you, please reply to the sender and delete it along with any attachments.

This email has been scanned based on our security standards; however, the ultimate responsibility for virus checking lies with the recipient. Please be aware that messages sent to you from any Hines entity or affiliate may be monitored and archived for security reasons, to protect our business, and to ensure compliance with legal and regulatory obligations and our internal policies.

| | |
|---|---|
| **From:** | Jill Babcock <babcockj@detroitmi.gov> |
| **Sent:** | Tuesday, September 10, 2019 4:32 PM |
| **To:** | miag@michigan.gov |
| **Subject:** | Disability Discrimination-I NEED HELP |

Dear Ms. Nessel:

I am writing you out of pure desperation. I have worked for the City of Detroit for over two years now. I use a wheelchair and work in the CAYMC Building. I was hired 6/5/2017 as the CDBG Director. Approximately two weeks later I met with the ADA Coordinator, Lesa Kent, to notify her that there are only two handicap (ADA compliant) bathrooms in the building; both public, one for men and the other for women. These bathrooms are the only bathrooms I can use, and they are in the basement. My office is on the 8th floor. However, there are 16-20 employee only bathrooms on each floor.

She told me should would look into this and get back with me. She never did. Since May 2019 the bathroom has broken numerous times and was locked from the inside once. I again  reached out to the ADA Coordinator and this time copied both her boss, the Director of Civil Rights, and my boss, the Director of Housing & Revitalization. I did not get a response from the ADA Coordinator, again, but was told by my Director that the Mayor was being informed of the problem. I also sent a message to Councilmember Benson who later informed me Council voted to install more ADA compliant bathrooms.

After the toilet broke the second time, now in July, I again emailed the same people with the same response, but this time added the Mayor who did not respond. Councilmember Benson forwarded the message to the buildings' CEO. A couple of days later my director discussed dismissing me. [He seems to have dropped it though.] I think it is related. I have been demoted though…

Every time the building CEO is contacted, he responds and tells us a timeline for the construction of two gender-neutral ADA compliant public bathrooms. And each message either pushes back the time-line or suggests progress that is not happening.

I spoke to the EEOC about who tells me that they won't help because it is Title II of the ADA, not Title I. I can't file a complaint with ADA because the EEOC has exclusive jurisdiction.

I have no where to turn. Please help me. I need to hear back by COB Friday,  September 13, 2019. Thank you in advance,

Jill Babcock, Esq., LL.M.
313.204.2354
Babcockj3@gmail.com

Sent from Mail for Windows 10

1

**From:** Jill Babcock <babcockj@detroitmi.gov>
**Sent:** Wednesday, September 18, 2019 10:41 AM
**To:** Mike Duggan
**Subject:** Discrimination

I use a wheelchair. I work for  the City of Detroit Housing and Revitalization Department on the ninth floor of CAYMC. The only ADA compliant bathroom is in the public restrooms in the basement; there are two, one for men and the other for women. Every time I need to use the restroom I have to go to the basement even though every floor of this building has both employee-only women's and men's bathrooms.

I met with the ADA Coordinator for the City of Detroit over two years ago, just after I started, to ask her what I should do. She told me she'd look into it, but never gave me any feedback. Now, she doesn't respond to my emails.

The toilet in the one stall has broken numerous times since spring. I have had to chase down maintenance many times. The building authority has told me they are going to construct two gender-neutral ADA compliant bathrooms, but the project keeps getting delayed. Last week the building authority notified my department that they were closing the employee-only women's bathroom on the ninth floor to undergo quot;renovationsquot;, they expect these to be done in December. So assuming these renovations are the construction of the gender-neutral ADA compliant bathrooms, our floor will have employee-only men's bathrooms and gender-neutral bathrooms. It is not known to me if it will be employee-only or public.

I have spoken to  Charity Dean, Donald Rencher, Arthur Jemison, Scott Benson, Brenda Jones' staff, and have even emailed you. A date of  December is not appropriate; I can't hold it for that long. I am at a point that I recognize that if any of this affected any of you, the issue would have been solved 27 years ago when the law (ADA) made accommodations a requirement. I am very tired of this discrimination.

Jill Babcock, Esq., LL.M.
City of Detroit, Housing & Revitalization
2 Woodward Avenue, 908
Detroit, MI 48226
Phone: 313. 224.2857
Fax: 313.224.1629

| | |
|---|---|
| **From:** | Nicole Rodden-Bowen |
| **Sent:** | Wednesday, November 6, 2019 11:49 AM |
| **To:** | Jill Babcock |
| **Subject:** | Re: HR- ADA Accommodation Response |

They may just want something formal, but maybe just call and see specifically what they need from you?

