## Longworth, Gregory N.

| | |
|---|---|
| **From:** | Michael Bartnik <michaelbartnik@protonmail.com> |
| **Sent:** | Friday, October 4, 2024 4:41 PM |
| **To:** | Bostice, Antoinette T. |
| **Cc:** | Renee Stromski; nosej@detroitmi.gov; Albro, Lisa (AG); Pendrick, Kimberly (AG); Richards, Margaret (AG); gbeblewoo@millercanfield.com; jilek@millercanfield.com; goldpaughn@detroitmi.gov; raimic@detroitmi.gov; kdaniels@alglawpc.com; mhunt@alglawpc.com; Drysdale-Crown, Cassandra (AG); Eva D. Skoczylas; Melvin B. Hollowell; E. Powell Miller; jesse.halfon@detroitmi.gov; arielle.hampton@detroitmi.gov; Elizabeth Abdnour (liz@education-rights.com); jjernigan@waynecounty.com; Longworth, Gregory N.; Magy, Paul S.; Gaydos, Lisa; James Heath; Angela L Baldwin; García, Lawrence T.; Bierlein, Kyle |
| **Subject:** | Re: Babcock, et al. v State of Michigan, et al. - Defendant DWJBA's First Set of Discovery Requests to Plaintiffs Babcock and Maddox |
| **Attachments:** | MaddoxResponse_DWJBAFirstRequestsAdmit_MWB 2024.10.04_Service Print.pdf; BabcockResponse_DWJBAFirstRequestsAdmit_MWB 2024.10.04_Service Print.pdf |

**[External Message]**

Dear Paul and Greg, et al:

- Attached are our Objections and Answers to your Requests for Admissions.
- We are still preparing our objections and answers to the Interrogatories and to the Request for Production, and we anticipate having those ready by next Friday, or the following Monday.
- Accordingly, we request a further extension of the deadline.
- Please note, I have removed or added some email addresses above to make sure these are going to the attorneys of record in this case: if I have omitted any in error, please let me know.
- Thank you.


Michael W. Bartnik
Attorney at Law
Law For Baby Boomers, PLLC
LawForBabyBoomers.com
MichaelBartnik@protonmail.com
41000 Woodward Ave Ste 350
Bloomfield Hills MI 48304
(248) 608-3660
NEW FAX (248) 218-9588



ICLE Contributor 2024 and 2021 Intersection of ADA and Elder Law
ICLE Probate & Estate Planning Certificate Program

> **Confidentiality Notice:** The information contained in this message is protected by the attorney-client and/or the attorney work product privilege. It is intended only for the individual named above and the privileges are not waived by virtue of this having been sent by e-mail. If the person actually receiving this e-mail or any other reader of the e-mail is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you are not the intended recipient, please notify us immediately, delete the e-mail and any attachments, and destroy any printouts that you made. Thank you.

1

Sent from ProtonMail, encrypted email based in Switzerland.

Sent with Proton Mail secure email.

On Monday, August 19th, 2024 at 1:42 PM, Bostice, Antoinette T. <abostice@clarkhill.com> wrote:

> Good Afternoon,
>
> Attached please find Defendant Detroit-Wayne Joint Building Authority's First Set of Discovery Requests to Plaintiff Jill Babcock and Plaintiff Marguerite Maddox.
>
> I have also attached these documents in Word format for your use.
>
> Thank you and have a great day!
>
> **Antoinette Tyler**
>
> Legal Administrative Assistant
>
> **Clark Hill**
>
> 220 Park Street, Suite 200, Birmingham, MI 48009
>
> +1 248.530.9140 (office) | +1 248.988.2314 (fax)
>
> 1-36-863 (Internal)
>
> abostice@clarkhill.com | www.clarkhill.com