# Longworth, Gregory N.

| | |
|---|---|
| **From:** | Michael Bartnik <michaelbartnik@protonmail.com> |
| **Sent:** | Tuesday, October 15, 2024 5:01 PM |
| **To:** | Magy, Paul S.; Longworth, Gregory N. |
| **Cc:** | Elizabeth Abdnour (liz@education-rights.com); Renee Stromski; Pendrick, Kimberly (AG); Drysdale-Crown, Cassandra (AG); Linderman Richelew, Marla (AG); Melvin Butch Hollowell; Angela L Baldwin; James Heath; James M Jernigan; James Noseda; Jesse Halfon; García, Lawrence T.; Bierlein, Kyle |
| **Subject:** | 22-cv-12951 Plaintiff Babcock Response to DWJBA Discovery Requests |
| **Attachments:** | BabcockResponse_FINAL_DWJBAFirstInterrogatoriesDocumentRequests.2024.10.15.pdf |

**[External Message]**

Dear Counsel,

Attached you will find Plaintiff Jill Babcock's Response to DWJBA First Set of Interrogatories and Document Requests.
A link to the dropbox is being sent separately.
Thank you.

Michael W. Bartnik
Attorney at Law
Law For Baby Boomers, PLLC
LawForBabyBoomers.com
MichaelBartnik@protonmail.com
41000 Woodward Ave Ste 350
Bloomfield Hills MI 48304
(248) 608-3660
NEW FAX (248) 218-9588



ICLE Contributor 2024 and 2021 Intersection of ADA and Elder Law
ICLE Probate & Estate Planning Certificate Program

> ***Confidentiality Notice:*** The information contained in this message is protected by the attorney-client and/or the attorney work product privilege. It is intended only for the individual named above and the privileges are not waived by virtue of this having been sent by e-mail. If the person actually receiving this e-mail or any other reader of the e-mail is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you are not the intended recipient, please notify us immediately, delete the e-mail and any attachments, and destroy any printouts that you made. Thank you.

Sent from ProtonMail, encrypted email based in Switzerland.

Sent with Proton Mail secure email.

## Longworth, Gregory N.

| | |
|---|---|
| **From:** | Michael Bartnik <michaelbartnik@protonmail.com> |
| **Sent:** | Tuesday, October 15, 2024 5:35 PM |
| **To:** | Magy, Paul S.; Longworth, Gregory N. |
| **Cc:** | Elizabeth Abdnour (liz@education-rights.com); Renee Stromski; Pendrick, Kimberly (AG); Drysdale-Crown, Cassandra (AG); Linderman Richelew, Marla (AG); Melvin Butch Hollowell; Angela L Baldwin; James Heath; James M Jernigan; James Noseda; Jesse Halfon; García, Lawrence T.; Bierlein, Kyle |
| **Subject:** | 22-cv-12951 Plaintiff Maddox Response to DWJBA Discovery Requests |
| **Attachments:** | MaddoxResponse_FINAL_DWJBAFirstInterrogatoriesDocumentRequests.2024.10.15.pdf |

**[External Message]**

Dear Counsel,
Attached you will find Plaintiff Jill Babcock's Response to DWJBA First Set of Interrogatories and Document Requests.
A link to the dropbox is being sent separately.
Thank you.

Michael W. Bartnik
Attorney at Law
Law For Baby Boomers, PLLC
LawForBabyBoomers.com
MichaelBartnik@protonmail.com
41000 Woodward Ave Ste 350
Bloomfield Hills MI 48304
(248) 608-3660
NEW FAX (248) 218-9588



ICLE Contributor 2024 and 2021 Intersection of ADA and Elder Law
ICLE Probate & Estate Planning Certificate Program

> ***Confidentiality Notice:*** The information contained in this message is protected by the attorney-client and/or the attorney work product privilege. It is intended only for the individual named above and the privileges are not waived by virtue of this having been sent by e-mail. If the person actually receiving this e-mail or any other reader of the e-mail is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you are not the intended recipient, please notify us immediately, delete the e-mail and any attachments, and destroy any printouts that you made. Thank you.

Sent from ProtonMail, encrypted email based in Switzerland.

Sent with Proton Mail secure email.