UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JILL BABCOCK, et al., | Case No.: 2:22-cv-12951 |
| Plaintiffs, | JUDGE JONATHAN J.C. GREY |
| v. | |
| STATE OF MICHIGAN, et al., | |
| Defendants. | |

## INDEX OF EXHIBITS

| | |
|---|---|
| **EXHIBIT 1** | Compromise and Settlement Agreement, Lane v Tennessee US District Court Middle District of Tennessee Case No. 3:98 CV 0731. |
| **EXHIBIT 2** | Joinder Motion Filed Dec 17 1998, Lane v Tennessee US District Court Middle District of Tennessee Case No. 3:98 CV 0731. |
| **EXHIBIT 3** | Joinder Motion Filed Jul 18 2002, Lane v Tennessee US District Court Middle District of Tennessee Case No. 3:98 CV 0731. |
| **EXHIBIT 4** | Michigan Trial Court Funding Commission Final Report 09.06.19 pursuant to Michigan Public Act 65 of 2017. |

Respectfully Submitted,

Dated: November 08, 2024

/s/ Michael W. Bartnik
MICHAEL W. BARTNIK (P32534)
Law For Baby Boomers, PLLC
41000 Woodward Ave., Ste. 350

Bloomfield Hills, Michigan 48304
(248) 608-3660 Telephone
michaelbartnik@protonmail.com

Elizabeth K. Abdnour (P78203)
Abdnour Weiker, LLP
500 E. Michigan Ave., Ste. 130
Lansing, Michigan 48912
(517) 994-1776 Telephone
liz@education-rights.com

Renee A. Stromski (Ohio 0101347)
Abdnour Weiker, LLP
262 South Third St.
Columbus, Ohio 43215
(216) 714-1515 Telephone
renee@education-rights.com

*Attorneys for Plaintiffs*