**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JILL BABCOCK, *et al*.,

     JURY DEMAND

   Plaintiffs,

     CASE No.: 2:22-cv-12951

v.        HON. JONATHAN J.C. GREY

STATE OF MICHIGAN, *et al.*

   Defendants.

---

**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT DWJBA'S MOTION TO COMPEL DISCOVERY [ECF No. 140]**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiffs and Defendant Detroit-Wayne Joint Building Authority (DWJBA) that the deadline for the Plaintiffs to file a response to Defendant's Motion to Compel Discovery filed October 30, 2024 (ECF No. 140) be extended from Wednesday, November 13, 2024, to Wednesday, November 27, 2024.

Plaintiffs respectfully request additional time for the following reasons: 1) Counsel for Plaintiffs had to put significant time and resources into responding to Defendant State of Michigan's Motion to Dismiss (ECF No. 136), the response to which was due on Monday, November 11, 2024; and 2) Counsel for Plaintiffs spent significant time preparing mediation statements and communicating with four sets

of defendants regarding settlement, which took away from time to prepare responses

to the Motions.

Defendant DWJBA consents to the proposed extension.

**IT IS SO STIPULATED** on November 13, 2024.

*/s/ with consent Michael W. Bartnik*
By: Michael W. Bartnik (P32534)
Law For Baby Boomers, PLLC
Attorney for Plaintiffs
41000 Woodward Avenue, Suite 350 Bloomfield
Hills, Michigan 48304
(248) 608-3660
michaelbartnik@protonmail.com

Elizabeth K. Abdnour (P78203)
Renee A. Stromski
Abdnour Weiker, LLP
Attorney for Plaintiffs
500 East Michigan Avenue, Suite 130
Lansing, Michigan 48912
(517) 994-1776
liz@education-rights.com
renee@education-rights.com

*/s/ with consent Gregory N. Longworth*
By: Paul S. Magy (P34423)
Gregory N. Longworth (P49249)
Clark Hill, PLC
Attorneys for Defendant Detroit-Wayne Joint
Building Authority
151 S. Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009

2

(248) 988-5844
pmagy@clarkhill.com
glongworth@clarkhill.com

**IT IS SO ORDERED.**

_____
**HON. JONATHAN J.C. GREY**
**U.S. District Court Judge**

Dated: _____

## **CERTIFICATE OF SERVICE**

I, Elizabeth K. Abdnour, counsel for Plaintiffs, certify that on November 13, 2024, I filed this document by use of this Court's CM/ECF system, which will serve copies to all counsel of record.

/s/ Elizabeth K. Abdnour