UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jill Babcock, et al.,

                Plaintiff(s),

v.                                            Case No. 2:22−cv−12951−JJCG−APP
                                                 Hon. Jonathan J.C. Grey

Michigan, State of, et al.,

                Defendant(s),

**NOTICE TO APPEAR REMOTELY**

PLEASE TAKE NOTICE that a remote hearing has been scheduled before Magistrate Judge Anthony P. Patti as follows:

- STATUS CONFERENCE:  December 16, 2024 at 03:00 PM

The Court will host the hearing.  Prior to the proceeding date, instructions for joining the hearing will be emailed to the participating attorneys.  Be advised that this is an attorneys−only proceeding.  Connection information and instructions may not be forwarded, distributed or shared with non−participants without the Court's advance approval.

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                             By: s/D. Peruski
                                                                 Case Manager

Dated:  November 18, 2024