UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JILL BABCOCK, MARGUERITE MADDOX and ASHLEY JACOBSON, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v

STATE OF MICHIGAN, COUNTY OF WAYNE, CITY OF DETROIT, DETROIT-WAYNE JOINT BUILDING AUTHORITY,

    Defendants.

No. 2:22-cv-12951

HON. JONATHAN J.C. GREY

MAG. ANTHONY P. PATTI

## **STIPULATED ORDER OF SUBSTITUTION OF ATTORNEY**

The Court having been duly advised that Richard W. Warren, Kimberly M. Coschino, and Erika L. Jilek are no longer employed by Miller, Canfield, Paddock and Stone, P.L.C., and that Defendant, CITY OF DETROIT, is being represented in this matter by Lawrence T. García (P54890) and D. Kyle Bierlein (P78278) of Miller, Canfield, Paddock and Stone, P.L.C.;

**IT IS HEREBY ORDERED** that Lawrence T. García and D. Kyle Bierlein will remain as counsel for Defendant, CITY OF DETROIT, through Miller,

1

Canfield, Paddock and Stone, P.L.C.; and that the appearances of Richard W. Warren, Kimberly M. Coschino, and Erika L. Jilek for Defendant, CITY OF DETROIT, are withdrawn.

    **SO ORDERED**.

November 22, 2024                                      **s/Jonathan J.C. Grey**
                                                                            JONATHAN J.C. GREY
                                                                            United States District Court Judge

AGREED:

| | |
|---|---|
| */s/Michael W. Bartnik (w/permission)*<br>Michael W. Bartnik (P32534)<br>Attorney for Plaintiffs<br>41000 Woodward Avenue, Suite 350<br>Bloomfield Hills, Michigan 48304<br>248.608.3660<br>michaelbartnik@protonmail.com | */s/Kimberly Pendtrick (w/permission)*<br>Kimberly Pendrick (P60348)<br>Assistant Attorney General<br>Attorney for Defendant State of Michigan<br>3030 West Grand Blvd.<br>Detroit, Michigan 48202<br>(313) 456-0200<br>pendrickk@michigan.gov |
| */s/Elizabeth Abdnour (w/permission)*<br>Elizabeth Abdnour (P32534)<br>Attorney for Plaintiffs<br>500 E. Michigan Ave., Suite 130,<br>Lansing, Michigan 48912<br>(517) 994-1776<br>Liz@education-rights.com | */s/Lawrence T. García*<br>Lawrence T. Garcia (P54890)<br>Miller, Canfield, Paddock and Stone, PLC<br>Attorneys for Defendants<br>150 West Jefferson, Suite 2500<br>Detroit, MI 48226<br>(313) 963-6420<br>garcia@millercanfield.com |

2

        */s/Paul S. Magy (w/permission)*
        Paul S. Magy (P34423)
        Attorney for Defendants DWJBA
        220 Park St., Suite 200
        Birmingham, MI 48009
        (248) 988-5844
        pmagy@clarkhill.com

        */s/James M. Jernigan (w/permission)*
        James M. Jernigan (P57035)
        Attorney for Defendant Wayne Co.
        400 Monroe St., Suite 290
        Detroit, MI 48226
        (313) 202-7188
        jjernigan@waynecounty.com

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 22, 2024.

        <u>s/ **S. Osorio**</u>
        Sandra Osorio
        Case Manager