UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JILL BABCOCK, et al.,

    Plaintiffs,

v.

STATE OF MICHIGAN, et al.,

    Defendants.

Case No.: 2:22-cv-12951

JUDGE JONATHAN J.C. GREY

## INDEX OF PLAINTIFFS' EXHIBITS

Ex 1 22-cv-12951_Plaintiffs_Initial 26-a-1 Disclosures_2024 0528

Ex 2 Photo Non-Compliant Larned Entrance Ramp Post Cross Pedestrian Traffic Other

Ex 3 Photo Non-Compliant Larned Drop off and Parking Closed to Public

Ex 4 Photo Non-Compliant Sign -Handicapped in Basement

Ex 5 Photo Non-Compliant Door to Toilet Room

Ex 6 Photo Non-Compliant Public Toilet Room No Accessible Toilets

Ex 7 Photo Non-Compliant Public Toilet Room No Accessible Toilets

Ex 8 Photo Non-Compliant Public Toilet Room No Accessible Toilets

Ex 9 Photo Non-Compliant Inaccessible Stall Door Mirror Paper

Ex 10 Photo Non-Compliant Sink Faucet Soap Mirror

Ex 11 Photo Purportedly Compliant Toilet Stall

Ex 12 Photo Non-Complaint 1st Floor Early Voting Center Public Hall Entrance Counters

Ex 13 Photo Non-Compliant Staircase Public Hall

Ex 14 Photo Non-Compliant Public Entrance Door Lobby Civil Rights Disability Affairs

Ex 15 Photo Non-Compliant Public Hall Court Information and Counters

Ex 16 Photo Non-Compliant Public Court Office Door and Counters

Ex 17 Photo Non-Compliant City Council Public Meeting Entrance Seating

Ex 18 Photo Non-Compliant Auditorium Spaces and Dais

Ex 19 Photo Non-Compliant Sign Emergency

Ex 20 Photo Compliant Refuge Area Signs Building not a defendant

Ex 21 Article Detroiter Marguerite Maddox champions mobility rights

Ex 22 Article Quotes Jill Babcock MetroTimes_Dec 22 2022 meeting with DOJ complaints

Ex 23 Article re Marguerite_Documenters_ When 'relentlessly local' goes global

Ex 24 Article Michigan Chronicle_DWJBA wins Prestigious BOMA 360 Award

Ex 25 HINES Landing pages CAYMC Saves 6-2 million annually

Ex 26 Article PHLUSH Advocacy Toolkit Understand-Codes

Ex 27 CDC Statistics_disabilities_impacts_all_of_us

Ex 28 Out of Office Email Thread