AREA OF
RESCUE
ASSISTANCE
AREA OF RESCUE ASSISTANCE
IN CASE OF FIRE
PRESS BUTTON TO INDICATE
YOUR LOCATION
Building Evacuation Routes
FIRE EXTINGUISHER

