# Disability Impacts
# ALL of US

 COMMUNITIES  HEALTH  ACCESS

**61 million** adults in the United States live with a disability

Click for state-specific information →




People living with a disability
People living with no disability

# 26%
(1 in 4)

**of adults in the United States have some type of disability**

The percentage of people living with disabilities is highest in the South



**Percentage of adults with functional disability types**



| 13.7% | 10.8% | 6.8% | 5.9% | 4.6% | 3.7% |
|---|---|---|---|---|---|
| **MOBILITY** Serious difficulty walking or climbing stairs | **COGNITION** Serious difficulty concentrating, remembering, or making decisions | **INDEPENDENT LIVING** Difficulty doing errands alone | **HEARING** Deafness or serious difficulty hearing | **VISION** Blindness or serious difficulty seeing | **SELF-CARE** Difficulty dressing or bathing |



# Disability and
# COMMUNITIES

**Disability is especially common in these groups:**

# 2 in 5
**adults age 65 years and older have a disability**



# 1 in 4
**women have a disability**



# 2 in 5
**Non-Hispanic American Indians/ Alaska Natives have a disability**



# Disability and
# HEALTH

**Adults living with disabilities are more likely to**

| | With Disabilities | Without Disabilities |
|---|---|---|
| HAVE OBESITY | 38.2% | 26.2% |
| SMOKE | 28.2% | 13.4% |
| HAVE HEART DISEASE | 11.5% | 3.8% |
| HAVE DIABETES | 16.3% | 7.2% |

# Disability and Healthcare
# ACCESS

**Healthcare access barriers for working-age adults include**

# 1 in 3
adults with disabilities (18-44 years)

**do not have a usual healthcare provider**



# 1 in 3
adults with disabilities (18-44 years)

**have an unmet healthcare need because of cost in the past year**



# 1 in 4
adults with disabilities (45-64 years)

**did not have a routine check-up in the past year**



# Making A
# DIFFERENCE

**PUBLIC HEALTH IS FOR ALL OF US**



Promoting Healthy Living

Improving Access to Health Care

Monitoring Public Health Data

Join CDC and its partners as we work together to improve the health of people living with disabilities

Building Inclusive Health Programs

Researching & Reducing Health Disparities



View infographic and references at: www.cdc.gov/disabilities
Contact us: disabilityandhealthbranch@cdc.gov
Twitter: @CDC_NCBDDD

CDC