UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JILL BABCOCK, et al., | Case No.: 2:22-cv-12951 |
| Plaintiffs, | JUDGE JONATHAN J.C. GREY |
| v. | |
| STATE OF MICHIGAN, et al., | |
| Defendants. | |

### INDEX OF PLAINTIFFS' EXHIBITS

Ex 1   Excerpts from Plaintiffs' Expert Gary L Talbot *curriculum vitae* as of April 2016, redacting personal identifications.