

Gary L. Talbot



## EDUCATION:

**Rensselaer Polytechnic Institute**  Class: Management of Technical Projects
Pittsburgh Building
Troy, New York

**University of Michigan**  Date of Graduation: December 18, 1994
Ann Arbor, Michigan
Degree: BSME

## Work Experience:

**Amtrak**  September 6, 2011 to Present
Engineering  Program Director ADA
1600 Market Street  Philadelphia, PA

- Developed ADA 5 year strategic plan and each fiscal year plan (beginning in September 2014)
- Manage and direct all aspects of the FRA/Amtrak annual federal grant of $50,000,000.00/year (minimum) legislative requirement to make Amtrak stations accessible and compliant
- Manage and direct all aspects of the Amtrak/Joint Venture to implement the ADA Stations Program: 4 Amtrak and 44 contract FTE
- Developed Amtrak level boarding policy; worked internal and with external stakeholders (White House, DOT, FRA, FTA and the disability community) to develop the new Amtrak level boarding policy
- Worked with DOT/FRA on the level boarding issue in Michigan (NS line to be purchased by state of Michigan) and successfully negotiated a moveable platform edge extension as the mainstream level boarding solution for the NS line
- Work closely with federal funding and enforcing agencies to enhance accessibility
- Worked with Engineering to secure FY13 funding for the Gap elimination/mitigation project
- Developed the Gap elimination/mitigation technical documents, serve as responsible technical engineer for project
- Worked with Procurement to develop the RFP documents and utilize the Gap technical documents so this project could be put out for bid
- Developed accessibility presentations used for Civic Conversations and presented on Amtrak's new level boarding policy in NH and MN
- Developed presentations used for internal Amtrak staff on the new level boarding DOT rule and Amtrak's new level boarding policy
- Supported Engineering and Transportation on the development of the WAS Union station level boarding enhancement project and engineering studies
- Supported Legal department in the development of the updated Accessibility assessment tool (1991 code updated to 2006 code)
- Evaluate existing accessibility of station program, passenger rolling stock, training, website, apps, etc. and identify areas in need of improvement; identify areas non-compliant to the ADA and make recommendations for changes/updates, etc.
- Identify new policies and procedures needed to advance accessibility and compliance
- Support community efforts to advance accessibility and inclusion system-wide
- Work with host Rail Roads and third parties to define accessibility requirements
- Develop new technologies to enhance level boarding solutions throughout nationwide system
- Serve as staff ADA subject matter expert (SME) for all accessibility elements, stations, railcar, bus, service, communication technologies, etc.
- Work to define accessibility requirements for future revenue railcars: PRIAA 305, etc.
- Evaluate accessibility of existing revenue railcars and make recommendations for improvement
- Perform accessibility gap analysis on all assets impacted by accessibility
- Review and approve design/construction drawings and develop accessibility checklists for use in facility accessibility assessments, minimum accessibility requirements, etc.
- Perform complex legal interpretations of built environment, communication and transportation elements based on 1991 ADAAG, 1991 USDOT, 1991 USDOJ, 2004 ADAAG, 2006 USDOT, 2010 USDOJ
- Establish departmental goals, develop metrics and issue updates/reports on progress
- Help prepare updates on compliance progress to Congress, board of directors, internal/external stakeholders, etc.

