UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JILL BABCOCK, MARGUERITE
MADDOX and ASHLEY JACOBSON, on
behalf of themselves and all others similarly
situated,

No. 2:22-cv-12951

HON. JONATHAN J.C. GREY

Plaintiffs,

MAG. ANTHONY P. PATTI

v

STATE OF MICHIGAN, COUNTY OF
WAYNE, CITY OF DETROIT, WAYNE
COUNTY BUILDING AUTHORITY,
DETROIT BUILDING AUTHORITY AND
DETROIT-WAYNE JOINT BUILDING
AUTHORITY,

Defendants.

_____/

## DEFENDANT STATE OF MICHIGAN'S WITNESS LIST

Cassandra Drysdale-Crown (P64108)
Assistant Attorney General
Attorney for Defendant State of Michigan
P.O. Box 30736
Lansing, MI 48909
517.335.7659
drysdalecrownc@michigan.gov

Kimberly K. Pendrick (P60348)
Assistant Attorney General
Attorney for Defendant State of Michigan
3030 W. Grand Blvd., Suite 10-666
Detroit, Michigan 48202
517.930.8842
pendrickk@michigan.gov

Dated:  January 9, 2025

### DEFENDANT STATE OF MICHIGAN'S WITNESS LIST

Defendant State of Michigan hereby submits the following list of witnesses who it currently anticipates that it may or will call to testify at the trial in this case:

1. Michael Turnquist
   Michigan Department of Technology, Management and Budget

2. Kerri Droste
   Michigan Department of Technology, Management and Budge

3. Zenell Brown
   Supreme Court Administrative Office

4. The Honorable Milton L. Mack, Jr.
   Former state court administrator for the Michigan Supreme Court

5. Jill Babcock (Plaintiff)

6. Marguerite Maddox (Plaintiff)

7. Ashley Jacobson (Plaintiff)

8. Any witnesses listed on any co-defendant's witness list.

The State of Michigan reserves the right to call at trial any witness called or designated by Plaintiffs or Co-Defendants.  The State of Michigan further reserves the right to amend this list based on any exhibits or other matters disclosed before the parties file the final pretrial order and as permitted by the Federal Rules of Civil Procedure and/or any law or rule.

The State of Michigan also reserves the right to amend this list based on the Court's ruling on pending motions as well as anticipated motions in limine.  In

addition, the State of Michigan, at its discretion, reserves the right not to call any above witness identified as "may call" and to designate additional witnesses in rebuttal of and/or for impeachment to witnesses called by Plaintiffs or Co-Defendants.

Respectfully submitted,

*s/ Kimberly K. Pendrick*
Kimberly K. Pendrick
Assistant Attorney General
Attorney for Defendant State of
Michigan
3030 W. Grand Blvd., 10th Floor
Detroit, Michigan 48202
517.335.7659
pendrickk@michigan.gov
P60348

Date:  January 9, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2025, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

*s/ Kimberly K. Pendrick*
Kimberly K. Pendrick (P60348)
Assistant Attorney General
