UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jill Babcock, et al.,

                        Plaintiff(s),

v.                                              Case No. 2:22−cv−12951−JJCG−APP
                                                 Hon. Jonathan J.C. Grey

Michigan, State of, et al.,

                        Defendant(s),

**NOTICE TO APPEAR REMOTELY**

PLEASE TAKE NOTICE that a remote hearing has been scheduled before Magistrate Judge Anthony P. Patti as follows:

- SETTLEMENT CONFERENCE:  January 21, 2025 at 10:00 AM

The Court will host the hearing.  Prior to the proceeding date, instructions for joining the hearing will be emailed to the participating attorneys.  Be advised that this is an attorneys−only proceeding.  Connection information and instructions may not be forwarded, distributed or shared with non−participants without the Court's advance approval.

**ADDITIONAL INFORMATION:**    For Plaintiffs' Counsel ONLY.

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                       By: s/Shelby C Hicks
                                                            Case Manager

Dated:   January 15, 2025