UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JILL BABCOCK, MARGUERITE
MADDOX and ASHLEY JACOBSON,
on behalf of themselves and all others
similarly situated,

    Plaintiffs,

v

STATE OF MICHIGAN, COUNTY OF
WAYNE, CITY OF DETROIT,
DETROIT-WAYNE JOINT BUILDING
AUTHORITY,

    Defendants.

No. 2:22-cv-12951

HON. JONATHAN J.C. GREY

MAG. ANTHONY P. PATTI

---

## STIPULATED ORDER REGARDING DISCOVERY

This matter, having come before the Court upon the stipulation of the parties, and the Court being otherwise duly advised in the premises;

**IT IS HEREBY ORDERED** that Plaintiffs shall provide responses to City of Detroit's written discovery requests no later than Wednesday, February 5, 2025.

**SO ORDERED**.

Dated: January 29, 2025

    **s/Jonathan J.C. Grey**
    JONATHAN J.C. GREY
    United States District Judge

AGREED:

/s/Michael W. Barnik (w/permission)
Michael W. Bartnik (P32534)
Attorney for Plaintiffs
41000 Woodward Avenue, Suite 350
Bloomfield Hills, Michigan 48304
248.608.3660
michaelbartnik@protonmail.com

/s/D. Kyle Bierlein
D. Kyle Bierlein (P78278)
Miller, Canfield, Paddock and Stone, PLC
Attorneys for Defendants
150 West Jefferson, Suite 2500
Detroit, MI 48226
(313) 496-7550
bierlein@millercanfield.com

/s/Elizabeth Abdnour (w/permission)
Elizabeth Abdnour (P78203)
Attorney for Plaintiffs
Abdnour Weiker LLP
325 E. Michigan Ave., Ste. 250
East Lansing, MI 48823
(517) 994-1776
Liz@education-rights.com

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 29, 2025.

　　　　　　　　　　　　　　**s/ S. Osorio**
　　　　　　　　　　　　　　Sandra Osorio
　　　　　　　　　　　　　　Case Manager