UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JILL BABCOCK, et al.,　　　　　　　　Case No.: 2:22-cv-12951
Plaintiffs,

　　　　　　　　　　　　　　　　　　JUDGE JONATHAN J.C. GREY

v.

STATE OF MICHIGAN, et al.,
Defendants.

### PLAINTIFFS' EXPERT WITNESS DISCLOSURES

Plaintiffs Jill Babcock, Marguerite Maddox, and Ashley Jacobson, by counsel, hereby submit their expert witness disclosures pursuant to Fed. R. Civ. P. 26(a)(2)(A).

1. Gary L. Talbot
   6032 Carbary Dr.
   Jackson, MI 49201
   (734) 649-1311

2. Any necessary rebuttal witnesses.

Mr. Talbot's expert witness report is being provided to Defendants' counsel via email.

Plaintiffs reserve the right to supplement this list as information about Plaintiffs' claims and/or Defendants' defenses becomes known throughout the course of investigation and discovery.

Dated: February 10, 2025          Respectfully Submitted,

*/s/ Michael W. Bartnik*_____
MICHAEL W. BARTNIK (P32534)
Law For Baby Boomers, PLLC
41000 Woodward Ave., Ste. 350
Bloomfield Hills, Michigan 48304
(248) 608-3660 Telephone
michaelbartnik@protonmail.com

Elizabeth K. Abdnour (P78203)
Abdnour Weiker, LLP
325 E. Grand River Ave., Ste. 250
East Lansing, Michigan 48823
(517) 994-1776 Telephone
liz@education-rights.com

Renee A. Stromski (Ohio 0101347)
Abdnour Weiker, LLP
262 South Third St.
Columbus, Ohio 43215
(216) 714-1515 Telephone
renee@education-rights.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Michael W. Bartnik, counsel for Plaintiffs, certify that on February 10, 2025, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

*/s/ Michael W. Bartnik*_____
MICHAEL W. BARTNIK (P32534)

Page **3** of **3**