UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jill Babcock, et al.,

                Plaintiff(s),

v.                                     Case No. 2:22−cv−12951−JJCG−APP
                                          Hon. Jonathan J.C. Grey

Michigan, State of, et al.,

                Defendant(s),

## NOTICE TO APPEAR REMOTELY

PLEASE TAKE NOTICE that a remote hearing has been scheduled before Magistrate Judge Anthony P. Patti as follows:

- SETTLEMENT CONFERENCE:  March 13, 2025 at 04:00 PM

The Court will host the hearing.  Prior to the proceeding date, instructions for joining the hearing will be emailed to the participating attorneys.  Be advised that this is an attorneys−only proceeding.  Connection information and instructions may not be forwarded, distributed or shared with non−participants without the Court's advance approval.

**ADDITIONAL INFORMATION:**   Continuation of Settlement Conference

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                By: s/Shelby C Hicks
                                                     Case Manager

Dated:   February 28, 2025