UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JILL BABCOCK,                                    Case No. 22-cv-12951
MARGUERITE MADDOX, and                           Hon. Jonathan J.C. Grey
ASHLEY JACOBSON, on behalf of                    Mag. Judge Anthony P. Pattie
themselves and others similarly situated,

      Plaintiffs,

v.

STATE OF MICHIGAN, COUNTY OF
WAYNE, CITY OF DETROIT, and
DETROIT-WAYNE JOINT BUILDING
AUTHORITY,

      Defendants, jointly and severally.

_____/

## COUNTY OF WAYNE'S EXPERT DISCLOSURES

Defendant, County of Wayne ("Wayne County" or Defendant"), by and through its attorneys, The Miller Law Firm, P.C., hereby gives notice that some or all of the following expert witnesses may submit expert reports and testify with respect to this matter. By identifying an expert in this disclosure, Defendant does not commit the expert to testifying at trial or the submission of expert reports:

1. Beanstalk Real Estate Solutions
   C/O Christos Moisedes, Principal
   400 Monroe St., Suite 111-110, Detroit, MI 48226

2. Scales & Associates
   C/O Robin M. Scales, Principal

3031 West Grand Blvd. Ste 685
Detroit, MI 48202

3. Any other rebuttal witnesses Defendant deems necessary.

Discovery and investigation remain ongoing and Defendant reserves the

right to supplement or amend this Expert Witness Disclosure.

Respectfully Submitted,

**THE MILLER LAW FIRM, P.C.**

_/s/ Angela L. Baldwin_
Angela L. Baldwin (P81565)
Melvin B. Hollowell (P37834)
211 W. Fort Street, Suite 705
Detroit, MI 48226
(248) 841-2200
alb@millerlawpc.com
*Attorneys for Wayne County*
*Defendants*

Dated: March 4, 2025

## CERTIFICATE OF SERVICE

I certify that on March 4, 2025, the foregoing document was filed using the

Court's ECF filing system which will send a copy to parties or their counsel of

record via same.

_/s/Eva Skoczylas_
Eva Skoczylas

2