# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JILL BABCOCK, MARGUERITE
MADDOX, and ASHLEY JACOBSON,
on behalf of themselves and
others similarly situated,

        Plaintiffs,

v.

STATE OF MICHIGAN, COUNTY OF
WAYNE, CITY OF DETROIT, and
DETROIT-WAYNE JOINT BUILDING
AUTHORITY, jointly and severally,

        Defendants.
_____/

Case No. 22-cv-12951
Hon. Jonathan J.C. Grey

## ORDER DENYING WITHOUT PREJUDICE STATE OF MICHIGAN'S MOTION TO DISMISS (ECF No. 136) AND DETROIT-WAYNE JOINT BUILDING AUTHORITY'S MOTION TO COMPEL (ECF No. 140)

On September 25, 2024, the Court referred this matter to Magistrate Judge Anthony P. Patti. On the same day, Judge Patti set a settlement conference for November 15, 2024. After several proceedings, Judge Patti facilitated a settlement with the parties, which the parties anticipate finalizing and obtaining Detroit City Council approval in

October 2025. In light of the parties' settlement and anticipated forthcoming stipulated order of dismissal, the Court **ORDERS**:

    A.    The State of Michigan's Motion to Dismiss (ECF No. 136) is **DENIED WITHOUT PREJUDICE**.

    B.    Detroit-Wayne Joint Building Authority's Motion to Compel (ECF No. 140) is **DENIED WITHOUT PREJUDICE**.

    C.    In the event the parties' settlement fails and this matter is not dismissed with prejudice, the parties may refile their motions.

**SO ORDERED.**

Date: September 15, 2025

**s/Jonathan J.C. Grey**
Hon. Jonathan J.C. Grey
United States District Judge

2

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 15, 2025.

s/ **S. Osorio**
Sandra Osorio
Case Manager
