UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JILL BABCOCK, *et al.*,

    Plaintiffs,

v.

STATE OF MICHIGAN, *et al.*,

    Defendants.

_____/

Civil Action No. 22-cv-12951

HON. JONATHAN J.C. GREY

## **STIPULATION OF DISMISSAL**

Under Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to the DISMISSAL of this action WITH PREJUDICE and WITHOUT FEES OR COSTS TO ANY PARTY.

Stipulated to by:

**Plaintiffs**:

By: *s/Michael W. Bartnik with permission*
    Michael W. Bartnik (P32534)

By: *s/Elizabeth Kamm Abdnour*
    Elizabeth Kamm Abdnour (P78203)

**Defendant State of Michigan**:

By: *s/Kimberly K. Pendrick with permission*
    Kimberly K. Pendrick (P60348)
    Cassandra A. Drysdale-Crown (P64108)

**Defendant County of Wayne**:

By: *s/Melvin B. Hollowell with permission*
    Melvin B. Hollowell (P37834)
    Angela L. Baldwin (P81565)


**Defendant City of Detroit**:

By: *s/Lawrence T. Garcia with permission*
    Lawrence T. Garcia (P54890)
    Kyle Bierlein (P78278)


**Defendant Detroit-Wayne Joint Building Authority**:

By: *s/Paul S. Magy with permission*
    Paul S. Magy (P34423)
    Gregory N. Longworth (P49249)