# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JILL BABCOCK, MARGUERITE
MADDOX, and ASHLEY JACOBSON,
on behalf of themselves and
others similarly situated,

        Plaintiffs,

v.

STATE OF MICHIGAN, COUNTY OF
WAYNE, CITY OF DETROIT, and
DETROIT-WAYNE JOINT BUILDING
AUTHORITY, jointly and severally,

        Defendants.
_____/

Case No. 22-cv-12951
Hon. Jonathan J.C. Grey

## ORDER OF DISMISSAL

Pursuant to the parties' stipulation of dismissal of this action, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (*see* ECF No. 168), **IT IS HEREBY ORDERED** that plaintiffs' cause of action is **DISMISSED WITH PREJUDICE** and without fees or costs to any party.

    SO ORDERED.

Date: November 10, 2025

**s/Jonathan J.C. Grey**
Hon. Jonathan J.C. Grey
United States District Judge

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 10, 2025.

s/ **S. Osorio**
Sandra Osorio
Case Manager