Nicole Wyse (formerly Rodden-Bowen)
Associate Director of Community Development
City of Detroit, Housing & Revitalization Department
Coleman A. Young Municipal Center
2 Woodward Avenue, Suite 908
Detroit, Michigan 48226
P: 313-224-4159
roddenbowenn@detroitmi.gov

**From:** Jill Babcock <babcockj@detroitmi.gov>
**Sent:** Wednesday, November 6, 2019 11:47 AM
**To:** Nicole Rodden-Bowen <roddenbowenn@detroitmi.gov>
**Subject:** RE: HR- ADA Accommodation Response

Odd, I emailed  Bridget Friday. Sure will though.

**From:** Nicole Rodden-Bowen
**Sent:** Wednesday, November 6, 2019 11:44 AM
**To:** Jill Babcock <babcockj@detroitmi.gov>
**Cc:** Valeria Miller <vmiller@detroitmi.gov>
**Subject:** HR- ADA Accommodation Response

Hey Jill, can you provide HR something in writing (formally) to them stating that you no longer need the accommodation requested from them so they can close their process? I don't know what the details where, but you can include that your director was able to accommodate you through remote work through a certain date and you no longer need their assistance.  Please get that over this week.

Thanks,

Nicole

Nicole Wyse (formerly Rodden-Bowen)
Associate Director of Community Development
City of Detroit, Housing & Revitalization Department
Coleman A. Young Municipal Center
2 Woodward Avenue, Suite 908

Detroit, Michigan 48226

P: 313-224-4159

roddenbowenn@detroitmi.gov

| | |
|---|---|
| **From:** | Charity Dean <IMCEAEX-_O=EXCHANGELABS_OU=EXCHANGE+20ADMINISTRATIVE+<br>20GROUP+20+28FYDIBOHF23SPDLT+29_CN=RECIPIENTS_CN=<br>414BE9DC9CEA461BB205B8B7B6064BDD-CHARITY+<br>20DEA@namprd09.prod.outlook.com> |
| **Sent:** | Thursday, May 2, 2019 10:27 AM |
| **To:** | Jill Babcock |
| **Subject:** | Re: Wheelchair Accessible Restrooms |

Jill,

It absolutely concerns me as well. I can promise you that I am moving as quickly as possible on this. It's absolutely unacceptable.

Charity

Get Outlook for iOS

---

**From:** Jill Babcock
**Sent:** Thursday, May 2, 2019 9:31:35 AM
**To:** Charity Dean
**Subject:** Re: Wheelchair Accessible Restrooms

Charity-

Thanks for your attention. But that you didn't know this was the situation concerns me; I met with Lesa Kent, the ADA Coordinator, in June 2017  about the bathroom issue. The meeting ended with her ensuring me she would wok on it. I raised the issue again because of the out of order scenario last week. I guess I don't have two years to wait.
Jill

---

**From:** Charity Dean
**Sent:** Wednesday, May 1, 2019 3:31:34 PM
**To:** Jill Babcock
**Subject:** RE: Wheelchair Accessible Restrooms

Jill,

I can imagine. It means a lot to me as well. I had no idea that this was the situation until you emailed me. I am definitely all over this.

Charity Dean

---

**From:** Jill Babcock
**Sent:** Wednesday, May 1, 2019 3:28 PM
**To:** Charity Dean
**Subject:** Re: Wheelchair Accessible Restrooms

Thanks Charity, this means a lot for the community.

Get Outlook for Android

---

**From:** Charity Dean
**Sent:** Wednesday, May 1, 2019 2:11:41 PM
**To:** Jill Babcock
**Subject:** RE: Wheelchair Accessible Restrooms

Jill,

I just want you to know that I have not forgotten your concern. I am currently working on addressing this. It is high on my priority list.

Thank you very much for emailing this issue to me.

Charity Dean

---

**From:** Jill Babcock
**Sent:** Wednesday, April 24, 2019 12:51 PM
**To:** Charity Dean; Donald Ross 466; Lesa Kent
**Subject:** Re: Wheelchair Accessible Restrooms

Thank you very much for your response.

---

**From:** Charity Dean
**Sent:** Wednesday, April 24, 2019 12:21:19 PM
**To:** Jill Babcock; Donald Ross 466; Lesa Kent
**Subject:** Re: Wheelchair Accessible Restrooms

Jill,

Thank you for this email. We will be working with the Building Authority to address this concern.