**MBTA**  
System-Wide Accessibility  
10 Park Plaza, 5th Floor Room 5720

May 21, 2007 to September 2011  
Assistant General Manager  
Boston, MA 02116

- Create System-Wide Accessibility (SWA) department covering all fixed route modes of public transportation; fixed route bus, subway, light rail, commuter rail, commuter boat
- Develop job descriptions for all positions, develop organization structure and manage all activities
- Develop postings for all new positions, interview candidates and make selections
- Absorb existing fixed route reduced fare card offices from Operations and merge into newly formed SWA
- Establish initial budget request, yearly budget requests and manage all aspects of yearly budget: $1.6m/year, 9 FTE, 7 FT temp, 16 PT temp
- Evaluate existing system-wide accessibility and identify areas in need of improvement ; areas non-compliant to the BCIL, ADA, etc., perform accessibility gap analysis
- Develop strategic plan based on gap analysis for system-wide improvement and sustainability
- Develop system-wide accessibility solution sets for all impacted departments and formulate project plans for implementation; Operations, Design and Construction, System Maintenance and Improvement, etc.
- Develop grant proposals for funding requests to implement BCIL settlement and bring system into ADA compliance; CIP, TIP, stimulus, FTA, etc.
- Modify/update existing union work rules to include specific requirements for customers/employees with disabilities (all departments impacted by settlement)
- Create new MBTA policies and procedures as necessary to ensure compliance to BCIL settlement, ADA and all applicable codes and laws
- Establish departmental goals, develop metrics and issue updates/reports on progress to goals
- Create SWA sign off policy to ensure compliance and improve overall service; impacts all departments and requires approval from SWA prior to procurement, implementation, design gate review, etc.
- Create new training modules for use by all settlement affected departments to ensure compliance and better meet the needs of customers with disabilities
- Develop metrics to internally gage both compliance and overall impact on service; develop internal monitoring program
- Develop SWA complaint investigation process and assist in the development of the MBTA discipline advisory committee
- Provide engineering and architectural support to all MBTA departments and other internal and external stakeholders
  ○ Perform plan reviews and provide redline drawings and written comments, technology reviews and development, site visits, develop punch lists, develop best practices, etc.
- Develop site survey forms used to evaluate existing accessibility and identify areas on non-compliance
- Provide feedback across disciplines to identify areas of concern and opportunities for improvement: architectural, operational, administrative, contract, labor, legal, or other functional areas
- Ensure accessibility compliance to all applicable codes/laws; ADA, DOT, FTA, FRA, IBC, NFPA and MAAB (state of Mass Accessibility code)
- Work with Automated Fare Collection (AFC) department to improve fare vending and fare gate equipment accessibility including tactile Braille, audio, reach ranges, clear space requirements, LEP, etc.
- Hold public meetings with court appointed monitor to update internal/external stakeholders and public on progress to date, areas of concern, opportunities for collaboration, etc.
- Develop presentations/reports/updates and provide to Secretary of Transportation, Board of Directors, General Manager, Executive staff, external stakeholders, public meetings, etc.
- Manage internal/external compliance monitor process mandated by the BCIL settlement agreement; implement all aspects of the BCIL settlement agreement, ensure compliance to all requirements found in the settlement agreement
- Support MBTA Real-estate department on land acquisitions, contract terms and conditions (lease agreements, etc.) on all projects that have impact accessibility; including third party site access agreements (elevator, path of travel, etc.)
- Create MBTA technical specifications for various functions/departments to ensure new policies and procedures are successful; elevator technical specification, public rights of way, temporary public rights of way (under construction and/or repair), commuter rail car, subway car, light rail car, commuter boat, etc.
- Develop new vehicle designs that enhance accessibility and ensure ADA compliance; rail cars, fixed route bus, commuter boat, etc.
- Establish SWA as "in house" subject matter experts on all accessibility topics; including facilities/stations, vehicle procurements, operations, customer interface, communications, training, HR, legal, Real-Estate, etc.

| | |
|---|---|
| **Disney Corporation** | November 1, 2004 to May 16, 2007 |
| Ride and Show Engineering | Senior Project Engineer |
| Walt Disney World Resort | Lake Buena Vista, FL 32820 |

- Develop Disney ride and attraction accessibility survey process
- Survey all four Florida parks for compliance with applicable laws and code requirements; title III ADA, state law, etc.
- Evaluate existing ride and attraction accessibility and identify areas for improvement (global effort)
- Evaluate new global "blue sky" projects for accessibility and make necessary improvements to enhance universal functionality (prior to production); rides, attractions, transportation, etc.
- Evaluate new ride, facility, transportation prototypes for accessibility and make necessary accessibility enhancements
- Use lessons learned to share with global ride, facility, transportation, etc. development teams
- Develop ride, facility, transportation, etc. accessibility solutions "pick-list" and formulate project plans for implementation
- Provide feedback on current accessibility legislation and pending legislation and identify opportunities to improve the accessibility offered to guests with disabilities
- Provide mainstream engineering support to Project Engineering, facility engineering and transportation among other stakeholders; project management using SAP
- Develop strategic plan to implement necessary accessibility enhancements (global effort)
- Review existing ships and floating stock and future planned ships and floating stock and develop strategy to improve current/future Disney boat and ship accessibility; including effective communications, path of travel, cabin accessibility, common areas, theaters/assembly areas, emergency evacuation, equivalent facilitation, etc.
- Serve as "in house" subject matter expert on all accessibility topics; expert witness on behalf of Disney
- Chief engineer on one of the largest transportation CAR's (Capitol Authorization Request) companywide; Tram Barrier Project for both CA and FL theme parks
    - Develop design requirement specification for tram door (barrier) including development of the tram door for the accessible tram cars (CA only)
    - Develop check list, technical questions and evaluation process for approved bidders, guide the supplier (contractor) selection process and identify best candidate
    - Oversee all technical project elements; 30/60/90/100%, prototype and first article
    - Develop acceptance test requirements and perform all tests to ensure product meets or exceeds minimum requirements

| | |
|---|---|
| **U.S. Access Board** | March 2004 to December 2007 (1st term) |
| Architectural and Transportation Barriers Compliance Board | December 2007 to December 2011 (2nd term) |
| US Access Board | 2nd Term extended to 12-2012 |
| Washington, D.C. | Presidential Appointee |