Thank,

Charity Dean
Director
Civil Rights, Inclusion, Opportunity

---

**From:** Jill Babcock
**Sent:** Wednesday, April 24, 2019 11:44 AM
**To:** Donald Ross 466; Lesa Kent
**Cc:** Charity Dean
**Subject:** Wheelchair Accessible Restrooms

I use a wheelchair.
As you are aware, my department (my floor, etc.) does not have a wheelchair accessible restroom. For the nearly two years I have worked for the City I have traveled to the basement from the ninth floor to use the Public restroom which has the only (that I am aware of) wheelchair accessible restroom. I think I have been

more than patient to do this, especially when able-body members of the Public unscrupulously use the handicap stall because quot;it is bigquot;. Again, the lack of handicap accessible restrooms is not a reasonable accommodation but I didn't push it and rather inconvenienced myself by trying to time my visits to the bathroom on my lunch break or working extra hours to make sure my work products wasn't hurt by the time it takes to go to the bathroom.

However, yesterday the Public restrooms were out of order. I had no restroom.

OSHA laws require a toilet for every 1-15 employees, if a building has 36-55 employees that number rises to three per employee. https://www.scrantonproducts.com/restroom-requirements-for-commercial-buildings/ Further, an article guiding potential construction of a Chiropactic office space, states quot;the ADA stipulatesquot; one accessible stall per each gender specific restroom. https://www.chiropracticofficedesign.com/resources/designing-your-ada-restroom Accordingly, there should be an ADA compliant stall per bathroom.



## ADA Compliant Restroom Design - Chiropractic Office Design

www.chiropracticofficedesign.com

When you are planning a new Chiropractic clinic space, it's important to be aware of the American Disabilities Act (ADA) rules for restrooms.

For an easily and compiled tutorial of bathroom requirements, please see the following article: https://www.buildings.com/article-details/articleid/9242/title/the-ada-compliant-restroom



## The ADA-Compliant Restroom - BUILDINGS

www.buildings.com

Restrooms can lead to serious confusion when it comes to Americans with Disabilities Act (ADA) accessibility, ADA compliance and universal design. To assess your building's restrooms for ADA compliance, "Grab a tape measure and

conduct a walkthrough to evaluate any changes that might need to be …

You may also be interested in: https://www.access-board.gov/guidelines-and-standards/buildings-and-sites/about-the-ada-standards/ada-standards/chapter-6-plumbing-elements-and-facilities#604%20Water%20Closets%20and%20Toilet%20Compartments

## Chapter 6: Plumbing Elements and Facilities - United States Access Board

www.access-board.gov

604.3.2 Overlap. The required clearance around the water closet shall be permitted to overlap the water closet, associated grab bars, dispensers, sanitary napkin disposal units, coat hooks, shelves, accessible routes, clear floor space and clearances required at other fixtures, and the turning space.No other fixtures or obstructions shall be located within the required water closet clearance.

I am keeping my disgust and emotions at bay; however, I suggest you try to not have a bathroom to use or even take the elevator down nine floors each time you want to go to the bathroom. I do not think it unreasonable to ask for this accommodation of having a nearby restroom to use, and sooner rather than later. Since the ADA was signed into law in the eighties, the City of Detroit/Detroit-Wayne County Building Authority should have rectified this issue and complied with the law years ago.

Jill J Babcock, Esq., LL.M.
City of Detroit
2 Woodward Ave, 908 CAYMC
Detroit, Michigan 48226
313.224.2857
babcockj@detroitmi.gov

| | |
|---|---|
| **From:** | Jill Babcock <babcockj@detroitmi.gov> |
| **Sent:** | Tuesday, September 24, 2019 3:47 PM |
| **To:** | Hakim Berry |
| **Subject:** | RE: ADA Bathrooms |

Thank goodness!

Now is there anyway we can hurry up the process? I am set to go to my neuro tomorrow to get a signature to request working from home as an immediate accommodation, but I would prefer not to go that route.. Anymore strings you can pull?

And thanks for doing this.

Jill

**From:** Hakim Berry
**Sent:** Tuesday, September 24, 2019 3:40 PM
**To:** Jill Babcock
**Subject:** Re: ADA Bathrooms

Hi Jill,

I just got clarification. They are adding an additional bathroom that is ada compliant. This is a new build-out. The existing women's restroom will remain. The construction should be completed by December.

Hakim W. Berry
Chief Operating Officer
City of Detroit
2Woodward Ave
Ste 1126
Detroit, Mi 48226
313.224.9514

Mike Duggan, Mayor

**From:** Jill Babcock <babcockj@detroitmi.gov>
**Sent:** Tuesday, September 24, 2019 11:58:28 AM
**To:** Hakim Berry <berryh@detroitmi.gov>
**Subject:** RE: ADA Bathrooms

Trust me, my angst isn't with  you. I know you are trying to solve this issue. But I'm curious why this issue is yours to solve; if I spoke to the ADA Coordinator two years ago, as I was supposed to, why wasn't this issue resolved?