- Develop national regulatory/accessibility guidelines and standards for the built environment, communication, transportation, recreation (theme parks, passenger vessels, fishing piers, etc.
- Voted in as Technical Programs Committee Chair (March 2006 and re-elected in March 2008)
    - Responsible for determining research projects funded; oversee $400k yearly budget
    - Identify new areas of focus and necessary funding to support rulemaking process
- Member of the Access Board Executive Committee
    - Help shape the board structure; goals, priorities, focus issues, committee structure, etc.
    - Appointed to the Executive Director Evaluation Committee (2008)
- Appointed Chair of the Passenger Vessel Accessibility Guidelines Ad Hoc Committee (January 2005)
    - Responsible for guiding the completion of the passenger vessel accessibility guidelines
    - Determine direction for future rulemaking; large vessel versus smaller vessel, etc.
- Member transportation rules ad hoc committee; serve as transportation subject matter expert
- Promote accessibility throughout all segments of society
- Investigate and examine alternative approaches to the architectural, transportation, communication and attitudinal barriers confronting persons with disabilities
- Determine what measurers are being taken by Federal, State and local governments and by other public agencies to eliminate barriers encountered by persons with disabilities
- Provide technical input on rulemaking as subject matter expert and public board member
- Part time paid federal employee, 3-5 days every other month for official board meetings

| | |
|---|---|
| **GM - Vehicle System Engineer** | November 2003 to November 2004 |
| Upfitter Integration – G van/GMT610 | Research and Development |
| Warren, Michigan | Tech Center - Engineering Group Manager |

- Provide engineering liaison assistance to Special Vehicle Manufacturers (SVM), Recreational Vehicles, Mobility, etc
- Provide technical support in resolving upfitter issues, determine regulatory requirements for GM and Upfitter industry
- Provide input to Best Practices Manual – annual review of content and provide changes
- Determine opportunities to improve vehicle for upfitters and their customers

| | |
|---|---|
| **Mobility Engineering** | April 1999 to November 2003 |
| GM Mobility Center | Research and Development |
| Warren, Michigan | Tech Center – Engineering Group Manager |

- Determine regulatory requirements for mobility equipment options (NHTSA, FMVSS, etc.) and communicate to appropriate vehicle programs
- Regulatory compliance responsibility for GM mobility engineering
- Define vehicle requirements for the senior population, people with disabilities, human factors, regulatory requirements, etc.
- Convert mobility requirements into vehicle technical specifications
- Identify vehicle/mobility equipment combinations that improve accessibility and flexibility
- Develop new mobility solutions – bubble-up, prototype, etc.
- Co-inventor on two patents, remote throttle and scooter securement system
- Integrate mobility equipment into vehicle lines, regular production accessories/options, etc.
- Develop quality system for Mobility Craftsman Upfitter program, manage GM/upfitter relationships
- Develop mobility show cars, define content and manage process
- Develop GM Mobility press kit, co-authored, define vehicle/equipment content, set-up vehicle photo shoot
- Develop gmmobility.com website, mobility advisor and upfitter database tools, transfer techniques, etc.
- Research seniors and people with disabilities demographic data, population size, income, etc.
- Develop UAW/GM Paragon Project, perform joint mobility clinics with seniors and people with disabilities
- Represent GM Mobility Marketing to the VDP (vehicle development process)
- Develop OnStar text based vehicle solution; TTY, 2.5mm in vehicle jack, etc.
- Develop draft charters, market segment specifications and vehicle technical specifications for mobility market
- Develop vehicle loan program for rehab centers, hospitals and mobility Upfitters
- Expert witness on behalf of General Motors Corporation

| | |
|---|---|
| **SAE – ADSC (Adaptive Devices Standards Committee)** | June 1999 to February 2009 |
| **Chairman** | |

- Develop standards, recommended practices and information reports for mobility adaptive devices
  - Wheelchair Securement, structurally altered vehicles, high tech driving systems, hand controls, etc.
- Identify new projects and develop plans for completion
  - Define agenda, organize/attend/participate in committee meetings
- Publish SAE information, recommended practices and standards documentation for adaptive devices
- Work with government agencies to promote the use of SAE ADSC standards and guidelines
- Committee member and Ad Hoc committee chair since 1996

| | |
|---|---|
| **GM Presidents Committee for Persons with disabilities** | June 1995 to November 2004 |