I can only use the bathroom once (at the most twice) a day because of my workload and the amount of time it takes to take the elevator to the basement, and I understand how unhealthy that is. So, I followed procedures as I was supposed

1

to yet somehow and for whatever reason they were disregarded and everyone acts as that is fine. I should not have to fight for this.

---

**From:** Hakim Berry
**Sent:** Tuesday, September 24, 2019 11:45 AM
**To:** Jill Babcock
**Subject:** Re: ADA Bathrooms

Ms. Babcock, I understand your frustration, but I've only had a couple of days to look into the issue. I promise you   Your issue is being looked into.

Hakim W. Berry
Chief Operating Officer
City of Detroit
2Woodward Ave
Ste 1126
Detroit, Mi 48226
313.224.9514


Mike Duggan, Mayor

---

**From:** Jill Babcock <babcockj@detroitmi.gov>
**Sent:** Tuesday, September 24, 2019 11:11:03 AM
**To:** Hakim Berry <berryh@detroitmi.gov>
**Subject:** RE: ADA Bathrooms

I hate to be anxious and come across belligerent, but we really don't have time for this. I initially spoke with Lesa Kent the ADA Coordinator of CRIO in June 2017. It has been over two years since I first notified the department (CRIO), the City, and over 27 years since the federal law was enacted. I'm not even going to show that the City has been out of compliance of the state's barrier-free laws and handicapper civil right laws for well over 30 years.

I have been overly patient with this bureaucracy but I am incredulous, dumb-founded, and astonished with the outright discrimination. What surprises me the most is the assumption and expectation that I continue product output regardless of being denied such a basic human right. I would never allow anyone I knew of to  work in similar conditions.

---

**From:** Hakim Berry
**Sent:** Tuesday, September 24, 2019 10:33 AM
**To:** Jill Babcock
**Subject:** Re: ADA Bathrooms

I've gotten Information from the building authority, now working with CRIO on what was requested.

Hakim W. Berry
Chief Operating Officer
City of Detroit
2Woodward Ave
Ste 1126
Detroit, Mi 48226
313.224.9514

Mike Duggan, Mayor

---

**From:** Jill Babcock <babcockj@detroitmi.gov>
**Sent:** Tuesday, September 24, 2019 10:03:42 AM
**To:** Hakim Berry <berryh@detroitmi.gov>
**Subject:** ADA Bathrooms

Hi Hakim.

I am following up on our conversation Friday and I was also wondering if you had heard anything about the bathroom situation.

Jill Babcock, Esq., LL.M.
City of Detroit, Housing & Revitalization
2 Woodward Avenue, 908
Detroit, MI 48226
Phone: 313. 224.2857
Fax: 313.224.1629

| | |
|---|---|
| **From:** | Nicole Rodden-Bowen |
| **Sent:** | Tuesday, November 5, 2019 9:05 AM |
| **To:** | Jill Babcock |
| **Cc:** | Donald Rencher; Valeria Miller |
| **Subject:** | Re: ADA Accommodations |

Beginning next Tuesday you will need to come to the office on Tuesdays.

Sent from my iPhone


On Nov 5, 2019, at 8:43 AM, Jill Babcock <babcockj@detroitmi.gov> wrote:


Beginning next Tuesday i should be in the office every day or every Tuesday?

I was under the impression that two bathrooms would be completed before the holidays so that should not be a problem.

Jill

Get Outlook for Android

**From:** Nicole Rodden-Bowen <roddenbowenn@detroitmi.gov>
**Sent:** Tuesday, November 5, 2019 8:03:20 AM
**To:** Donald Rencher <rencherd@detroitmi.gov>
**Cc:** Jill Babcock <babcockj@detroitmi.gov>; Valeria Miller <vmiller@detroitmi.gov>
**Subject:** Re: ADA Accommodations

Jill, beginning next Tuesday you are asked to be in the office. I will have Karen update our meetings from bi-weekly to weekly.  If you cannot make it on for whatever reason, or there is a holiday, please check with me and Karen on scheduling a make up day. Thanks.

Sent from my iPhone


On Nov 4, 2019, at 7:37 AM, Donald Rencher <rencherd@detroitmi.gov> wrote:


Hello Jill. I know this is late. We spoke Friday. You will start working from home, Monday, Nov. 5th. You will check in with Nicole, physically at the office once a week.

Get Outlook for iOS

**From:** Jill Babcock <babcockj@detroitmi.gov>
**Sent:** Thursday, October 31, 2019 12:38 PM
**To:** Donald Rencher
**Subject:** ADA Accommodations

1

(Also sent via SMS)

Yesterday we discussed that you had approved my ADA request for accommodation by working from home until the bathroom situation is somewhat fixed. WHEN does this go into effect?

Get Outlook for Android