- Co – Chair (June 1999) – committee name change to Affinity Group for Persons with Disabilities
- Offer input to GM on issues that impact PWD – Mobility Subject Matter Expert (SME)
- Organize/attend monthly meetings and conferences, identify areas of focus
- Define projects; assign sub-committees, report-out on solutions, etc.
- Define current regulatory requirements for emergency evacuation procedures for PWD and compare to corporate strategic plan, make recommendations for improvement
- Define current regulatory requirements for accessible parking and compare to GM facilities template, make recommendations for improvement – beyond ADA where necessary
- Determine floor covering, doors, floor transitions, common area regulatory requirements and develop best practices for compliance for building renovation and new building development
- Determine regulatory requirements for accessible transportation (shuttle bus, etc.) and develop accessible transportation strategy for GM Tech Center and determine compliance strategy for all GM facilities
- Determine regulatory requirements for OnStar interface for persons who are deaf and develop strategic plan for compliance

- Appointed Engler/Granholm gubernatorial transition team for employment issues of persons with disabilities
- Develop mentoring, co-op and intern programs for students with disabilities

**Dynamometer Laboratory Supervisor**  January 1997 to June 1999
GMPT Willow Run Plant  GM Powertrain Labs
Ypsilanti, Michigan

- Manage and supervise 3 shift – 7day/week operation of approximately 50 salaried/contract employees
- Lead project teams between lab, engineering and skilled trades, Institute GM Powertrain quality system
- Identify lab deficiencies, develop plans, prioritize projects and implement improvements
- Determine root cause for powertrain and/or facility failures

**Advance Transmission Engineering - Development Engineer**  January 1995 to December 1996
GMPT Willow Run Plant  Advanced Engineering – Transmissions

- Part failure analysis: determine root cause, define changes/updates and implement to improve product
- Lead build activities, order/track parts, supervise builds, interface with engine group on product issues
- Perform quality inspections; determine tolerance stack concerns, part quality, etc

**National Certified Automotive Technician**  1981 to 1986
Ann Arbor, Michigan  Gary's Honda Service
Independent Honda car Repair Facility

- Owned and operated, specialized in engine/transmission overhauls
- Diagnose/repair/replace: brakes, suspension, performance, exhaust, AC, etc.
- Chief cook and bottle washer – service manager, service writer, lead technician, accountant, parts manager, etc.

**National Certified Automotive Technician**  May 1980 to October 1980
Northwest Auto  Honda Automobile Dealership
Northglenn, CO

- Specialized in unit repair – engine/transmissions
- Additional areas of expertise: emissions, brakes, suspension, performance, exhaust, AC, etc.
- Emissions certified, adjust, repair, new vehicle certification

**National Certified Automotive Technician**  1977 to 1980
Howard Cooper Honda/VW  Honda Automobile Dealership
Ann Arbor, MI

- Specialized in unit repair – engine/transmissions
- Additional areas of expertise: emissions, brakes, suspension, performance, exhaust, AC, etc.
- Developed dealership repair facility layout, hoist locations, unit room, parts department, etc.
- Dealership liaison to Honda Automobile Corporation: warrantee work evaluations, etc.

**Legal Experience:**

**Bernstein Law Group**
Class Action Lawsuit
Detroit Metro Airport
ADA Subject Matter Expert
2008 – Present

**Mindell Law - Michigan**
John Harris v Port Huron Charter Township
ADA Subject Matter Expert
2015

**Jason M. Turkish, Esq.**
**Nyman Turkish PC**
Michael Harris & Karla Hudson
Detroit Metro Airport – Bus Stop
ADA Subject Matter Expert
2014 - 2015

**Bernstein Law Group**
State of Michigan (defendant)
GM Building
Detroit, MI
2013

**Geffen Law Group**
Personal Injury Lawsuit
LACMTA
ADA Subject Matter Expert
2010 – Present

**Disney Corporation**
Personal Injury Liability
ADA Subject Matter Expert
October 2006

**General Motors Corporation**
Product Liability
ADA Subject Matter Expert
2002-2003

**Personal Information:**

| | |
|---|---|
| **Ann Arbor Center for Independent Living (CIL)**<br>Elected to Board of Directors<br>Four-Year Term | January 2003 |
| **Knights of Columbus Council 8989**<br>Elected officer – recorder | 1999 to 2004 |
| **Governor Jeb Bush and Governor Charlie Crist**<br>Appointed Commissioner<br>Transportation Disadvantaged Commission | December 6, 2006 (2 year Term)<br>State of Florida |